**U.S. Department of Justice**
*United States Attorney*

FILED
DEC 1 6 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# United States District Court
## Western District of Texas
## Waco Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | |
| ) | CRIMINAL NO. W-99-CR-070 |
| TONY SPARKS, (3) ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| TONY SPARKS | NO BOND |

ENTERED at Waco, Texas, this __16th__ day of __December__, 1999.

_____
UNITED STATES MAGISTRATE JUDGE

BENCHWAR.FRM