AO 442 (Rev. 5/93) Warrant for Arrest

**FILED**

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

JAN 0 5 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

TONY SPARKS, (3)

**WARRANT FOR ARREST**

Case Number: W-99-CR-70

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Tony Sparks__
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition

in violation of Title __SEE BELOW__ United States Code, Section(s) __SEE BELOW__

charging him or her with (brief description of offense)
COUNT ONE: -18 USC 2119.F [18 USC 2] - MOTOR VEHICLE THEFT - CARJACKING.
Carjacking and aiding and abetting.

__WILLIAM G. PUTNICKI__
Name of Issuing Officer

__Clerk, U.S. District Court__
Title of Issuing Officer

_____
Signature of Issuing Officer
By: _____

__December 16, 1999   Waco, Texas__
Date and Location

Date of Issue: __December 16, 1999__

Bail fixed at $ __NO BOND__    by __Dennis G. Green, Magistrate Judge__
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Bell Co Juvenile Cnt_ _Belton, TX_ |

| DATE RECEIVED 01-04-00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01-04-00 | C W Hoffman SDUSM | W Hoffman |