**FILED**

APR 0 5 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. W-99-CR-070** |
| | § | |
| **CHRISTOPHER ANDRE  VIALVA (1)** | § | |
| **BRANDON BERNARD (2)** | § | |

**O R D E R**

On this date a **DRAFT** juror questionnaire is being mailed (or delivered) to each attorney of record in this case.

Counsel are directed to give careful consideration to this draft, and then file with the Court, within five (5) days, any additions, deletions or changes they wish to suggest.   After receiving responses, a second draft will be prepared and mailed, to which the attorneys will be allowed to file objections.

It is the intention of the Court to mail this questionnaire to prospective jurors before April 15, 2000.

**SIGNED** this  5  day of April, 2000.

**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**

181