**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **TONY SPARKS,** | § | |
| **Movant,** | § | **Trial Court No. W-99-CR-070(3)-LY** |
| | | **No. W-11-CV-123-LY** |
| **v.** | § | **No. W-16-CV-435-LY** |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent.** | § | |

**MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED LITIGATION BUDGET**

TO THE HONORABLE DISTRICT JUDGE LEE YEAKEL:

NOW COMES, Movant Tony Sparks in the above entitled and numbered cause and moves the Court for additional time in which to file the Proposed Litigation Budget in the above-entitled cause, as requested by the Court in its order dated April 6, 2017. In so doing, Movant would show unto the Court the following:

I.

The budget proposal in question is presently due to be filed with this Court no later than April 20, 2017.

Despite the fact that counsel is working diligently on the budget proposal, it has become necessary to ask the Court for a 4-day extension of time.

II.

Counsel for Movant requests a 4-day extension of time to file, making the requested budget proposal brief due no later than April 24, 2017.

III.

Counsel for Movant relies upon the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• Counsel is still in the process of compiling materials pertaining to expert fees and job descriptions. It is counsel's objective to present the Court with the most comprehensive and concise proposal possible, as to the need to retain these experts, their perspective functions, and why the requested funds are necessary.

IV.

This request is not sought for delay but so that justice may be done.

**PRAYER FOR RELIEF**

For the reasons set forth above, Movant requests that this Court grant this motion for extension of time, making the Proposed Litigation Budget in this case due no later than April 24, 2017.

Respectfully submitted,

/s/ David K. Sergi
David K. Sergi
Texas Bar No. 18036000
SERGI & ASSOCIATES, P.C.
329 S. Guadalupe
San Marcos, TX 78666
Tel: (512) 392-5010
Fax: (512) 392-5042
*Attorney for Tony Sparks*

**CERTIFICATE OF NON-CONFERENCE**

The document for which the extension of time is sought, was ordered to be filed under seal. Therefore, no conference with the U.S. Attorney's Office is necessary.

/s/ David K. Sergi____
David K. Sergi

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017, a copy of the foregoing document was filed and served via PACER ECF/CM electronic filing on the following:

Unites States Attorney's Office
Mr. Joseph Gay, Jr., AUSA
601 N.W. Loop 410, Ste. 600
San Antonio, TX 78216-5512

/s/ David K. Sergi____
David K. Sergi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TONY SPARKS,** | § | |
| **Movant,** | § | **Trial Court No. W-99-CR-070(3)-LY** |
| | | **No. W-11-CV-123-LY** |
| **v.** | § | **No. W-16-CV-435-LY** |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent.** | § | |

## ORDER

On this the ____ day of _____, 2017, came to be heard Motion for Extension of Time to File Litigation Budget Proposal. After consideration of the same, the Court is of the opinion that said motion should be:

GRANTED ___     DENIED ___

IT IS HEREBY ORDERED, the litigation budget proposal is to be filed with this Court no later than April 24, 2017.

_____

DATE

_____

JUDGE PRESIDING