

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TONY SPARKS, | § | |
| Movant, | § | Trial Court No. W-99-CR-070(3)-LY |
| | § | No. W-11-CV-123-LY |
| v. | § | No. W-16-CV-435-LY |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER ON MOTION FOR VIDEO TECHNICIAN

The foregoing motion having been properly presented to the Court, and after due consideration, the Court is of the opinion that said motion should be:

GRANTED / ~~DENIED~~

THE COURT HEREBY ORDERS that Andre Ottlik be appointed to assist with the VTC and transmission of witness testimony in this case.

THE COURT FURTHER ORDERS that unused previously authorized funds be reallocated as payment for the services of Mr. Ottlik, in an amount not to exceed $5,940.00.

February 1, 2018.
DATE SIGNED

U.S. DISTRICT JUDGE