UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. W-99-CR-070 (03) |
| | § | |
| TONY SPARKS | § | |

## GOVERNMENT'S EXHIBIT LIST

| Ex. # | Item | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Photo of Christopher Vialva | | |
| 2 | Photo of Brandon Bernard | | |
| 3 | Photo of Tony Sparks | | |
| 4 | Photo of Terry Brown | | |
| 5 | Photo of Christopher Lewis | | |
| 6 | Aerial Shot of Crime Scene | | |
| 7 | Aerial Shot of Crime Scene | | |
| 8 | Aerial Shot of Crime Scene | | |
| 9 | Photograph of Victim's Vehicle | | |
| 10 | Photograph of Side of Victim's Vehicle | | |
| 11 | Photograph of Back of Victim's Vehicle | | |
| 12 | Photograph of Side of Victim's Vehicle | | |
| 13 | Photograph of Front of Victim's Vehicle | | |
| 14 | Photograph of Inside of Victim's Vehicle | | |
| 15 | Photograph of Side of Victim's Vehicle | | |
| 16 | Photograph of Front Seat of Victim's Vehicle | | |
| 17 | Photograph of Inside of Victim's Vehicle | | |

February 5, 2018 (9:05AM)

| Ex. # | Item | Offered | Admitted |
|---|---|---|---|
| 18 | Photograph of Inside of Victim's Vehicle | | |
| 19 | Photograph of Trunk of Victim's Vehicle | | |
| 20 | Photograph of Victim's Vehicle | | |
| 21 | Photograph of Trunk of Victim's Vehicle | | |
| 22 | Photograph of Victim's Bodies | | |
| 23 | Photograph of Victim's Bodies | | |
| 24 | Photograph of Victim's Bodies | | |
| 25 | Photograph of Bullet Casing | | |
| 26 | Photograph of Victim's Body | | |
| 27 | Photograph of Victim's Body | | |
| 28 | Photograph of Victim's Body | | |
| 29 | Photograph of Victim's Body | | |
| 30 | Photograph of Vehicle | | |
| 31 | Photograph of Vehicle | | |
| 32 | Photograph of Vehicle | | |
| 33 | Photo of Backseat of Vehicle | | |
| 34 | Photograph of Firearm | | |
| 35 | Close-up of Firearm | | |
| 36 | Photograph of Firearm | | |
| 37 | Photograph of Firearm | | |
| 38 | Photograph of Firearm | | |
| 39 | Photograph of ID Card | | |
| 40 | Photograph of ID Card | | |

February 5, 2018 (9:05AM)

| Ex. # | Item | Offered | Admitted |
|---|---|---|---|
| 41 | Photograph of Igniter Fluid | | |
| 42 | Photograph of Cloth | | |
| 43 | Photograph of Igniter Fluid | | |
| 44 | Todd Bagley ID Card | | |
| 45 | Stacie Bagley ID Card | | |
| 46 | Stacie Bagley Bank Card | | |
| 47 | Aerial Photograph | | |
| 48 | Photograph of Watch | | |
| 49 | Photograph of Watch | | |
| 50 | Close-up Photograph of Stacie Bagley's Ring | | |
| 51 | Photograph of Todd Bagley | | |
| 52 | Photograph of Stacie Bagley | | |
| 53 | Photograph of Todd and Stacie Bagley | | |
| 54 | Photograph of Todd and Stacie Bagley | | |
| 55 | Wedding Photographs of Todd and Stacie Bagley | | |
| 56 | Photograph of Stacie Bagley and Ring | | |
| 57 | Photograph of Stacie Bagley | | |
| 58 | Photograph of Todd Bagley | | |
| 59 | Military Certificates of Todd Bagley | | |
| 60 | Transcripts Pages 1902-1909 (Witness Terry T. Brown) | | |
| 61 | Transcripts Pages 2184-2187 (Witness Lynch) | | |
| 62 | Transcripts Pages 2231-2232 (Witness Magee) | | |

February 5, 2018 (9:05AM)

| Ex. # | Item | Offered | Admitted |
|---|---|---|---|
| 63 | Transcripts Pages 2253-2258 (Witness Rorie) | | |
| 64 | Transcripts Pages 2310-2380 (Witness Christopher Lewis) | | |
| 65 | Photograph of 212 PIRU BLOODS Pyramid –Member's Identified | | |
| 66 | Photograph of 212 PIRU BLOODS Pyramid | | |
| 67 | Photographs from BOP Report # 1201162 Dated 03-13-2004 | | |
| 68 | Photograph from BOP Report # 1553061 Dated 01-08-2007 | | |
| 69 | Photograph from BOP Report # 1626910 Dated 08-01-2007 | | |
| 70 | Photograph from BOP Report # 1654682 Dated 09-03-2007 | | |
| 71 | Photograph of Inmate Stabbing Victim | | |
| 72 | Photograph of Cell 1 | | |
| 73 | Photograph of Cell 2 | | |
| 74 | Photograph from BOP Report # 1984441X Dated 02-27-2010 | | |
| 75 | Photograph from BOP Report # 2943429 Dated 01-25-2017 | | |
| 76 | Written Statement of Maria Johnson | | |
| 77 | Written Statement of Devan D. Davis | | |

February 5, 2018 (9:05AM)

| Ex. # | Item | Offered | Admitted |
|---|---|---|---|
| **78** | Psychological Evaluation Dated 10-27-1998 | | |
| **79** | Psychological Evaluation Dated 09-30-1999 | | |
| **80** | Texas Application for Placement of Children in Residential Care | | |
| **81** | Psychological Evaluation Dated 02-3-2009 | | |
| **82** | BOP Inmate Screening Form | | |
| **83** | Transcripts from Sentencing Dated 3-22-2001 | | |
| **84** | Photograph of Treatment Enclosures | | |
| **85** | Photograph of Treatment Enclosure | | |
| **86** | Affidavit of Dawn Owens | | |
| **87** | Diagram of Crime Scene | | |
| **88** | Diagram of Victim's Vehicle | | |
| **89** | Photographs of inmate stabbing | | |

February 5, 2018 (9:05AM)