IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO: 6:99-CR-070-LY |
| | § | |
| (3) TONY SPARKS | § | |

Defendant's Exhibit List for Re-Sentencing

| Exhibit # | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | German Child Protective Services Report (with translation) | 2/5/2018 | 2/5/2018 |
| 2 | Family Photo with part of the defense Team<br>From L to R<br>Eve Petes – German assistant<br>Carmen Gerber – maternal aunt<br>David Sergi– defense attorney<br>Sabrina – Carmen's daughter, Tony's cousin<br>Dagmar Gerber – maternal Aunt<br>Mrs. Gerber – Tony's maternal grandmother<br>Seated – Sabrina's daughter | 2/5/2018 | 2/5/2018 |
| 3 | Elementary School Class Photo from Riedenberg, Germany<br>From Frau Heger's class – Tony is standing by her side. | 2/5/2018 | 2/5/2018 |
| 4 | Yvonne Henkel, childhood friend in Niederwerrn. | 2/5/2018 | 2/5/2018 |
| 5 | Another photo of Yvonne | 2/5/2018 | 2/5/2018 |
| 6 | Tony with Anna and another children's home resident | 2/5/2018 | 2/5/2018 |
| 7 | Tony as a younger child in Niederwerrn | 2/5/2018 | 2/5/2018 |
| 8 | Family plus mitigator in Texas<br>L to R<br>Dagmar Gerber, maternal aunt<br>Daniele Brown, mother<br>Frank – Daniele's boyfriend<br>Carmen Gerber – maternal aunt<br>Miriam Widman – mitigation specialist | 2/5/2018 | 2/5/2018 |
| 9 | Tony's apartment in Niederwerrn | 2/5/2018 | 2/5/2018 |
| 10 | Patrick Commean – Tony's "brother" – biological son of Tony's step mother. | 2/5/2018 | 2/5/2018 |

| | | | |
|---|---|---|---|
| 11 | Tony's drawing of his mother's dogs. | 2/5/2018 | 2/5/2018 |
| 12 | Tony's drawing of his grandmother's house in Lindach, Germany | 2/5/2018 | 2/5/2018 |
| 13 | Title of Birthday Card Tony drew for his father. | 2/5/2018 | 2/5/2018 |
| 14 | Hand-drawn birthday card part 1 | 2/5/2018 | 2/5/2018 |
| 15 | Hand-drawn birthday card part 2 | 2/5/2018 | 2/5/2018 |
| 16 | Fish, by Tony | 2/5/2018 | 2/5/2018 |
| 17 | Musician by Tony | 2/5/2018 | 2/5/2018 |
| 18 | River Scene by Tony | 2/5/2018 | 2/5/2018 |
| 19 | Landscape by Tony | 2/5/2018 | 2/5/2018 |
| 20 | Mountains by Tony | 2/5/2018 | 2/5/2018 |
| 21 | Father and Son by Tony | 2/5/2018 | 2/5/2018 |
| 22 | Father and Son note by Tony | 2/5/2018 | 2/5/2018 |
| 23 | Tony's Apartment in Niederwerrn | 2/5/2018 | 2/5/2018 |
| 24 | The apartment window in Niederwerrn used by Tony to escape and go to a neighbor's. | 2/5/2018 | 2/5/2018 |
| 25 | Main intersection near Tony's apartment | 2/5/2018 | 2/5/2018 |
| 26 | The bar around the corner from Tony's apartment | 2/5/2018 | 2/5/2018 |
| 27 | Around the corner from Tony's apartment | 2/5/2018 | 2/5/2018 |
| 28 | Up the street from Tony's apartment | 2/5/2018 | 2/5/2018 |
| 29 | The park where the sexual abuse took place | 2/5/2018 | 2/5/2018 |
| 30 | The park where the sexual abuse took place | 2/5/2018 | 2/5/2018 |
| 31 | The park where the sexual abuse took place | 2/5/2018 | 2/5/2018 |
| 32 | The park where the sexual abuse took place – it happened behind this bank. | 2/5/2018 | 2/5/2018 |
| 33 | The park where the sexual abuse took place. | 2/5/2018 | 2/5/2018 |
| 34 | Franz Hess, foster dad of Yvonne Henkel. He caught the sexual abuse perpetrator. | 2/5/2018 | 2/5/2018 |
| 35 | Susanne Hess, Franz's wife. | 2/5/2018 | 2/5/2018 |

| | | | |
|---|---|---|---|
| 36 | The children's home in Riedenberg, Germany | 2/5/2018 | 2/5/2018 |
| 37 | Children's home with view of the surrounding hills | 2/5/2018 | 2/5/2018 |
| 38 | Children's home – dining room table. | 2/5/2018 | 2/5/2018 |
| 39 | Children's home – eating and living area | 2/5/2018 | 2/5/2018 |
| 40 | Children's home --- Tony's old bedroom | 2/5/2018 | 2/5/2018 |
| 41 | Historical view of the children's home | 2/5/2018 | 2/5/2018 |
| 42 | Children's Home – living/play area | 2/5/2018 | 2/5/2018 |
| 43 | Children's Home – Frau Christiane Carton, an educator in the home. | 2/5/2018 | 2/5/2018 |
| 44 | Benedikt, Frau Carton's son and Tony | 2/5/2018 | 2/5/2018 |
| 45 | Benedikt (with the mask) sitting next to Tony during Fasching (Carnival) festival. | 2/5/2018 | 2/5/2018 |
| 46 | Frau Heger's elementary school class – Tony is standing next to her. | 2/5/2018 | 2/5/2018 |
| 47 | Alphabetical Class List of Frau Heger's Students | 2/5/2018 | 2/5/2018 |
| 48 | Tony with Anna and another child at the Children's Home. | 2/5/2018 | 2/5/2018 |
| 49 | Tony's GED graduation picture from ADX | 2/5/2018 | 2/5/2018 |
| 50 | Baby Tony | 2/5/2018 | 2/5/2018 |
| 51 | Tony at the Children's Home | 2/5/2018 | 2/5/2018 |
| 52 | Tony's Great Grandmother posing in her corner grocery store for an article in the local newspaper. | 2/5/2018 | 2/5/2018 |
| 53 | Close up of the great grandmother (now deceased). | 2/5/2018 | 2/5/2018 |
| 54 | Tony as a young child | 2/5/2018 | 2/5/2018 |
| 55 | Tony goofing around with other children at the home and with Frau Dengler, an educator at the home (now retired). | 2/5/2018 | 2/5/2018 |
| 56 | Tony and Benedikt- Frau Carton's son. Benedikt is five years younger than tony | 2/5/2018 | 2/5/2018 |
| 57 | Tony having fun at Fasching (Carnival) | 2/5/2018 | 2/5/2018 |
| 58 | Tony at the children's home | 2/5/2018 | 2/5/2018 |
| 59 | Tony as a young child in Niederwerrn. | 2/5/2018 | 2/5/2018 |

| | | | |
|---|---|---|---|
| 60 | Tony having fun with other kids at the children's home. | 2/5/2018 | 2/5/2018 |
| 61 | Tony opening Christmas presents in Niederwerrn. | 2/5/2018 | 2/5/2018 |
| 62 | Tony – June 1, 1999 | 2/5/2018 | 2/5/2018 |
| 63 | Tony dancing with Benedikt at the children's home | 2/5/2018 | 2/5/2018 |
| 64 | Tony clowning around with other kids at the children's home. On his left is his close friend Murad. | 2/5/2018 | 2/5/2018 |
| 65 | Tony and friends at the Children's Home | 2/5/2018 | 2/5/2018 |
| 66 | Murad, Tony and Christian at the children's home. | 2/5/2018 | 2/5/2018 |
| 67 | Tony and Anna | 2/5/2018 | 2/5/2018 |
| 68 | Tony and his father in Niederwerrn. | 2/5/2018 | 2/5/2018 |
| 69 | Tony during his Communion | 2/5/2018 | 2/5/2018 |
| 70 | Tony dressed up for Fasching (Carnival). | 2/5/2018 | 2/5/2018 |
| 71 | Tony in his football outfit during Middle School in Ft. Knox. | 2/5/2018 | 2/5/2018 |
| 72 | Sabrina (Tony's cousin) and her newborn, Carmen and Tony's grandmother. | 2/5/2018 | 2/5/2018 |
| 73 | Carmen and her (former) partner | 2/5/2018 | 2/5/2018 |
| 74 | Alicia, Terry Brown's mother | 2/5/2018 | 2/5/2018 |
| 75 | Close up of Alicia | 2/5/2018 | 2/5/2018 |
| 76 | Daniele's coworker and friend from Walmart who know about Alfonzo (Daniele's husband's) domestic violence against Daniele. | 2/5/2018 | 2/5/2018 |
| 77 | Close up photo | 2/5/2018 | 2/5/2018 |
| 78 | Family Photo with part of the defense Team From L to R Eve Petes – German assistant Carmen Gerber – maternal aunt David Sergi– defense attorney Sabrina – Carmen's daughter, Tony's cousin Dagmar Gerber – maternal Aunt Mrs. Gerber – Tony's maternal grandmother Seated – Sabrina's daughter | 2/5/2018 | 2/5/2018 |

| 79 | 8. Family plus mitigator in Texas<br>L to R<br>Dagmar Gerber, maternal aunt<br>Daniele Brown, mother<br>Frank – Daniele's boyfriend<br>Carmen Gerber – maternal aunt | 2/5/2018 | 2/5/2018 |
|---|---|---|---|
| 80 | Tony sledding and Tony washing his hair. | 2/5/2018 | 2/5/2018 |
| 81 | Tony at a religious event and Tony with other children's home kids at a stables. | 2/5/2018 | 2/5/2018 |
| 82 | US Army Records related to the assault against Tony by a US soldier. | 2/5/2018 | 2/5/2018 |
| 83 | Alleged Escape Attempt Record | 2/5/2018 | 2/5/2018 |
| 84 | Allocution Statement | 2/5/2018 | 2/5/2018 |
| 85 | Control Unit Reviews and Education Records | 2/5/2018 | 2/5/2018 |
| 86-88 | Psychological Evaluation | 2/5/2018 | 2/5/2018 |
| 89 | Huber Evaluation | 2/5/2018 | 2/5/2018 |
| 90 | Fabian Evaluation | 2/5/2018 | 2/5/2018 |
| 91 | Woodford Report | 2/5/2018 | 2/5/2018 |
| 92 | Riedenberg Elementary School where Tony attended classes while he lived at the Children's Home. He was in Frau Heger's class. | 2/5/2018 | 2/5/2018 |
| 93 | Tony's Mother's Day card to his mom Daniele. | 2/5/2018 | 2/5/2018 |
| 94 | One of the last pictures of Tony with his Mom from the children's home before he was forced to leave on his mother's request. | 2/5/2018 | 2/5/2018 |
| 95 | Tony at his farewell party from the Children's Home. | 2/5/2018 | 2/5/2018 |
| 96 | Tony in the forest with other Children's Home children and Mr. Hildmann. Tony loved to go on hikes in the forest, Frau Carton said. Mr. Hildmann is now deceased. | 2/5/2018 | 2/5/2018 |
| 97 | Tony and other kids from the home at a nearby Ice Rink in Bad Kissingen. | 2/5/2018 | 2/5/2018 |
| 98 | Tony buried in the sand by other kids from the home on an excursion to the beach. | 2/5/2018 | 2/5/2018 |
| 99 | Tony's report card from Mrs. Heger | 2/5/2018 | 2/5/2018 |
| 100 | Mrs. Heger's class photo (in color) | 2/5/2018 | 2/5/2018 |