# EXH "1"

German Foster Care Records w/ Translations

Defendant's Exhibit

1

Kreisjugendamt Schweinfurt
Herrn Klose
Schrammstr. 1

97421  Schweinfurt


-            -         We/Spr       Fr.Weber      71-174      18.08.94


**Tony Gerber, geb. 25.05.83**

Sehr geehrter Herr Klose,

wie vereinbart, wurde Tony am 30.7. entlassen und ist inzwischen auch
sicher in Texas gelandet. Beiliegend erhalten Sie noch eine Kopie der
Aufstellung der ausgehändigten Unterlagen an die Mutter.

Damit mußten wir Tony leider in eine sehr unsichere Situation gehen
lassen, wo er im Grunde genommen von vornherein gefärdet ist.

Wir danken Ihnen für die gute Zusammenarbeit in der Verantwortung für
Tony und verbleiben

mit freundlichen Grüßen

Caritas Kinder- und Jugenddorf
St. Anton

E. Weber, Diplomsozialpädagogin (FH)              Anlage
Erziehungsleiterin

Schweinfurt District Child Welfare Office
ATTN: Mr. Klose
Schrammstraße, no. 1
97421 Schweinfurt

–            –            We/Spr      Mrs. Weber 71-174      August 18, 1994

Tony Gerber, born May 25, 1983

Dear Mr. Klose,

As previously agreed, Tony was released on July 30 and subsequently arrived safely in Texas. Attached you will find a copy of the list of items provided to the mother.

With this action we were unfortunately obliged to allow Tony to go into an extremely insecure situation that puts him fundamentally at risk from the very start.

We thank you for your willing collaboration in Tony's custody, and remain,

Sincerely,

Caritas St. Anton Home for Children and Young Persons

[*signed*]

E. Weber, Licensed Social Instructor (FH)      Attachments
Director of Education

1-1A

Tony Gerber


-          -          We/Spr     Fr.Weber     71-174       26.07.1994


**Persönliche Unterlagen von Tony Gerber, geb. 25.05.1983**


Nachstehend aufgeführte Unterlagen wurden Tony Gerber mitgegeben:

1 Kopie der Geburtsurkunde
1 Kinderausweis (hat die Mutter bereits mitgenommen)
Bargeld 77,57 DM Taschengeld - *19,80DH Schulejustinol  57,67DH*
      238,78 DM vom aufgelösten Sparkonto
1 Intern.Bescheinigungen über Impfungen
1 AOK - Versichertenkarte
1 geschlossener Umschlag vom Zahnarzt über Behandlung
1 Zeugnis für Frühschwimmer
3 Siegerurkunden, 2 Ehrenurkunden
1 Fahrradwimpel, Radfahrerprüfung
5 Original-Zeugnisse (von 91/92 bis 93/94)
1 Kleiderliste
1 polizeiliche Abmeldung


O.g. Unterlagen ordnungsgemäß erhalten zu haben
bestätigt:

.Braon..Daniela....
Unterschrift


1-2

Tony Gerber

—            —            We/Spr      Mrs. Weber 71-174      July 26, 1994


Personal items for Tony Gerber, born May 25, 1983

The following items were provided to Tony Gerber:

1 copy of birth certificate
1 passport for a minor (already taken by the mother)
Cash of 77.57 German marks in pocket money — 19.90 marks [*illegible handwritten*] 57.67 marks
     238.78 German marks from closed savings account
1 International Vaccination Certificate
1 AOK insurance card
1 sealed envelope from the dentist concerning his treatment
1 Young Swimmer Certificate
3 first-place certificates, 2 honorary certificates
1 biking pennant, bicycle test
5 original school report cards (from 91/92 to 93/94)
1 list of clothing
1 police declaration of change of residence

Acknowledgement of receipt of above-listed items:

[*signed*] Daniele Brown

    signature

1-2A

---------------------

---------------------

---------------------
*Absender*

An das
Caritas Kinder- und
Jugenddorf St. Anton

8781 - Riedenberg


## Erklärung zu § 38 SGB VIII

Ich / Wir, Personensorgeberechtigte/r für das Kind _____Terry_____

____Gerber____ geb. am __25.5.83__

erkläre/n mit meiner / unserer Unterschrift mein / unser Einverständnis,
daß die für die Erziehung meines Kindes verantwortlichen Personen im Caritas
Kinder- und Jugenddorf St. Anton mich in der Ausübung meiner elterlichen
Sorge vertreten gemäß § 38 Ziffer 1 bis 5.

Bitte kreuzen Sie an:

⊗    ohne Einschränkung

○    mit folgender Einschränkung:
      Die Vertretung soll nicht gelten für die Ausübung der Personensorge
      gemäß Ziffer (bitte unterstreichen Sie):     1     2     4     5
      Die Zuständigkeit für die in Ziffer 3 genannten Inhalte wird ausdrück-
      lich vom Kinderdorf abgelehnt.

__Gerber  Daniele_____         __01.02.92_____
Unterschrift der Mutter                         Datum


-------------------------------------
Unterschrift des Vaters


1-3

*Please return to*

- - - - - - - - -
- - - - - - - - -
- - - - - - - - -
*Name of person sending*

*To:*
*Caritas St. Anton Home for Children and Youth*
*8781 - Riedenberg*

*Statement in accordance with 38 SGB VIII*

*I/we, the guardian(s) of the child     Tony Gerber,*
*born May 25, 1983*

*acknowledge with the affixed signature the understanding that the*
*designated individual at the Caritas St. Anton Home for Children and*
*Young Persons represents me in my parental responsibilities according*
*to 38 (1) to (5).*

*Please mark one:*

*( X ) with full authority*

*(   ) with the following limitations:*
*      the responsibility will not apply to matters listed under*
*      paragraph(s) (please underline)  1   2   3   4   5*
*      The home declines any and all responsibility for items listed*
*      under paragraph 3*

*[signed]  Daniele Gerber*                          *February 1, 1992*
*          - - - - - - - - - - -*                   *- - - - - - - -*
*          Signature of the mother*

*          - - - - - - - - - - -*
*          Signature of the father*

1-3A

## Volksschule Riedenberg
### – Verbandsschule –
### (Grundschule)

(Amtliche Bezeichnung der Schule)

Schuljahr 1993/94                                                         Jahrgangsstufe 4

# JAHRESZEUGNIS
#### für

## Tony  G E R B E R

geboren am        25. Mai 1983

In der zweiten Schuljahreshälfte fiel es Tony oft noch schwer, dem
Unterricht aufmerksam und konzentriert zu folgen. Häufig lenkte er
sich und andere durch Spielereien ab. Obwohl er einen Tisch für sich
hatte, redete er oft mit Nachbarn. Sein Fleiß und seine Mitarbeit
waren äußerst schwankend. Die Ausführung seiner schriftlichen Arbei-
ten hing sehr von seinem jeweiligen Gemütszustand ab. Seine Ordnung
in Heften, Mappen, im Ranzen und unter der Bank ließ  noch sehr zu
wünschen übrig. In Zukunft muß Tony sich noch besser der Klasse an-
passen und insgesamt beherrschteres Verhalten zeigen. Am Förderkurs
Deutsch nahm Tony teil. Die Leistungen in Heimat- und Sachkunde sind
nur knapp ausreichend.

| | | |
|---|---|---|
| Religionslehre ( rk ) | befriedigend |
| Deutsch . . . . . . . . . | ausreichend |
| Schrift . . . . . . . . . | befriedigend |
| Mathematik . . . . . . . | mangelhaft |
| Heimat- und Sachkunde . . . | ausreichend |
| Kunsterziehung . . . . . . | gut |
| Musik . . . . . . . . | befriedigend |
| Textilarbeit / Werken . . . . | befriedigend |
| Sport . . . . . . . . . | gut |

Der Schüler / ~~Die Schülerin~~ rückt ———— in die nächste Jahrgangsstufe vor.

Riedenberg , den 27. Juli 1994

Schulleiter / in                                                         Klassenleiter / in

_S. Schmitt_                                                         _C. Löber_

Kenntnis genommen:
_Riedenberg, 27. Juli 94_
Ort, Datum                                                         Unterschrift des / der Erziehungsberechtigten

Notenstufen: 1 = sehr gut, 2 = gut, 3 = befriedigend, 4 = ausreichend, 5 = mangelhaft, 6 = ungenügend

1-4

## Riedenberg Public Schools
### Consolidated Schools
### (Primary School)

(Official School Certificate)

School year 1993/1994                                    Fourth grade

# ANNUAL REPORT
for

Tony  G E R B E R

date of birth:  May 25, 1983

During the second half of the school year Tony often found it
difficult to pay attention to lessons and to concentrate. He
often distracted himself and his classmates with games. Although
he had his own desk, he often spoke to his neighbors. His
attention to assigned tasks and his cooperation were extremely
uneven. The quality of his written work was greatly influenced
by his mood at the moment. He was very untidy in the arrangement
of his notebooks and portfolios in his school bag and under his
seat. Tony needs to pay better attention in class and generally
needs to show better self discipline. Tony participated in the
class that provided additional tutoring in German. The results
in civics and academic subjects were barely adequate.

| | |
|---|---|
| Religious instruction (Catholic) | satisfactory |
| German | adequate |
| Writing | adequate |
| Mathematics | inadequate |
| Civics and academic subjects | adequate |
| Art education | good |
| Music | satisfactory |
| Textile & handicrafts | satisfactory |
| Sports | good |

1-4A

The schoolboy/~~schoolgirl~~ is – – – promoted to the next grade.

Riedenberg July 27, 1994

Principal
[*signed*] S. Schmidt

Homeroom teacher
[*signed*] C. Wörber

*[rubber stamped seal of the Public
School of Reibendberg, Bavaria]*

Recorded:

Riedenberg, July 27, 1994

[*signed*] H. Ingler
signature of education supervisor

Numeric value of grades  1 = very good  2 = good  3 = satisfactory   4 = adequate  5 = inadequate  6 = failing

Edition  2.235.34  Annual report for school grades 3 and 4 (VS)  2 SM line spacing (2/6 customs)
Helmut Angles printing  P.O. box 1151  96301 Kronach  tel 09261 - 4640  Fax  4663

acc  model rev.l. 5
KWMBI  No. 15 / 1989  S  2016

Gutachtliche Stellungnahme der Schule zur individuellen Lernförderung:
Kann der Schüler Tony Gerber, geb. am 25.5.1983 in der St. Martin Schule,
Schule zur individuellen Lernförderung zu besseren Lernerfolgen kommen als
in der Regelschule.

## 1. Bemerkungen zur Fragestellung und die vorliegenden Beobachtungen im Unterricht

Die Frage wurde bewußt eingeengt gestellt. Es wurde nicht nach der Notwendigkeit
sonderpädagogischer Förderung allgemein gefragt, weil die Lern- und Förder-
bedingungen durch die Tatsache, daß die St. Martin Schule an ihrer Fassungsgrenze
angekommen ist und ohne bauliche Veränderungen keine Erweiterung um eine
mehr Klasse möglich ist, eingeschränkt sind.
Eine Aufnahme sollte unter solchen Bedingungen nicht in sogenannten Grenzfällen
vorgenommen werden. Zu Grenzfällen rechne ich Schüler, die in ihrem Lernen und
Arbeiten zwar deutliche Defizite aufweisen, aber dennoch auch in der Volksschule
sichtbare Lernzuwächse aufweisen, auch wenn diese nicht in allen Bereichen dem
Lehrplan der jeweiligen Lernstufe entsprechen. Die Aufnahme kann im Augenblick
nur dann erfolgen, wenn deutlich sichtbar ist, daß ein Schüler schon wegen
vorliegender genereller Begabungsdefizite oder schwerer Teilleistungsstörungen aller
Voraussicht nach keine Möglichkeit hat, in der Regelschule zu lernen.

Tony wurde aus der Förder- und Diagnoseklasse in die Volksschule zurückgeführt,
obwohl sichtbar war, daß in der Regelschule aller Voraussicht nach, besonders in
Mathematik stets zum letzten Leistungsdrittel gehören würde.
Die Feststellungen der Klassenlehrkraft zeigen, daß ein erheblicher Teil der Probleme
ihre Ursachen im Verhaltensbereich und nicht im schwachen generellen
Leistungsvermögen haben.

## 2. Die Überprüfung und ihre Ergebnisse.

**CFT 20 (Intelligenztest):** Zunächst sollte durch einen Intelligenztest überprüft
werden, ob bei Tony von einer schwachen oder geminderten Begabung gesprochen
werden kann, die Verhaltensprobleme also möglicherweise auch durch
Überforderung bedingt sein können.
Die Überprüfung mit dem Gruppentestverfahren erfolgte in einer Kleingruppe von
insgesamt 4 Schülern.
Das Ergebnis von 110 IQ-Punkten zeigt, daß Tony's generelle intellektuelle
Leistungsfähigkeit mit Sicherheit voll im Durchschnittsbereich liegt. Damit verstärkt
sich die Wahrscheinlichkeit, daß seine Leistungsprobleme primär durch Störungen im
Arbeitsverhalten und in der Arbeitseinstellung bedingt sind und nicht umgekehrt.

## 3. Beantwortung der Fragestellung

Eine Wiederholung des 4. Schülerjahrgangs wäre grundsätzlich nicht
ausgeschlossen.
Es scheint mir allerdings, daß ohne vermehrte Führung und Betreuung über das
normale Maß hinaus die gleichen Probleme auftreten würden, wie bei einer
Versetzung.

1-5

Tony sollte versetzt werden, mit dem deutlichen Hinweis für die kommende Lehrkraft und das Kinderdorf, daß ein relativer Erfolg nur mit der genannten besonderen Führung und Betreuung erreicht werden kann.
Es muß allerdings gesehen werden, daß ohne Unterstützung dieser Bemühungen durch die Mutter ein Erfolg sehr fraglich sein wird.
Tony wird möglicherweise mit seiner Mutter in die USA übersiedeln. Damit sind zukunftsgerichtete Maßnahmen im Augenblick nicht weiter planbar.

Riedenberg, den 10.07.94

Horst Fischer, SoR

- 1 -

Confirmation of the school's decision concerning special assistance for pupil: Can pupil Tony Gerber, born May 25, 1983, obtain better results with individual tutoring and assistance than in the regular course of studies?

## 1. Comments upon the question and considerations for future instruction

The scope of the question was deliberately limited. It was not posed because of a general need for special pedagogic assistance, for St. Martin School is at full capacity and without additional construction has little possibility of adding a class.

In these conditions an exception should not be made for so-called 'marginal cases.' Among these I count those pupils whose learning and work definitely show deficiencies but who however in the public schools do achieve visible progress in their education, even though these achievements are not reflected in all aspects of the categories measured for each year. For the time being an exception can be made only when it is clear and evident that a pupil has in all likelihood no possibility of learning in the regular public school curriculum due to previously confirmed general deficiencies or severe interruptions.

Tony was moved from special diagnostic classes and kindergarten to the public school although it was to be expected that in all probability he would be in the lowest third of the class, especially in math.

The evaluations of the teaching team show that a significant portion of the pupil's problems are rooted in behavior, not in any general inability to comprehend and learn.

## 2. Testing and Reults.

**CFT (IQ test):** An intelligence test was accordingly administered to see whether Tony might have weak or impaired intelligence and ability such that behavioral problems might be attributed to his inability to deal with the demands made upon him.

The group test given jointly to 4 students.

The IQ test result of 110 shows that Tony's intellect and his ability to learn are clearly confirmed to be average. This result strengthens the hypothesis that his shortcomings are primarily due to his difficulty in focusing on work requirements and his attitude toward tasks, not the other way around.

## 3. Reply to the question.

1-5A

Repeating the 4th grade remains a possibility.

It appears to me, however, that without closer guidance and extraordinary personal attention, the same problems will occur whether or not he is promoted .

**Tony should be promoted with a clear admonition to his future teachers and to the children's home that a relative success will be achievable only with the special guidance and personal attention mentioned above.**

**It must be made clear in any case that without support from his mother for these special measures the pupil's prospects for success in school are extremely limited.**

Tony is likely to move to the United States with his mother. For that reason no further measures concerning his future schooling can be planned.

Riedenberg, July 10, 1994

[signature illegible]
Horst Fischer, SoR

Tony Gerber
Confirmation of school decision of July 10, 1994 ~~Christian Schidt~~

# Abdruck

**Protokoll der**

- [X] **Hilfeplankonferenz**
- [ ] **Fallverlaufskonferenz**

Zuständige Fachkräfte (Name, Rufnummer):

Allgemeiner Sozialer Dienst:

**Herr Klose, Tel. 417**

Verwaltung:

| am/Datum: | betreffend: junger Mensch (Name, Vorname, Geburtsdatum) |
|---|---|
| 05.05.1994 in Riedenberg | **G e r b e r  Tony, geb. 25.05.1983** |

Teilnehmerinnen/Teilnehmer:

| Name, Vorname | Funktion | Verteiler des Protokolls |
|---|---|---|
| Frau Weber | Erziehungsleiterin | [ ] |
| Frau Dengler | Erzieherin | [ ] |
| Frau Gerber | | [ ] |
| Tony | | [ ] |
| Unterzeichner | | [ ] |
| | | [ ] |

Ergebnisprotokoll:

Es wurde die allgemeine Situation von Tony geschildert. Tony hat im Schulverband einen überraschenden Lehrerwechsel hinnehmen müssen, was für ihn eine schwierige Situation darstellte und zu einem Leistungseinbruch bei Tony führte, da eine starke Abhängigkeit zur früheren Lehrerin bestand. Von Jahresbeginn bis Ostern 1994 war deswegen eine massive Intervention des Heimes notwendig, um ein angemessenes Verhalten bei Tony zu erreichen. Tony brauche nach wie vor eine starke Konsequenz. Innerhalb des Kinderdorfes habe Tony einen guten Standpunkt, sein Gesamteindruck sei positiv, er könne Verantwortung übernehmen, werde insgesamt stabiler erlebt.

Frau Gerber beschreibt ihre neue Lebenssituation. Sie sei seit 01.04.94 in Poppenhausen-Hain, Im Werrntal 15, Telefon: 09725/4882, wohnhaft. Sie beabsichtigt eine Eheschließung mit Herrn Alfonso Brown (amerik. Berufssoldat). Die Hochzeit sei innerhalb der nächsten vier Wochen geplant. Frau Gerber bezeichnet ihre Lebenssituation als hinreichend stabilisiert, so daß sie an ihrer Absicht festhalten möchte, Tony spätestens zum Sommer 1994 wieder aus der Einrichtung herauszunehmen. Es stellte sich im nachhinein heraus, daß Tony vorab von seiner Mutter über die Planung unterrichtet wurde, dabei Zusammenhänge falsch verstand und mit einer großen Verunsicherung gegenüber der Heimgruppe reagierte, was sich in sehr zurückhaltendem und stillen Verhalten zeigte, Verhaltensweisen, die man üblicherweise von Tony nicht gewohnt ist. Frau Gerber benannte zwei Perspektiven hinsichtlich des Entlassungstermines. Ihr Freund und späterer Mann werde im Juni 1994 nach Texas versetzt. Sein dortiger zeitlicher Aufenthalt sei noch unbestimmt. Werde er nur für sechs Monte dorthin versetzt, werde Frau Gerber in Deutschland verbleiben, trotzdem Tony aus Riedenberg herausnehmen, damit er in Schweinfurt die amerikanische Schule besuchen könne, da mittelfristig eine Übersiedlung in die USA geplant werde. Sollte sich ein längerer Aufenthalt in Texas ergeben, so würde Frau Gerber sofort mit Tony im Juni übersiedeln. Bei ihren Schilderungen wirkte Frau Gerber nicht glücklich, was einen zukünftigen Aufenthalt in den USA angeht.

1-6

Beendigung der Maßnahme
~~Beendigung der Maßnahmen~~:

t. Telefonat mit Riedenberg vom 10.06.1994 hat Frau Gerber gegenüber der
Einrichtung mitgeteilt, daß Sie zwischenzeitlich in Schweinfurt geheiratet
hat, ihr Mann am 10.06.1994 für zwei Jahre nach Texas versetzt werde und sie
Anfang August 1994 mit Tony in die USA übersiedelt.

Der letzte Schultag für Tony ist der 27.07.1994. Damit er sich noch von der
Einrichtung verabschieden kann und dementsprechend auf den Wechsel vorbereitet
wird, wurde als Entlassungstag der **30.07.1994** vereinbart.

Schweinfurt District Child Welfare Office

COPY

Minutes of

[ × ] **Assistance Planning Meeting**

[    ] **Progress Evaulation Meeting**

Place and date
Schweinfurt, June 24, 1994/SCHE
File no.

2.43 e

Staff attending (Name, extension):
Mr. Klose, tel. 417
Administrative Division:

Date                             Concerning: young person (Family name, first name, date of birth)
May 5,1994,in Ridenberg  G e r b e r    Tony, born May 25, 1983

Participants:

| Family name, first name | Position | Participant |
|---|---|---|
| Mrs. Weber | Director of instruction | |
| Mrs. Dengler | Classroom teacher | |
| Mrs. Gerber | | |
| Tony | | |
| The undersigned | | |

**Minutes of meeting:**

Tony's general situation was described. At his school Tony had
to deal with an unexpected change of teachers, a situation he
found difficult and which hindered his learning, because he was
strongly attached to the woman who was his previous teacher.
From the start of the year to spring 1994 a far-reaching
intervention by the home staff was necessary to help Tony adjust
to the situation. Tony's needs were strongly affected. Within
the children's home Tony has a good outlook, his overall
attitude is positive, he's able to take responsibility and his
behavior is generally more stable.

Mrs. Gerber described her new living situation. Since April 1,
1994 she has been residing in Poppenhausen-Hain, at Im Werrntal
15, telephone 09725/4882. She intends to marry Mr. Alfonso Brown
(of the professional U.S. military). The wedding is planned for
sometime in the upcoming four weeks. Mrs. Gerber has the firm
intention of withdrawing Tony from the institution no later than
summer, 1994. During the discussion it came out that Tony had
been informed by his mother of the plans and had misunderstood

1-6A

the details; because of the great uncertainty his behavior in the group at the children's home changed. He became extremely reticent and quiet, behavior not typical of Tony in the past. Mrs. Gerber mentioned two aspects of the departure at the end of term. Her friend and future husband will be transferred to Texas in June, 1994. The length of his assignment there is not yet known. If it is for only six months, Mrs. Gerber will remain in Germany, but she will withdraw Tony from Riedenberg to send him to the American School in Schweinfurt, since the medium-term plan is to move to the United States. If the assignment to Texas is for a longer period, Mrs. Gerber will move to the United States with Tony in June. Mrs. Gerber's description of a future stay in the United States suggested she was not particularly pleased by the prospect.

**Measures suggested to assist pupil's education (incl. counsel concerning assistance needed)**

**Outcome of measures**
XXXXXXXXXXXXXXXX [*illegible because of strikeovers*]

Acc. to telephone call with the Reidenberg staff on June 10, 1994, Mrs. Gerber stated that she had married her husband in Schweinfurt, her husband was assigned on June 10, 1994 to Texas for two years, and she is moving to the United States with Tony in early August, 1994.

Tony's last day at school is July 27, 1994. So he can say goodbye to the teachers and be prepared for the upcoming change, the official date of departure was set by mutual agreement as July 30, 1994.

Date - Signature of Social Worker

Follow-up Meeting on:

— —

June 24, 1994 (*illegible signature*)

**Klose**
Certified in Social Pedagogy (FH)

## Volksschule Riedenberg
– Verbandsschule –
(Grundschule)

(Amtliche Bezeichnung der Schule)

Schuljahr 1993/94                          Jahrgangsstufe 4

# ZWISCHENZEUGNIS
für

Tony GERBER

Der lebhafte Schüler folgt dem Unterricht mit sehr schwankender Aufmerksamkeit. Oft spielt er mit Materialien, steht auf, redet mit Nachbarn oder ruft ins Unterrichtsgespräch hinein. Seine Einsatzbereitschaft sowie sein Arbeitstempo sind von seiner jeweiligen Gemütslage abhängig. Unter der Bank und im Ranzen hält Tony nur selten Ordnung. Seine schriftlichen Arbeiten soll er in Zukunft ansprechender und übersichtlicher anfertigen. Das Befolgen der vereinbarten Gesprächsregeln und Verhaltensweisen fällt Tony noch schwer. Die Leistungen im Fach Fach Heimat- und Sachkunde sind nur schwach ausreichend. Am Förderkurs Deutsch nimmt der Schüler teil. Vorrücken gefährdet. ────────────

| | |
|---|---|
| Religionslehre ( rk ) . . . | 3 |
| Deutsch . . . . . . . . . . | 4 |
| Schrift . . . . . . . . . . | 3 |
| Mathematik . . . . . . . . . | 5 |
| Heimat- und Sachkunde . . . . . | 4 |
| Kunsterziehung . . . . . . . . | 3 |
| Musik . . . . . . . . . . . | 3 |
| Textilarbeit / Werken . . . . | 3 |
| Sport . . . . . . . . . . | 2 |

Riedenberg , den 18. Februar 1994

Schulleiter / in                                 Klassenleiter / in

*S. Schmitt*                                     *C. Löber*

Kenntnis genommen:

*Riedenberg 18. Feb. 94*

Ort, Datum                                   Unterschrift des / der Erziehungsberechtigten

1-7

Notenstufen: 1 = sehr gut, 2 = gut, 3 = befriedigend, 4 = ausreichend, 5 = mangelhaft, 6 = ungenügend

## Riedenberg Public Schools
### Consolidated Schools
### (Primary School)

(Official School Certificate)

School year 1993/1994

*Fourth grade*

# MID-TERM REPORT
for
Tony  G E R B E R

This lively pupil's attention is often distracted from his classroom lessons. He often plays with his materials, stands up, chats with his neighbors or interrupts the teacher's presentations. His willingness to participate and speed in accomplishing tasks depend upon his mood of the moment. Tony rarely has things in order under his seat or in his school bag. In the future he should be more responsible and attentive in preparing his written work. Tony still finds it difficult to follow the agreed rules on speaking in class and class behavior. His results in lessons on civics and academic matters are only barely adequate. The pupil participates in the class for special tutoring in German. He is at risk of failing the school year.

| | |
|---|---|
| Religious instruction (Catholic) | 3 |
| German | 4 |
| Writing | 3 |
| Mathematics | 5 |
| Civics and academic subjects | 4 |
| Art education | 3 |
| Music | 3 |
| Textile & handicrafts | 3 |
| Sports | 2 |

1-7A

Riedenberg February 18, 1994

Principal
[*signed*] S. Schmidt

Homeroom teacher
[*signed*] C. Wörber

Recorded:

Riedenberg, February 18, 1994

[*signed*] H. Ingler
signature of education supervisor

Numeric value of grades: 1 = very good  2 = good  3 = satisfactory  4 = adequate  5 = inadequate  6 = failing

Edition 2.234.34 Annual report for school grades 3 and 4 (VS)  2 SM line spacing (2/6 customs)  acc model rev I 5
Double copies on special paper produced simultaneously without carbon paper
Helmut Angles printing. P.O  box 1151  96301 Kronach  tel 09261 - 4640  Fax 4663  KWMBl No 15 / 1989 S 205

**Aktennotiz**          **Tony Gerber**

Gespräch: Kinderdorf, Haus 9
          14.6.93
          11.oo Uhr


Gesprächsteilnehmer: Fr. Heger, Fr. Gerber, Fr. Dengler, Fr. Schwarz,
                     Herr Klose vom Jugendamt, Fr. Weber


Konkrete Vereinbarungen:
- Tony bleibt noch ein weiteres Schuljahr im Kinderdorf
- Frau Gerber teilt diese, ihre Entscheidung dem Jungen heute noch mit.
  Die Erzieher unterstützen.
- Frau Gerber erhält sowohl von Herrn Klose als auch von uns
  Unterstützung in der Einbeziehung der Großmutter. Sie kann sich
  bislang inkeiner Weise mit Tonys Unterbringung abfinden, zumal ihr
  auch die Einsicht in die Notwendigkeit fehlt und deshalb die Mutter
  mit der Forderung nach Herausnahme des Jungen belastet.

- Die bisherige Umgangsregelung wird beibehalten. D.h.
  + Frau Gerber kommt zum Besuchssonntag
  + Tony wird jeweils am 3. Wochenende des Monats nach Hause beurlaubt.
  + Zusätzliche Kontakte aufgrund aktuelle Anlässe (Geburtstag des Opas
    vereinbaren Frau Gerber und Erzieher zum gegebenen Zeitpunkt. Herr
    Klose muß nicht in die Entscheidung mit einbezogen werden, wird abe
    kurz informiert.
  + Tony wird vom 11.8. bis 23.8. zur Mutter beurlaubt.

gez. L. Weber

1-8

Memorandum of Meeting    Tony Gerber

Discussion: Children's village, House 9
            June 14, 1993, 11 a.m.

Participants: Mrs. Heger, Mrs. Gerber, Mrs. Dengler, Mr. Klose
from the Child Welfare Office, Mrs. Weber

Specific Determinations:

— Tony will reside in the children's home for another school
year.
— Mrs. Gerber will inform the young man today. The teaching
staff will assist her.
— Mrs. Gerber received support both from Mr. Klose and from us
concerning the involvement of the grandmother. To date she has
been completely unable to reconcile herself to Tony's placement
in the institution; she does not understand the need for it, and
for that reason has been pressuring the mother withdraw the
young man.

The rules for contact are confirmed without change. That is:
— Ms. Gerber will visit on Sundays.
— Tony will be allowed to visit her at home on the third weekend
  of each month.
— Additional contacts for special occasions (grandfather's
  birthday) will be negotiated between Mrs. Gerber and the
  teachers as required. Mr. Klose's involvement in the decision
  is not required, but he will be kept informed.
— Tony will be given leave from August 11 to August 23 to stay
  with his mother.

signed: L. Weber

1-8A

## Volksschule Riedenberg
### – Verbandsschule –
### (Grundschule)

(Amtliche Bezeichnung der Schule)

Schuljahr 1992/93

Jahrgangsstufe 3

# JAHRESZEUGNIS

für

### Tony Gerber

geboren am 25. 5. 1983

Der erzählfreudige und kontaktbereite Schüler ging im zweiten Schulhalbjahr zunehmend rücksichtsvoll und verträglich auf seine Mitschüler zu und konnte sich auch weitgehend an die Regeln und Ordnungen des Schullebens halten. Vorwitzig, nicht immer mit der notwendigen Einsatzbereitschaft und dem erforderlichen Fleiß ging Tony an seine Aufgaben heran und führte sie nicht selten vorschnell und fehlerhaft aus. Der Schüler ermüdete rasch und konnte sich nur schwer auf einen Sachverhalt konzentrieren und diesen zu Ende bringen. Besonders in Mathematik zeigte er eine sehr ungenaue, ungefestigte Zahlvorstellung und ein noch stark materialgebundenes, unflexibles Denkvermögen. So kam Tony nur dann einigermaßen selbständig zurecht, wenn die Aufgaben nicht vom gewohnten Schema abwichen und er keine Zusammenhänge oder Rechenoperationen wie in Sachaufgaben erkennen mußte.

| | |
|---|---|
| Religionslehre ( r.-k. ) | befriedigend |
| Deutsch . . . . . . . . | ausreichend |
| Schrift . . . . . . . | gut |
| Mathematik . . . . . . | mangelhaft |
| Heimat- und Sachkunde . . . | befriedigend |
| Kunsterziehung . . . . . . | gut |
| Musik . . . . . . . . | gut |
| Textilarbeit / Werken . . . . | ausreichend |
| Sport . . . . . . . . | gut |

Mimisch ausdrucksstark gestaltete der Schüler das Schulspiel kreativ mit. ------

Der Schüler / ~~Die Schülerin~~ rückt ---------in die nächste Jahrgangsstufe vor.

Riedenberg , den 21. Juli 1993

**Schulleiter / in**

*S. Schmitt*

(S)

**Klassenleiter / in**

*Ch. Nicola-Heger*

Kenntnis genommen:

*Riedenberg, 21. Juli 95*

Ort Datum

*H. Dengler*

Unterschrift des / der Erziehungsberechtigten

Notenstufen 1 = sehr gut, 2 = gut, 3 = befriedigend, 4 = ausreichend, 5 = mangelhaft, 6 = ungenügend

## Riedenberg Public Schools
### Consolidated Schools
### (Primary School)

(Official School Certificate)

School year 1992/1993

Third grade

# ANNUAL REPORT

for

Tony G E R B E R

date of birth: May 25, 1983

Voluble and gregarious, this pupil went into the second half of the school year behaving with increasing friendliness and consideration for his classmates, and he was able for the most part to respect the rules and regulations of school life. Although inquisitive, Tony didn't always show sufficient willingness or the required application to his tasks, and it wasn't unusual for him to turn in work that was hastily prepared and marred by errors. The pupil quickly tired and found it difficult to concentrate on the factual content of lessons so as to finish them properly. In math, especially, he showed an approximate and incomplete understanding of numbers and an inflexible mental approach strongly dependent upon the material world. Thus Tony managed to get correct results on his own only when the problems fit entirely into familiar patterns and when he wasn't required to recognize any relationships or formulate calculations as for example in word problems.

1-9A

| | |
|---|---|
| Religious instruction  (Catholic) | satisfactory |
| German | adequate |
| Writing | good |
| Mathematics | poor |
| Civics and academic subjects | satisfactory |
| Art education | good |
| Music | good |
| Textile & handicrafts | adequate |
| Sports | good |

The pupil showed a notable talent for acting in the school play.

The schoolboy/schoolgirl is — — — promoted to the next grade.

Riedenberg July 21, 1993

**Principal**
[*signed*]  S. Schmidt

**Class teacher**
[*signed*] Ch. Nicola-Heger

*[illegible rubber stamped seal]*

Recorded:

Riedenberg, July 27, 1993

[*signed*] H. Ingler
signature of education supervisor

Numeric value of grades: 1 = very good  2 = good  3 = satisfactory   4 = adequate  5 = inadequate  6 = failing

Edition **2.235.34** Annual report for school grades 3 and 4 (VS)  2 SM line spacing (2/6 customs)          acc. model rev.l. **5**
Helmut Angles printing  P.O  box 1151  96301 Kronach  tel 09261 - 4640   Fax  4663                KWMBI  No. 15 / 1989  S  2016



Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

8781 Riedenberg
Telefon 0 9749/7 10
Telefon-Durchwahl 0 9749/71    18
Telefax 0 9749/7 11 77

neue PLZ ab 1.7.93
9 7 7 9 2

Träger: Caritasverband
für die Diözese Würzburg e.V.

**Frau**
**Daniela Gerber**
**Gademannstr. 14**

**8721 Niederwerrn**

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| - | - | Sp/Spr | 23. Juni 1993 |

Sehr geehrte Frau Gerber,

vielen Dank für Ihre Antwort, mit der Sie uns Ihre Teilnahme zum Eltern
wochenende vom 2. bis 4.7.93 bestätigen. Wir freuen uns auf Ihr Kommen.

Die Tage sind wie folgt geplant:
- Anreisen können Sie im Laufe des Nachmittags, möglichst bis 18 Uhr.
  Gibt es Schwierigkeiten, mit Ihrer Zug-/Busverbindung bis nach Rieden
  berg zu kommen, melden Sie sich bitte, damit wir gemeinsam eine Lösun
  suchen.
- Nachdem Sie in Ruhe Ihr Zimmer bezogen haben und Gelegenheit hatten,
  sich im Kinderdorf umzusehen, treffen wir uns um 18 Uhr zum Abendesse
  und anschließend in der Kegelbahn zur geselligen Runde.
- Am Samstagvormittag laden Sie die Lehrer Ihrer Kinder zu einer Begeg-
  nung in der Schule ein.
- Nach dem Mittagessen machen wir eine kleine Wanderung, mit Grillen un
  Spielen in die nähere Umgebung von Riedenberg. Dabei hoffen wir auf
  schönes Wetter.
- Auf dem Heimweg versammeln wir uns an einem Bildstock zu einer be-
  sinnlichen Viertelstunde.
- Am Samstagabend sind Sie Gast in der Hausgemeinschaft Ihres Kindes
  bzw. Ihrer Kinder.
- Der Sonntagvormittag bietet Ihnen Gelegenheit zum Gottesdienstbesuch.
  Anschließend bilden wir eine Gesprächsrunde, in der wir uns mit päda-
  gogischen Problemen beschäftigen wollen.
  Beim Kaffee nach dem Mittagessen werden wir den Blick nochmal auf die
  vergangenen Tage werfen.
- Abreise ist dann am Sonntagnachmittag.

Diese Tage bieten Ihnen einmal die Möglichkeit, mit Ihren Kindern bei-
sammen zu sein. Zum anderen ist ausreichend Gelegenheit, mit allen Ver-
antwortlichen im Kinderdorf zu sprechen.

Mit freundlichen Grüßen

Caritas Kinder- und Jugenddorf
St. Anton

1-10

D. Sperl, Diplomsozialpädagoge



Caritas St Anton Home
for Children and Youth
...so life can begin again

---

Caritas St Anton Home for Children and Youth, 8781 Riedenberg

> 8781 Ridenberg
> tel 0 97 49/7 10
> tel direct 097 49/71 180
> fax 90 9749/7 11 77

**Mrs. Daniela Gerber**
**Gademannstraße 14**          **new Postal Code as of July 1, 1993**
**8721 Niederwernn**                        **9 7 7 9 2**

Administered by the Caritas Association
for the Diocese of Würzberg, reg. assoc.

---

| Your reference | Your letter of | Our reference | Date | |
|---|---|---|---|---|
| - - | | - - | **Sp/Spr** | **June 23, 1993** |

**Dear Mrs. Gerber,**

**Thank you very much for your reply confirming your participation in the Parents' Weekend of July 2-4, 1993. We're pleased you will be attending.**

**The days are scheduled as follows:**

**– You may arrive during the afternoon at any time up until 6 p.m. If you have difficulties with your train or bus connections to get to Riedenberg, please let us know so that we can seek a mutually satisfactory solution.**

**– After you've moved into your room and had time to look around the children's village, we'll gather at 6 p.m. for dinner followed by a social hour at the bowling alley.**

**– On Saturday morning your children's teachers invite you to a meeting at the school.**

**– After lunch we'll take a stroll in an area close to Riedenberg for a picnic, grilling and games. We're hoping for good weather for it.**

**– Afterwards on the way home we'll stop for 15 minutes at a wayside shrine for a moment of reflection.**

1-10A

-On Saturday evening you will be the guest of the home that cares for your child or children.

-Sunday morning offers you the opportunity to attend mass. Afterwards we'll organize a round of consultations where we can concentrate on concerns about the curriculum and teaching.

-Following Sunday luncheon there will be a coffee hour during which we can review the events of the weekend.

-Departure is scheduled for Sunday afternoon.

These days will offer you the possibility on one hand to spend time with your children. On the other they will provide ample opportunity for you to discuss matters with all of the staff of the children's village.

With best wishes,

Caritas St. Anton's home for children and youth.

D. Sperl, holder of diploma in social pedagogy

Bank account: Würzburg Liga
303001008 (BLZ 790 903 00)
[truncated]



Caritas Kinder- und
Jugenddorf St. Anton
...damit leben neu gelingt..

Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

**Frau**
**Daniela Gerber**
**Gademannstr. 14**

**8721 – Niederwerrn**

8781 Riedenberg
Telefon 0 9749/7 10
Telefon-Durchwahl 0 9749/71
Telefax 0 9749/7 11 77

18

**neue PLZ ab 1.7.93**
**9 7 7 9 2**

Träger: Caritasverband
für die Diözese Würzburg e.V.

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| - | - | **Sp/Spr** | **12.05.1993** |

**Sehr geehrte Frau Gerber,**

zum Teil schon seit Jahren tragen wir gemeinsam mit Ihnen Verantwortung
und Sorge für Ihr Kind.
Gewiß werden Sie auch wie wir in dieser Zeit festgestellt haben, daß es
gut für unsere gemeinsame Aufgabe ist, wenn wir miteinander im Gespräch
bleiben und uns über die Sorgen und Nöte bei der Erziehung der Kinder
austauschen. Zu gering sind aber leider oft die Möglichkeiten dafür.
Dieser Gedanke liegt den Elternwochenenden zugrunde, die wir schon seit
einigen Jahren für Sie, Ihr Kind und uns eingerichtet haben.

**Unser diesjähriges Elternwochenende findet von Freitag, den 2. Juli bis**
**Sonntag, den 4. Juli statt. Dazu wollen wir Sie recht herzlich einladen**
Auf diese Weise können Sie den "normalen Alltag" Ihres Kindes und seine
Umgebung noch besser kennenlernen. Sie haben auch Gelegenheit, neben de
Erziehern auch die Lehrer zu treffen und sich mit ihnen ausführlich zu
unterhalten. So können wir uns miteinander gut mit dem Weiterkommen Ih-
res Kindes befassen. Es wird sich bestimmt freuen, wenn Ihnen das Mit-
machen an diesen Tagen möglich ist.

Neben den geselligen Zeiten mit den Kindern werden auch die Erwachsenen
zu ihrem Recht kommen. In einer Erwachsenenrunde können wir unsere Sor-
gen aber auch unsere Freuden im Leben mit unseren Kindern mitteilen.

Als unsere Gäste werden Ihnen für Unterkunft und Verpflegung keine Ko-
sten entstehen. Wegen der Fahrtkosten empfehlen wir Ihnen, sich mit dem
Jugendamt in Verbindung zu setzen. Rufen Sie bitte rechtzeitig bei uns
an, wenn Sie z.B. mit Ihrer Zug~ und Busverbindung an diesem Wochenende
nicht ganz bis nach Riedenberg kommen. Wir überlegen dann mit Ihnen ein
Lösung.
Damit wir rechtzeitig planen können, bitten wir Sie, die beigefügte Ant
wortkarte sobald wie möglich, jedoch spätestens bis zum 27. Mai 1993 an
uns zurückzusenden.
Auf Ihr Kommen freuen wir uns schon heute.

**Mit freundlichen Grüßen**
**Caritas Kinder- und Jugenddorf**
**St. Anton**

1-11



Caritas St Anton Home
for Children and Youth
so life can begin again

Caritas St.Anton Home for Children and Youth, 8781 Riedenberg

8781 Ridenberg
tel. 0 97 49/7 10
tel. direct. 097 49/71 180
fax  90 9749/7 11 77

**Mrs. Daniela Gerber**

**new Postal Code as of July 1, 1993**

**8721 Niederwernn**                          **9 7 7 9 2**

Administered by the Caritas Association
for the Diocese of Würzberg, reg. assoc.

| Your reference | Your letter of | Our reference | Date |
|---|---|---|---|
| - - | - - | **Sp/Spr** | **May 5, 1993** |

**Dear Mrs. Gerber,**

**In some sense for several years we have been assuming jointly with you the responsibility for the care of your child.**

**You will certainly have found, as we have during this time, that it's beneficial for our joint task to stay in contact with one another and to exchange our concerns and observations concerning the education of the children. Unfortunately our opportunities to do so are often too limited. This is the motivation for the Parents' Weekend that for a number of years we've organized for you, your child and us.**

**This year's Parents Weekend will take place from Friday, July 2 to Sunday, July 4. We're pleased to invite you to attend! This will be a way for you to participate in the 'everyday life' of your child and to become more familiar with the child's environment. You'll also have the opportunity to meet the educators and teachers and to have thorough discussions. This way we can engage concerning your child's progress. We will certainly be pleased if you should be able to participate in these events.**

**In addition to the time in the company of the children, the adults will have their own encounters. In the social events for**

1-11A

adults we can share both our concerns and our joys concerning life with our children.

You will be our guest, with no charge for board or lodging. We encourage you to contact the Child Welfare Office for funding of your travel expenses. Please call us promptly if, for example, your train and bus connections do not bring you all the way to Riedenberg. We'll discuss possible solutions with you.

So we can make the appropriate arrangements, we ask you to please fill out the enclosed reply card as soon as possible, in any event no later that May 27, 1993, and to send it to us.

We're already looking forward to your visit.

With best wishes,

Caritas St Anton village for children and young persons

D. Sperl, certified psychologist

**Enclosure**

Bank account: Würzburg Liga
303001008 (BLZ 790 903 00)
[*truncated*]

## Volksschule Riedenberg
– Verbandsschule –
(Grundschule)

[Amtliche Bezeichnung der Schule]

Schuljahr 1992/93                                                                 Jahrgangsstufe  3

# ZWISCHENZEUGNIS
### für

## Tony   Gerber

Tony ist ein kontaktbereiter und mitteilsamer Schüler, dessen wechselhafte
Stimmungslage sich jedoch nachteilig auf sein Arbeitsverhalten auswirkt.
Seine Mitarbeit ist stark interessenabhängig, oft oberflächlich und vor-
schnell. Nicht selten ist er an Auseinandersetzungen mit seinen Klassen-
kameraden beteiligt.Dem Schüler fällt es nicht immer leicht, sich auf das
Unterrichtsgeschehen zu konzentrieren und seine Arbeiten planvoll und mit
der nötigen Sorgfalt anzufertigen. Seine Selbsteinschätzung in bezug auf
Leistung  und gute Vorsätze ist in der Regel wirklichkeitsfern und viel zu
hoch. Talentiert und begeistert nimmt Tony an der Arbeitsgemeinschaft "Schul-
spiel" teil. Hier beweist er großes Einfühlungsvermögen und schauspiele-
risches Können. -------------------------------------------------------------

| | |
|---|---|
| Religionslehre ( r.-k. ) | 2 |
| Deutsch | 4 |
| Schrift | 2 |
| Mathematik | 4 |
| Heimat- und Sachkunde | 3 |
| Kunsterziehung | 2 |
| Musik | 2 |
| Textilarbeit / Werken | 4 |
| Sport | 2 |

Riedenberg   den 12. Februar 1993

Schulleiter / in                                                         Klassenleiter / in

_S. Schmitt_                                                            _C. Nicolai- Hegi_

Kenntnis genommen:
_Riedenberg 12.02.93_                                        _F. Zingler_
Ort, Datum                                                              Unterschrift des/der Erziehungsberechtigten

Notenstufen: 1 = sehr gut, 2 = gut, 3 = befriedigend, 4 = ausreichend, 5 = mangelhaft, 6 = ungenügend

1-12

# Riedenberg Public Schools
## Consolidated Schools
### (Primary School)

(Official School Certificate)

School year 1992/1993                                    Third grade

# MID-TERM REPORT
for
### Tony G E R B E R

Pupil Tony Gerber is open to contacts and sharing, but his
changing moods have adverse effects upon his attitude to his
work. His willingness to work is strongly dependent upon his
interests, and he often works too quickly and carelessly. He
comes into conflict with his classmates all too often. This
pupil doesn't always find it easy to concentrate on the
educational process or to carry out his work in a systematic way
and complete it with the necessary care. His self-evaluation
concerning his achievements and intentions is rarely realistic
and is usually quite exaggerated. Tony participates with talent
and enthusiasm in his work group's school play. In this he
demonstrates great empathy and dramatic ability. - - - - - - -

| | |
|---|---|
| Religious instruction (Catholic) | 2 |
| German | 4 |
| Writing | 2 |
| Mathematics | 4 |
| Civics and academic subjects | 3 |
| Art education | 2 |
| Music | 2 |
| Textile & handicrafts | 4 |
| Sports | 2 |

1-12A

Riedenberg February 12, 1993

Principal
[*signed*] S. Schmidt

Classroom teacher
[*signed*] Ch. Nicola-Heger

Recorded:

Riedenberg, February 12, 1993

[*signed*] H. Ingler
signature of education supervisor

Numeric value of grades: 1 = very good  2 = good  3 = satisfactory   4 = adequate  5 = inadequate  6 = failing

Edition 2.234.34 Annual report for school grades 3 and 4 (VS)  2 SM line spacing (2/6 customs)                  acc model rev. 4
Double copies on special paper produced simultaneously without carbon paper
Helmut Angles printing. P.O box 1151 96301 Kronach tel 09261 - 4640  Fax 4663                  KWMBI No 15 / 1989 S 205

**Aktennotiz**                **Tony Gerber**

Gespräch: Kreisjugendamt Schweinfurt
          18.1.93
          10.oo Uhr


Gesprächsteilnehmer: Herr Klose vom Jugendamt
                     Frau Gerber, Frau Dengler, Fr. Weber


Konkrete Ergebnisse:
- Tony wird nicht, wie von der Mutter ursprünglich beabsichtigt zum
  1.2. entlassen. Die Mutter hat Einsicht in die Notwendigkeit, daß
  der Junge erst das Schuljahr hier abschließt.
- Um Frau Gerber und Tony mehr Möglichkeiten der Begegnung und damit
  auch der Auseinandersetzung zu geben, wird Tony künftig jeweils am
  dritten Wochenende des Monats von Freitag bis Sonntag abend beurlaubt.
  Die Hausaufgabe von Freitag erledigt Tony zu Hause in Niederwerrn.
  Die Erzieher klären ab, inwieweit eine Mitfahrgelegenheit geregelt
  werden kann.

- Frau Gerber nutzt die Zeit auch für die Abklärung einer möglichen
  konstanten Hausaufgabenbetreuung Tonys nach der Entlassung bei uns.
- Frau Gerber kommt weiter regelmäßig am Besuchssonntag.
- Die vereinbarten Beurlaubungen werden nicht geändert, da hier eine
  Orientierung an Frau Gerbers Arbeitszeit erfolgt ist.


- Am 21.6. um 15.45 Uhr findet im Kinderdorf ein neuer Gesprächstermin
  (u.a. mit o.g. Teilnehmern) statt, um u.a. die Entwicklung zu reflek-
  tieren und so Frau Gerber auch Entscheidungshilfen über Tonys weiteren
  Aufenthalt zu geben.
- Bleibt es dabei, daß Tony nach diesem Schuljahr nach Hause geht, wird
  er zum ersten Ferientag entlassen und hat auch keine Möglichkeit, noch
  an einer Freizeit hier teilzunehmen.

gez. L. Weber


1-13

**Reale und mögliche Hintergründe für Frau Gerbers Entscheidung:**
- Tony setzt seine Mutter unter Druck und beruft sich dabei vor allem auf das Versprechen, daß er nur 1 Jahr hierbleiben müsse.
- Tony verstärkt diesen Druck, indem er der Mutter während der wöchentlichen Telefongespräche "vorjammert", daß er keine Freund hätte, immer alleine spielen müsse usw.
- Frau Gerber erlebt, daß sie, selbst wenn Tony zu Hause ist, kaum etwas von ihrem Jungen hat (er tendiert stark zu seinem Daddy) und sieht nur mit dieser Entscheidung eine Möglichkeit, auch ihre eigene Einsamkeit zu überwinden.
- Fr. Gerbers Eltern wissen bis heute nichts von Tonys Unterbringung in Riedenberg.


**Konkrete Schritte für uns:**
- Tony über das Gesprächsergebnis informieren.
- Tony in die Auseinandersetzung mit den Konsequenzen der Entlassung bringen. Spricht Tony beispielsweise vom Sommerurlaub, muß er wissen, daß er, wenn er nach Hause möchte, nicht mehr mit kann. Evtl. kann so Tonys Druck auf die Mutter auch verringert werden.
- Frau Gerbers Besuche in Riedenberg so unterstützen, daß die Mutter erlebt, daß sie im Grunde genommen hier mehr von ihrem Jungen hat, als wenn er zu Hause ist.
- Mit Frau Weger über die neue Perspektive reden und bitten, daß Tony auch tatsächlich an den betreffenden Heimfahrt-Wochenenden differenzierte Hausaufgaben bekommt.
- Mitfahrgelegenheit für Tony klären.

bez. L. Weber

**Memorandum**                    Tony Gerber

**Meeting:**  Child Welfare Office, Schweinfurt District
          January 18, 1993, 10 a.m.

**Participants:**  Mr. Klose of the Child Welfare Office
              Mrs Gerber, Mrs. Dengler, Mrs. Weber

**Specific developments:**

- Tony will not be released on February 1, as earlier requested
  by his mother. She understands the need for the boy to complete
  the school year.

- In order to provide Mrs. Gerber and Tony more opportunities to
  meet and to interact, in the future Tony will be given leave
  every third weekend of the month from Friday to Sunday evening.
  Tony will do his Friday homework at the house in Niederwerrn.
  The educators will determine to what extent possibilities for
  shared transportation can be identified.

- Mrs. Gerber will also use the time to determine the prospects
  for Tony to continue to be diligent in doing his homework after
  his release from our care.

- Mrs. Gerber will again be making regular visits on Sundays.

- The already issued authorizations for leave will not be
  changed, since a satisfactory explanation of Mrs. Gerber's work
  schedule has been obtained.

- On June 21 at 3:45 p.m. a new discussion will take place at the
  children's village (with, among others, the participants in the
  present meeting), so as to discuss, *inter alia*, his development
  and to counsel Mrs. Gerber further concerning an extension of
  Tony's stay with us.

- If eventually Tony goes home after this school year, he will be
  released on the first holiday and therefore will not be allowed
  to participate in later free play activities here.

signed, L. Weber

1-13A

- 2 -

Actual and possible reasons for Mrs. Gerber's decision:

- Tony is putting pressure on his mother and is especially emphasizing the promise that he would have to stay here for only one year

- Tony has increased this pressure, by 'moaning and groaning' to his mother during the weekly telephone conversation, saying that he has no friends, always has to play alone, etc.

- Mrs. Gerber says that even when Tony is at home with her she has very little in common with her boy (he strongly resembles his 'Daddy'), and she finds that the requested release offers her a way to overcome her own loneliness

- Mrs. Gerber's parents still do not know that Tony has been residing in Riedenberg

Concrete steps for us:

- Inform Tony about the outcome of the discussion

- Make Tony aware of the consequences of a definitive departure. Discuss with Tony things such as the summer vacation; he needs to understand when he wants to go home that this means he will no longer be allowed to participate here. This may eventually help lessen Tony's pressure on his mother.

- Support Mrs. Gerber's visits to Riedenberg, so that she finds she generally has more contact with her boy here than when he is at her house.

- Speak with Mrs. [*corrected*] Heger about the new procedure and ask that Tony be given homework appropriate for the upcoming home-visit weekends

- Explore possibilities for rides for Tony.

signed, L. Weber

**Staatliches Schulamt im Landkreis Bad Kissingen**

873 Bad Kissingen, den 04.11.1992/k
Obere Marktstraße 6
Ruf: 0971 / 801-227

EINGEGANGEN 0 9. Nov. 1992

Frau
Daniela Gerber
Gademannstr. 14

8721 Niederwerrn

Überweisung an die Volksschule
Tony Gerber, geb. 25.05.1983
wohnhaft: Kinderdorf St. Anton, 8781 Riedenberg

Sehr geehrte Frau Gerber!
~~Sehr geehrter Herr~~

Das Staatliche Schulamt im Landkreis Bad Kissingen überweist
Ihren Sohn Tony    ab 04.11.1992 von der St.-Martin-Schule-
Riedenberg
an die Volksschule Riedenberg, Verbandsschule (Grundschule).
Die Entscheidung ist kostenfrei.

Aufgrund des probeweisen Besuches der Volksschule ist zu er-
warten, daß Ihr Sohn am Unterricht der Volksschule mit Erfolg
teilnehmen kann.

Vor Erlaß dieser Entscheidung wurde Ihnen Gelegenheit zur
Stellungnahme gegeben.

Die Zuständigkeit des Staatlichen Schulamtes zu dieser Entschei-
dung ergibt sich aus Art. 15 Abs. 3 des Schulpflichtgesetzes in
der derzeit gültigen Fassung.

Wir wünschen Ihrem Kind in seiner Heimatschule viel Erfolg.

./.

1-14

## Rechtsbehelfsbelehrung
========================

Gegen diesen Bescheid kann binnen eines Monats nach seiner Be-
kanntgabe Widerspruch erhoben werden. Der Widerspruch ist schrift-
lich oder zur Niederschrift bei dem Staatlichen Schulamt im Land-
kreis Bad Kissingen in 8730 Bad Kissingen, Obere Marktstr. 6, ein-
zulegen.

Sollte über den Widerspruch ohne zureichenden Grund in angemessener
Frist sachlich nicht entschieden werden, so kann Klage bei dem
Bayerischen Verwaltungsgericht in Würzburg, Burkarderstraße 26,
(Postanschrift: Postfach 11 01 05, 8700 Würzburg 11) schriftlich
oder zur Niederschrift des Urkundsbeamten der Geschäftsstelle
dieses Gerichts erhoben werden.

Die Klage kann nicht vor Ablauf von drei Monaten seit der Einlegung
des Widerspruchs erhoben werden, außer wenn wegen besonderer Um-
stände des Falles eine kürzere Frist geboten ist.

Die Klage muß den Kläger, den Beklagten (Freistaat Bayern) und den
Streitgegenstand bezeichnen und einen bestimmten Antrag enthalten.
Die zur Begründung dienenden Tatsachen und Beweismittel sollen an-
gegeben, der angefochtene Bescheid soll in Urschrift oder in Ab-
schrift beigefügt werden. Der Klage und allen Schriftsätzen sollen
vier Abschriften für die übrigen Beteiligten beigefügt werden.

Hochachtungsvoll

Salvater, Schulamtsdirektor

In Abdruck

- an die Schule für Lernbehinderte .Riedenberg....................

- an die Volksschule Riedenberg.................................

- an das Kinderdorf St. Anton, 8781 Riedenberg

RECEIVED November 9, 1992

Mrs. Daniela Gerber
Gademannstraße 14
8721 Niederwerrn

Dear Mrs. Gerber,
~~Dear Sir,~~

The Government School Office in Landkreis Bad Kissingen informs
you that your son Tony is to be transferred as of November 4,
1992 from the St. Martin School in Riedenberg to the Public
School, Riedenberg School Association (Primary School). There is
no charge to you for this decision.

Given the results of the trial visit to the Public School, it's
expected that your son will be able to participate successfully
in the school curriculum.

Before this decision is put into effect you will have the
opportunity to respond with your comments.

The authority for the Government Schools Office to make this
decision is provided in Article 15, paragraph 3 of the Law on
Obligatory Schooling, as currently amended.

We wish your child all success in the school where he lives.

(continued)

1-14A

## Appeal Procedures
= = = = = = = = =

This decision can be appealed at any time during the first month
after it is communicated. TAn appeal is to be communicated in
writing or registered directly with the Government School Office
in Landkreis Bad Kissingen at 8730 Bad Kissingen, Obere
Marktstraße 6.

If the appeal is not considered and decided within an
appropriate delay, a complaint may be made in writing or
declared directly to the Bavarian Administrative Court in
Würzburg, Bukarderstraße 26 (mailing address: P.O. box 11 01 05,
8700 Würzburg 11) to the court registrar at the court offices.

The complaint will not be considered until three months have
passed since it was registered, except when unusual
circumstances of the case justify a shorter waiting period.

The appeal must identify the individual making the complaint,
the authority (the Bavarian state) against which the complaint
is made and the disputed circumstances. It must include a
specific request. The facts and evidence upon which the
complaint is grounded must be described, the disputed decision
must be attached in original or in a copy. Four copies of the
appeal and all accompanying documentation must be provided for
the use of concerned offices.

Sincerely


[signed]

Salveter, Director of the Government Schools Office

complimentary copies to

- to the School for the Learning Disabled _in Riedenberg_

- to the Public School _in Riedenberg_

- to St. Anton's children's village, 8781 Riedenberg

**Aktennotiz**          **Tony Gerber**
Gespräch vom 28.10.1992


Gesprächsteilnehmer: Frau Gerber, Herr Klose vom Jugendamt, Frau
                     Dengler, Fr. Schwarz, Fr. Nikodemus, Fr. Weber


Gesprächsinhalte:
- Austausch über Entwicklung der Kontakte mit dem Vater sowie allge-
  meiner Austausch über die Situation des Vaters.
- Austausch und Information über die aktuelle Situation um Tony
  (Konsequenzen der Umschulung, Bedeutung unklarer "Dady-Kontakte"
  für Tony, Spontanietät und Oberflächlichkeit ....)
- Vereinbarung künftiger Kontakte und Beurlaubungen zur Mutter


Konkretes:
- Die Erzieher versuchen, den Vater bei seinem nächsten Anruf auf
  Kontaktmöglichkeiten anzusprechen und ggfs. auch etwas zu verein-
  baren.
- Frau Gerber bringt den Vater nicht mit, ohne daß er vorher mit uns
  einmal telefoniert hat.
- Ziel ist es, daß der Vater akzeptiert, daß Tony Schwierigkeiten
  hatte und hat, daß er die Notwendigkeit der Unterbringung einsieht
  und dann vor allem auch mitträgt, anstelle Tony zu versprechen, daß
  er ihn bald wieder raushole.
- Frau Gerber kauft Tony keinen Walkman. Tony spart sich selbst einen
  neuen.
- Beurlaubungen: Weihnachten vom 23.12. bis 30.12.92
                            vom  8.01. bis 10.01.93
                 Ostern     vom  8.04. bis 12.04.93
                 Pfingsten  vom 28.05. bis 31.05.93
                 Besuchssonntage: 07.02.93,
                                  07.03.93,
                                  04.04.93,
                                  02.05.93,
                                  06.06.93,
                                  04.07.93
  Am 21.2. wird Frau Gerber anläßlich ihres Geburtstages Tony tagsüber
  nach Hause holen.

gez. E. Weber



1-15

Memorandum                         Tony Gerber
Conference of October 28, 1992

Participants: Mrs. Gerber, Mr. Klose from the Child Welfare
              Office, Mrs. Dengler, Mrs. Schwarz, Mrs.
              Nikodemus, Mrs. Weber

Subjects discussed:

- Discussion of the development of contacts with the father and
  general discussion of the father's situation
- Discussion and information concerning Tony's current situation
  (consequences of changing schools, the significance of
  ambiguous "Daddy-contacts" for Tony, his exuberant but
  generally thoughtless behavior. . . )
- - Agreement on future contacts and permission to visit the
  mother

Specifics:
- The educators will attempt to discuss with the father during
  his next telephone call the possibilities for contacts and if
  necessary will try to come to an agreement.
- Mrs. Gerber will not be accompanied by the father during her
  visits unless he has advised us in advance by telephone.
- The goal is for the father to accept the fact that Tony has
  difficulties and understands the need for special accommodation
  and that most importantly he expresses his approval instead of
  promising Tony he'll soon be withdrawing him from the
  institution.
- Mrs. Gerber will not buy a Walkman for Tony. Tony will save his
  allowance to buy a new one.
- Permission/home leave: Christmas, December 23 - 30, 1992
                         January 8 - 10, 1993
                         Easter, April 8 - 12, 1993
                         Ascension, May 28 - 31, 1993
                         Sunday Visits: February 7, 1993
                                        March 7, 1993
                                        May 2, 1993
                                        June 6, 1993
                                        July 4, 1993

On Tony's birthday, February 21, Mrs. Gerber will pick up Tony
for a day wth her.

signed, E. Weber

1-15A

Abdruck



# LANDRATSAMT SCHWEINFURT

**Kreisjugendamt**

Landratsamt Schweinfurt, Postfach 14 50, 8720 Schweinfurt 1

Auskunft erteilt:

Frau
Daniele Gerber
Gademannstr. 14

8721 Niederwerrn

Herr Klose

**Bitte bei Antwort angeben!
Unser Zeichen**

2.43 e

| Ihr Zeichen, Ihre Nachricht vom | ☎ (0 97 21) 55- | Zimmer-Nr. | Datum |
|---|---|---|---|
| | 417 | 120 | 23.09.92/R |

Sehr geehrte Frau Gerber,

während meiner urlaubsbedingten Abwesenheit hatten Herr Sparks und Toni mit
ihrer Zustimmung Umgang miteinander. Darüber hinaus gab es Kontakte mit dem
Kinderdorf St. Anton/Riedenberg. Für alle Beteiligten insbesondere für
die Entwicklung von Toni, sind getroffene Absprachen und deren Einhaltung sehr
wichtig, um seinen Integrationsprozeß nicht zu gefährden. In diesem Prozeß
kann der Kindesvater miteinbezogen werden, insofern er diese Absprachen aner-
kennt und Versprechungen zu Telefonaten und Besuchen dann auch einhält, bei deren
Nichteinhaltung, wie bereits geschehen, reagiert Toni verständlicherweise ent-
täuscht, was von den Erziehern aufgearbeitet werden muß. Aus diesen Gründen
erscheint ein ergänzendes Gespräch mit Ihnen und Herrn Sparks notwendig, was
wir absprachegemäß in Riedenberg unter Begleitung von Frau Weber führen werden.
Einen Termin kann ich noch nicht mitteilen, da sich Frau Weber derzeit in Ur-
laub befindet.

Vorab möchte ich mit Ihnen allein ein ergänzendes Gespräch führen, um abzu-
klären, welche Erwarten Sie an den Kindesvater haben und wie Iher Meinung nach
eine künftige Umgangsregelung praktiziert werden soll. Aus diesem Grunde

- 2 -

1-16

**Hausanschrift:**
Landratsamt Schweinfurt
Schrammstraße 1
8720 Schweinfurt 1

**Postverbindungen:**
Telefon-Vermittlung 09721 / 55-0
Teletax-Nr. 55337
Telex-Nr. 673 260 lraswd
Teletex-Nr. 9721849

**Öffnungszeiten:**
Mo.-Fr. 08.15 - 12.00 Uhr
Di. 13.45 - 15.45 Uhr
Do 15.00 - 17.00 Uhr

**Konten der Kreiskasse:**
Kreissparkasse Schweinfurt
Konto - Nr. 50 005 (BLZ 793 501 01)
Postgiroamt
PGA Nürnberg 62 92-858
(BLZ 760 100 85)

möchte ich Sie für Dienstag, 29.09.92, 10.00 Uhr zu einem Gespräch bei mir im Büro einladen. Für Rückfragen erreichen Sie mich am besten während meiner festen Sprechzeiten, Montag und Freitag 08.15 bis 10.00 Uhr.

Mit freundlichen Grüßen
i. A.


K l o s e
Dipl. Soz. Päd. (FH)


**Abdruck**

**Caritas Kinder- u.
Jugenddorf St. Anton
z. H. Frau Weber**

**8781 Riedenberg**

Translation: Michael Meigs
michaelmeigs@gmail.com

## Copy



**SCHWEINFURT
DISTRICT OFFICE**
Child Welfare Office

---

Schweinfurt District Office, P.O. Box 14 50, 8720 Schweinfurt 1

cc:

Mr. Klose

Mrs. Daniele Gerber
Gademannstraße 14
8721 Niederwerrn

In correspondence
please cite:

2.43

---

| Your ref./report of | tel. (0 97 21) 55- | Room no. | Date |
|---|---|---|---|
| | 417 | 120 | Sept 23, 1993/R |

Dear Mrs. Gerber,

During my absence on leave, as you agreed, Mr. Sparks and Toni met.
Subsequently there were contacts with the St. Anton's children's village in
Riedenberg. It is very important for all participants and particularly for
Tony's development to have conferences and discussions to make sure the
process of his integration encounters no obstacles. The child's father can be
included in this process to the extent that he recognizes their importance
and keeps his promises to stay in contact by telephone and with visits; when
he fails to do so, as has already happened, Tony reacts with understandable
disappointment that creates new requirements in the educational process. For
these reasons it appears necessary to have a full discussion with you and Mr.
Sparks, which we will carry out by appointment in Riedenberg with the
assistance of Mrs. Weber. I am not yet able to set the time and date, since
Mrs. Weber is currently on leave.

I would like to meet you separately in advance for a general review, so I can
understand your expectations of the child's father and your opinion about
pragmatic options for contacts. For that reason   (continued)

---

| **Office address** | **Phone contacts:** | **Office hours:** | **District bank accounts** |
|---|---|---|---|
| District Office | main: 09721/55-0 | M&F 8:15–noon | Schweinfurt Svgs Bank |
| Schrammstraße 1 | fax: 55337 | Tues 1:45–3:45 p.m. | acct 50005(BLZ 793 501 01) |
| 8720 Scweinfurt 1 | telex: 673260 Iraswd | Thurs 3–5 p.m. | |

Postal Bank
PGA Nürnberg 62 92-858
(GLZ 760 100 85)

1-16A

**RECEIVED** SEPT 24, 1992

- 2 -

I would like to invite you for a discussion in my office on Thursday,
September 29, 1992 at 10 a.m. If you have any questions, you are most likely
to be able to reach me during my regular appointment hours on Mondays and
Fridays from 8:15 a.m. to 10 a.m.

With best wishes,

/prepared as directed by/


Klose
Certified Social & Educational Psychologist (FH)


cc:

Caritas St. Anton Village for Children and Youth
attn: Mrs. Weber
8781 Riedenberg

## Diagnose - und Förderklasse

(Amtliche Bezeichnung der Schule)

Schuljahr 1991/92

# JAHRESZEUGNIS

für

Jahrgangsstufe 2

Tony    Gerber

geboren am    25. Mai 1983

Bericht über soziales Verhalten, Lernverhalten und Leistungsstand

Tony ist ein umgänglicher, interessierter Schüler. Er hat sich nach anfänglichen Schwierigkeiten gut in die Klassengemeinschaft eingefügt. Er braucht einen klar strukturierten Rahmen und genaue Vorgaben seitens der Lehrkraft, damit erfolgreiches Lernen möglich ist. Tony probiert die Konsequenz des Lehrer immer wieder aus und versucht gern sich durchzumogeln. Besonders bei den Hausaufgaben arbeitete er nicht immer zuverlässig und pünktlich. Seine Arbeitsmittel waren häufiger unvollständig.
Im Unterricht arbeitet Tony meist zielstrebig und rasch, wobei er ordentliche Hefteinträge anfertigt. Immer wieder sucht er die Bestätigung des Lehrers. Vermeintlich schwierige Aufgaben verweigert er zunächst, ist aber dann stolz wenn er sie doch geschafft hat. Tony muß noch lernen, positiver an gestellte Anforderungen heranzugehen und sein Vermeidungsverhalten abbauen.
Tony ist ein sehr ausdauernder Sportler mit viel Bewegungsgefühl. Sehr gutes Rhythmus- und Taktgefühl beweist er in Musik; auch lernt er neue Lieder sehr schnell. In Textilarbeit/Werken erbrachte er gute bis befriedigende Leistungen. —————

Leistungen in den Fächern

Deutsch . . . . . . . . . .    befriedigend

Mathematik . . . . . . . .    befriedigend

Heimat- und Sachkunde . . .    befriedigend

Der Schüler / ~~Die Schülerin~~ rückt        in die nächste Jahrgangsstufe vor.

Riedenberg, den    Juli 1992

**Schulleiter / in**

**Klassenleiter / in**



Kenntnis genommen:

Unterschrift des / der Erziehungsberechtigten

Ort Datum

1-17

# Orientation and Kindergarten

(Official School Certificate)

School Year  1991/92

Second Grade

# ANNUAL REPORT

for

Tony    G e r b e r

born on    May 25 1983

## Report on social behavior, attitude toward learning and readiness

Tony is a sociable and engaged pupil. After initial difficulties he integrated well into the class. He needs a clear structure and careful instruction from the teacher in order to succeed in school. Tony is always testing boundaries with the teacher and is satisfied with mediocre results. He is particularly unreliable with his homework, both as to content and to timeliness. He often lacked the materials for his work. In class Tony generally worked quickly, striving to achieve goals, and prepared orderly additions to his learning portfolio. He constantly seeks confirmation and approval from the teacher. He immediately resists tasks that appear difficult but is proud once he has carried them out. Tony still needs to learn to be more positive in his approach to assignments and to restrain his instinct to reject them.

Tony is a very sturdy athlete with a good sense of movement. In music he demonstrates a very good sense of rhythm and beat; he also learns new songs very quickly. In textiles and handicraft his work ranged from good to satisfactory.  = = = = = = = = = = = = = = = = = = = = = = = = = =

## Academic results

| | |
|---|---|
| German | satisfactory |
| Math | satisfactory |
| Civics and academic subjects | satisfactory |

The schoolboy/~~schoolgirl~~ is promoted          to the next higher grade.

Riedenberg July 2[?], 1992

Principal
[signed] [illegible] Fischer

Classroom teacher
[signed] [illegible]

[seal of St. Martin School, Riedenberg]

Recorded:

Riedenberg, July 25, 19992

[signed] H. Ingler
signature of education supervisor

Numeric value of grades: 1 = very good  2 = good  3 = satisfactory  4 = adequate  5 = inadequate  6 = failin02
Edition  2.235.34 Annual report for school grade 2

1-17A

**Aktennotiz**                              **Tony Gerber**

Gespräch vom 20.7.1992
Teilnehmer: Herr Sperl, Frau Dengler, Frau Nikodemus, Frau Schwarz,
            Frau Hildmann, Frau Weber

- Tony sucht nach Zuwendung, wobei ihm jedes Mittel recht ist
- er "findet" alle Schlüssel
- kratzt sich den Arm auf, um Zuwendung zu bekommen
- rennt auf den Sportplatz, ohne sich an der Situation bzw. den
  Spielregeln zu orientieren und schießt den Ball weg
- er achtet wenig auf seine Wertsachen.
  der Workman ist weg - der Gameboy ist weg, das einzige, was er noch
  hat ist sein Kinderlexikon
- er freut sich über neue Kleidung
- er läuft in Kaufhäusern gerne weg
- er lebt im Moment, plant nicht, um sich beispielsweise soziale Ver-
  stärker oder Beziehung zu sichern
- er hat keine Verhaltensweisen, um die Situation zu erfassen
- macht alles spontan
- zur Pyramidengruppe geht er nicht mehr hin
- die Segelfliegergruppe ist noch interessant

Konkret:
Aktiv auf Tony zugehen und nicht erst warten, wenn er uns Grund dafür
bietet.
- Tony im Sportverein anmelden
- Tony ermutigen, daß er sich getraut, die Dinge direkt anzusprechen
  und nicht irgendwelche Verkleidungen braucht
- .........
- .........                    (bitte ergänzen, da ich vorher weg mußte)




gez. Weber

1-18

Memorandum                          Tony Gerber

Conference of July 20, 1992
Participants:  Mr. Sperl, Mrs. Dengler, Mrs. Nikodemus,
               Mrs. Schwarz, Mrs. Hildmann, Mrs. Weber

- Tony seeks attention and will use any means to get it
- He 'finds' all keys
- He scratches his arm in order to get attention
- He runs wildly on the sports ground without paying attention to
  the game, for example, not obeying the rules and kicking the
  soccer ball away
- He pays little attention to his own valuables. He has lost his
  Workman [*sic*], he has lost his Gameboy, and the only thing
  still in his possession is his children's dictionary
- He takes great pleasure in his new clothes
- He likes to run away in department stores
- He lives in the moment and doesn't plan, for example in order
  to make social contacts or relationships
- He is incapable of taking the time to evaluate situations
- Everything he does is spontaneous
- He no longer participates in the pyramid group [*gymnastics*]
- He is still interested in the glider group

Specifics:
Intervene actively with Tony, not waiting for him to give us
reason to do so.
- Enroll Tony in the sports alliance.
- Encourage Tony to have the confidence to speak out directly and
  not to hide things
- . . . . . . . .   (please complete; I had to leave the meeting)
- . . . . . . . .


signed, Weber

1-18A

**Aktennotiz**          Tony Gerber
Gespräch vom 24.6.1992

Teilnehmer: Herr Klose vom Jugendamt
            Frau Gerber
            Frau Dengler, Fr. Hildmann, Fr. Weber

- Austausch über Tonys Situation, seine Entwicklung und seine
  Schwierigkeiten
- Austausch über Notwendigkeit und Möglichkeiten des konsequenten
  Vorgehens bei Tony
- Klärung der künftigen Kontakte zwischen Tony und seiner Mutter
    + regelmäßiger wöchentlicher Anruf am Samstag abend, auch
      sporadischer zusätzlicher Anruf möglich
    + Besuche der Mutter, jeweils am Besuchssonntag, da dieser im
      August bereits in den Hausurlaub fällt, kann Frau Gerber am
      26.7. ersatzweise den Besuchssonntag vorholen
    + Beurlaubungen - konkret die Sommerbeurlaubung vom 22.8. bis 30.8.

- Klärung des ersten Besuches des Vaters
    + Frau Gerber kommt nach Möglichkeit mit
    + Herr Klose schaltet sich ebenfalls ein (entweder am Amt oder
      gleichzeitig hier beim Besuch)
    + der Besuch wird zeitlich begrenzt
    + als Besuchstermin erscheint ein Wochentag günstig

- Herr Klose gibt sein Einverständnis, daß wir allein entscheiden
  wenn Tony zusätzlich heimgeht wie beispielsweise Geburtstage in der
  Familie etc.
- Herr Klose bittet um Info, wenn grundsätzlich vereinbarte Termine
  nicht zustande gekommen sind.
- nächstes Treffen ist in einem halben Jahr geplant, d.h. konkret
  Ende November. Bei dieser Gelegenheit kann dann auch die Weihnachts-
  beurlaubung festgelegt werden.


gez. E. Weber

Memorandum                          Tony Gerber
Conference of June 24, 1992

Partipants:  Mr. Klose from the Child Welfare Office
            Mrs. Gerber
            Mrs. Dengler, Mrs. Hildmann, Mrs. Weber

- Discussion of Tony's situation, his development and his
  difficulties
- Discussion of the needs and possibilities for Tony's care
- Clarification of future contacts between Tony and his mother
  - regular weekly telephone calls on Saturday evenings;
    occasional additional unscheduled calls possible
  - mother's visits, always for Sunday visiting hours. Since the
    August visits fall during the school vacation times, Mrs.
    Gerber can exceptionally take July 26 to compensate for a
    Sunday visit
  - Leave - specifically, summer holiday from August 22 to 30
- coordination concerning first visit of the father
  - Mrs. Gerber will accompany if possible
  - Mr Klose will join the group (either at his office or here
    during the visit)
  - the visit will be time-limited
  - it appears that a weekday will be appropriate for the
    appointment for the visit
- Mr. Klose agrees that we alone will decide when Tony will be
  allowed additional home visits, for example for family
  birthdays, etc.
- Mr. Klose requests to be informed whenever agreed scheduled
  meetings do not take place
- the next meeting is set for six months from now, in other
  words, at the end of November. At that time the arrangements
  for Christmas holidays can be set.


signed, E. Weber

1-19A

Daniele Gerber                    Riedenberg, 05.07.92
Gademannstr. 14
8721 Niederwerrn


Staatl. Schulamt

8710 Bad Kissingen



Sehr geehrte Damen und Herren,

Als gesetzlicher Vertreter für meinen Sohn, Tony Gerber,
geb. 25.05.83 stelle ich Antrag auf Umschulung an die
Grundschule in Riedenberg.

Mit freundlichem Gruß


Gerber *Gerber Daniele*

Daniele Gerber
Gademannstraße 14
8721 Niederwerrn

Riedenberg, July 5, 1992

Government Schools Office
8710 Bad Kissingen

Dear Ladies and Gentlemen,

As the legal guardian of my son Tony Gerber, born on May 25,
1983, I request his reassignment to the primary school in
Riedenberg.

Sincerely,

Gerber

[*signed*] Gerber Daniele

1-20A

173

Frau
Daniele Gerber
Gademannstr. 14

8721 - Niederwerrn

—           —              Wa/Spr          15.06.92

**Elternwochenende vom 22. bis 24. Mai 1992**

Sehr geehrte Frau Gerber,

wir denken gerne an das harmonisch verlaufene Elternwochenende zurück
und senden Ihnen anbei zur Erinnerung zwei Fotos, die in dieser Zeit
gemacht wurden.

Wie schon besprochen, möchten wir einige gut gelungene Aufnahmen in
unserer nächsten Kinderdorf-aktuell verwenden und hoffen dazu auf Ihr
Einverständnis.

Wir freuen uns auf ein Wiedersehen und wünschen Ihnen für die nächste
Zeit alles Gute.

Mit freundlichen Grüßen

Caritas Kinder- und Jugenddorf
St. Anton

A. Waldau, Erziehungsleiter                    2 Fotos

Translation: Michael Meigs
michaelmeigs@gmail.com

*Tom. Gerber*

Mrs. Daniele Gerber
Gademannstraße 14
8721 Niederwerrn

173

-          -            Wa/Spr         June 15, 1992

Parents' Weekend of May 22-24, 1992

Dear Mrs. Gerber,

We happily recall the recent very agreeable Parents Weekend and
are enclosing for you two souvenir photos made during the event.

As discussed, we would would like to publish several of the best
photos in our next children's village newsletter and hope you
will find this acceptable.

We look forward to seeing you again and offer your all our best
wishes for the immediate future.

With best wishes

Caritas St. Anton village for children and young persons

[*signed*]

A. Waldau, education director              Encl: 2 photos

1-21A



---

Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

**Kreisjugendamt Schweinfurt**
**Herrn Klose**
**Schrammstr. 1**

**8720 - Schweinfurt 1**

8781 Riedenberg
Telefon 0 9749/7 10     **17**
Telefon-Durchwahl 0 9749/71
Telefax 0 9749/7 1 177

Träger: Caritasverband
für die Diözese Würzburg e.V.

---

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| **–** | **–** | **Wa/Spr** | **27.05.92** |

**Elternwochenende vom 22. bis 24. Mai 1992**

Sehr geehrter Herr Klose,

wir möchten Ihnen mitteilen, daß Frau Gerber unserer Einladung zum
Elternwochenende gefolgt ist.

Bei der Programmgestaltung dieser Tage war uns wichtig, für die Eltern
Begegnungsmöglichkeiten mit ihren Kindern und allen Verantwortlichen zu
sichern; miteinander etwas zu erleben, miteinander zu reden und auch
miteinander zu arbeiten.
So verbrachten wir den Freitag abend gemütlich in unserer Kegelbahn,
kamen ins Gespräch und machten gemeinsam Spiele.
Der Samstag vormittag hatte überwiegend Informationscharakter. Es ging
in die Schulen, wo die Eltern Gelegenheit hatten, den Lehrer zu spre-
chen und die Schule bzw. den Klassenraum ihrer Kinder zu besichtigen.

Am Nachmittag machten wir einen gemeinsamen Ausflug mit Überraschungen.
Von Riedenberg aus wanderten wir 3 km zum Berghaus Rhön. Unterwegs ware
an verschiedenen Ständen Aufgaben zu erfüllen bzw. zu raten, deren Lö-
sung nur im Zusammenwirken von Eltern und Kindern möglich war. Nach der
Einkehr im Berghaus machten wir auf der Rückfahrt in unserer Kirche zu
einer kurzen Andacht halt.
Sinn dieses Ausflugs war u.a. auch, unsere nähere Umgebung kennenzuler-
nen und damit auch Anregungen für die Besuchssonntage zu geben.

Den Rest des Tages verbrachten die Angehörigen als Gast in der Hausge-
meinschaft ihrer Kinder, konnten dort mitessen und gemeinsam den Abend
gestalten.

Am Sonntag gab es Möglichkeit zum Kirchgang und zum Informationsbesuch
in unserem Heilpädagogischen Beratungs- und Therapiezentrum. Anschlie-
ßend trafen wir uns zu einer pädagogischen Gesprächsrunde. Mit einem
Rollenspiel, dessen Inhalte immer wieder alle Beteiligten ansprechen
sollte, kamen wir ins Gespräch und erarbeiteten wichtige Schritte für
unser gemeinsames Vorgehen in der Verantwortung um die Kinder.

1-22



Caritas St. Anton Home
for Children and Youth
...

---

Caritas St.Anton Home for Children and Youth, 8781 Riedenberg

8781 Ridenberg
tel. 0 97 49/7 10      173
tel. direct. 097 49/71 180
fax  90 9749/7 11 77

Schweinfurt District Child Welfare Office
Mr. Klose
Schrammstraße 1
8720 - Schweinfurt 1

Agent: Caritas Association
for Diocese of Würzbeg, Reg. Assoc.

---

| Your ref. | Your letter of | Our ref. | Date |
|-----------|----------------|----------|------|
| - | - | Wa/Spr | May 25, 1992 |

Parents Weekend of May 22-24, 1992

Dear Mr. Klose,

We wish to inform you that Mrs. Gerber accepted our invitation
and participated in the Parents' Weekend.

When drawing up the program for the event we found it important
to give the parents time with their children and with all those
responsible for them; the object was to share time, talk and
work together.

To that end we had a successful social event at our bowling
alley, set up discussions and played together.

Saturday morning's events were primarily informational in
nature. There were tours of the schools, where parents had
opportunities to speak to teachers and, for example, to visit
their children's classrooms.

In the afternoon we made a joint excursion with some surprises.
From Riedenberg we strolled to the Rhön Manor. There were

1-22A

various tasks along the way including puzzles for parents and children to solve together. After the visit to the Manor we took time for a brief moment of reflection at our church.

The aim of this expedition was, among other things, to provide a better understanding of the nearby environment and therefore additional motivation for Sunday visits.

The rest of that day the family members were our guests in the living quarters of their children, where they shared a meal and an evening.

On Sunday there was an opportunity to attend mass and to be introduced to our counseling and therapy center for holistic education. To conclude, we gathered for a general discussion on education. This included a role play exercise for all participants, resulting in discussions and work on important steps for our collaboration in the care of the children.

[truncated]

Bank Account: Liga Würzberg



Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

8781 Riedenberg
Telefon 0 9749/7 10            1
Telefon-Durchwahl 0 9749/7 1
Telefax 0 9749/7 1 1 77

**Frau**
**Daniele Gerber**
**Gademannstr. 14**

**8721 - Niederwerrn**

Träger: Caritasverband
für die Diözese Würzburg e.V.

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| - | - | **Wa/Spr** | **04.05.92** |

Sehr geehrte Frau Gerber,

vielen Dank für Ihre Antwort, mit der Sie uns Ihre Teilnahme zum Elter
wochenende vom 22. bis 24.5.92 bestätigen. Wir freuen uns auf Ihr Kom-
men.

Die Tage sind wie folgt geplant:
- Anreisen können Sie im Laufe des Nachmittags, möglichst bis 18 Uhr.
  Gibt es Schwierigkeiten, mit Ihrer Zug-/Busverbindung bis nach Rieder
  berg zu kommen, melden Sie sich bitte, damit wir gemeinsam eine Lösur
  suchen.
- Nachdem Sie in Ruhe Ihr Zimmer bezogen haben und Gelegenheit hatten,
  sich im Kinderdorf umzusehen, treffen wir uns um 18 Uhr zum Abendesse
  und anschließend in der Kegelbahn zur geselligen Runde.
- Am Samstagvormittag laden Sie die Lehrer Ihrer Kinder zu einer Begeg-
  nung in der Schule ein.
- Nach dem Mittagessen machen wir einen Ausflug in die nähere Umgebung
  von Riedenberg und hoffen auf schönes Wetter.
- Anschließend sind Sie zu einer besinnlichen Feierstunde im kleinen
  Kreise eingeladen.
- Am Samstagabend sind Sie Gast in der Hausgemeinschaft Ihres Kindes
  bzw. Ihrer Kinder.
- Der Sonntagvormittag bietet Ihnen Gelegenheit zum Gottesdienstbesuch.
  Anschließend bilden wir eine Gesprächsrunde, in der wir uns mit päda-
  gogischen Problemen beschäftigen wollen.
  Beim Kaffee nach dem Mittagessen werden wir den Blick nochmal auf die
  vergangenen Tage werfen.
- Abreise ist dann am Sonntagnachmittag.

Diese Tage bieten Ihnen einmal die Möglichkeit, mit Ihren Kindern bei-
sammen zu sein. Zum anderen ist ausreichend Gelegenheit, mit allen Ver-
antwortlichen im Kinderdorf zu sprechen.

Mit freundlichen Grüßen

Caritas Kinder- und Jugenddorf
St. Anton

1-23



Caritas St. Anton Home
for Children and Youth
.. so life can begin again

Caritas St. Anton Home for Children and Youth, 8781 Riedenberg

8781 Ridenberg
tel. 0 97 49/7 10        173
tel. direct. 097 49/71 180
fax. 90 9749/7 11 77

**Mrs. Daniela Gerber**
**Gademannstraße 14**
**8721 Niederwernn**

Administered by the Caritas Association
for the Diocese of Würzberg, reg. assoc.

| Your reference | Your letter of | Our reference | Date |
|---|---|---|---|
| - - | - - | Sp/Spr | May 4, 1992 |

Dear Mrs. Gerber,

Thank you very much for your confirmation that you will be
participating in the Parents Weekend of May 22-24. We look
forward to your visit.

The events are planned as follows:

- You can arrive in the course of the afternoon, at any time up
  until 6 p.m. If there are difficulties with your train or bus
  connections to Riedenberg, please contact us so that we can
  mutually work out a solution.
- Once you've settled in your room and have had time to look
  around the children's village, we will gather for dinner at 6
  p.m., followed by a social event at the bowling alley.
- On Saturday morning we invite you to meet your children's
  teachers at the school.
- After luncheon we'll take a stroll in the environs of
  Riedenberg and hope for good weather for the outing.
- Afterwards you are invited to join a small group for an hour of
  contemplative celebration.
- On Saturday evening you will be the guest of the staff of the
  house that lodges your child or children.

1-23A

- Sunday morning will offer you the opportunity to attend mass. Afterward we will gather for a general discussion of the educational challenges we face.
- During a coffee hour after luncheon we'll do a review of the events of the weekend.
- Departure is scheduled for Sunday afternoon.

The events of this weekend will offer you the possibility to spend time with your children. They will also offer ample opportunity to speak with all the staff at the children's village.

With best wishes,

Caritas St. Anton village for children and young persons

[signed]

A.Waldau, Director of Education

## Psychologische Stellungnahme über Tony Gerber, * 25.05.1983

Tony wurde am 13.04.1992 im Heilpädagogischen Zentrum des Caritas Kinder- und Jugenddorfes St. Anton mit der Frage vorgestellt, ob die Umschulung von der Diagnose- und Förderklasse in die Regelschule auch von psychologischer Seite begründet ist.

Tony kam aufgeweckt und hoch motiviert zur entwicklungspsychologischen Untersuchung. Er wollte sichtbar sein Bestes geben und wünschte laufend Rückmeldung, ob seine Antworten auch gut genug seien. In der Regel zeigte er sich mit seinen Leistungen eher unzufrieden ("9 Sekunden sind mir auch schon zuviel (Bearbeitungszeit)"). Sein Leistungsanspruch an sich war damit sehr hoch. Dennoch ließ er sich nicht entmutigen, wenn er meinte, seinen Ansprüchen nicht genügt zu haben. Er behielt seine hohe Aufmerksamkeit und Anstrengungsbereitschaft bis zur letzten Aufgabenstellen.

Zur Anwendung kamen die MCCARTHY SCALES OF CHILDREN's ABILITIES (MSCA)

### Ergebnisse:
Folgende Scalenwerte wurden für Tony ermittelt:

| | | |
|---|---|---|
| Verbal | T-Wert: (M = 50; SD = 10): | 52 |
| Perceptual-Performance | T-Wert: | 63 |
| Quantitative | T-Wert: | 33 |
| Memory | T-Wert: | 39 |
| Motor | T-Wert: | 65 |

General Cognitive Standardwert (M = 100; SD = 16): 98

Tony arbeitete mit der linken Hand.

Verglichen mit den Leistungen von gleichaltrigen Jungen erreichte Tony insgesamt gesehen einen durchschnittlichen Entwicklungswert.

Er beeindruckt durch überdurchschnittliche Leistungen im fein- und grobmotorischen Bereich. Er schneidet auch dort über Erwarten besser ab, wenn er mit räumlichen und bildhaft-flächig vorgegebenen Teilen ganze Figuren zusammensetzen soll. Er beobachtet dabei sehr genau und reproduziert die ihm vorgegebene Lösung exakt. Dabei fällt besonders auf, daß Tony solche Aufgaben gut löst, bei denen er Gegenstände nach mehreren Gesichtspunkten gleichzeitig ordnen soll. Der Untersucher sieht darin eine starke Ausprägung seines sinnlogischen Denkvermögens.

Tonys aktiver und passiver Wortschatz ist durchschnittlich ausgeprägt. Er operiert damit auch recht sicher.

Schwächen zeigt er im Umgang mit Zahlen. Das liegt sicherlich hauptsächlich daran, daß er von schulischer Seite noch nicht das Leistungsniveau von Jungen seines Alters erreicht hat. Zum anderen aber zeigt er auch dort Schwächen, wenn ihm Wort- und Zahlenreihen vorgegeben werden und er sie - nach kurzer zeitlicher Verzögerung - wiederholen soll. Den Sinngehalt der Elemente versteht er. Mühe bereitet ihm lediglich die exakte Wiederholung der Elemente in der zeitlichen Reihenfolge. Der Untersucher geht davon aus, daß Tonys verbal-akustischer Sinneskanal noch nicht die geforderte Übung erhalten hat.

**Stellungnahme zur Fragestellung:**

Tonys allgemeiner Entwicklungsstand ist durchschnittlich ausgeprägt. Somit erscheint es erfolgversprechend für den Jungen, wenn er in die Grundschule umgeschult wird. Seine intellektuellen Potenzen sind so stark ausgeprägt, daß er Übungsrückstände im mathematischen Bereich und im Bereich des Gedächtnisses bei verbal-akustisch repräsentierten Zeitfolgen aufholen wird.

Caritas Kinder- und Jugenddorf
St. Anton

D. Sperl, Diplompsychologe

# Caritas St. Anton village for Children and Youth, Riedenberg

Page 1 of letter of **April 15, 1992** to

Psychological evaluation of Tony Gerber, born May 25, 1983

Tony was examined on April 13, 1992 at the Caritas Center for Holistic Education at the St. Anton village for children and young persons in order to evaluate whether reassignment from the Diagnostic School and Kindergarten to regular public school is warranted from a psychological point of view.

Tony arrived alert and highly motivated for the evaluation of his psychological development. He clearly wanted to do his best and sought constant feedback as to whether his answers were good enough. He generally tended to assess his achievements as unsatisfactory ("nine seconds seems to be too long"(task completion time)). The performance requirements he set for himself were very high. Even so, he didn't allow himself to become discouraged when he considered he hadn't done well enough. He maintained a high level of attention and readiness to work throughout the sequence of tasks.

Measurement was according to the MCCARTHY SCALES OF CHILDREN'S ABILITIES (MSCA)

Results:
Following were the values judged for Tony:
(Mean Score for test = 50, standard deviation = 10)

| | | |
|---|---|---|
| Verbal | Test Score | 52 |
| Perceptual Performance | Test Score | 63 |
| Quantitative | Test Score | 33 |
| Memory | Test Score | 39 |
| Motor | Test Score | 65 |

Overall Cognitive Standardized Score
    (Median score = 100, standard deviation = 16)        98

Tony performed tasks with his left hand.

In the context of the results of other young persons of his age Tony generally demonstrated an average level of development.

He was impressive in his above-average performance in small- and large-muscle control. He does particularly well when he's tasked

1-24A

with assembling whole figures from three-dimensional or jigsaw-type pieces. He examines them very carefully and exactly reproduces the prescribed result. It became particularly evident that Tony succeeds in such tasks when he's tasked with assembling simultaneously objects seen from several different perspectives. The evaluator sees in this a strong indication of his logical approach to reasoning.

Tony's active and passive vocabulary is expressed with average skill. He applies it with a good degree of confidence.

He demonstrates weakness when it comes to numbers. This is almost certainly principally due to the fact that in his academic work he has not yet reached the performance level of others of his age. In addition, however, he demonstrates weaknesses when lists of words or numbers are given to him to repeat, which he does after a short hesitation. He understands the meanings of these elements. The challenge to him is to reproduce the elements of a list in the order in which he received them. The evaluator concludes from this that Tony's verbal-acoustic cognitive links have not yet had the required practice for this task.

## Caritas St. Anton village for Children and Youth, Riedenberg

Page 2 of letter of April 15, 1992 to

Response to the Question:

Tony's general level of development appears to be average. This suggests good prospects for the young man after his eventual transfer to primary school. His intellectual capabilities suggest strongly that he will make up for his lagging performance in math and memory for verbal-acoustic ordering.

Caritas St. Anton village for children and young persons

[illegible signature]

D. Sperl, Certified Psychologist

Tony Gerber:

Gespräch mit der Fragestellung zur Umschulung am 24.3.92
Gesprächsteilnehmer: Frau Schwarz, Frl. Büttner, Herr Siecheneder,
                     Fr. Weber

Laut Unterlagen und nach Meinung von H. Siecheneder hat Tony - gemessen
an den Leistungen der Klasse - trotz der Schwächen in Rechnen und
Schrift Voraussetzungen für die Umschulung an die Grundschule.
Abzuwägen gilt, welcher Termin sinnvoller ist.

| nach den Osterferien | nach den Sommerferien |
|---|---|
| - erhöhte Anforderungen erschweren (u.U. gefährden) die Entwicklung akzeptabler Arbeitshaltung (im Unterricht/Hausaufgaben) | - mehr Zeit für individuelle Förderung und damit bessere Möglichkeit der schulischen Integration (bez. des Lern- und Leistungsverhaltens) |
| - Umschulung am Tag nach der Kommunion, die ohnehin aufregend ist, bei Tony aufgrund der problematischen Familiensituation sicher noch turbulenter wird. | - verringerte Belastungen bis zur Umschulung sichern mehr Möglichkeiten der Integration im Kido und evtl.auch der Aufarbeitung der Familienproblematik |
| - Akzeptanz und Bestätigung | - jetzt ggfs. Enttäuschung |
| - gemeinsam mit Sascha S: <br> + Sicherheit <br> + Gefahr der neg. Verstärkung und damit verstärkte Belastung der Gesamtsituation | - allein: <br> + größere Herausforderung <br> + bessere Integrationsmöglichkeiten in der Klasse |
| - vorerst Fr. Reuter als Lehrerin, im neuen Schuljahr Wechsel | - von Anfang an denselben Lehrer - vorauss. H. Schmitt |
| - Umschulung mit Murat <br> + Konkurrenz, auf Kosten Murats <br> + ggfs. neg. Verstärkung | - allein - Der eigene Bereich (Bestätigung, Forderung) bleibt gesichert. |
| - .... | - .... |

**Konkrete Überlegungen - Konkrete Schritte:**

- Die Umschulung im Sommer erscheint vernünftiger. Die Entwicklung bis
  zu den Osterferien wird aber bis zur endgültigen Entscheidung noch
  abgewartet.

- Tonys Schwierigkeiten in Rechnen und Schreiben werden mit konsequentem
  und auch zusätzlichem Üben begegnet, wobei seiner verkrampften Hand mi
  Lockerungs- und feinmotorischen Übungen (großflächiges, schwungvolles
  Malen, Ton, Plastillin usw) Abhilfe geschaffen werden kann.

- Tony muß mehr Verantwortung für seine Hausaufgaben entwickeln. Er muß
  zum selbständigen und vollständigen Arbeiten angehalten werden - konse
  quente Kontrolle - ruhige Atmosphäre -

- Tony erhält im Unterricht weiter adäquate Forderung und Förderung,
  damit - stofflich gesehen - auch im Sommer eine möglichst lückenlose
  Umschulung gesichert bleibt.

- Die Entscheidung darf Tony nicht als Niederlage erfahren. Er muß
  motiviert werden, daß er die Entscheidung als Chance annehmen kann,
  die er durch seinen Einsatz nutzen muß.

  .....

- endgültige Entscheidung fällt in der Woche vor den Osterferien.
  Bitte Termin mit Lehrer S. vereinbaren.

Tony Gerber:

Discussion concerning Proposed School Transfer, March 24, 1992
Participants: Mrs. Schwarz, Miss Büttner, Mr. Siecheneder,
            Mrs. Weber

According to documentation and in the opinion of H. Siecheneder,
when compared with the performance of the whole class and
despite his lagging performance in calculation and written work,
Tony has sufficient preparation for transfer to primary school.
It still remains to be decided which transfer date will make
more sense.

| After Easter holiday | After summer vacation |
|---|---|
| - more demanding requirements may hinder (possibly put at risk) the development of an aceptable attitude toward work (in class/with homework) | -more time for individual help and therefore better possibility of integration at school (for example, attitudes toward learning and performance) |
| -Transfer on the day after first communion, which in any case is an intense experience, in Tony's case might make his already problematical family situation even more turbulent | -fewer strains ove the period before transfer will mean more possibilities for integration and better prospects for dealing with family problems |
| Acceptance and confirmation of identity | possibility of feelings of disappointment |
| Together with Sascha S: <br> ⁻ Security <br> ⁻ Risk of reinforcing negativity and therefore greater strain on the overall situation | Alone: <br> ⁻ greater challenges <br> ⁻ better possibilities of integration in the new class |
| Mrs. Reuter as classroom teacher for first part of year, then a change of teacher with the new school | Same teacher from the start — expected to be H. Schmitt |
| Transfer with Murat <br> ⁻ competition, to Murat's disadvantage <br> ⁻ possibility of reinforcement of negative attitude | Alone ; His own domain is assured (reinforcement, guidance) |
| . . . . | . . . . |

Specific considerations - Specific steps:

⁻ A summer transfer appears to be advisable. His progress from
  now until the Easter holiday is to be taken into account.

1-25A

- Tony's difficulties with calculation and written work will be given special attention, including additional practice, so that his cramped handwriting can be treated with exercises to relax his grip and practice small muscle control (large-scale painting with sweeping strokes, clay, modeling clay, etc.)

- Tony must learn to take greater responsibility for his homework. He must be required to carry out tasks independently and bring them to completion; give him greater control in a quieter setting

- Tony is receiving additional assignments and tutoring in order for his transfer in summer to go as seamlessly as possible in so far as academic subjects are concerned.

- Tony should not perceive the transfer decision as a failure on his part. He must be motivated, so that the decision can be perceived as an opportunity for him to make his own contribution

. . .

-the final determination is scheduled for the week before the Easter holiday. Please set up a meeting with classroom teacher S.

**Erstgespräch**        **Tony Gerber**

11.03.1992
Gesprächsteilnehmer:
Frau Dengler, Frau Hildmann, Herr Sperl, Frl. Büttner, Frau Weber

**Eindrücke und Beobachtungen:**

- Tony hat schnell Kontakte, kommt bei allen an, ist ein kleiner Charmeur
- er ist einerseits sehr kindlich, zum anderen wirkt er reifer und einsichtiger als Gleichaltrige
- die Erzählungen des Jungen lassen darauf schließen, daß Tony zu Hause bereits stark auf sich selbst gestellt war. So erzählt er, daß er morgens immer allein aufgestanden ist, um zur Schule zu gehen, während seine Mutter noch geschlafen hat.
- Er ist auch recht hilfsbereit und läßt sich ohne weiteres bei der Küchenarbeit mit einbeziehen.
- Tony hat sehr schlechte Zähne, ist aber beim Zahnarzt sehr tapfer.
- Tony kann teilen.
- Mit den Kleinen kann Tony wenig anfangen
- Hauptbetroffener durch Tonys Neuaufnahme ist Murat. Er wird von Tony mitgerissen und auch unter Druck gesetzt.
- Problematisch ist, daß die beiden Buben abends keine Ruhe finden.
- Tony hat sehr böse Ausdrücke, insbesondere vulgärer und sexueller Färbung.
- Tony nimmt recht distanzlos alles im Haus in Besitz, läßt sich aber reglementieren.
- Regelmäßiges und gutes Essen ist Tony sehr wichtig.
- Auch das Baden in der Badewanne fand er anfangs sehr angenehm.
- Die Mutter ruft vereinbarungsgemäß am Wochenende an. Im Brief mit den Unterlagen befand sich kein persönlicher Gruß an Tony. Auch im Päckchen waren keine Zeilen. Der bei der Kommunion zu erwartende Game-boy ist wichtiger Gesprächsinhalt zwischen Mutter und Sohn.
- Tony geht am 25. April zu Hause zur Kommunion. Wir haben den Jungen zu diesen Konditionen aufgenommen. Doch sie sind problematisch, da ihm einmal die nötige Reife dazu fehlt, zum anderen kaum Vorbereitungen dafür getroffen wurden und zum dritten es sinnvoller gewesen wäre, wenn Tony - vorausgesetzt die Umschulung klappt - im nächsten Jahr mit seiner gesamten Klasse dieses Fest hätte feiern können.
- Aus der Schule kommen "bunte" Informationen. Gegenwärtig nutzt Tony Lücken aus, um sich vor Hausaufgaben zu drücken.
- Der Junge arbeitet in der leistungsstarken Gruppe mit, die zur Umschulung ansteht. Inwieweit er dies tatsächlich schafft, kann gegenwärtig noch nicht beurteilt werden.

                                        b.w.

Translation: Michael Meigs
michaelmeigs@gmail.com

Initial contact                    Tony Gerber

March 11, 1992
Participants:
Mrs. Dengler, Mrs. Hildmann, Mr. Sperl, Miss Büttner, Mrs. Weber

Impressions and observations:

- Tony makes contact quickly, approaches everyone, is a little charmer
- in some aspects he's still very childish, in others he seems more mature and perceptive than others of his age
- the boy's stories suggest that Tony has already spent a great deal of time alone at home. He mentions that in the mornings he gets up alone to go to school while his mother remains asleep
- He's also quite willing to help out and allows himself to be drawn into kitchen work without having to be persuaded
- Tony's teeth are in bad condition, but he's very brave at the dentist's office
- Tony is able to share
- Tony is unable to do much with the little one [sic]
- Murat is the one most affected by Tony's admission. He will be suddenly separated from Tony and subjected to pressure.
- There's a problem with the fact that both boys get little rest in the evening
- Tony uses very foul language, including especially terms that are vulgar and sexual
- Tony isn't intimidated and takes possession of everything in the house, but he does respond to disciplinary measures
- Regular meals of good quality are important to Tony
- He also found bathing in the bathtub very pleasant in his early days here
- His mother telephones him on the weekend as previously agreed. The envelope forwarding the documents contained no personal greeting for Tony, nor was there any written message in the package. The Gameboy promised for first communion is a significant subject of discussion between mother and son.
- On April 25 Tony will go home for his first communion. We have prepared the youngsters for this experience. But they may have difficulties, since not only does he lack the necessary maturity but there was also very little preparation for it. In addition, it would be wiser if Tony — assuming that the school transfer comes through — were to experience this festive celebration next year with his whole class.

1-26A

- "Loads" of information comes to us from school. Currently Tony takes advantage of missing information in order to avoid doing homework.
- The young man is part of the strongly performing group likelh to be scheduled for transfer. Whether he will actually manage to qualify for transfer remains to be seen.

b.w.

**Konkrete Ziele - konkrete Schritte:**

Da Tony alles ausprobiert, braucht er klare Orientierung, d.h. konsequentes Vorgehen aller Erzieher.

- Tonys Einfluß auf Murat beobachten und ggfs. eingreifen. Wichtig ist dabei, daß Tony Grenzen erfährt und Murat gleichzeitig aufgebaut wird und ermutigt wird sich zu wehren und nicht alles mitzumachen. Andernfalls hängt sich Murat verstärkt ans Schürzenband der Erzieher.
- Auf Tonys Sachen und Einkäufe achten. Einmal hat der Junge bereits diverse Erfahrungen mit Diebstählen und zum anderen achtet er wenig auf seine eigenen Sachen, so daß durchaus Tauschgeschäfte drin sind und der Unterschied zwischen mein und dein nicht klar ist.
- Jeder soll allein baden und nach Möglichkeit nicht zu lange.
- Wir versuchen Tony im Rahmen unserer Möglichkeiten auf die Kommunion vorzubereiten. Der Junge muß die Gebete üben und braucht die inhaltliche Auseinandersetzung, d.h. das Gespräch darüber.
- Je nach Sachlage wird die Kommunionfeier von Verantwortlichen des Hauses oder von der ganzen Hausgemeinschaft mitgefeiert. Der Kirchenbesuch kann Teil eines Tagesausflugs sein.
- Der erste Besuch der Mutter sollte am Wochenende vom 5. April stattfinden. Dabei muß die Kommunion organisatorisch (Kleidung, Vorbereitung, Beurlaubung, ......) und persönlich (wissen die Großeltern inzwischen Bescheid) geklärt werden. Entsprechend wird dann mit der Mutter auch die Osterbeurlaubung - nach unseren Vorüberlegungen die zweite Ferienwoche - vereinbart. Wesentlich zu berücksichtigen ist dabei auch, inwieweit die Mutter frei hat.
- Um die schulische Situation in den Griff zu bekommen, wird enge Absprache bezüglich der Hausaufgaben mit dem Lehrer getroffen. Gleichzeitig wird Herr Sicheneder baldmöglichst ins Haus eingeladen. Darüber hinaus wird Herr Sperl den Jungen am Freitag, den 20.3. um 16.oo Uhr testen.
- ........
- nächster Gesprächstermin: - nach dem Besuch der Mutter -
                             voraussichtlich Mittwoch, 8.4. um 11.oo Uhr

gez. E. Weber

- 2-

Specific goals – specific steps:

Since Tony tests everything, he needs clear guidance, which
requires full engagement of all educators.

- Observe Tony's influence on Murat and possibly intervene. It is
  important in this process for Tony to learn that there are
  boundaries. Interventions will support Murat and encourage him
  to defend himself, instead of always going along.
- Pay attention to Tony's possessions and purchases. On one hand
  the boy has already been repeatedly engaged in shoplifting, but
  on the other he pays little attention to his own things, so
  that all sorts of bartering occurs and the difference between
  'mine' and 'yours' is not clear.
- Each should bathe alone, and if possible, for not too long a
  time.
- We are trying in so far as possible to prepare Tony for his
  first communion. The boy must practice the prayers and needs
  counseling on their significance. Discussions are necessary.
- As the situation requires, the communion celebration can be
  with the house staff or with all those at the house. The church
  visit can be part of a daily excursion.
- The mother's first visit will take place on the weekend of
  April 5. By that time the communion must be completely
  arranged, both in terms of organization (clothing, preparation,
  permission for leave, . . .) and personal affairs (the
  grandparents need to be informed ahead of time). In this
  connection the plans for an Easter leave will be agreed with
  the mother – according to our previous discussions, this will
  be on the second week of the holiday. It will be essential to
  find out how much time the mother will have free in that
  period.
- In order to deal with the educational situation, it's necessary
  to consult with the teacher about homework. At the same time
  Mr. Sicheneder will be invited to visit the house as soon as
  possible. In addition, Mr. Sperl will administer tests to the
  young man on Friday, March 20, at 4 p.m.
- . . . . . .
- next conference: after the mother's visit, provisionally on
  Wednesday, April 8, at 11 a.m.

signed, E. Weber.

1-27A



**LANDRATSAMT SCHWEINFURT**

Kreisjugendamt

Landratsamt Schweinfurt, Postfach 14 50, 8720 Schweinfurt 1

Caritas- Kinder- und
Jugenddorf St. Anton

8781 Riedenberg

Auskunft erteilt:

Herr Hippold

Bitte bei Antwort angeben!
Unser Zeichen

2.45 c – 34-3/92

| Ihr Zeichen, ihre Nachricht vom | ☎ (0 97 21) 55-407 | Zimmer-Nr. 111 | Datum 25.03.92/R |
|---|---|---|---|

Hilfe zur Erziehung für Tony Gerber, geb. 25.05.1983

Sehr geehrte Damen und Herren,

das Kreisjugendamt Schweinfurt sichert die Übernahme der Heimkosten für Tony Gerber ab 20.02.1992 in Höhe des jeweils gültigen Pflegesatzes zu.

Die notwendige Bekleidung wird bis zu einem Jahreshöchstbetrag von 720,00 DM übernommen. Wir bitten Sie, diese Kosten mit den entsprechenden Belegen in Rechnung zu stellen.

Tony Gerber ist im Rahmen der Familienversicherung über seine Mutter bei der AOK Schweinfurt krankenversichert.

Mit freundlichen Grüßen

i. A.

Hippold

1-28

**Hausanschrift:**
Landratsamt Schweinfurt
Schrammstraße 1
8720 Schweinfurt 1

**Postverbindungen:**
Telefon-Vermittlung 09721 / 55-0
Telefax-Nr. 55337
Telex-Nr. 673 260 lraswd

**Öffnungszeiten:**
Mo-Fr 08.15 - 12.00 Uhr
Di 13.45 - 15.45 Uhr
Do 15.00 - 17.00 Uhr

**Konten der Kreiskasse:**
Kreissparkasse Schweinfurt
Konto - Nr. 50 005 (BLZ 793 501 01)
Postgiroamt

**RECEIVED March 30 1992**



**SCHWEINFURT
DISTRICT OFFICE
Child Welfare Office**

---

Schweinfurt District Office, P.O. Box 14 50, 8720 Schweinfurt 1

cc:

         Mr. Hippold

Caritas St. Anton village
for children and young persons
8781 Riedenberg

**In correspondence
please cite:**

2.45 c –34/3/92

---

| Your ref./report of | tel. (0 97 21) 55-407 | Room no. 111 | Date March 25, 1992/R |
|---|---|---|---|

Assistance in educating Tony Gerber, born May 25, 1983

Dear Ladies and Gentlemen,

The Child Welfare office of Schweinfurt will cover the costs of lodging Tony Gerber beginning on February 20, 1992 according to the currently applicable reimbursement schedule.

An annual clothing allowance of up to 720 German marks is available. We request that you submit the relevant receipts for reimbursement.

Tony Gerber has medical insurance coverage through the family policy of AOK Schweinfurt issued to his mother.

With best wishes,

/as authorized by/

[illegible signature]

Hippold

---

| Office address | Phone contacts: | Office hours: | District bank accounts |
|---|---|---|---|
| District Office | main: 09721/55-0 | M&F 8:15-noon | Schweinfurt Svgs Bank |
| Schrammstraße 1 | fax: 55337 | Tues 1:45-3:45 p.m. | acct 50005(BLZ 793 501 01) |
| 8720 Scweinfurt 1 | telex: 673260 Iraswd | Thurs 3-5 p.m. | |
| | | | Postal Bank |
| | | | PGA Nümberg 62 92-858 |
| | | | (GLZ 760 100 85) |

1-28A



Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

8781 Riedenberg
Telefon 0 9749/7 10
Telefon-Durchwahl 0 9749/71 **17**
Telefax 0 9749/7 11 77

**Kreisjugendamt Schweinfurt**
**Herrn Klose**
**Schrammstr. 1**

**8720 - Schweinfurt**

Träger: Caritasverband
für die Diözese Würzburg e.V.

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| **-** | **-** | **Wa/Spr** | **10.03.92** |

**Toni Gerber – Elternwochenende vom 22. bis 24. Mai 1992**

Sehr geehrter Herr Klose,

mit gleicher Post haben wir heute Frau Gerber zu unserem Elternwochenende vom 22. bis 24. Mai 1992 eingeladen.

Zahlreiche Erfahrungen im Alltag unseres Kinderdorflebens belegen immer wieder die – nicht neue – Erkenntnis, wie sehr der pädagogische Erfolg von konstruktiver Zusammenarbeit mit den Eltern und Angehörigen beeinflußt wird. So war und ist uns Elternarbeit ein wichtiges Anliegen, das wir, wie Ihnen ja weitgehend bekannt ist, in differenzierten Formen praktizieren, wobei wir u.a. folgende Ziele haben:
- Förderung der Bedingungen für eine mögliche Reintegration des Kindes/Jugendlichen in seine Herkunftsfamilie;
- Gewinnung der Eltern zu kontinuierlicher oder phasenweiser Mithilfe im Erziehungsprozeß;
- Klärung der Eltern-Kind-Beziehung, Bearbeiten von Schuld, konfligierenden Erwartungen, offenen und latenten Konflikten.

Die Ausführungen des neuen KJHG bestätigen nach § 37 SGB VIII die "Beratungs- und Unterstützungpflicht" gegenüber den Familien und damit auch unsere konzeptionellen Überlegungen und Vorgehensweisen. Gleichzeitig existieren jetzt auch rechtliche und finanzielle Grundlagen zur Realisierung von Elternarbeit.

Vom 22.5. bis 24.5. planen wir wiederum ein Elternwochenende. Diese Veranstaltung ist die fünfte in dieser Art, die wir gemeinsam mit unserer St.Martin Schule für die Eltern anbieten und bislang überwiegend positive Resonanz gebracht hat. Diese Form der intensiven Begegnung ermöglicht neben der Beziehungspflege u.a. auch ein Transparentmachen unserer Arbeit und die Miteinbeziehung der Eltern in die geplanten Lern- und Entwicklungsziele ihrer Kinder.

Unsere konkreten Überlegungen sind wie folgt:
+ ein Schwerpunkt liegt auf der menschlichen Begegnung
    - mit den Kindern
    - mit anderen Eltern

1-29

# Caritas Kinder- und Jugenddorf St. Anton, Riedenberg

- mit Verantwortlichen und Erziehern des Kinderdorfes
- mit den Lehrern und dem Schulleiter

+ Medium für diese Begegnung ist in erster Linie: **Etwas miteinander tun**. Dazu zählt der Kegelabend ebenso wie die pädagogische Auseinandersetzung im Rollenspiel und die Vorstellung der Schule, bzw. die Begegnung mit den Lehrern.
Wichtig sind auch der gemeinsame Ausflug/Wanderung, die gemeinsamen Mahlzeiten mit Eltern und Kindern, eine gemeinsame religiös orientierte Gesprächsrunde sowie Freizeiten, die individuell in den Familiengruppen gestaltet werden, und einiges mehr.

+ Die eingeladenen Eltern/Angehörigen sind Gast im Kinderdorf. Es wird kein Konsumprogramm geboten, sehr wohl aber ist deutlich, daß für ihr Wohl gesorgt ist (z.B. Übernachtung, Essen).

Wir bitten Sie, unser Anliegen zu unterstützen, indem Sie die Eltern-/Angehörigen zum Kommen ermutigen und die Sicherstellung der Kostenübernahme veranlassen. Unsere materiellen Aufwendungen (Übernachtung, Vollverpflegung, Unternehmungen etc.) belaufen sich auf 75,-- DM pro Person. Zusätzlich entstehen den Eltern Fahrtkosten für die An- und Rückreise.

Teilen Sie uns bitte mit, wenn - und ggfs. warum - Ihrerseits Vorbehalten gegenüber den von uns geplanten Aktivitäten bestehen und falls Sie die vorgeschlagene Kostenbeteiligung nicht übernehmen können.

Mit freundlichen Grüßen

Caritas Kinder- und Jugenddorf
St. Anton

A. Waldau, Erziehungsleiter



Caritas St. Anton Home
for Children and Youth
.. so little can begin again ...

---

Caritas St.Anton Home for Children and Youth, 8781 Riedenberg

8781 Ridenberg
tel. 0 97 49/7 10          173
tel. direct  097 49/71 180
fax  90 9749/7 11 77

Schweinfurt District Child Welfare Office
Mr. Klose
Schrammstraße 1
8720 - Schweinfurt

Administered by the Caritas Association
for the Diocese of Würzberg, reg. assoc.

| Your reference | Your letter of | Our reference | Date |
|---|---|---|---|
| - - | - - | Wa/Spr | March 10, 1992 |

Toni Gerber - Parents' Weekend, May 22-24, 1992

Dear Mr. Klose,

In the same mailing today we are inviting Mrs. Gerber to our
Parents' Weekend of May 22-24, 1992.

Many experiences in the daily life of our children's village
have confirmed the not unfamiliar theme that academic
achievement is heavily influenced by constructive collaboration
with the parents and their offspring. Work with the parents has
been and will continue to be an important task, that we, as you,
know has an extensive influence, carried out in various forms,
in consideration of which we have the following goals, among
others:

- Promotion of the need for a possible reintegration of the
  child/young person in the family of origin;
- Enlistment of the parents in continuing or periodic
  collaboration in the educational process;
- Clarification of the relations between parents and children,
  working through questions of guilt, conflicting expectations,
  open and covert conflicts.

1-29A

The application of the new KJHG [*Law on Assistance to Children and Young Persons*] stipulates according to 37 SGB VIII the 'right to counsel and support' for families and thereby also guides our considerations and procedures. At the same time there also exist legal and financial grounds for the involvement of the parents.

We are planning another Parents' Weekend from May 22 to 24. This will be the fifth annual celebration of the event, during which we and the St. Martin School host the parents and have had decisively positive results. This form of intensive engagement makes it possible for those in our care and others to explain our work clearly and to encourage the collaboration of the parents in the plans for the education and development of their children.

Our specific considerations are the following:
  + The principal emphasis is upon face-to-face encounters
    + with the children
    + with other parents
    + with the staff and educators at the children's village
    + with the classroom teachers and the school principals

The effective scheme for these encounters is above all to do something together. In that sense the evening of bowling is just as valid as the educational encounters with role-playing and the presentation of the school including, for example, in meetings with the classroom teachers.

Also of importance are the group excursions/strolls, the meals shared between parents and children, a discussion of religiously oriented themes, free time offered individually to family groups, and more.

+The invited parents and family members are guests of the children's village. No particular description of benefits is specified to participants, although it is made clear that they will be taken care of (for example, their overnight lodging and their meals).

We ask for your support for this opportunity, for you to encourage parents and family members to attend, and for your office to underwrite the costs. Our expenditures (overnight accommodation, board, excursions, etc.) amount to 75 German

Translation: Michael Meigs
michaelmeigs@gmail.com

marks per person. In addition the parents encounter costs for their travel to and from the event.

Please inform us when and, if applicable, why, your support will be offered for the planned activities, and if for any reason your office will not be able to provide the suggested subsidy for these activities.

With best wishes,

Caritas St. Anton village for children and young persons,

[*illegible signature*]

A. Waldau, Director of Education



Caritas Kinder- und Jugenddorf St. Anton · 8781 Riedenberg

8781 Riedenberg
Telefon 0 9749/7 10          173
Telefon-Durchwahl 0 9749/71
Telefax 0 9749/7 11 77

**Frau**
**Daniele Gerber**
~~Schweinfurter Str. 9~~
*Gademannstr. 14*
**8721 - Niederwerrn**

Träger: Caritasverband
für die Diözese Würzburg e.V.

| Ihr Zeichen | Ihr Schreiben vom | Unser Zeichen | Datum |
|---|---|---|---|
| - | - | **Wa/Spr** | **05.03.92** |

**Sehr geehrte Frau Gerber,**

**zum Teil schon seit Jahren tragen wir gemeinsam mit Ihnen Verantwortung und Sorge für Ihr Kind.**
**Sicher konnten Sie in dieser Zeit auch feststellen, daß es gut für unsere gemeinsame Aufgabe ist, miteinander im Gespräch zu bleiben und Kontakt zu halten. Zu gering sind aber oft die Möglichkeiten dafür. Wir wollen deshalb vom 22. bis 24. Mai 1992 ein Elternwochenende veranstalten und Sie dazu recht herzlich einladen.**

**Auf diese Weise können Sie den "normalen Alltag" Ihres Kindes und seine Umgebung besser kennenlernen. Dabei haben Sie auch Gelegenheit, alle für Ihr Kind Verantwortlichen, ggfs. auch die Lehrer zu treffen und sich mit ihnen ausführlich zu unterhalten. So können wir uns miteinander gut um dem Weiterkommen Ihres Kindes befassen. Toni wird sich bestimmt freuen, wenn Ihnen das Mitmachen an diesem Tag möglich ist und wenn sie Ihr Interesse und Ihre Bestätigung in ihrem Lebensraum erfährt.**
**Die Veranstaltung beginnt am Freitag abend um 18.oo Uhr mit dem Abendessen und endet am Sonntag im Laufe des nachmittags, so daß Sie wieder rechtzeitig nach Hause kommen. Melden Sie sich bitte, wenn Sie mit Ihrer Zug- und Bus-Verbindung an diesem Wochenende nicht ganz bis nach Riedenberg kommen. Wir überlegen dann mit Ihnen eine Lösung.**

**Die Kosten für Unterkunft und Verpflegung werden wir bei den Jugendämtern beantragen. Wegen der Fahrtkosten empfehlen wir Ihnen, sich selbst mit dem Jugendamt in Verbindung zu setzen.**

**Damit wir rechtzeitig planen können, bitten wir Sie, beigefügte Antwortkarte sobald wie möglich, spätestens aber bis zum 30. März 92 an uns zurückzusenden. Auf Ihr Kommen freuen wir uns schon heute.**

**Mit freundlichen Grüßen**

**Caritas Kinder- und Jugenddorf**
**St. Anton**

1-30

**A. Waldau, Erziehungsleiter**                                    **Anlage**



Caritas St Anton Home
for Children and Youth
.. so life can begin again

---

Caritas St.Anton Home for Children and Youth, 8781 Riedenberg

8781 Ridenberg
tel. 0 97 49/7 10     173
tel. direct. 097 49/71 180
fax 90 9749/7 11 77

Mrs. Daniele Gerber
~~Schweinfurter Straße 9~~
Gademannstraße 24
8721 – Niederwerren

Administered by the Caritas Association
for the Diocese of Würzberg, reg. assoc.

| Your reference | Your letter of | Our reference | Date |
|---|---|---|---|
| - - | - - | Wa/Spr | March 5, 1992 |

Dear Mrs. Gerber,

In some sense we have been sharing with you for years the responsibility for the care of your child.

I'm sure that you've been able to see that it is beneficial for our collaboration to exchange information and to stay in contact. The opportunities for this are all too limited. Therefore we wish to arrange a Parents' Weekend for May 22-24, 1992, and we're pleased to invite you to participate.

In this way you'll gain a better knowledge of the 'everyday life' of your child and his surroundings. You will also have the opportunity to make the acquaintance of all those responsible for your children, for example, the teachers, and to discuss all your concerns. In this way we can engage to promote the progress of your child. Toni will certainly be delighted if it's possible for you to participate and when your interest and your confirmation is brought to bear on the children's environment.

The events begin on Friday evening at 6 p.m. with dinner

1-30A

and end on Sunday afternoon, so that you will be able to return to your residence. Please advise us if you have have any problems with your train or bus connections on the way to Riedenberg. We will discuss possible solutions.

Costs for lodging and board will be covered by the Child Welfare Office. Concerning your travel costs, we suggest that your consult directly with the Child Welfare Office.

So that we can make our arrangements, we ask that you return the enclosed reply card as soon as possible, and not later than March 30, 1992. We are already looking forward to your arrival.

With best wishes,

Caritas St. Anton village for children and young persons,

[signed]

A.Waldau, Director of Education                    Attachment

Bank account: Liga Würzburg
303 001 009 (BLZ 700 000 00)
[truncated]

Liebe Mami

Bei uns findetet vom
22.4 bis 24.5. ein
Elternwochenende statt.
Ich würde mich
freuen, wenn Du kommen
könntest.

Danke für das Paket.
Wie geht es dir und Chico?


Dein Toni

Ich hab dich lieb

Viele Grüße von Frau Dengler

[*handwritten*]

Dear Mommy,
We're going to have a Parents' Weekend
on May 22-24.
I'd be very happy if you could come.
Thanks for the package.
How are you and Chico?
Your Toni
I love you.

Mrs. Dengler says hello.

# Personalbogen

## für Kinder und Jugendliche in Einrichtungen

1.1 Einweisende Stelle (Jugendamt/Sozialhilfeträger [0]) Anschrift

1.2 Sachbearbeiter        a) Verwaltung/Kosten        b) sozialpädagogisch

    Name:      Herr Klose

    Telefon:    55-417

    Aktenzeichen:  2.43 e

| 1.3 Kostenträger und Aktenzeichen (soweit nicht 1.1) | Art der Hilfe | |
|---|---|---|
| | Hilfe zur Erziehung | ☐ |
| **2.1 Personalien:** | FEH | ☐ |
| Name      Vorname(n) | FE | ☐ |
| G e r b e r    Tony | Vorläufige EH (Art. 26 a JAG) | ☐ |
| geboren am    Geburtsort | | |
| 25.05.1983    Schweinfurt | Eingliederungshilfe (§§ 39 ff. BSHG) | ☐ |
| Staatsangehörigkeit    rechtliche Stellung, z. B. ehelich, nichtehelich | Sonderschulgesetz | ☐ |
| deutsch | Selbstzahler | ☐ |
| Konfession    Erstkommunion – Konfirmation – Firmung am | ................................. | ☐ |
| röm.-kath. | | |

2.2 Gesetzlicher Vetreter: Eltern – Vater – Mutter – Vormund – Pfleger

    Name                  Anschrift/Tel.:

    Gerber Luise Daniele, Schweinfurter Str. 9, 8721 Niederwerrn   Tel. 09721/49068

2.3 Inhaber des Personensorgerechts/Aufenthaltsbestimmungsrechts

    Name                  Anschrift/Tel.:

    Zuständiges Gericht bei Gerichtsentscheidung/Anschrift/Telefon        Aktenzeichen

2.4 Versicherungen: – über Vater/Mutter – Eigenversicherung

| Versicherung: Name | Anschrift | Tel. | Vers.Nr./Aktenzeichen |
|---|---|---|---|
| Krankheit | | | |
| Unfall | | | |
| Haftpflicht | | | |

**1-32**

[0] Erfolgt die Einweisung durch den Träger der Sozialhilfe, ist auch das zuständige Jugendamt zu benennen.

2.5 Impfungen:

Art                                         Datum                    Eintrag im Impfbuch    Einzelnachweis

Tetanus
 – aktiv
 – passiv
Kinderlähmung
Diphtherie
sonstige                        ☐              nicht vorhanden    ☐        ist beigefügt      ☐
Impfbuch ist vorhanden          ☐              nicht vorhanden    ☐        sind beigefügt     ☐
Einzelnachweise sind vorhanden  ☐              nicht vorhanden    ☐

2.6 Untersuchungen:              Art                          Datum        Bemerkungen
                    Aufnahmeuntersuchung
                    Untersuchung nach dem JASchG

3.  **Familie:**
3.1 Eltern:          Name              Vorname          Anschrift/Tel.      Bemerkungen
     Vater:          Sparks            Tony             in den USA

     Mutter:

3.2 Andere wichtige Bezugspersonen, z. B. Pflegeeltern
    Carmen Gerber (Schwester der Mutter), wohnhaft Klingenbrunnstr. 29 1/2, 8720 Schweinfu
    Großeltern Gerber, wohnhaft Lindenstr. 28, 8723 Lindach, Tel. 09385/419
                                                                    Geburtsdatum
3.3 Geschwister:

4.  Ergänzende Bemerkungen zu 1–3

5. **Situations- und Problembeschreibung** / Entwicklungs- und Erziehungsverlauf

Tony wurde als nichteheliches Kind geboren, sein Vater ist ein Farbiger US Soldat, der zeitweise in Deutschland stationiert war. Herr Sparks kehrte dann in die USA zurück. Für zwei Monate (August/September 1989) lebte Frau Gerber bei ihrem Freund Washington DC. Dort habe es ihr nicht gefallen und sie sei ohne ihren Freund nach Deutschland zurückgekehrt. Mit Ausnahme von Telefongesprächen bestand zwei Jahre lang kein persönlicher Kontakt zu Herrn Sparks. Für alle Beteiligten völlig über-raschend, stand Herr Sparks am 13.02.1991 auf einmal vor der Wohnungstür in Nieder-werrn und wollte für vier Wochen aufgenommen werden, da er sich zur Regelung seiner Scheidungsangelegenheit in Deutschland aufhalte. Tony reagierte auf die Rückkehr des Vaters begeistert und war nur noch auf ihn fixiert, ließ sich von der Mutter nichts mehr sagen. Frau Gerber unterrichtete den Kindesvater von der Heimunter-bringung, sie hätte zunächst Angst davor, ihm dies mitzuteilen. In einem ergänzendem Gespräch am 17.02.1992 wurde gemeinsam mit den Eltern und Tony ein klärendes Ge-spräch über die Heimunterbringung geführt, Herr Sparks signalisierte seine Mit-wirkungsbereitschaft und wolle Tony zukünftig auch besuchen. Es ist geplant, daß er im Oktober 1992 für mehrere Jahre in Deutschland stationiert werde, er möchte

5.1 Familiensituation/soziales Umfeld     (weiter siehe Beiblatt)

– allgemeine Situation (Wohnung, Wohnumfeld, wirtschaftliche Verhältnisse)

– familiäre Beziehungsstrukturen, Erziehungsverhalten der Eltern und anderer Bezugspersonen

– bedeutsame Beziehungen zu Personen außerhalb der Familie

Frau Gerber bezieht Sozialhilfe und Wohngeld. Sie bewohnt eine kleine, stark renovierungsbedürftige 2-Zimmer-Wohnung in einem heruntergekommen und sozial schwach strukturierten Wohngebiet. In der näheren Nachbarschaft leben mehrere jugendamtbekannte Familien, insgesamt ist die Wohngegend ein sozialer Brenn-punkt.

Maßgeblichen Einfluß auf Frau Gerber bewirken ihre Eltern, es dürfte hierbei auch eine gewisse finanzielle Abhängigkeit bestehen. Die Eltern wissen nichts von der geplanten Heimunterbringung, Frau Gerber möchte ihnen nach der durch-geführten Kommunionsfeier, die ebenfalls von den Großeltern gestaltet wird, nichts von der Maßnahme erzählen.

5.2 **Allgemeine Entwicklung des Kindes/Jugendlichen**

– körperlich, geistig (z. B. Hinweise auf Begabungen, Neigungen, Interessen), psychosozial

– Auffälligkeiten, gesundheitliche Beeinträchtigungen, Behinderungen

– frühkindlicher Entwicklungsverlauf (Schwangerschaft, Geburt, außerfamiliäre Betreuung –

Pflegestelle, Krippe, Kindergarten, Krankenhausaufenthalte)

Frühgeburt im ersten Monat, künstliche Beatmung in der Klinik, seine weiteren Entwicklungsschritte seien altersgemäß verlaufen. Von ihrer Schwangerschaft habe Frau Gerber erst im fünften Monat erfahren, bis zu diesem Zeitpunkt habe sie täglich 20 bis 25 Zigaretten geraucht. Mit Bekanntwerden der Schwangerschaft habe sie den Zigarettenkonsum auf ca. 10 Zigaretten täglich beschränkt.

## 2.1 Schulischer Werdegang

(bisher besuchte Schulen/Klassen, Rückstellungen, Wechsel, derzeitige Situation, Einstellung zur Schule, Auffälligkeiten)

| von | bis | Schule/Art |
|-----|-----|------------|
| | | Im Jahre 1988 und 1989 besuchte Tony ganztags den örtlichen Kindergarten in Niederwerrn. |
| | | Im Herbst 1989 wurde Tony altersgemäß in die Volksschule Niederwerrn eingeschult. Tony wurde dort in den ersten Monaten sehr verhaltensauffällig erlebt, er zeigte einen aggressiven und destruktiven Umgang mit seinen Mitschülern, seine schulischen Leistungen gingen immer stärker zurück. Im Januar 1990 wurde Tony in die Förder- und Diagnoseklasse der Sonderschule L aufgenommen. |

## 2.2 Beruflicher Werdegang

– Ausbildung, Abbrüche

| von | bis | |
|-----|-----|---|
| | | |

## 5.2.3 Verfahren beim Jugendgericht

Tony fiel verschiedentlich durch Diebstähle auf, zur Anzeige kamen bisher zwei Diebstähle. Tony verübte diese nicht alleine, sondern immer im Zusammenwirken mit älteren Kindern. Der jüngste Vorfall spielte sich im Februar 1992 ab, als Tony Süßigkeiten und andere Gegenstände im Wert von ca. 50,00 DM im örtlichen Supermarkt entwendete. Nach Aussage der Marktleiterin soll Tony dort vorher bereits durch Diebstähle aufgefallen sein.

## 5.3 Bisherige Hilfen

### 5.3.1 ambulant

Aufgrund einer Schulinformation wurden seit Februar 1990 Beratungsangebote durch das Kreisjugendamt Schweinfurt angeboten. Frau Gerber ließ diesen Kontakt zunächst nicht zu und war zu keiner Mitarbeit bereit, hierbei stand für sie die Angst vor einer Wegnahme des Kindes im Vordergrund. Mit der Zeit setzte sich ein verstärktes Bewußtsein bei Frau Gerber durch, ihre eigene Erziehungs- und Lebenssituation zu hinterfragen. Seit Oktober 1991 wurde Frau Gerber im Rahmen einer sozialpädagogischen Familienhilfe intensiv betreut.

### 5.3.2 Fremdunterbringungen

| von | bis | Einrichtung/Gründe |
|-----|-----|--------------------|
|     |     | Von seiner Tante Carmen Gerber wurde Tony in den Jahren 1984 bis 1988 in Wochenpflege von Montag bis Freitag betreut, da Frau Gerber bis August 1988 einer Berufstätigkeit als Fabrikarbeiterin im Zwei-Schichtdienst bei der Firma Fichtel & Sachs nachgegangen sei. Aufgrund eines Magengeschwüres habe Frau Gerber diese Arbeit aufgeben müssen. |

**5.4 Derzeitige Erziehungssituation** / Problembeschreibung/Zukunftsperspektiven

 – fachliche Beurteilung

 – Beurteilung durch die Eltern

 – Beurteilung durch andere Bezugspersonen, z. B. Pflegeeltern, Lehrer, Meister

 – Äußerung des Kindes/Jugendlichen


 – Tony ist sich oft selber überlassen worden, es gab Hinweise und eigene Be-
   obachtungen auf häufiges Streunen von Tony, hierbei fiel er auch durch den
   Gebrauch von vulgären und obszönen Sprüchen auf.

 – Brutales Verhalten gegenüber Mitschülern, wobei sich Tony in eine unkontrol-
   lierte und massive Aggression hineinsteigere. So habe Tony wehrlos am Boden
   liegende Kinder mit Fußtritten gegen den Kopf traktiert. Ähnliche Gewalt-
   taten zeige er gegenüber Tieren, so habe er z. B. drei Hühner einer Nach-
   barin mit einer Eisenstange erschlagen und auch aktuell Tiere gequält. Dies
   steht im Gegensatz zu einer ausgeprägten Tierliebe, wie sie bisher von der
   Mutter beobachtet worden sei.

 – Sexuelle Auffälligkeiten, so habe Tony in der Schule Mädchen an die Schenkel
   gegriffen und deren Scheide gestreichelt. Durch weitere Explorationsgespräche
   stellte sich heraus, daß Tony selber sexuell mißbraucht wurde. Vorfälle hier-
   zu sollen sich im April 1990 abgespielt haben, gemeinsam mit einem älteren
   Mädchen sei Tony von einem Mann in dessen Wohnung gelockt worden. Dieser
   Mann habe sein Geschlechtsteil zur Schau gestellt und herummanipuliert.
   Darüber hinaus soll es nach Kenntnis von Frau Gerber weitere sexuelle Über-
   griffe gegeben haben. So soll sich über einem längeren Zeitraum – näheres
   führte Frau Gerber hierzu nicht aus, sie habe auch nichts bemerkt – ein
   amerikanischer Soldat Tony und anderen Kindern auf einem Spielplatz in Nieder-
   werrn genähert haben, habe sich vor ihnen entblößt, sowie Sexbücher und
   Pornohefte gezeigt. Die Kinder hätten sexuelle Handlungen am Geschlechtsteil
   des Mannes vornehmen müssen. Frau Gerber sei über den Tatbestand von der
   amerikanischen Militärstaatsanwaltschaft informiert worden, bisher aber noch
   nichts näheres zum Ablauf. Aufklärung sollte eine Gerichtsverhandlung bringen,
   zu der Tony mit anderen als Zeuge vorgeladen wurde. Diese Verhandlung sollte
   bereits im Herbst 1991 stattfinden, bis zum jetzigen Zeitpunkt habe Frau
   Gerber aber keine Rückmeldung erhalten. Es sei allerdings auch wahrscheinlich,
   daß dieser Soldat zwischenzeitlich in die USA abgeschoben und dort verurteilt
   wurde.

 – Frau Gerber ist mit der Erziehungssituation hoffnungslos überfordert, ihre
   Verhaltensweisen reichen hierbei von Nachlässigkeit bis zu überzogener Strenge.
   Von Tony fühlt sie sich nicht ernstgenommen, er sei aufgrund früheren Er-
   lebens des Vaters noch sehr stark auf diesen fixiert. Der Vater vermittelt
   für Tony eine Autorität. Tony brauche nach Aussage der Mutter einen Mann, zu
   dem er aufschauen könne. Sie dürfe auch in keinster Weise schlecht über Herrn
   Sparks reden, auch wenn Tony negative Verhaltensweisen des Vaters bekannt
   seien. Während der Zeit des Zusammenlebens sei Frau Gerber von ihrem Freund
   geschlagen worden, Tony sei dann schützend dazwischen gegangen.
   Tony ist zweisprachig aufgewachsen, er könne sich sehr gut auf englisch ver-
   ständigen, nach Einschätzung seines Vaters beherrsche er die Sprache zu 80 %.


(weiter siehe Beiblatt)

6. **Handlungskonzept** der beteiligten Stellen (erzieherischer Gesamtplan)

(Rahmenkonzept der einweisenden bzw. beteiligten Stellen, das von der aufnehmenden Einrichtung unter Berücksicht des individuellen „Erziehungsplanes" und der weiteren Entwicklung zu ergänzen bzw. fortzuschreiben ist)

6.1 Ziele des Aufenthalts in der Einrichtung

Kanalisation der Aggressionen in angemessenes Konfliktverhalten. Lernen,
Grenzen akzeptieren zu können, insbesondere von weiblichen Bezugspersonen,
da Tony seine Mutter einerseits als sehr schwach und nicht durchsetzungs-
fähig erlebt hat, andererseits offensichtlich überzogene körperliche Gewalt
durch sie erfahren hat.
Positive Unterstützung der vorhandenen persönlichen Stärken von Tony.
Aufstellen fester Regeln und eines geordneten Bezugrahmens, da Tony einen
geordneten Tagesablauf für sich nicht zu erfahren haben dürfte.

6.2 Notwendige schulische/berufliche Förderung

Tony wird von der Schule als förderungsfähig, musisch begabt und mit einer
durchschnittlichen Intelligenz geschildert. Eine Rückführung von der Sonder-
schule L in die Regelschule erscheint bei geeigneten Rahmenbedingungen möglich.

6.3 Besondere heilpädagogische/therapeutische Hilfestellung

Aufarbeitung des sexuellen Mißbrauches.

6.4 Begleitende Maßnahmen (z. B. durch die einweisende Stelle, anderer Einrichtungen und Stellen)

— Durch das Kreisjugendamt
— Erziehungsberatungsstelle, zur Unterstützung der Mutter

6.5 Familienkontakte/Elternarbeit, erwünschte bzw. nicht erwünschte Kontakte/Bekanntschaften

Kontakte zur Mutter und zum Vater sind erwünscht. Beim Vater wird es davon
abhängen, inwieweit er sich dann tatsächlich an Tony interessiert zeigt,
persönliche Begegnungen sind erst ab Oktober 1992 planbar, mit erneuter
Stationierung von Herrn Sparks in Deutschland. Zuvor sollte Herr Sparks
telefonischen und schriftlichen Kontakt halten.

6.6 Voraussichtliche Situation nach Beendigung des Aufenthalts in der Einrichtung
(Rückkehr in die Familie, Verselbständigunghilfen)

Auf eine Rückführungsperspektive wird hingearbeitet. Es kann von einer
realistischen Aufenthaltsdauer von mindestens zwei Jahren ausgegangen werden.
Nach dieser Zeit sollte die Situation Tony's und der Mutter im einzelnen
begutachtet werden.

**Ergänzende Bemerkungen / Begründung der stationären Maßnahme**

Eine teilstationäre Maßnahme ist bei den aufgezeigten Problemen nicht ausreichend. Tony und seine Mutter befinden sich in einer Grenzsituation. Frau Gerber fühlt sich machtlos, kann ihre eigenen Anteile, die zu diesem Fehlverhalten geführt ben, für sich noch nicht einordnen und bearbeiten. Frau Gerber stimmt der ..eimunterbringung mit zwiespältigen Gefühlen zu, weiß aber auch, Tony anders nicht mehr helfen zu können. Sie möchte die gute Beziehung zu Tony aufrechterhalten und merkte, gerade durch Tony's Verhalten in der letzten Zeit, daß ihr Sohn ihr immer fremder wird.

**8. Anlagen**

..........Gutachten der .....................................................................................................................................................

................................................................................................................................................................................................

................................................................................................................................................................................................

Beiblatt zum Personalbogen Gerber Tony

## Zu Punkt 5.

nach Schweinfurt versetzt werden, um Tony regelmäßig besuchen zu können. Herr
Sparks möchte Tony auch bei der Heimunterbringung begleiten.

## Zu Punkt 5.4

- Tony fällt durch eine ausgeprägte Vitalität auf. Sein Verhalten ist auf eine
Außenwirkung ausgelegt, so sind ganze Häuserzeilen in Niederwerrn mit seinem
Schriftzug versehen.

- Symbolisches Entweichen von Tony. Tony packte seine Sachen zusammen und riß
aus dem Haushalt aus, ging jedoch in unmittelbarer Nachbarschaft vor einem
Grundstück derartig lange auf und ab, bis er von der Nachbarin entdeckt wurde.
Tony wollte tatsächlich nicht ausreißen, seine Aktion ist vielmehr als ein
Hilferuf zu interpretieren. Bei dieser Nachbarin suchte Tony zuvor schon öfter
Zuflucht. Von dieser Nachbarin sei Tony im Sommer 1991 auch gebadet worden,
dabei sei aufgefallen, daß der Rücken von Tony mit blauen Flecken übersät war.
Tony berichtete hierbei, er werde von seiner Mutter geschlagen, diese würde
zeitweise ausflippen und ihn würgen. Tony sträubte sich verschiedentlich
massiv nach Hause zu gehen, aus Angst vor Schlägen. Frau Gerber bestritt auf
Nachfrage Gewalthandlungen, sie könne sich die blauen Flecken von Tony nicht
erklären.

**Vorstellung von Toni Gerber, geb. 25.5.83 am 6.2.1992**

Kreisjugendamt Schweinfurt
Herr Klose   Tel: 09721 - 55417

- Mutter sehr zurückhaltend mit Informationen
- über das Ausmaß seiner Schulschwierigkeiten bis hin zum
  Verweigern der Mitarbeit schien Frau Gerber nicht informiert
  zu sein
- im Erziehungsverhalten ist Fr. Gerber zu nachgiebig und schwach
- Toni tanze ihr auf dem Kopf herum
- Toni provoziert fremde Leute und beschmiere Hauswände mit
  seinem Namen
- dies ist sicher als Zeichen und Signal für fehlende Zuwendung
  und Geborgenheit zu interpretieren
- "Toni needs love" wird auch aus anderen Verhaltensweisen
  deutlich
- als Toni 4 Jahre alt war, ging sein Vater nach Amerika (Toni
  ist u.e. geboren)
- er gibt der Mutter die Schuld, daß sein Vater abgehauen ist
- Mutter und Vater hatten viel Streit und Toni bekam alles mit
- Toni ist zweisprachig aufgewachsen und schimpft heute noch in
  englisch.
- Nach Frau Gerber fehlt Toni die Strenge des Vaters
- Toni ist ein vitaler, kräftiger und extravertrierter Junge, der
  seine ganze Kraft nach außen läßt.
- Verdacht auf früheren sexuellen Mißbrauch
- Frau Gerber hat das alleinige Sorgerecht
- Vater käme demnächst aus Amerika zurück und will sich mit
  seiner Frau irgendwo niederlassen.
- Freizeitinteressen von Toni sind: malen, lesen, schwimmen,
  Sport im allgemeinen und Gameboy spielen sowie 2 Kuscheltiere
- eindeutiges und konsequentes Erzieherverhalten sind bei Toni
  besonders gefragt.

Frau Gerber nahm einen guten Eindruck über das Kinderdorf mit und
stimmt der Heimunterbringung zu. Toni wäre am liebsten gleich
hier geblieben. Wir signalisierten dem Jugendamt und Frau Gerber
sofortige Aufnahmebereitschaft und werden in den nächsten Tagen
den Aufnahmetermin von Herrn Klose mitgeteilt bekommen.

Frau Gerber ist es auch noch ein Anliegen zu klären, wie es mit
dem Kommunionunterricht von Toni laufen kann. Auf Wunsch ihrer
Eltern soll die Kommunionfeier in Schweinfurt stattfinden.
Die Möglichkeit des externen Unterrichts bei uns, wie es auch bei
Michael Adam gehandhabt wird, mit einer Feier daheim, wurde ihr
angeboten.

gez. Waldau

# Personal Information
## for children and young persons under tutelage

1.1 Referring office (Child Welfare Office/Social Assistance**)    Address

1.2. Responsible official    a)administration/financial support    b)social-educational

Name:    Mr. Klose
Phone:   55-417
File:    2.43 e

1.3. Responsible for expenses (if. not 1.1.)

2.1 Personal information:

Family Name    First Name

G e r b e r            Tony

birthdate        place of birth
May 25, 1983      Schweinfurt

Nationality   legal status *(legitimate, illegitimate)*
German

Religion    First communion-confirmation on
Roman Catholic

Legal guardian: Parents - Father - Mother- Guardian - Caretaker

Name                   Address - telephone number
Gerber, Louise Daniele  Schweinfurter Straße 9,
                        8721 Niederwerrn Tel. 09721/49068

2.3 Individual responsible for care/residence authorization
Name                   Address/telephone number

Court with jurisdiction for legal decision/ address/ phone      File number

1-32A

2.4 Insurance - from father/mother - individual insurance

Insurance: Name     address     telephone         File number

Medical insurance

Accident Insurance

Liability insurance

\*\* If referral is through the Social Assistance services, the responsible Child Welfare Offie should be cited

2.5 Immunizations
Type              Date    Recorded in immunization record  confirmation

Tetanus
⁻ active
⁻ passive

⁻ polio
⁻ diptheria
⁻ other

vaccination record available  [ ]  not available [ ] is attached [ ]
vaccination records available [ ] not available [ ] are attached [ ]

Physical examinations:     Type     Date     Observations

      Entrance physical

      Exam according to the Child Welfare Law

3. Family:

3.1. Parents     Family name    First name   address   observations

Father:        Sparks     Tony        in the United States

Mother:

3.2. Other significant relations (e.g., foster parents)

Carmen Gerber (aunt), residing at Klingenbrunnstraße 29
1/2, 8720 Scheinfurt
Gerber grandparents, residing at Lindenstraße 28, 8723
Lindach, tel. 09385/419

Siblings                                    Date of Birth

Additional remarks, items 1 - 3

Description of Situation and Problems/Development and Education to Present

Tony was born out of wedlock. His father is an American
soldier of color who was stationed in Germany at the time.
Mr. Sparks returned to the United States. For two months
(August/September 1989) Mrs. Gerber lived with her friend
in Washington DC. She didn't like it there, and she came
back to Germany without her friend. She has had no
personal contact with Mr. Sparks other than telephone
calls for the past two years. To the great surprise of all
concerned, on February 13, 1992 Mr. Sparks turned up at
the front door in Niederwerrn and wanted to stay there for
four weeks, since he was in Germany to arrange for his
divorce. Tony was delighted by his father's return, had
eyes only for him, and refused to listen to his mother.
Mrs. Gerber informed the boy's father about the boy's
enrollment in the home. She was almost afraid to share
this with him. In a wide-ranging discussion with the
parents and Tony on February 17, 1992 the enrollment in
the home was explained, and Mr. Sparks indicated his
readiness to cooperate as well as his desire to visit Tony
in the future. He expects to be assigned to Germany in
October 1992 for several years, and he would like
(see continuation sheet)

5.1. Family situation and social environment

- General situation (residence, neighbohood, economic conditions)
- Structure of family relationships, educational level of parents and other related individuals
- significant relationships to persons outside the family

Mrs. Gerber is receiving welfare assistance and a rent subsidy. She lives in a small two-room apartment that badly needs renovation, in a run-down area of town with little social cohesion. A number of families known to the child welfare services live close by; overall, the area is a socially deprived area.

Mrs. Gerber's parents have significant influence over her, and there is probably a certain financial dependence. The parents are not aware of plans to place the boy in the home. Mrs. Gerber prefers not to mention the arrangements to them until after the first communion celebration, which will be arranged by the grandparents.

5.2 General development of the child/young person

-physical, psychological (e.g., indications of talents, tendencies, interests), psycho-social
- Notable features, health matters of concern, handicaps
- earlier course of development (pregnancy, birth, foster care, nursery care, day care, kindergarten, hospital stays)

Premature birth, oxygen administered by the clinic during first month. Subsequent physical development was normal for his age. Mrs. Gerber became aware of her pregnancy only in the fifth month, and up to that time she smoked 20 to 25 cigarettes a day. Once she learned of the pregnancy she cut her cigarette consumption to about 10 per day.

### 5.1 School history

(schools and instruction to date, repeated years, transfers, current situation, attitude toward school, special notes)

| from | to | School/ Type |
|------|-----|--------------|
|      |     | In 1988 and 1989 Tony attended full-day sessions of Niederwerrn's local kindergarten |

In fall 1989 Tony was enrolled with others
of his own age in the public school in
Niederwerrn. In the first month Tony stood
out for his aggressive and destructive
behavior toward his classmates, and his
schoolwork deteriorated. In January 1990 he
was accepted by the Diagnostic and Special
Counseling Class of Special School L.

5.2. Vocational Career

- Training, interruptions

  from    to

5.2.3. Experiences with juvenile court

Tony was involved in various instances of theft and was
formally charged two times. He didn't act alone but rather
with a band of older children. The most recent incident
was in February, 1992, when Tony stole candy and other
items worth a total of 50 German marks from the local
supermarket. The store manager stated that Tony had
previously been seen shoplifting there.

5.3. Previous assistance

5.3.1 Pre-admission convocations

In response to information from the school, beginning in
February, 1990 the Child Welfare Office in Schweinfurt
invited the family for counseling. Mrs. Gerber was wary of
this contact and adamantly opposed to cooperation, for she
was afraid that the implicit aim was to take her child
from her. Subsequently Mrs. Gerber began to come to terms
with her own educational and living situation and to
question it. Since October 1991 Mrs. Gerber has been
closely followed in the framework of the program for
social and educational assistance to families.

5.3.2. Extrafamilial care

from    to    From 1984 to 1988 Tony was cared for by his aunt
             Carmen Gerber Mondays - Fridays (inclusive),
             since until August,1988 Mrs. Gerber worked a
             double shift as a factory employee at the
             Fichtel & Sachs enterprise. Mrs. Gerber had to
             give up this job because of a gastric ulcer.

5.4. Current educational situation/description of difficulties/prospects

- views of the institution
- opinions of th eparents
- opinions of other relevant persons (e.g., foster parents, teacher, trainer)
- comments of the child/young person

- Tony is very often left on his own, and there are
  indications that he roams about at will. He has been
  observed doing so. In these circumstances he has also
  taken to using vulgar and obscene expressions.

- A brutal attitude toward his classmates: Tony lashes out
  in an uncontrolled and very aggressive manner. Tony has
  mistreated others by kicking the heads of childen lying
  defenseless on the ground. He has used similar violence
  against animals; for example, he beat three of a
  neighbor's hens to death with an iron rod and has lately
  tortured other animals. This behavior stands in contrast
  to the remarkable affection for animals that his mother
  says she has observed up to now.

- Unacceptable sexual behavior: Tony has grabbed girls by
  the leg and groped their private parts. Further
  investigative discussions brought to light the fact that
  Tony himself was sexually abused. This is said to have
  occurred in April, 1990, when Tony and a girl older than
  he were lured into a man's apartment. This man displayed
  his male member and masturbated. It also appears that for
  an extended period — Mrs. Gerber couldn't be specific,
  for she didn't notice it at the time — an American
  soldier would approach Tony and other children at a
  Niederwerrn playground, display himself and show them sex
  books and pornography magazines. The children probably
  were forced to handle the man's genitals. The American
  military authorities informed Mrs. Gerber of these
  abuses; however, to date nothing more has come of them.
  The matter has been referred to a court that may summon
  Tony and others as witnesses. These proceedings are
  scheduled for fall, 1991, but to date Mrs. Gerber has
  received no additional information. However it also
  appears likely that in the interval the soldier in
  question will be returned to the United States and tried
  there.

- Mrs. Gerber is hopelessly overwhelmed by Tony's
  educational situation. Her attitude ranges from apathy to
  severe stress. She felt that Tony did not take her
  seriously and his earlier experiences with his father
  have resulted in a fixation on the man. Tony sees his
  father as an authority figure. According to Tony's
  mother, the boy needs a man to look up to. She was not
  allowed to speak any ill at all of Mr. Sparks, even

though Tony was aware of his father's negative behavior.
During the time they were living together, Mrs. Gerber's
friend would frequently resort to blows, and Tony would
interpose himself between them to protect her.

Tony grew up bilingual and reportedly expresses himself
quite well in English. His father estimates that Tony is
about 80% capable in the language.    (see continuation
sheet)

6. Concept of the involved parties for treatment (coordinated educational plan)

Conceptual framework of the admitting and/or involved agencies, to be elaborated as
directions for the verifiable goals of the individual 'education plan' and further psychological
development

6.1. Goals for the stay in the institution

- Channeling of aggression into an appropriate attitude
  toward conflict. Learning to accept boundaries,
  especially concerning females around him, noting that
  Tony on one hand sees his mother as very weak and
  incapable, and on the other has apparently been subjected
  to undue physical force from her.

- Positive reinforcement of Tony's personal strengths. Set
  strict rules and an orderly framework so that Tony is not
  called upon to set his own daily schedule.

6.2 Required assistance/tutoring for educational/vocational goals

The school reports that Tony is receptive to tutoring,
musically gifted and of average intelligence. A return
from Special School L to the public school appears
possible in the context of the agreed framework.

6.3. Special assistance required from holistic therapy and pedagogy

Treatment to help process sexual abuse

6.4 Accompanying measures (e.g., from the accepting institution, other facilities and offices)

- Through the Child Welfare Office
- Educational counseling offices for support to the mother

6.5 Family contacts, parental work, desired or not desired contacts and acquaintances

Contacts with mother and father are desired. In the father's case this will depend upon the extent to which he actually shows an interest in Tony; personal contacts may be planned only from October, 1992, once Mr. Sparks arrives in Germany on assignment. Until then Herr Sparks should maintain written and telephone contact.

6.6 Situation expected after conclusion of the stay in the institution
(Return to the family, assistance in establishing independence)

Work is underway on post-release prospects. The realistic expectation is for a stay in the home of at least two years. Following that time the situations of Tony and his mother will each be carefully examined.

Complementary notes/Rationale for measures while resident in the home

The diagnosed problems cannot be sufficiently treated if Tony is a part-time resident in the home. Tony and his mother are in a tenuous situation. Mrs Gerber feels powerless, and she cannot yet assimilate and understand her own role in bringing about the current unfortunate situation. Mrs. Gerber accepts Tony's admission to the home with conflicted feelings, but also knows she is incapable of helping Tony. She wishes to maintain a good relationship with him and has gathered from Tony's recent behavior that he is becoming ever more estranged from her.

8. Enclosures

. . . . . . Approval of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . .
Date

. . . . . . . . . . . . . . . . . . . . .
Signature

Continuation sheet for personal file of Gerber Tony

## Item 5, continued

to be transferred to Schweinfurt so as to visit Tony
regularly. Mr. Sparks would also like to accompany Tony
for home visits.

## Item 5.4., continued

- Tony impresses with his remarkable exuberance. His
  behavior is outwardly directed, and he has tagged whole
  rows of houses in Niederwerrn with his signature.

-Tony's symbolic escape. Once Tony packed his things and
tore out of the house, but paced around for a long time in
the immediate environs until a woman neighbor noticed him.
In fact, Tony had no desire to leave; his action is rather
to be interpreted as a cry for help. Tony had sought
shelter from this neighbor several times before. In summer
of 1991 she gave Tony a bath and noticed that his back was
covered with bruises. Tony commented that his mother had
struck him, that sometimes she would 'flip out' and choke
him. Tony used all sorts of delaying tactics to keep from
going home, fearing he would be beaten. When asked, Mrs.
Gerber denied resorting to violence, but she was unable to
explain Tony's bruises.

Preliminary impressions of Toni Gerber, born May 25, 1983, as of February 6, 1992

Child Welfare Office, Schweinfurt
Mr. Klose     Tel. 09721 - 55417

- Mother extremely reluctant to provide information
- Mrs. Gerber seems not to have been informed of the extent of his difficulties in school and shows no willingness to collaborate
- concerning educational matters Mrs. Gerber is too weak and accommodating
- Toni is constantly acting up with her
- Toni provokes strangers and paints his name on house walls
- This is a clear sign and signal of a lack of attention and security
- "Tony needs love" [in English] is clearly expressed by his behavior
- When Toni was four years old his father left and stayed in the United States (Tony was born out of wedlock)
- He blames his mother for his father's departure
- His mother and father had many conflicts and arguments, and Tony witnessed them all
- Tony grew up bilingual and curses in English these days
- According to Mrs. Gerber, Tony needs the strong presence of the father
- Tony is a lively, strong and extroverted young man, who directs all his energy outward
- Indications of past sexual abuse
- Mrs. Gerber has sole custody
- The father will soon be returning from the United States and wants to settle somewhere with his wife
- Tony's free-time interests are panting, reading, swimming, sports in general, playing Gameboy, and two stuffed toy animals
- Tony especially needs to have a clear and effective commitment to his own education

Mrs. Gerber had a positive impression of the children's village and agreed to have Tony enrolled. Toni seemed ready to stay here right now. We immediately informed the Child Welfare Office of Mrs. Gerber's agreement to the admission, and within the next few days we'll confirm an appointment with Mr. Klose for the formalities.

Mrs. Gerber would also like to understand how arrangements for Toni's first communion can be made. In conformity with the

wishes of her parents, the celebration of his first communion is to take place in Schweinfurt. We offered her the possibility of communion instruction here with us, as was done with Michael Adam, with a celebration at the St. Anton home afterward.

signed, Waldau

## TRANSLATOR'S CERTIFICATION

I certify that I am fully qualified to translate from German to English, and that this translation is an accurate and complete version of the documents in German exactly as they were submitted to me.

_____
Michael A. Meigs

$Av_6$. 25, 2017
_____
Date

c/o American Gateways legal services, 314 E. Highland Mall Blvd., Austin, TX 78752
tel. (512) 478-0546
Translator's home office address: 6319 Bon Terra Drive, Austin, TX 78731-3844
tel. (512) 420-0888



RUTGER WALL
Notary Public, State of Texas
Expires 09/05/2018
I.D.# 12994638-0