

Defendant's
Exhibit

2

TS000001491



Defendant's
Exhibit

3

TS000001421



Defendant's
Exhibit

34

TS000001409



Defendant's
Exhibit

33

TS000001405



Defendant's
Exhibit

32

TS000001396



Defendant's
Exhibit

31

TS000001394



Defendant's
Exhibit

30

TS000001392





Defendant's
Exhibit

29

TS000001391



Defendant's
Exhibit

28

TS000001390



Defendant's
Exhibit

27

TS000001388



Defendant's
Exhibit

26

TS000001386



Defendant's
Exhibit

25

TS000001387



Defendant's
Exhibit

24

TS000001384



Defendant's
Exhibit

23

TS000001382



Defendant's
Exhibit

22



Defendant's
Exhibit

21



Defendant's
Exhibit

20



Defendant's
Exhibit

19



Defendant's
Exhibit

18



Defendant's
Exhibit

17



Defendant's
Exhibit

16



Defendant's
Exhibit

15



Defendant's
Exhibit

15





Defendant's
Exhibit

12

TS000001372



Defendant's
Exhibit

11

TS000001375



Defendant's
Exhibit

10



Defendant's
Exhibit

9

TS000001383



Defendant's
Exhibit

8

TS000001495



Defendant's
Exhibit

7

TS000001467



Defendant's
Exhibit

6

TS000001452



Defendant's
Exhibit

5

TS000001380



Defendant's
Exhibit

4

TS000001381



Defendant's
Exhibit

81

TS000001504



Defendant's
Exhibit

80

TS000001503



Defendant's
Exhibit

79

TS000001494



Defendant's
Exhibit

78

TS000001490



Defendant's
Exhibit

77

TS000001485



Defendant's
Exhibit

76

TS000001484



Defendant's
Exhibit

75

TS000001483



Defendant's
Exhibit

74

TS000001481



Defendant's
Exhibit

73

TS000001471



Defendant's
Exhibit

72

TS000001470



Defendant's
Exhibit

71

TS000001463



Defendant's
Exhibit

70

TS000001462



Defendant's
Exhibit

69

TS000001461



Defendant's
Exhibit

68

TS000001460



Defendant's
Exhibit

67

TS000001459



Defendant's
Exhibit

66

TS000001458



Defendant's
Exhibit

65

TS000001457



Defendant's
Exhibit

64

TS000001456



Defendant's
Exhibit

63

TS000001455



Defendant's
Exhibit

62

TS000001449



Defendant's
Exhibit

61

TS000001447



Defendant's
Exhibit

60

TS000001446



Defendant's
Exhibit

59

TS000001445



Defendant's
Exhibit

58

TS000001444



Defendant's
Exhibit

57

TS000001443



Defendant's
Exhibit

56

TS000001441



Carmen

Defendant's
Exhibit

55

TS000001439



Defendant's
Exhibit

54

TS000001437



Defendant's
Exhibit

53

TS000001435



*Augusta Seger aus Lindach blickt heuer auf 60 Jahre zurück, in denen sie in ihrem kleinen Laden steht. Nachbarn wissen das mit dem Einkaufen im Dorf zu schätzen.*

**Augusta Seger steht seit 60 Jahren Tag für Tag im kleinen Geschäft auf dem Dorf**

# Mit 87 ist noch lange nicht Schluß

**LINDACH (MIWI)**

**Die Supermärkte kamen, kleine Ge-** barhaus befand. „Das ursprüngliche Geschäft war viel kleiner. Aber es war alles da, was man früher gebraucht hat", sagt sie. Darunter waren natürlich viele Waren, die ... aus ihrem Sortiment ver-

mit Behörden, also mit der Lebensmittelkontrolle, hatte. „Der Herr vom Amt lacht nur, wenn er kommt", schmunzelt sie. „weil ich immer noch da bin".

Das ist die 87jährige für ihre

Noch bevor sie die Ladentür aufschließt, hat sie ihren Haushalt erledigt. Am Sonntag, ihrem einzigen freien Tag in der Woche, nutzt sie ihre Zeit, um im Dorf spazieren zu gehen. „Meine Tochter sagt, daß ich es mir etwas schöner machen

Steuerangelegen nem Fachmann Auspacken un Waren überm auch. „Dabei manchmal d Beine", gibt Rita Zieg

Defendant's
Exhibit

52

TS000001434



Defendant's
Exhibit

51

TS000001432



Defendant's
Exhibit

50

TS000001431



Defendant's
Exhibit

49

TS000001430



Defendant's
Exhibit

48

TS000001424

| Lfd. Nr. | Name | Vorname | M DM | 40 2/ | Gru bauer | 8.7. Stefan | 8.7. Kch 9.- |
|---|---|---|---|---|---|---|---|
| 1 | Gerber | Tony | b | ✓ | 2,50 | ✓ | ✓ |
| 2 | Graf | Bianca | b | ✓ | 2,50 | ✓ | ✓ 3 |
| 3 | Hergenröder | Andrea | b | ✓ | 3,- | ✗ | ✓ |
| 4 | Hergenröder | Veronika | b | ✓ | 3,- | | ✓ |
| 5 | Jung | André | b | ✓ | 5,- | ` | ✓ 2 |
| 6 | Lürsen | Nicole | b | ✓ | 5,- | ✓ | ✗ |
| 7 | Macherey | Marcel | b | ✓ | 2,50 | ✓ | ✓ |
| 8 | Martin | Christine | b | ✓ | 3,- | ✓ | ✓ |
| 9 | Müller | Marco | b | ✓ | 2,50 | ✓ | ✓ |
| 10 | Pachner | Sebastian | b | ✓ | 3,- | ✓ | ✓ |
| 11 | Rätzke | Marcus | | ✓ | 2,50 | ✓ | ✓ |
| 12 | Razaq | Nicole | b | ✓ | 2,50 | ✓ | ✓ |
| 13 | Schmidt | Christian | b | ✓ | 2,50 | ✓ | ✓ |
| 14 | Schürlein | Michael | b | ✓ | 3,- | | ✓ |
| 15 | Thurn | Stefanie | | ✓ | 2,50 | | ✓ |
| 16 | Vorndran | Elke | b | ✓ | 5,- | | ✓ |
| 17 | Heß | Christian | | ✓ | 2,50 | | |

Defendant's
Exhibit

TS000001423
47



Defendant's
Exhibit

46

TS000001422



Defendant's
Exhibit

45

TS000001420



Defendant's
Exhibit

44

TS000001419



Defendant's
Exhibit

43

TS000001418



Defendant's
Exhibit

42

TS000001417



Defendant's
Exhibit

41

TS000001416



Defendant's
Exhibit

40

TS000001415



Defendant's
Exhibit

39

TS000001414



Defendant's
Exhibit

38

TS000001413



Defendant's
Exhibit

37

TS000001412



Defendant's
Exhibit

36

TS000001411



Defendant's
Exhibit

35

TS000001410