

Defendant's Exhibit

3

TS000001421