

Defendant's Exhibit

4

TS000001381