

Defendant's Exhibit

5

TS000001380