

Defendant's Exhibit

39

TS000001414