# EXH "82"

---

# Records Related to Assault by U.S. Soldier

Defendant's
Exhibit

82



**DEPARTMENT OF THE ARMY**
U.S. ARMY CRIMINAL INVESTIGATION COMMAND
U.S. ARMY CRIME RECORDS CENTER
27130 TELEGRAPH ROAD
QUANTICO, VA 22134

REPLY TO
ATTENTION OF

SEP 1 9 2017

FA17-4261

Inmate Tony Sparks
c/o Miriam Widman
PO Box 19666
Portland, OR 97280

Inmate Sparks:

This is in response to your request for release of information from the files of the U.S. Army Criminal Investigation Command (USACIDC) received on August 23, 2017.

The enclosed Report of Investigation (ROI) 1991-CID847-51734-6A, responsive to your request, is part of a system of records exempt from the disclosure provisions of the Freedom of Information Act (FOIA). The names of law enforcement personnel, as well as names, social security numbers and other personal items of information pertaining to third parties have been withheld. The removal of this information constitutes a partial denial pursuant to Title 5, USC, Section 552, Exemptions (b)(6), and (b)(7)(C) of the FOIA, because release could violate the personal privacy of other individuals mentioned in the report. We applied Exemption (b)(7)(E) to withhold the identification numbers of special agents, as well as investigatory records or information compiled for law enforcement purposes where the techniques or procedures for law enforcement investigations or prosecutions would be disclosed and (b)(3) which allows withholding information which would disclose or identify children who were victim of certain crimes or witnesses to crimes against others; see 18 USC 3509(d), *Child victims' and witnesses' rights* .

This partial denial, which is made on behalf of Major General David P. Glaser, Commander, USACIDC, the Initial Denial Authority for USACIDC records under the FOIA, may be appealed to the Secretary of the Army.

If you decide to appeal at this time, your appeal must be submitted within 90 days of the date of this letter. In your appeal, you must state the basis for your disagreement with the denial and you should state the justification for its release. Your appeal is made through this Center and should be addressed to the Director, U.S. Army Crime Records Center, (FA17-4261), 27130 Telegraph Road, Quantico, Virginia 22134, for forwarding, as appropriate, to the Office of the Secretary of the Army, the appellate authority. Please note that your appeal should address information denied in this response and cannot be used to make a new request for additional or new information.

Printed on      Recycled Paper          

Any questions regarding this action should be provided in writing to this Center at the address shown on the letterhead or you may call (571) 305-4250.  The Information Release Specialist responsible for this release is Ms. Michele Roby.

Sincerely,

M. Kardilis for

Chester B. Longcor
Director, Crime Records Center

82-3

10 4 DEC 1991

| COMMANDER'S REPORT OF DISCIPLINARY OR ADMINISTRATIVE ACTION | SUSPENSE DATE |
|---|---|
| For use of this form, see AR 190-45 and AR 195-2; the proponent agency is DCSPER. | |

| THRU: Commander<br>3/4 Cav<br>APO NY 09702 | TO: Special Agent in Charge<br>Schweinfurt Res Agency<br>Second Region, USACIDC<br>APO NY 09033-5221 | FROM: Commander<br>HHT, 3/4 Cav<br>APO NY 09702 |
|---|---|---|

| USACRC CONTROL NUMBER<br>0159-91-CID847-51734 6A/ | MP REPORT NUMBER<br>1080-91 | SUB-INSTALLATION IDENTIFIER |
|---|---|---|

*To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken for other offenses. Retain last copy and return all others to addressee indicated in "TO" block on completion of final action.*

| NAME OF SUBJECT (Last, first, MI)<br>RICHARDSON, Darin John | GRADE<br>SPC | SOCIAL SECURITY NUMBER<br>(b)(6) (b)(7)(C) | DATE OF BIRTH<br>(b)(6) (b)(7)(C) |
|---|---|---|---|

| OFFENSE(S)    Indecent Acts Upon a Child, Indecent<br>Assault Upon a Child, Enticing a Child to Commit<br>Lewd Acts, Lewd Gestures Towards a Minor. | DATE OF OFFENSE(S)<br><br>30 May 91 |
|---|---|

### ACTION TAKEN

A ☐ *NONE    1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)    2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

B ☐ ADMINISTRATIVE    C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☑ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)

1 ☐ SUMMARY COURT-MARTIAL    2 ☐ SPECIAL COURT-MARTIAL    3 ☑ GENERAL COURT-MARTIAL    4 ☐ CIVIL COURT

### JUDICIAL FINDINGS

A ☑ GUILTY    B ☐ NOT GUILTY    C ☐ DISMISSED    D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

### RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION

A ☐ REPRIMAND/ADMONITION (Strike inappropriate word)    1 ☐ ORAL    2 ☐ IN WRITING

B ☑ DETENTION/FORFEITURE/FINED (Strike inappropriate words)    $ 211 PAY / _____ MONTHS

C ☑ REDUCED FROM E4 to E1    D ☐ EXTRA DUTY FOR _____ DAYS    E ☐ RESTRICTED FOR _____ DAYS

F ☑ CORRECTIONAL CUSTODY FOR _____ DAYS    G ☑ CONFINED 6 YEARS _____ MONTHS

H ☑ PUNITIVE DISCHARGE ADJUDGED (type) BCD

I ☐ ADMINISTRATIVE DISCHARGE UP PARA _____ , AR _____ - _____ , EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

### REMARKS

· Court Martial & Sentencing DATE: 4 DEC 91

· Art 134: Indecent Act with a child.
  Art 134: " Liberties with a child.
  Art 134: Indecent Exposure

| TYPED NAME & GRADE OF COMMANDING OFFICER (b)(6) (b)(7)(C)<br>CPT, AR    CDR | SIGNATURE (b)(6) (b)(7)(C) | DATE OF REPORT<br>4 DEC 91 |
|---|---|---|

DA FORM 4833, 1 JAN 80    REPLACES DA FO...    000001

DEPARTMENT OF THE ARMY
SCHWEINFURT RESIDENT AGENCY, SECOND REGION
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
APO NY 09033-5221

CIRBN-RSF

2 2 OCT 1991

SEE DISTRIBUTION:

SUBJECT:   CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3.

LOCATION OF OCCURRENCE: 300 Meters South of Schweinfurter Strasse 9, 8721 Niederwerrn
(Bavaria), GE.

DATE/TIME OF OCCURRENCE: 1 Jul 90 - 30 May 91; 0800 - 1905.

DATE/TIME REPORTED: 30 May 91; 1930.

INVESTIGATED BY: SA (b)(6) (b)(7)(C) (b)(7)(E)

TITLE:    1.    RICHARDSON, Darin John; SPC; (b)(6) (b)(7)(C)
M; White; HHT, 3/4 Cav, 3d Inf Div, APO NY 09702; Indecent Acts Upon a Child,
Indecent Assault Upon a Child, Enticing a Child to Commit Lewd Acts, Lewd Gestures
Towards a Minor.

VICTIM:   1.    GERBER, Toni (NMN); Civ; No SSN; 25 May 83; Schweinfurt, GE; M;
Other; Schweinfurter Strasse 9, 8721 Niederwerrn, GE; 'JUVENILE - THIS RECORD MAY BE
RELEASED ONLY AS AUTHORIZED BY AR 195-2, PARA 4-3(F)'; Indecent Acts Upon a Child,
Indecent Assault Upon a Child, Enticing a Child to Commit Lewd Acts, Lewd Gestures
Towards a Minor.

          2.   (b)(3) (b)(6) (b)(7)(C) (NMN); Civ; No SSN; (b)(3) (b)(6) (b)(7)(C) F;
White; (b)(3) (b)(6) (b)(7)(C) 'JUVENILE - THIS RECORD MAY BE RELEASED
ONLY AS AUTHORIZED BY AR 195-2, PARA 3-4(F)'; Lewd Gestures Towards a Minor, Indecent
Acts.

          3.   (b)(3) (b)(6) (b)(7)(C) (NMN); Civ; No SSN; (b)(3) (b)(6) (b)(7)(C)
(b)(3) (b)(6) (b)(7)(C) 'JUVENILE - THIS RECORD MAY BE RELEASED ONLY
AS AUTHORIZED BY AR 195-2, PARA 3-4(F)'; Indecent Acts Upon a Child, Indecent Assault
Upon a Child, Lewd Gestures Towards a Minor, Enticing a Child to Commit Lewd Acts.

SYNOPSIS:    Investigation   disclosed RICHARDSON,   to   become   sexually   aroused,
masturbated in front of GERBER, rubbed GERBER's penis, and showed GERBER pornographic
material.
          At an unknown  time  and date, RICHARDSON displayed pornographic  material  to
(b)(3) (b)(6) (b)(7)(C) during which RICHARDSON indecently assaulte (b)(3) (b)(6) (b)(7)(C)
(b)(3) (b)(6) (b)(7)(C)

1

FOR OFFICIAL USE ONLY

CIRBN-RSF
CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3

STATUTES:

        Article 134, UCMJ: Indecent Act with a Child
        Article 134, UCMJ: Indecent Liberties with a Child
        Article 134, UCMJ: Indecent Exposure

BASIS FOR INVESTIGATION: About 1930, 30 May 91, S(b)(6) (b)(7)(C) received notification from SGT (b)(6) (b)(7)(C), Desk Sergeant, Office of the Provost Marshal (PMO), APO NY 09033, that a soldier identified as RICHARDSON had been apprehended by the German Police and transported to the MP station, Schweinfurt, GE for Indecently Assaulting a Child.

NARRATIVE:

1. INTERVIEW OF VICTIMS:

    1.1 GERBER: About 2145, 30 May 91, (b)(6) (b)(7)(C) interviewed GERBER in the presence of his mother. The interview was recorded on a VHS tape. GERBER stated he had been shown pornographic material on numerous occasions while in the park adjacent to his house by RICHARDSON. GERBER described this material as men and women without clothing. GERBER described how RICHARDSON had touched him on his "eggs" which he clarified by pointing to his genitals and how RICHARDSON had GERBER touch his genitals.

    On 10 Jun 91 (b)(6) (b)(7)(C) Schweinfurt Criminal Police, Schweinfurt, GE, obtained a statement (Exhibit 1) from GERBER. According to GERBER RICHARDSON had touched his (GERBER's) genitals and he had touched his RICHARDSON genitals. On 30 Jul 91, a copy of GERBER's statement was translated (Exhibit 2) by Local National Criminal Investigator (LNCI (b)(6) (b)(7)(C) this office.



CIRBN-RSF
CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3

2. INTERVIEW OF WITNESSES:

2.1 ████████ Civ; No SSN; ████████ About
2200, 30 May 91, SA████████████ this office, obtained a statement
(Exhibit 7) from ████████ On the evening of 30 May 91, his sister ████████ came
to him and told him the man in the park was back. ████████ related GERBER and his
sister had told him before about the man giving away cigarettes and showing them
pictures of naked men and women. ████████ described the man as being skinny, dark
brown hair, white, wearing grey PT pants and glasses.

2.1 Mr ████████ Civ; No SSN; ████████ interviewed and obtained a statement (Exhibit 8) from
████████ had seen RICHARDSON quite often on the playground in Niederwerrn.
On one occasion GERBER had showed him a Dm 5 coin which GERBER had received for
touching the Americans' penis ████████ approached RICHARDSON and asked why he did
not leave the children alone. RICHARDSON did not respond. When RICHARDSON was told
the parents were going to be told about him, he simply said he did not care. ████████
did observe RICHARDSON with pornographic magazines and the children would tell him
RICHARDSON had always offered them cigarettes. ████████ statement was translated
(Exhibit 9) by LNCI ████████

3. SIGNIFICANT INTERVIEWS:

3.1 SPC ████████ 981st Military Police Co., APO NY
09033: About 2230, 30 May 91, SA████████ interviewed SPC ████████ According to
████████ had approached him on the evening of 30 May 91 and told him
there was an American in the park doing nasty stuff with kids. ████████ asked ████████
████████ to clarify, and ████████ informed him the American was giving away
cigarettes and showing pornographic books of nude men and women and requested him
████████ to come with him to the park. Upon arrival at the park,
he observed a soldier (later identified as RICHARDSON) sitting in the bushes reading
a book ████████ asked RICHARDSON for his ID card, but RICHARDSON refused. Shortly
thereafter, the German Police arrived and identified RICHARDSON and apprehended him.

3.2 Ms ████████ Civ; No SSN ████████
About 2230, 30 May 91, SA████████ interviewed ████████ had approached
her and SPC ████████ requesting help because an American was in the park showing kids
pornographic books. ████████ accompanied ████████ and ████████ to the park where she
observed a soldier (later identified as RICHARDSON) sitting in the bushes reading.

4. INTERVIEW OF SUSPECT/SUBJECT:

4.1 SPC RICHARDSON: About 2130, 30 May 91, SA████████ this
office, advised RICHARDSON of his rights (Exhibit 10). RICHARDSON waived his rights

3

FOR OFFICIAL USE ONLY

CIRBN-RSF
CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3

and admitted to routinely going to the park near GERBER's residence, because he knew children were known to frequent the area. RICHARDSON admitted to being sexually aroused by children and child pornography. RICHARDSON admitted to rubbing GERBER's penis through his (GERBER's) clothing and becoming sexually aroused from doing so; however, RICHARDSON denied being involved in any prior incidents of this nature. About 2235, 30 May 91, when RICHARDSON was asked to reduce his statement to writing, he invoked his right to counsel; therefore, the interview was terminated.

5. SEARCH AND SEIZURE OF EVIDENCE:

   5.1 About 2332, 30 May 91, SA ████████ briefed 1Lt ████████ ████████ Acting Commander, HHT, 3/4 CAV, 3d Inf Div, APO NY 09702, on the status of this investigation and the probable cause for a search warrant was based on RICHARDSON's statement, his prior apprehension by the German Police, and their subsequent search of his (RICHARDSON) ruck sack and the results thereof ████████ authorized a search of RICHARDSON's room for any pornographic material in the form of movies, video tapes, pictures, magazines, book, writings, and sketches.

   5.2 About 0040, 31 May 91, SA ████████ conducted a search of RICHARDSON's room. (48) VHS tapes, 1 roll of 35mm film (undeveloped), 1 briefcase (contents unknown), 1 Audio cassette, and notebook were confiscated for evaluation as evidence.

6. REVIEW OF EVIDENCE:

   6.1 Between 4 Jun and 25 Aug 91, (45) VHS tapes were reviewed by SA ████████ and (3) VHS tapes were reviewed by SA ████████ ████████ this office for pornographic literature. Four of the VHS movies reviewed were found to have sexually explicit pornography and were subsequently confiscated on an Evidence/Property Custody Document as evidence. A review of the audio cassette and briefcase and the contents therein revealed nothing of evidentiary value.

   6.2 On 28 Aug 91, (44) VHS movies, briefcase, and contents therein, and the audio cassette tape were returned to RICHARDSON due to having no evidentiary value upon completion of all reviews.

7. COLLECTION OF EVIDENCE:

   7.1 About 1910, 30 May 91, ████████ German Police, Schweinfurt, GE obtained a ruck sack containing (6) various book and magazines containing pornographic literature, one AAFES Customer receipt, a hand written letter, and a sketch of a nude male. The evidence was released to the Military police, on an Evidence/Property Custody Document.

   7.2 About 2300, 30 May 91 a VHS recording of Toni GERBER's interview was made

4

FOR OFFICIAL USE ONLY

CIRBN-RSF
CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3

and collected on an Evidence/Property Custody Document.

8. STAFF JUDGE ADVOCATE COORDINATION:

    8.1 On 4 Jun 91, SA (b)(6) (b)(7)(C) coordinated this investigation with CPT (b)(6) (b)(7)(C) (b)(6) (b)(7)(C) Office of the Staff Judge Advocate, 3d Inf Div., APO NY 09702. CPT (b)(6) (b)(7)(C) opined there was sufficient probable cause to believe RICHARDSON committed the offenses of Indecent Assault Upon a Child, Indecent Acts Upon a Child, Lewd Gestures Towards a Minor, and Enticing a Child to Commit Lewd Acts.

    8.2 About 1000, 29 Jul 91, SA (b)(6) (b)(7)(C) met with CPT (b)(6) (b)(7)(C) and provided an updated briefing on the additional victims.

    8.3 On 22 Oct 91, SA (b)(6) (b)(7)(C) coordinated this investigation with MAJ (b)(6) (b)(7)(C) (b)(6) (b)(7)(C) Office of the Staff Judge Advocate, 3d Inf Div, APO NY 09702. MAJ (b)(6) (b)(7)(C) opined there is sufficient evidence to beleive RICHARDSON committed the offense of Indecent Assault Upon a Child, Indecent Acts Upon a  Child, Lewd Gestures Towards a Minor, and Enticing a Child to Commit Lewd Acts.

<u>LAW ENFORCEMENT RECORDS</u>: Results of the Defense Central Index of Investigation (DCII) disclosed no derogatory information pertaining to RICHARDSON.

<u>EXHIBITS</u>:

        ATTACHED:

            1. German Language statement of Master GERBER, 10 Jun 91.
            2. English translation of Exhibit 1.
            3. German Language statement of (b)(3) (b)(6) (b)(7)(C) 10 Jun 91.
            4. English translation of Exhibit 3.
            5. German Language statement of (b)(3) (b)(6) (b)(7)(C) 25 Jul 91.
            6. English translation of Exhibit 5.
            7. Statement of (b)(3) (b)(6) (b)(7)(C) 30 May 91.
            8. Statement of Mr (b)(6) (b)(7)(C) 1 Aug 91.
            9. English translation of Exhibit 8.
            10. Waiver Certificate of RICHARDSON, 30 May 91.
            11. Copies of writing of RICHARDSON
            12. Copy of nude male drawing
            13. Photo packet.
            14. (1-5) Evidence/Property Custody Document, Vouchers #147-91, 153-91 - 154-91, 160-91, and 174-91 (USACRC and file copies only).
            15. Negatives of Photographs exposed during investigation (USACRC copy only).

        NOT ATTACHED:

FOR OFFICIAL USE ONLY

CIRBN-RSF
CID REPORT OF INVESTIGATION - FINAL - 0159-91-CID847-51734-6A1/6A2/6A3

       Retained in the Evidence Depository, this office.

16. Paperback book "Gay Sadist".
17. Paperback book "Getting a Head".
18. Paperback book "Die Schulnachrict"
19. Magazine "Show Boy".
20. Magazine "Wonderboy".
21. Magazine "Boy Oh Boy".
22. AAFES Receipt 4879-18.
23. Rucksack.
24. VHS taped interview of GERBER, 30 May 91.
25. VHS Movie "Ur Anus auf Ritual".
26. VHS Movie "Wer Haut Ihn Mir Rein".
27. VHS Movie "Losing Control".
28. VHS Movie, no title.

   The originals of Exhibits 1 - 10 are maintained within the files of this office. The originals of Exhibits 11 - 12, and 14 are maintained within the evidence files, this office.

<u>STATUS</u>: This is a Final Report. Commander Report of Action Pending.

REPORT PREPARED BY:



REPORT APPROVED BY:



Special Agent in Charge

<u>DISTRIBUTION:</u>

1 - Action Commander (HHT, 3/4 Cav, 3d Inf Div, APO NY 09702)
1 - Staff Judge Advocate
1 - Provost Marshal
1 - VII Corps PM
1 - 3d ID PM
1 - USACRC, ATTN: CICR-CR
1 - HQ, USAREUR, ATTN: AEAPM-PP
1 - Region
1 - District
1 - File

6

FOR OFFICIAL USE ONLY

000007

Exhibit 1

Page(s) <u>000008 thru 000014</u> withheld.
Foreign Language Document

Exhibit 2
English translation – Page(s)
<u>000015 thru 000019</u>

0159-91-CID847-51734

Criminal Police Inspectorate          8720  Schweinfurt 10 Jun 91
         Schweinfurt

                    Interview of a Child
                                   0159-91- CID ⊂⊃⊤ - 51734 -6A1
Start: 1415

Toni GERBER, 8 yrs old is going to be questioned about what type of
sexual acts were performed upon him by a male on 30 May 91, about 1830 at
the sportsfield in Niederwerrn.  Toni was seen at the apartment of the
witness (b)(6) (b)(7)(C) His mother had given permission for this interview.
After being admonished to tell the truth, he stated the following.

1.  Personal Data:

                         Toni GERBER
                         DOB; 25 May 83 in Schweinfurt
                         res: # 9 Schweinfurter Strasse
                         8721 Niederwerrn. tel # 49068

Parents:                 Father: (b)(6) (b)(7)(C)(Phonetic), US soldier

                         Mother: (b)(6) (b)(7)(C) Laborer, address see
                         above.

Answer to Question:  I live here with my mother in Niederwerrn.  My
father is in America.  I do not know when it was the last time I saw my
father. Off an on he calls and when I have my birthday he sends me
something. Sometimes he also writes.  I do not have any brothers and
sisters, only a male and a female cousin.  The names are (b)(6) (b)(7)(C) and
(b)(6) (b)(7)(C) I am attending school at Roethlein.  I attend school there,
because there were problems with other students.  They said that I was a
Negro.  I am in the second grade right now.  My teacher is Mr (b)(6) (b)(7)(C)
(b)(6) (b)(7)(C) phonetic). I love to write.  Reading I do not like at all.  I am
a good student.  I also like to go to school.  I can speak German and
English.  I can not write English as well as German.  My hobby is running
and sports I like. I also like to watch television, preferrably
sports.  My mother works.  Sometimes I stay with the (b)(6) (b)(7)(C) family and
somethimes I stay with girlfriends of my mother.

2.  TO THE CASE.

When I saw him for the first time he was sitting on a bench at the
sportsfield. (b)(3) (b)(6) (b)(7)(C) was also there.  We also sat down on the
bench.  The man had a piece of paper and he was writing something  on
it. Then he showed us books, which are not for children and that all. He
gave the books to us and said that we should take a look at it.  At first
we did not know what kind of books it were.  Then we looked at the books
and then we knew what kind of books it were.  Thereafter we went home and
told our mother.  My mother wanted to call the Police, but then she did
not do it.  The friend of (b)(6) (b)(7)(C) brother, (b)(6) (b)(7)(C) he lives near
the school in Niederwerrn somehow found out about it, I don't know how.
He went down to see the American and told him that he better not come
back here, otherwise the Police would show up.  For some time he did not

FOR OFFICIAL USE ONLY          EXHIBIT 2

0159-9?- CID 847-51734-6AI

come back. Then (b)(3) (b)(6) (b)(7)(C) came and said that the American was back. We wend down there to see and looked for him. I told my mother about it. He also gave us cigaretes and he alwas showed us such books.

Q.   How often did the man show you such books?
A.   Often.

Q.   What kind of books were this?
A.   There were naked men and women and they were in bed.

Q.   Could you see what the men and women were doing?
A.   They were standing next to each other. But I do not know so much about the books any more, that is quite some time ago when he showed us. On the day when we called the Police he did not show us any books.

Q.   Why did you always go to see the man knowing that he was showing you such type of books?
A.   We all go always to the park, because we play with the dogs. I further thought that he would not show us such books again. He always called us over we should come to him and then gave us cigarettes and paper. Also he showed us the books.

Q.   Did you like the books?
A.   No.

Q.   Were there any other children present when he showed you the books?
A.   I know that (b)(3) (b)(6) (b)(7)(C) was there one time. I don't know if he showed them to (b)(3) (b)(6) (b)(7)(C)

Q.   Do you know how many books it were?
A.   It always were two.

Q.   Were these the same books?
A.   Yes.

On the day my mother made the complaint (b)(3) (b)(6) (b)(7)(C) arrived and told me that the man was back down there. My mother was not at home. I went down there with and (b)(6) (b)(7)(C) But we took the dogs also. Again the man was sitting on a bench, but this time on another bench. I walked back home, and in the meantime my mother was at home and I told her that the man was sitting down there again. and (b)(6) (b)(7)(C) stayed down there and watched him. Then I walked around in the park with my mother. I showed my mother the man. In the meantime (b)(6) (b)(7)(C) and (b)(6) (b)(7)(C) went home because they had to eat. Later the brother of (b)(6) (b)(7)(C) (b)(6) (b)(7)(C) went down there and talked to the man. He asked him if it was true and the man told him, yes, this is true. At first my mother did not want to call the Police, but (b)(6) (b)(7)(C) said that we had to call the Police. Then my mother called the Police. At first the German Police showed and they picked up the man. Thereafter the Military Police showed in a big car and they picked up his bicycle.

Investigator:  Toni please tell me what really happened, why did your mother call the Police.
A.   Well, it was like that. I was down there once again, and it is some time ago and the man showed me his eggs. He was sitting on the bench, had opened the fly of his trousers and took his eggs out. He did not

FOR OFFICIAL USE ONLY            EXHIBIT 2

000016

0159-91- CID 847-51734-6A1

take his trousers off.  He asked me if we should play a little bit.  I did not want to do that and then he said if I would not do it he would slap me some.  Then I did it.

Q.  What did you have to do?
A.  I did play with his eggs.

Q.  Can you show me that?
A. (Toni moves back and fourth with his left hand.)

Q.  Did you have to do anything else with the eggs?
A.  No.

Q.  Were the eggs hard or soft of this man?
A.  A little bit hard.

Q.  Toni what do you take in your hand when you have to go to the bathroom?
A.  The eggs.

Q.  Anything else?
A.  No.

Q.  What do you call that thing above the eggs?
A.  Eggs.

Q.  When you were playing with the eggs did something cone out of the "Eggs"?
A.  No.

Q.  How long did that playing last?
A.  I don't know.

Q.  How often did you have to do that with the man?
A.  One time.

Q.  Did the man also do something to you?
A.  He also played with me.

Investigator:  Please explain that it detail to me.
A.  The same way I did it to him.  I only took the zipper down and took out my eggs.  Then he played with them.

Q.  Did you do that at the same time?
A.  No.

Q.  Who did it first?
A.  At first the man did it with me and then I had to do it with him.

Q.  Did you like it?
A.  No.

Q.  Did you tell him that you did not want it?
A.  Yes.

Q.  How did he react on that?

FOR OFFICIAL USE ONLY          EXHIBIT 2

0159-91- CID 847-51734-6A1

A. He asked me, why not and kept on doing it.

Q. Did the same thing happen to other children?
A. No.

Q. Did anybody see it?
A. No. There was nobody around at that time.

Q. Do you know when that was?
A. No.

Q. May be an about time?
A. Well I say about one month ago.

Q. Did the man hurt you ?
A. No.

Q. Did the man have also the books along when he played with you?
A. He always had the books along, in his ruck sack and also the cigarettes and the paper. When he was playing with me he did not have the books out.

Q. There was supposedly something else, in that the man asked for ██████████████ can you explain that in detail to me?
A. The man asked me to ask ███████ if she wanted to give him a kiss. That I told ███████ But that was at the time when my mother called the Police and not at the time when the man was playing with me.

Q. What did ███████ say?
A. She said: NO.

Q. Did the man tell you what his name was and where he lives?
A. No.

Q. Did he have a car?
A. No, he was always there with his bicycle.

Q. What are your thoughts about what the man did?
A. Bad.

Q. Should he be punished for that?
A. Yes, really. But I also want that he does not come back here to the park.

Q. Toni, did you tell me everything?
A. Yes, I swear.

Q. Did you tell me everything or is there anything you have to correct?
A. Yes, I swear.

End of questioning: 1515.

Closed:

s/ ██ (b)(6) (b)(7)(C) ██
t/ ██

FOR OFFICIAL USE ONLY     EXHIBIT 2

0159 - 91 - CID 847 - 51734 - 6AI

TRANSLATED TO THE BEST OF MY KNOWLEDGE AND BELIEF:

(b)(6) (b)(7)(C)

31 Jul 91.

FOR OFFICIAL USE ONLY

EXHIBIT 2

000019

Exhibit 3

Page(s) <u>000020 thru 000023</u> withheld.
Foreign Language Document

Exhibit 4
English translation – Page(s)
<u>000024 and 000025</u>

Exhibit 4
Page(s) 000024 and 000025

Withheld

Third Party Information - Not reasonably Segreable – 5 U.S.C., Section 552,
Exemptions (b)(6), (b)(7)(C)

5 USC § 552, Exemption (b)(3)
18 USC § 3509(d),
*Child victims' and witnesses' rights.*

82-18

Exhibit 5

Page(s) <u>000026 thru 000031</u> withheld.
Foreign Language Document

Exhibit 6
English translation – Page(s)
<u>000032 thru 000035</u>

82-19

Exhibit 6
Page(s) <u>000032 thru 000035</u>

Withheld

Third Party Information - Not reasonably Segreable – 5 U.S.C., Section 552,
Exemptions (b)(6), (b)(7)(C)

5 USC § 552, Exemption (b)(3)
18 USC § 3509(d),
*Child victims' and witnesses' rights.*

0159-91-CID847-51734-6A1

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is Office of The ___ Staff for Personnel.

| LOCATION | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Schweinfurt RA, 2d Rgn, USACIDC  APO NY 09033 | 30 May 91 | 23 ∞ | |

| SOCIAL SECURITY NUMBER. | GRADE/STATUS |
|---|---|
| | Civ (GN) |

LAST NAME, FIRST NAME, MIDDLE NAME
(b)(6) (b)(7)(C)

ORGANIZATION OR ADDRESS
(b)(6) (b)(7)(C)

I, (b)(6) (b)(7)(C) _____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Sometime last summer, I think it was last summer I saw this man before in the park.  He had been sitting on a bench reading some magazine.  I only talked to this guy once before.  He was smoking a cigarette and I ask  him if I could have one.  He gave one to me.  I did not see the guy around for (b)(6)(b)(7)(C) time. I think he was in the field or something.  About ten days ago I saw him again.  I was walking my dog (b)(6)(b)(7)(C) and did not talk to him.  Today my sister ____ went out to get Tony's mom some cigarette and she told  a Tony told her this guy wanted to do it with her. (b)(6)(b)(7)(C) id no and came home. ____ was so late so she  got grounded, ____ told me that guy is there again.  I asked (b)(6) (b)(7)(C) (The MP) to go with me  to the park to tell this guy to leave the kid alone. (b)(6)(b)(7)(C)lked to the guy a(b)(6)(b)(7)(C) us to call the  MPs which we did.

Q:  Did this man ever touch you?
A:  No.
Q:  Did he ever show you any magazines?
A:  No.
Q:  Did you ever see one of the magazines the guy had?
A:  No, but my friend (b)(6) (b)(7)(C) said (b)(6)(b)(7)(c).  David said he was one in his redish  book bag. The man had a yellow mountain bike before.  *TONY TOLD ME TODAY THAT THE MAN HAD MAGAZINES.*
Q:  Did anyone tell you this man touched then or showed them magazines?
A:  *NO. I THINK MY SISTER TOLD ME.*
Q:  Can you describe this guy in the park you got the cigarette from?
A:  Skinny, brown dark hair, glasses, white american, he had an Army grey PT pants on.  I saw him before with a grey Army shirt on and he was wearing jeans.
Q:  What did your sister tell you today about the man?
A:  She came home and told me there is that man again.
Q:  Can you remember anything else about the man?
A:  Today he was wearing a white T-shirt, I can remember HE WAS SCRATCHING HIS ARM because he was  nervo ___ *ASKED THE GUY FOR HIS NAME. THE GUY SAID LET DO IT LIKE THIS, I GO AND NEVER COME BACK.*
Q:  Do you want to add something to this statement?
A:  No.///END OF STATEMENT// (b)(6) (b)(7)(C)

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT (b)(6) (b)(7)(C) | PAGE 1 OF  2  PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF___ TAKEN AT___ DATED___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE___ OF___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

DA FORM 2823, 1 JUL 72   SUPERSEDES DA FORM 2823, 1 JAN 68, WHICH WILL BE USED.

FOR OFFICIAL USE ONLY

EXHIBIT  7
000020

82-21

**STATEMENT** *(Continued)*

THIS SIDE NOT USE[redacted] (b)(6) (b)(7)(C)

**AFFIDAVIT**

I, [redacted] (b)(6) (b)(7)(C) HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

[redacted] (b)(6) (b)(7)(C)
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 30 day of MAY, 1991 at SCHWEINFURT, GE

ORGANIZATION OR ADDRESS

[redacted] (b)(6) (b)(7)(C)

*(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS

TITLE 10 USC 936
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT [redacted] (b)(6) (b)(7)(C)

PAGE OF PAGES

FOR OFFICIAL USE ONLY

GPO 000037

EXHIBIT 7

82-22

Exhibit 8

Page(s) 000038 thru 000040 withheld.
Foreign Language Document

Exhibit 9
English translation –
Page(s) 000041 and 000042

0159-91- CID 847-51734-GAI

0159-91-CID847-51734

Criminal Police Inspectorate
    Schweinfurt

Schweinfurt, 1 Aug 91

Report, in reference to Darin RICHARDSON,   DOB suspected
of indecent Acts with Children.

In the above mentioned case, on 1 Aug 91 the Student

was interviewed.   He  was informed  about  the reason  for this
interview.  After being  admonished to tell  the truth,  he stated
the following:

I  saw the American quite often at the Playground in Niederwerrn.
He sat  there often on  a bench.   He did  not wear uniform,  but
always  civilian  clothes.  It struck me quite  often that he was
going over to the children or that he had the children come over.
At first  I did not think much  about it.   I  thought that may be
the children knew him.

At one  time I was down  there and Toni GERBER stood next  to him.
Later   Toni showed me DM  5.00 and I asked him  where he got that
money.  Toni told  me that he got it from the  American and I again
asked  him what for.  Toni told me  that the American had had his
penis out and  he - Toni - was supposed to touch it.  Truthfully,
I do not know what Toni meant with that.  However I understood it
this way  that Toni was supposed  to touch the penis  of the man.
If he in fact touched it, I do not know.

After that the  little [(b)(3) (b)(6) (b)(7)(C)]          and  Toni
went to the Sports home and bought something.  They were going to
buy me  something too that I would not tell  the parents.  I told
them that I would tell the parents, because this could  not go on
any longer.  I did  not tell the parents.   In the meantiome  Mr.
[(b)(3) (b)(6)(b)(7)(C)]  must have  found out  from someplace  else.  He had
stopped at the  playground and looked for  the American.  He  was
not there any more.

Q.  Did you ever talk to the American?.
A.  Yes,  I talked to him once and asked  him why he did not quit
bothering the  children.  He did not give  me and answer.  I told
him: I am going home with the children and tell  the parents.  He
said that he  did not care, and he did not  fear that.  From that
point on I was sure that it was  true what Toni had told me.  At
first I was not sure if I should believe Toni.

Q.  Was there anything else?

FOR OFFICIAL USE ONLY

EXHIBIT 9

0159-91- CID 047- 51734-6AI

A.   The American did have porno  magazines along.  When I passed
he hid same.  He either placed another book  over it or he placed
his rucksack  on top of  same.   At one time  I saw that  it were
Playboy magazines.

Q.   Did he show you any of the magazines?
A.   No.

Q.   Did the American want anything from you?
A.   No.

Q.   Did you  ever see any children when he  did something to them
or if they did anything to him?
A.   No,  it was only this with  Tony.  That I did not  see, I was
only  told by Toni.   As  far as  I know (b)(3) (b)(6) (b)(7)(C) was also
there.  If something happened I don't know.   The American always
offered them cigarettes.

Q.   Do you remember when that was?
A.   A long time ago.  I don't know when that was.  Anyway, it was
not cold at that time.

Q.   How did you talk to the American?
A.   English, because I speak English.

Q.   Did the American have a vehicle along?
A.   Yes, a yellow mountain bike.

Closed:

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)              OF MY KNOWLEDGE  AND BELIEF:

26 AUG 91.

FOR OFFICIAL USE ONLY

EXHIBIT 9

# RIGHTS WARNING PROCEDURE/WAIVER CERTIFICATE
For use of this form, see AR 190-30; the proponent agency is DCSPER.

## DATA REQUIRED BY THE PRIVACY ACT

| | |
|---|---|
| AUTHORITY: | Title 10, United States Code, Section 3012(g). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your Social Security Number is voluntary. |

**ROI - CID 017 - 51734-6A1**

| LOCATION | DATE | T████ | FILE NO. |
|---|---|---|---|
| Schweinfurt RA, 2d Rgn, USACIDC, APO 09033 | 30 May 91 | ████ | |

| NAME (Last - First - MI) | ORGANIZATION OR ADDRESS |
|---|---|
| RICHARDSON, Darin John | HHT, 3/4th Cav APO NY 09702 |

| SOCIAL SECURITY NO. | GRADE/STATUS |
|---|---|
| (b)(6) (b)(7)(C) | E-4/AD |

## SECTION A - RIGHTS WAIVER/NON-WAIVER CERTIFICATE

### RIGHTS

The investigator whose name appears below told me that he/she is with the United States Army **Criminal Investigation Command** as a Special Agent (b)(6)(b)(7)(C) and wanted to question me about the following offense(s) of which I am suspected/accused: **Indecent Acts Upon a Child, Indecent Assault Upon a Child, and Sod█████** Before he/she asked me any questions about the offense(s), however, he/she made it clear to me that I have the following rights:

do not have to answer any questions or say anything.

nything I say or do can be used as evidence against me in a criminal trial.

*or personnel subject to the UCMJ)* I have the right to talk privately to a lawyer before, during, and after questioning and to have awyer present with me during questioning. This lawyer can be a civilian lawyer I arrange for at no expense to the Government or a military lawyer detailed for me at no expense to me, or both.

- or -

*(For civilians not subject to the UCMJ)* I have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with me during questioning. However, I understand that I must make my own arrangements to obtain a lawyer and this will be at no expense to the Government. I further understand that if I cannot afford a lawyer and want one, rrangements will be made to obtain a lawyer for me in accordance with the law.

am now willing to discuss the offense(s) under investigation, with or without a lawyer present, I have a right to stop answering estions at any time, or speak privately with a lawyer before answering further, even if I sign the waiver below.

| COMMENT (Continue on reverse side) |
|---|
| I have (not) been previously advised of my rights or interviewed about the above offens███<br>I have (not) retained legal counsel prior to this intervie██ (b)(6)(b)(7)(C)<br>I understand that prior statements made by me does not com███████ make any further stat█████<br>at this ti██ (b)(6)(b)(7)(C) |

### WAIVER

I understand my rights as stated above. I am now willing to discuss the offense(s) under investigation and make a statement without talking to a lawyer first and without having a lawyer present with me.

| WITNESSES (If available) | SIGNATURE OF INTERVIEWEE |
|---|---|
| 1. (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) |
| SA████<br>OR████<br>Schweinfurt RA, 2d Region<br>USACIDC, APO NY 09033-5221 (354-6628/6868) | |
| 2. NAME (Type or Print) | |

| ORGANIZATION OR ADDRESS AND PHONE | ORGANIZATION OF INVESTIGATOR |
|---|---|
| | Schweinfurt RA, 2d Region<br>USACIDC, APO NY 09033-5221 (354-6628/6627) |

### NON-WAIVER

I do not want to give up my rights:

☐ I want a lawyer.     ☐ I do not want to be questioned or say anything.

SIGNATURE OF INTERVIEWEE

---

*ATTACH THIS WAIVER CERTIFICATE TO ANY SWORN STATEMENT (DA FORM 2823) SUBSEQUENTLY EXECUTED BY THE SUBJECT SUSPECT/ACCUSED.*

DA FORM 3881 NOV 84    ████ EDITION OF 1 MAY 81 IS OBSOLETE    000043

FOR OFFICIAL USE ONLY    EXHIBIT 10

## SECTION B - RIGHTS WARNING PROCEDURE

### THE WARNING

1. WARNING - Inform the suspect/accused of:

   a. Your official position.

   b. Nature of offense(s).

   c. The fact that he/she is a suspect/accused.

2. RIGHTS - Advise the suspect/accused of his/her rights as follows:

   "Before I ask you any questions, you must understand your rights."

   a. "You do not have to answer my questions or say anything."

   b. "Anything you say or do can be used as evidence against you in a criminal trial."

   c. (For personnel subject to the UCMJ) "You have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with you during

questioning. This lawyer can be a civilian you arrange for at no expense to the Government or a military lawyer detailed for you at no expense to you, or both."

- or -

   (For civilians not subject to the UCMJ) "You have the right to talk privately to a lawyer before, during, and after questioning and to have a lawyer present with you during questioning. However, you must make your own arrangements to obtain a lawyer and this will be at no expense to the Government. If you cannot afford a lawyer and want one, arrangements will be made to obtain a lawyer for you in accordance with the law."

   d. "If you are now willing to discuss the offense(s) under investigation, with or without a lawyer present, you have a right to stop answering questions at any time, or speak privately with a lawyer before answering further, even if you sign a waiver certificate."

Make certain the suspect/accused fully understands his/her rights.

### THE WAIVER

"Do you understand your rights?"
(If the suspect/accused says "no," determine what is not understood, and if necessary repeat the appropriate rights advisement. If the suspect/accused says "yes," ask the following question.)

"Do you want a lawyer at this time?"
(If the suspect/accused says "yes," stop the questioning until he/she has a lawyer. If the suspect/accused says "no," ask him/her the following question.)

"At this time, are you willing to discuss the offense(s) under investigation and make a statement without talking to a lawyer and without having a lawyer present with you?"
(If the suspect/accused says "no," stop the interview and have him/her read and sign the non-waiver section of the waiver certificate on the other side of this form. If the suspect says "yes," have him/her read and sign the waiver section of the waiver certificate on the other side of this form.)

### SPECIAL INSTRUCTIONS

WHEN SUSPECT/ACCUSED REFUSES TO SIGN WAIVER CERTIFICATE: If the suspect/accused orally waives his/her rights but refuses to sign the waiver certificate, you may proceed with the questioning. Make notations on the waiver certificate to the effect that he/she has stated that he/she understands his/her rights, does not want a lawyer, wants to discuss the offense(s) under investigation, and refuses to sign the waiver certificate.

IF WAIVER CERTIFICATE CANNOT BE COMPLETED IMMEDIATELY: In all cases the waiver certificate must be completed as soon as possible. Every effort should be made to complete the waiver certificate before any questioning begins. If the waiver certificate cannot be completed at once, as in the case of street interrogation, completion may be temporarily postponed. Notes should be kept on the circumstances.

PRIOR INCRIMINATING STATEMENTS:

(1) If the suspect/accused has made spontaneous incriminating statements before being properly advised of his/her rights, he/she should be told that such statements do not obligate him/her to answer further questions.

(2) If the suspect/accused was questioned as such either without being advised of his/her rights or some question exists as to the propriety of the first statement, the accused must be so advised. The office of the serving Staff Judge Advocate should be contacted for assistance in drafting the proper rights advisal.

NOTE: If (1) or (2) apply, the fact that the suspect/accused was advised accordingly should be noted in the comment section on the waiver certificate and initialed by the suspect/accused.

COMMENT (Continued)

*Reverse of DA Form 3881*



FOR OFFICIAL USE ONLY

*U.S. Government Printing Office: 1989-242-450/02521

EXHIBIT 10

000044

Exhibit 11
Page(s) 000045 thru 000049

Withheld

Third Party Information
Not Reasonably Segregable
5 U.S.C., Section 552,
Exemptions (b)(6) and (b)(7)(C)

PAGE NO

sinken denken

PREPARED BY

DATE

0159 51 CID847 51734 6A1

page 10

the boy from Atlantis

At of as/ours school give it narrow/digit
sports/instructor, from however all gone
here.                         queer, I have him
once in the dressing room observe, how he be/his
narrowness/tightness/straits/corner whiten gym shorts
and from the mirror his bigg massive cock consider/
view here, to save time/beginnen he him to massive,
hasty and under lute              to/unto he
something digit half liter creamy froam
towards that plate glass smash and run down
on one the male sink
                              the one when he that this
power then it/is he queer, No/not only normal
human custom to black one/one mirror,
    That/this must no better/not unconditional, so his/
noticable the other.
       He can near by throughout an one girl
think have.
       Well/why good, he ganning the/then ass
not/no better          run and
coff/drink stay he again the small finger
not/no better off. How be able

FOR OFFICIAL USE ONLY   EXHIBIT 11

000050

executive
55

0155-ST-DD847-51734-6A1

So once given to his for his own
nevertheless — sometimes came the
first remark over that in the School of loy
paper. He rangs more ones than armbiguous
allusion/hint on/at the

FOR OFFICIAL USE ONLY

EXHIBIT 17



**(b)(6) (b)(7)(C)**

Story in the changing room and when he sometimes
with one/only from the school boys bed over then
train to dress/or in the big lunch hour on/one/once
they round paid, then came this/that again in the
next changing room.

Somehow cam this/that talk on/at/by
that          so his/be his/be name dismiss
become debitet/shaub official ——— because
getinb trouble or/oresk that suspicion on/by/in/at
such. He plunge ^ on/at/by
how he one/one out of/from the lower grade
then cock/dick sucked oreksor oneself/himself/herself
one/only/once or oneself into the asshole fuck/Loue.
His/be hole: signed the huge with one pain
drop ename/bloom level the there
And in the spring dibet with us once/one/only
three days make/power. My classmate **(b)(6) (b)(7)(C)**
warn cness
I smell it/is when the one/other/different
the/that/this/they/them hole
Drift you left yourself, with ——— one
So will be/his on/by/at/in then type done
nobetter/not. This believing **(b)(6) (b)(7)(C)** th nobetter/not.

FOR OFFICIAL USE ONLY        EXHIBIT 11
000052

82-31

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

847-51734-(A)

Back (b)(6) (b)(7)(C)   (b)(6) (b)(7)(C)   (b)(6) (b)(7)(C)

29  I twist the then cock, when I something. I find out.
30  white you/yourself G.God, I become with the
31  magnifier ingl[...] jealous can I no better/just
32  lover when one I from good friend cannot I
33  me/my from  fucking to let.
34  When I me  at the thing
35  in the dressing room and my me his/be
36  proud into the carbine into the me many
37  call/shout find I the idea to/also
38  done m better/not start so bad

39  (b)(6) (b)(7)(C)   I knot/m better one natural
40  All in the contrary: in the for/to for/from
41  of us take I him once more so right
42  under really used — and name/call   (b)(6) (b)(7)(C)
43  one woman : man do/done/don't, with
44  the I it anyhow not/no better make
45  can't without to vomit. And besides
46  not/not any thousand  have also/too
47  only one So beautifull cock/dick
48  bring about how  (b)(6) (b)(7)(C)  Kim have,
49  it be/his p[...]perhaps not/not any particular
50  D. bigger again one very mature ity
51  thicker appetizing fleshy cock/dick
52  At/on/by/against/up/onto shortly/after/next
53  morning  about it a[...]/lose/at/are
54  (b)(6) (b)(7)(C)  FOR OFFICIAL USE ONLY   EXHIBIT 11
55

000053

(b)(6) (b)(7)(C)   (b)(6) (b)(7)(C)

σ queer

(b)(6) (b)(7)(C)

5.1721-621

PREPARED BY

DATE

PAGE NO.

(b)(6) (b)(7)(C)

oneself and the reast of us class assembled
oneself oneself on/by/at Busbahnhof
Make me not/hot any no one/no
get into trouble warned us still/yet
once and wandered oneself why all gone
Laughed. How let/leave him lasted
the all right side/drive not/no better
out of/ from/by then/than eye show (b)(6) (b)(7)(C)
As some/as he/it oneself only on/by/a
ass itched/scratched call it? Look
now catch he again with blacking
am. I be/his passable nerve by/at/in/on
the duration, the wet-rep repeated onese
and every/each suspected every/each
with (b)(6) (b)(7)(C) in the camp
The girl bad holding oneself there get our
she knows/knew good that she for him
no better/not to expect/await. have.
Later become/get it dark in the Bus
and there be perched/sit one young boy/bo
besides (b)(6) (b)(7)(C) tobe however he lasting
the hand on the shoulder lay.
Me/My honor/dignity. he be/his wet
queer/jim there no better/not go getter

FOR OFFICIAL USE ONLY

EXHIBIT-11

EX000054

0159-91-CID 847-51734-6A1

(b)(6) (b)(7)(C)

gay

29
30  Said single us/overs schoolmate,
31  Hold's mouth answered (b)(6) (b)(7)(C)
32  else, step/walk ↓ the in the egg
33  Hp we know long, that yours with
34  (b)(6) (b)(7)(C) Drive, you home bag . Fucking
35  the that then in front already
36  Real, it become on the duration
37  right weak-sighted
38  Illa/ us within reach then see about
39  fairly hour evenings, and then going
40  some getout to, pee/dough and blocking
41  and afterwards hoist it dry us fixed
42  then rest the night still in the Bus
43  passed there the tent first by
44  day light rising become cann't
45  Also sleep all of us all first
46  or else acting so then weather/c/
47  (b)(6) (b)(7)(C) have the hand in my pants
48  and ↓ have my hand in the pants
49  from so      small tennis freak at/on/by
50  the parallel class, the genuine one piece
51  lead double then. leged hang have and
52  the me/my also (b)(6) (b)(7)(C) finaly
53  be/his/for his part          lasted
54  FOR OFFICIAL USE ONLY    EXHIBIT 11
55

82-34

0159-91- CID 847- 51734 -6A)

(b)(6) (b)(7)(C)

PAGE NO

PREPARED BY

DATE

1. The tentday my asshole to lick,
2.   to There grow(th) naturely gradualy the
3. distress in me. Final(ly) wished (b)(6) (b)(7)(C)
4. too/also what' from me have in this
5. night, and when I that tennis is to me
6.        wished, how fixed I them not/better
7. time (b)(6) (b)(7)(C) have?
8.   I have my/me

10. How man young rip /open /open

FOR OFFICIAL USE ONLY   EXHIBIT 11

000956

Exhibit 11
Page(s) <u>000057</u>

Withheld

Third Party Information
Not Reasonably Segregable
5 U.S.C., Section 552,
Exemptions (b)(6) and (b)(7)(C)

Dark Dark    Dark Dark Da

• • •    • •    • •

For morning, midday & evenings

The picture my mines Tous

(b)(6) (b)(7)(C)

PREPARED BY    (b)(6) (b)(7)(C)

DATE

0159-91- CID 847-51734-6A1

1 lie on my bed & and looked to window
at The sky have oneself in one deepest
Red        and the sun        fast/almost
bloody behind the/then black black pine/jaw
in the window

On the small lake lay one golden
gleam

That/that is one right setting mood think I and
know, that he in me/my himself not/nobetter
ootherwise ____ e Pain, the sorrow rooted up
my/mine soul. Pain eyes/above the/then loss
ones lover friends, the yet/however my/them previous live/lif
ones sense given have. He cab/cannot the middest
thought disappeared let with his joke. cannot
again, also too deep bue, the sensation the safety
from all again the feelbment give.
Nor his past Be/his then beyod said/saying
bmuch on to b/ over/above the/that interior
his soul. The/fuller, softer mouth
always to kissing one and two raw flash
teeth/teeth, that/the haw eearl
gleaming underline the deep brown in his
narrow boyish work/cause face/sight
that/the one upper lip that/he more one if/luff
be/his ornament

0159-91- CID 847-51734-6A1

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

I have the eye(ing) closed and the picture
my friends mount/go up ith me up/upwards,
How often have I with my hands cling the
velvet soft Skin his twill head          has
often with my lipes investigate, how soft skin
be, with the tip of the tongue have the bigge
be/his nipple round and with the lipes light
at/on/by the stiff nipple
One cold/chill showed
my body, that he/his not/not no better
the cool, then/the in the room cude
without but it be one inner cold    inside
from the I me not/no better free
cann't since all of us         have
I become/became secure still/yet
displaced think open the eye          me
snaped me/my hand touch and stiff and
bring the shower
       Swift/fast pull my Shirt over
the head striped the pants down and
Shooting the water on hot ___ the first
ray or the hotheaded
O The water overflooded my Skin
I stand naked under the shower

82-38

0159-91- CID 847-51734-6A1

PAGE NO.

PREPARED BY

DATE

1. and spurt the hot bliss on the whole body
2. Almost every day make/ noticeable & single
3. though that the nonsensical sound must
4. Again he be so.
5. I have the head in the nake and the eye
6. closed. An me, pull the image the
7. childhood past
8. Has often have I memry to/for
9. warmth for the hug my mother see. How often
10. have I one wrapsaly not/nobetter find,
11. this what I in the (good house) my friends see
12. have, Came/can the equal, what's now and
13. here ___ The closed eyed illusion me/my
14. imaged this/that the body my friends for then
15. I so frequent for the holes with my fingertip
16. with my hand, on with my sight w/ my lips
17. with my tonge tip have I his/he/for his per have
18. ves and when my tonge tip then the stiffen
19. I navel within reach oneself slow How mud hair,
20. the creeping the thin trace the mud hair along
21. to hy to tigh hair line ___ have then
22. the th behind thick oneself still ret in front to go
23. to top reduce cock follow a long
24. tonge tip the crack the opening navel
25. have and oneself Lip about the proportional
26. small top
27.

FOR OFFICIAL USE ONLY

EXHIBIT 11

0159-91- CID547-51734-GAI
walk

29  Then be his finished fortune. Then
30  I squrt, That im the 20 and my friends
31  not/no better inactive former be/kind
32  by me medley employee's have
33
34  Today to first start by/near
35  to house former/his/be to what have he
36  Chess play [redacted] . Again he have also/too
37  something others say/said can/cannot I
38  have about his/be naturely climb. His/be parents
39  have one beautiful house direct attention
40  word: how have than also/too done
41  no better/not. Chess play without the (all)
42  midnight straight. Martin is not/no better
43  or strong. he white also/too much and can
44  good over that speech.
45  Than he dark become          how /all of us
46  in the word area walk close. He ___ had ___ me
47  to only/once/one bnely clearing felt, that/the he
48  can/cannot good and me there to first start
49  once/only/now kiss give. He but me passable,
50  him am oneself depressed and my ___ shirt
51  off to be and my chest/breast get kissed
52  had all of us have us in grass located. he be
53  one warmer evening and I have afeard/fear
54  again she/he beutiful. His mother had (a)
55  later what all distinguished beat   EXHIBIT II

DP59-91-CID847-51734-641

enter

(b)(6) (b)(7)(C)

1. lamb in red wine. She my/mine
2. that     so good looking (b)(6) (b)(7)(C) He
3. had one nice mouthen, and I belief she too willing
4. me also/too
5. Me.
6. I lie naked in the grass, he pull only his
7. T-shirt on and I see his belly hispant brownish
8. train upper part of his body over me. Then
9. shooting etc he me on the book belly Love also
10. my back, my bottom and I think me nothing
11. bad near by. Then feel I something cold
12. moist in my hole. What make you there? Question
13. did I crown yourself one. What find that
14. already seen. I belief I write what you will.
15. let that/the. No. do what let I with me
16. not/to better make haste you.
17. presentiment (b)(6) (b)(7)(C) when you me/my fucker yet
18. spreech I never again one word with the bet not the
19. bet not/no better. OK the bet
20. Hey (b)(6) (b)(7)(C) here final on/by/in/
21. I will not
22. (b)(6) (b)(7)(C) had one big cock he
23. sore/aching do why mack he the/that. He be so
24. beutiful with us. I will stand up and
25. go, again he pressure me with one arm, to
26. ground He creamed his cock one. the head

EXHIBIT 11

FOR OFFICIAL USE ONLY

0159-91- CIO 847-51734-641

29  I. He set an, will enter again he go no better
30  not, ha, I ben now start no girl. He is had
31  oneself charged. Shit let go still. He pulled
32  my ass to the ground once a little high
33  and now shine he even light for him
34  to be/his only/view me/me. being he
35  sore, he stick in that. He groan for leudness
36  This pig. He kissed me then naked letting the
37  you pig I love you I belief there's word
38  more. Warm          you/me scare.
39  because he the/that beast for us it is
40  sec. soon as it better.
41  He back right, the pain last still/yet. Again, the
42  feelin the lowering remain. Though entered I me
43  for ____ (b)(6) (b)(7)(C) ____ yes. I been no girl. I feel his
44  slow hot push. He make the real good, is like had
45  no better the/that first. Start for him
46  Now good for that costomed he. then not/no better
47  had perhaps not/no better enough to after. Again
48  he loved me. He feel still my cock, he kissed me
49  in the no better is so hard how never Now
50  he decide he make me cum. He kissed me
51  in the no better then back embraced my breast
52  and is all lose to me
53  He fuck slow, quicker, I hear him in the
54  So willingly breath when he lascivious is

FOR OFFICIAL USE ONLY

EXHIBIT

000063

82-42

DJFg - gt - CIO 847 - 51734 - 641

This hand greuck fuck be.
So lascivious how today be he not better /na
that feel feel J. Ide- Uphold oneself now
with the arm in the grass off because
he on't trust can that himmy chest
already right holdbit. Te J also/too
again warm proper because J so
lascivious been, that he me- soon
sanil. Again he touched yet/still nobody
my cock, how/always can then/that/the ground
Now
J have _____ to first start
right _____! And (b)(6) (b)(7)(C) had J's to
die (b)(6) (b)(7)(C) is so love to me though he
already funny his/be simple so one
foreign wish they te become tellasted
(b)(6) (b)(7)(C) me still/yet right conquer must
Again allis the raw still all of us
come evening on the clearing
something early er there otherwise and there
stand already one young (boy) naked with
single fruit wheel slide grind about the cock
What then the ? questioned J. J
Var _____. Yes & must he/s unpack
Why yes. Much is the no better (b)(6) (b)(7)(C)

FOR OFFICIAL USE ONLY   EXHIBIT 11
000064

82-43

GT59-91- CID 847-51734-GAI

a little

(b)(6) (b)(7)(C)

29

30  I take them foreign young (boy) his slid/grin
31  from cock and say him good day. He is
32  somehow fruitfull shy and afraid, I
33  also and I have no presentiment. I also too
34  what all of in of us to stand generally together
35  making that (b)(6)(b)(7)(C) said The is (b)(6)(b)(7)(C)
36  (b)(6)(b)(7)(C) had I for some weeken stay fucking
37  again my cock he to big again how who I
38  yourself know think Somethere learned you
39  mutual start one a little am. The (blow/strike) one
40  the blood in the cock and I she see how
41  How one bomb
42  also (b)(6)(b)(7)(C) cock slow plath
43  Again how debit the go. I been not/no better
44  domain   not/no better sovereign not/no better learn
45        You greeting Kiss said (b)(6)(b)(7)(C)
46  Slow all slow nearness oneself of us
47  Lip she must then (b)(6)(b)(7)(C)
48  he So. Kissed oneself good so what quite,
49  man They he/you know no better/not then
50  Spirit not/no better. the soul only my the
51  body, the soft fuller lip (b)(6)(b)(7)(C) light
52  still yet somewhat younger to his there (b)(6)(b)(7)(C)
53  perhaps one year, to to/where Martin the
(make?) I have always gone here. And with I tell

FOR OFFICIAL USE ONLY

EXHIBIT 000065

0159-91- CID B47-51734-6A1

PREPARED BY

DATE

PAGE NO.

1  let be me nothing of that [redacted] gave me an
2  the base party all independent [redacted] must
3  nothing said and pulled my cock out. Go in
4  the knee blavel soft squat/down oneself then in the
5  grass and here one his/he small round smooth
6  as up, I morning die for lewdness. [redacted] pressed
7  me crezone in the hand. Here, you [redacted] yes
8  slice, bau man with it/w/out go around,
9  And whether/if I that the white. Again that
10  it is lewd is one asshole ~ water
11  I silently nothing. I to let me time, then always still/yet
12  have I absomething fear from fucking. I still
13  something cremation my cock, then first
14  I feel my cock an the hole. Press something
15  is hard is the narrow you come. I is no clear
16  and [redacted] stuck also/the already. I slit
17  down set again an now go I see my glans
18  slow [redacted] disappear (this bit is yes generally the

FOR OFFICIAL USE ONLY

EXHIBIT 11

Brother is the Best one
Black/polish

0159-91-C10-867-51734-641

No truly hot I not/no better [redacted] without
[redacted] Again already early came
my parents on the idea. me/myself, to
call because I so [redacted] been, I me
fall my pet name. And then most mine
black friend also/too. My brother name
it [redacted] though he Man/said hot
be his permanent stroke bring him the
nikname one. And then is you still sister
[redacted] is her right name) Again because
she with her [redacted] in the always still
from one/only prince dream can/came
she to her nikname. [redacted] the
[redacted] Because he always something
in oneself in in the prince
again are goodnatured is mum. For
their us [redacted] and mum/mun)
still nothing smart/clever sunken. So
went it by/hear is still to. Out of
is 3 kids sind/spend most still/yet 8
to 12 friend promis to house. these/they the
half alone/by my sister, [redacted] he is
3 years after also I had often onepair friend

FOR OFFICIAL USE ONLY

EXHIBIT BOO67l

0159-91- CID 847-51734-6A1

*doctor*

PREPARED BY

DATE

PAGE NO.

1. from hand ball by oneself. To me cannot
2. highest on/by/in at the neighborhood
3. I will my rest have
4. Befor all of us in the/then new ranch house
5. pull/send/spend parted my brother
6. and I in the stall. Naturally have all of us often
7. who have the not/no better
8. with his brother? Better become he just
9. also him only one get have. Also /not any
10. questioned again all of us have guns played/the
11. Already very/very early, I know
12. how he without oldie I and all of us
13. early that us sister one/only slit and no/not buy
14. poop had That/they had oneself power full
15. One smaller tickling is even still not/not
16. the equal compensation how one right cock and
17. he still so small, who had already with
18. fuvera 8 much in the panels. All of us in any case
19. not/no better compare with them, what all of us
20. today have
21. Also I the /that first first start/mark paper
22. product is/trunk see/ have of/at that time be/his
23. I fine, you cannot I not/no better
24. again also

FOR OFFICIAL USE ONLY    EXHIBIT 11

0159-91- CID 847-51734-641

Back

29  Simpold start help I permit with him together
30  bath. The first mark/start at least can I me any
31  again _____ before that no better/not reminiscent,
32  He jerked just together, then laughed he (me)/only
33  and think, that I to/also once so ok/ay gigaibigga
34  have become least. And then had he me still bigger
35  become can

36       That he still bigger become can, when me ana
37  gril all love/like not then hone he grow, I have they
38  impression, that the by in the hand to/also still/yet one
39  small piece increased, also when he no better stan[redacted]
40  So become I that the first mark/start soft
41  enlightened. The other stuff understanding I of that time
42  anyhow still/yet not/no better

43       A be, nine, or ten you grow I in the night
44  before/in/at and sees that [redacted] the cover strick back
45  have and oneself am cock rub Proper nothing
46  special. When all of us skin going all of us
47  open am the cock, again now say I that [see] be/his
48  lowl bigger be/his He rub I oneself and
49  groaned so remarkable near by that time know/knew
50  I still no better, that the blocking be/his
51  And that [redacted] Again are blocking so
52  Again he clean me still/ in the night or/is for
53  I allowed to him in bed and also to be/his
54
55  FOR OFFICIAL USE ONLY   EXHIBIT 11

(b)(6) (b)(7)(C)

drop     tail

0159 - 91 - CID B 47 - 51734 - 641

PREPARED BY

stall rub. By the first point came still nothing. So
t/for only one/one month came. the first drop, I think
already he mate in bed, again he said me
that the/his pal all already spacing hand and
that this the biggest generally.
Now be/his I again the small stupid/dull brother
the still for years wait must to/up to the also/too
to their item e/payment came dignity. I understanding
in always also/all consumption when I him the/they
cock only allowed. And          so all on/to/at by
us enjoy am/we renunciation all of us up/to/to today
still/yet whether well       (b)(6) (b)(7)(C)  he next/shortly
month is even     (b)(6) (b)(7)(C)  very friend (girl) have he already
with think he right fuck. Again   (b)(6) (b)(7)(C)  the lewdness
played with one man/can be hot/he better down said he
One day extort he me. He wished me only still/yet
on be/his dick let, when I him also/too start/made in
the mouth take hand/dignity. The dignity the arise also
touch and his friend have it oneself, also already gently/room
he have it off one          So bad
that he no better/not that must
I be at that time already so cock wanton, that
I it deed/do/actions this fixed I live without
one friend cock in the hand. First unwilling.
I must it addition /extra.

FOR OFFICIAL USE ONLY

EXHIBIT 11

 

0159-91- CID 847-51734-641

29 final came/can/can't you yes also/too piss out/come ou
30 and what know I also teny would already from
31 cock and there/this Jumblion, We taste kare/natatare
32 not/no better ^ be final have all d us yes also/too before
33 also placed laid I me on bed when I me
34 right as far as range all of us from beginning an by/near
35 this played along naked and pressed me
36 between be/his leg, Even _____ have he already
37 you under. What enviable I him, He packet me
38 simple by the hair and pressed me under his pole
39 the without me perhaps 12 or 13 centimeter long be
40 out by this oby sight no better/not even much,
41 again I have me/my 10 year old still not/no better
42 once nine centimeter and right stand wished the
43 thing also not/no better also when (b)(6) (b)(7)(C) alway assay
44 whether by/near me still no better/not come (b)(6) (b)(7)(C)
45 dignity, lam/slaw must notno better lick Though I bent
46 safe notno better seer good gently/room have, than spit
47 be loff/loose I toby everyone little, because he with me
48 in the mouth affected have, Then bring I g bring out
49 bo /John and spool my mouth
50 Proper _____ I nine again with him
51 palging, Then be in the my bed creep plant, supple
52 onself all narrow at by m and kissed me, I debit/find
53 nawcease to cry, he bono m/m/m. also/too in the
54 mouth
55 FOR OFFICIAL USE ONLY        EXHIBIT 11
56

0159-91- CID 847-5173

take when he right start and he wished my justice
also/too take, when he first once came right. At first
The revenge must still over _____ year wait
With satisfaction placed I firm, that
it me over for 4 month feels to first
start came all/also by him. I have him over-body
pass, about this ---

From this night on. hoist range allof us
almost very night; with this came occupy
And during the day; Again you range must
this friends you with. ---the right block
cannot of then it also/too came I be all but
then no better/not to him then he'd again
only/how the small brother, with max/oneself
no better/not

With [REDACTED] his best friend have I, he
can again than once do also my brother for
us ice hot and I with him alone, be
Quick/fast open he his pants and shoved
me his cock, the even bigger be also the
from/for [REDACTED] again I came name #him/its
mouth and hurried me, his shaft
take other than the from [REDACTED] again I can not
no better say, that he me hot/no better become

EXHIBIT

0159-91- CID 847-51734-6A1

29
30 is stand still/yet timely became all of us
31 ready [redacted] grabed me once one/de kissed
32 and said, I debit/fine i
33 still/yet tell the this/how about
34 jealous
35 my [redacted] parents ___ once
36 over I weekend to my grand parents
37 go/drive and have/snow white
38 so goods/range/items all of us that/the/there
39 first start all alone in the our/of us
40 ranch house. This event wished/white
41 all of us holiday
42 [redacted] beat [redacted] and still/yet
43 only one friend. I beleave it be/his
44 by us to overnight. Then all of us
45 is/mbetter alone. All of us buy pop & chips
46 more want all of us of that time
47 still/yet not/no better
48 from his father 3 pornos with the want
49 first smoke. All of us so/sd
50 is the sitting room and linger as
51 at I allowed to take partie, the/that
52 have I extorted
53
54 FOR OFFICIAL USE ONLY
55 EXHIBIT II

The Boys from ●● ster day / Last night ●●

wantly contack (b)(6) (b)(7)(C)

56 p 2
To (b)(6) (b)(7)(C) seduce

.It/He be end the 60er-years then my father
remove/displace. become. The 30y us pull from
Lubeck in the Nahe form Hannover and lived in
only small town. He/we came to for how the end
the world always be/bis seer beiral. With mainly/he
16 year sinew

The Father my friend
I been bi sexual and find that also
total in/at order start beginning be it
already on smaller 3- score/Shocked,
then I realize must that my not/unattractive
only after also cock/packet want become
left/take, that he/be So with (b)(6) (b)(7)(C)     (my)
Then Stand he for me and his cock, The in/house
aimed Naturally wished ∂ me take public my mouth and

FOR OFFICIAL USE ONLY

EXHIBIT 17
000074317

82-53

(b)(6) (b)(7)(C)

hows everything going.

hi

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

(b)(6) (b)(7)(C)

0159-91-CID847-51734-641

FOR OFFICIAL USE ONLY

EXHIBIT 12

000075

What

910530 / 1910 10 A

(b)(6) (b)(7)(C)

82-55

0159-91- CID 847-51734



FOR OFFICIAL USE ONLY

EXHIBIT 13

000077

0159-91-0847-51734/6A1

0159-91- CID B47 - 51734-6A1



0159 91- CID B47 - 51734

Two poloroid photographs depicting evidence which was obtained from
crime scene of ROBERTSON's room.

FOR OFFICIAL USE ONLY

EXHIBIT



0159-91- CID 647- 51734

82-58

DATE 16 Aug 91

AGENT (b)(6) (b)(7)(C)

CASE 0159-91-CID847-51734

LOCATION Niederwerrn, GE

OFFENSE Indecent Assault on Child Under the Age of 16

**PHOTOGRAPH LOG**

MA...50mm Macro lens
WA...28mm Wide angle lens
TP...200mm Telephoto lens
TC...2-4x Teleconverter
ET...Extension Tube
UV...Ultraviolet filter
HZ...Haze filter
NV...Night Vision device used

WF...With Flash
FA...Exposed directly over subject matter
WO...With out flash

0159-91- CID 847-51734-6A1

The below listed photographs were exposed utilizing a Canon AE-1 35 MM camera, automatic exposure setting SER# 312887___, WITH A 50 MM lens SER# 911800___ unless otherwise noted in the remarks section of the log. All photographs were exposed at eye level unless otherwise noted.

TYPE OF FILM   ( ) COLOR___ASA      (XX) BLACK AND WHITE 400___A

| TIME | PHOTO # | TYPE OF PHOTO | DEPICTING | DISTANCE | REMARKS |
|------|---------|---------------|-----------|----------|---------|
| | 1 | Slated Film | Case number | | |
| | 2 | Slated Film | Case number | | |
| 1018 | 3 | Outside Establishment | Path to Park | 30ft | WO |
| 1018 | 4 | Outside Establishment | Path from 9 Schweinfurter Strasse | 150ft | WO |
| 1020 | 5 | Outside Esatblishment | East/West Road to path | 150ft | WO |
| 1021 | 6 | " | " | 150ft | WO |
| 1022 | 7 | Entrance/Exit | Path into/out of Park | 10 Ft | WO |
| 1022 | 8 | 360 of area | Park | 150ft | WO |
| 1022 | 9 | " " | " " | 150ft | WO |
| 1023 | 10 | 360 of park | Park | 150 ft | WO |
| 1023 | 11 | " " " | " | " " | WO |
| 1023 | 12 | 360 of area | Park | 150ft | WO |
| 1023 | 13 | """" | " | " " | " |
| 1-24 | 14 | 360 of park | park | 150ft | WO |
| 1024 | 15 | """" | " | " " | " |
| 1025 | 16 | 360 of area | Park | 150ft | WO |
| 1025 | 17 | """" | " | " " | |

FOR OFFICIAL USE ONLY      FXI 4048    14

82-59

PHOTOGRAPH LOG

DATE_____
AGENT_____
CASE _____
LOCATION_____
OFFENSE_____

MA...50mm Macro lens
WA...28mm Wide angle lens
TP...200mm Telephoto lens
TC...2-4x Teleconverter
ET...Extension Tube
UV...Ultraviolet filter
HZ...Haze filter
NV...Night Vision device used

WF...With Flash
FA...Exposed directly over
    subject matter
WO...With out flash

0159-91- CID 847-51734-6A1

Page 2 og 2 pages
The below listed photographs were exposed utilizing a Canon AE-1 35 MM camera, automatic
exposure setting SER#_____, WITH A 50 MM lens SER#_____ unless otherwise
noted in the remarks section of the log. All photographs were exposed at eye level unless
otherwise noted.

TYPE OF FILM   ( ) COLOR_____ASA          ( ) BLACK AND WHITE_____

| IME | PHOTO # | TYPE OF PHOTO | DEPICTING | DISTANCE | REMARKS |
|------|---------|---------------|-----------|----------|---------|
| 1030 | 18 | Location Establishment | Path to park | 40ft | WO |
| 1030 | 19 | Location Establishment | (b)(6) (b)(7)(C) | 40ft | WO |
| 1030 | 20 | Location Establishemnt | (b)(6) (b)(7)(C) | 60ft | WO |
| ////////////////////////////////////////////Last Entry///////////////////////////////////////// | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT 14

000081

FOR OFFICIAL USE ONLY

0159-91-CID847-51734-6A1



One photograph depicting route from (b)(6) (b)(7)(C) and
One photograph depicting a side path entrance into park in Niederwerrn, GE.

FOR OFFICIAL USE ONLY

EXHIBIT 14
000081

82-61



0159-91-CID847-51734-6A1



0159-91- CID 847-5 1734-6A1

Photographs (b)(6) (b)(7)(C) and route to park which children frequently use to access the park located approximately 300 meters south.

FOR OFFICIAL USE ONLY

EXHIBIT 14

000084

82-63





0159-91- CIO B47- 51734

0159-91-CID847-51734-6A1



Two photographs depicting an access road to the park in Niederwerrn, GE which runs East and West. One photograph depicting entrance to park from path south of (b)(6) (b)(7)(C)
(b)(6) (b)(7)(C)

FOR OFFICIAL USE ONLY                    EXHIBIT 14

82-66



D159-91- CIN B47-51734-641

82-67





0159-91-CID847-51734-6A1



One photograph depicting the entrance to the park, and two photographs depicting a side trail into the park.

FOR OFFICIAL USE ONLY

EXHIBIT
000090



0159-91- CID 847-51734-CAI

82-70

0159-91-CID847-51734-6A1



Four photographs depicting the park in Niederwerrn, GE where children frequent from the east side of the park to the southern portion of the park.

FOR OFFICIAL USE ONLY

EXHIBIT 1A

82-71



82-72



000094



0159-91-CID847-51734-6A1



0159-91- CID B 47 - 5 1 7 3 4 -6A1

Four photographs depicting the park in Niderwerrn, GE from the southern portion of the park to the western portion of the park which portrays a access road in the park from the west.

FOR OFFICIAL USE ONLY

EXHIBIT



0159-91- CID B47 - 51734-6A1

82-76



0159 91 CID B47-51734-GA1

000098



000099

Case 6:99-cr-00070-ADA   Document 638-82   Filed 03/19/18   Page 79 of 8...

82-78

## EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| MPR CID SEQUENCE NUMBER |
|---|
| 0159-91-CID847 |
| CID REPORT/CID ROI NUMBER |
| 51734 |

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Schweinfurt RA, 2d Rgn USACIDC | APO NY 09033-5221 Schweinfurt, GE |

| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED | ADDRESS (Include Zip Code) |
|---|---|
| ☐ OWNER  ☒ OTHER   Not ApplicABLE | Schweinfurt Resident Agency Second Region, USACIDC APO NY 09033-5221 |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| From the VHS Recorder, located in Bldg 296 Room 215. | Evidence | 2300/30 May 91 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | VHS Recording of interview conducted on Tony GERRER, marked for ID: (b)(6) (b)(7)(C) 2300, 30 May 91. ////////////////////////////////////////////Last Item////////////////////////////////// |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | SIGNATURE | RECEIVED BY | |
| 1 | 30May91 | Not Applicable | (b)(6) (b)(7)(C) | EvaLuation as Evidence |
| | | NAME, GRADE OR TITLE | | |
| 1 | 30 may 91 | (b)(6) (b)(7)(C) | | Released to Evid. Custodian |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |

| DA FORM 4137 1 JUL 76 | Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 26 Sep 75 Which are Obsolete. | LOCATION   Bin 5 | DOCUMENT NUMBER   000108/ |
|---|---|---|---|

0159-91-CID847-51734-SA1

FOR OFFICIAL USE ONLY

EXHIBIT 15

82-79

PAGE 1 OF 2 PAGES

**EVIDENCE/PROPERTY CUSTODY DOCUMENT**

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| | |
|---|---|
| MPR/CID SEQUENCE NUMBER | |
| CID REPORT/CID ROI NUMBER | |

RECEIVING ACTIVITY
OFFICE OF THE PROVOST MARSHAL

LOCATION
APO NY 09033

NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED
☐ OWNER  ☒ OTHER  (b)(6) (b)(7)(C)

ADDRESS (Include Zip Code)
SCHWEINFURT COUNTY POLICE
#14a MAINBERGER STR.
8720 SCHWEINFURT

LOCATION FROM WHERE OBTAINED
From (b)(6) (b)(7)(C) who seized items which RICHARDSON had on his person.

REASON OBTAINED
EVIDENCE

TIME/DATE OBTAINED
1910/910530

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | PAPERBACK BOOK TITLED "GAY SADIST" MARKED FOR I.D. 910530/1910 (b)(6)(b)(7)(C) (OBTAINED FROM RUCKSACK). |
| 2 | 1 | PAPERBACK BOOK TITLED "GETTING A 'HEAD' " MARKED FOR I.D. 910530/1910/ (b)(6)(b)(7)(C) (OBTAINED FROM RUCKSACK). |
| 3 | 1 | PAPERBACK BOOK TITLED "DIE SCHULNACHRICHT" MARKED FOR I.D. 910530/1910/ (b)(6)(b)(7)(C) (OBTAINED FROM RUCKSACK). |
| 4 | 1 | MAGAZINE TITLED "SHOW BOY" MARKED FOR I.D. 910530/1910 (b)(6)(b)(7)(C) INED FROM RUCKSACK). |
| 5 | 1 | MAGAZINE TITLED "WONDERBOY" MARKED FOR I.D. 910530/1910 (b)(6)(b)(7)(C) TAINED FROM RUCKSACK). |
| 6 | 1 | MAGAZINE TITLED "BOY OH BOY" MARKED FOR I.D. 910530/1910 (b)(6)(b)(7)(C) INED FROM RUCKSACK). |
| 7 | 1 | CUSTOMER RECIEPT #4879-18 FROM AAFES SCHWEINFURT-CONN BLDG NO. 64 sm 7253-6840-00,8720 SCHWEINFURT MARKED FOR I.D. 910530/1910 (b)(6)(b)(7)(C) (OBTAINED FROM WALLET) |

000101

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

MPR-CID SEQUENCE NUMBER

For use of this form see AR 190-4 and 195-5; the proponent agency is US Army Criminal Investigation Command

CID REPORT/CID ROI NUMBER

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED<br>☐ OWNER<br>☐ OTHER | ADDRESS (Include Zip Code) |

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES<br>(Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 8 | 1 | HANDWRITTEN LETTER ON YELLOW IN COLOR PAPER MARKED FOR I.D. 910530/1910/ (b)(6) (b)(7)(C) (OBTAINED FROM RUCKSACK). |
| 9 | 1 | WHITE IN COLOR PIECE OF PAPER MARKED WITH NUDE MALE DRAWINGS MARKED FOR I.D. 910530/1910 (b)(6) (b)(7)(C) BTAINED FROM RUCKSACK).<br>//////////////////////////////LAST ITEM NOTHING FOLLOWS?///////////////////////// |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| -9 | 910530 | (b)(6) (b)(7)(C) | (b)(6) (b)(7)(C) | EVIDENCE |
| -9 | 910530 | | | EVIDENCE |
| | 116.03 | | | To Evidence Custodian |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |

DA FORM 4137
1 JUL 76

Replaces DA FORM 4137, 1 Jun 74 and DA FORM 4137-R (Privacy Act) 1 Sep 1975
26 Sep 75 which are obsolete

OFFICIAL USE ONLY

DOCUMENT NUMBER

EXHIBIT 15

000102

| EVIDENCE/PROPERTY CUSTODY DOCUMENT | | MPA CID SEQUENCE NUMBER |
|---|---|---|
| For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command | | 0159-91-CID847 |
| | | CHD REPORT/CID ROI NUMBER 51734 |

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Schweinfurt RA, 2d Rgn USACIDC | APO NY 09033-5221 (Schweinfurt, GE ) |

**NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED**

☐ OWNER
☐ OTHER   N/A Crime Scene

ADDRESS (Include Zip Code)

**(b)(6) (b)(7)(C)**

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| **(b)(6) (b)(7)(C)** | Evidence | 0110/31 May 91 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Yellow in color legal size type note pad, brand name Stuart Hall Executive, bearing writings of RICHARDSON, placed in a envelope, sealed and marked for ID **(b)(6) (b)(7)(C)** 10, 31 May 91. |
| | | ///////////////////////////////////////////Last Item///////////////////////////////////////// |
| | | MFR: The delay in processing this evidence into the Evidence room was due to review by case agent for evidentiary value. |

**CHAIN OF CUSTODY**

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 31 May91 | SIGNATURE N/A | **(b)(6) (b)(7)(C)** | Evaluation as Evidence |
| | | NAME, GRADE OR TITLE **(b)(6) (b)(7)(C)** | | |
| 1 | 5Jun91 | SIGNATURE | SIGNATURE | RECEIVED BY EVIDENCE CUSTODIAN |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |

DA FORM 4137
1 JUL 76

Replaces DA FORM 4137, 1 Aug 74 and
DA FORM 4137-R, Privacy Act Statement
26 Sep 75 Which are Obsolete.

DOCUMENT NUMBER

82-82

0159-91-CID847-51734-5A1

## EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 100-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

MPR/CID SEQUENCE NUMBER
0159-91-CID847

CPD REPORT/CID ROI NUMBER
51734

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| Schweinfurt RA, 2d RGN USACIDC | APO New York 09033-5221 |

NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED
☐ OWNER
☒ OTHER    Crime Scene

ADDRESS (include Zip Code)
N/A

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| (b)(6) (b)(7)(C) | Evidence | 0110/31 May 91 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Sexually explicit VHS movie, titled "Ur (anus) auf Ritual", marked for ID (b)(6) (b)(7)(C) 10, 31 May 91. |
| 2 | 1 | Sexually explicit VHS movie, titles "Wer Haut Ihn Mir Rein?", marked for ID (b)(6) (b)(7)(C) 0110, 31 May 91. |
| 3 | 1 | Sexually explicit VHS movie, titled "Losing Control", marked for ID: (b)(6) (b)(7)(C) 0110, 31 May 91. |
| 4 | 1 | Sexually explicit VHS movie, no title, marked for ID (b)(6) (b)(7)(C) 10, 31 May 91. |

/////////////////////////////////////////Last Item//////////////////////////////////////////

Memorandum For Record: The delay in processing this evidence into the Evidence room was due to review of numerous VHS tapes for additional sexually explicit material.

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-4 | 20June91 | SIGNATURE N/A  NAME, GRADE OR TITLE N/A | SIGNATURE  NAME, GRADE OR TITLE (b)(6) (b)(7)(C) | Evaluation as Evidence |
| 1-4 | 20June91 | SIGNATURE  NAME, GRADE OR TITLE (b)(6) (b)(7)(C) | SIGNATURE  NAME, GRADE OR TITLE (b)(6) (b)(7)(C) | Released to Evid Custodian |
|  |  | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE |  |
|  |  | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE |  |
|  |  | SIGNATURE  NAME, GRADE OR TITLE | SIGNATURE  NAME, GRADE OR TITLE |  |

DA FORM 4137
1 JUL 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R (Privacy Act Statement) 26 Sep 75 which are obsolete.

FOR OFFICIAL USE ONLY

DOCUMENT NUMBER

EXHIBIT 15

82-83

0159-91-CID 847-51734-SAI

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

| | |
|---|---|
| MPR/CID SEQUENCE NUMBER | |
| CID REPORT/CID ROI NUMBER | |

**RECEIVING ACTIVITY**
OFFICE OF THE PROVOST MARSHAL

**LOCATION**
APO NY 09033

**NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED**
☐ OWNER (b)(6) (b)(7)(C) PON
☒ OTHER (b)(6) (b)(7)(C)

**ADDRESS (Include Zip Code)**
SCHWEINFURT COUNTY POLICE
#14a MAINBERGER STR.
8720 SCHWEINFURT

**LOCATION FROM WHERE OBTAINED**
From (b)(6) (b)(7)(C) ho seized items which RICHARDSON had on his person

**REASON OBTAINED**
EVIDENCE

**TIME/DATE OBTAINED**
1910/910530

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | BURGANDY AND TOURQUESE IN COLOR, NYLON IN COSTRUCTION RUCKSACK BRAND NAME "LOWE" MARKED FOR I.D. 910530/1910 (b)(6) (b)(7)(C) INED FROM THE PERSON OF RICHARDSON). //////////////////////////////LAST ITEM NOTHING FOLLOWS////////////////////////////// |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | (b)(6) (b)(7)(C) | RECEIVED BY (b)(6) (b)(7)(C) | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 910530 | | | EVIDENCE |
| 1 | 910530 | | | EVIDENCE |
| 1 | | | | |

NAME, GRADE OR TITLE / NAME, GRADE OR TITLE
SIGNATURE / SIGNATURE
NAME, GRADE OR TITLE / NAME, GRADE OR TITLE

**DA FORM 4137**
1 JUL 76

Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R Privacy Act Statement 28 Sep 75 Which are Obsolete.

**LOCATION** Bin 1

**DOCUMENT NUMBER** 000106

154-91
EXHIBIT 15

FOR OFFICIAL USE ONLY