# EXH "83"

---

Records Related to Escape Attempt at BCJDC

Defendant's
Exhibit

83

# OFFENSE / INCIDENT POLICE REPORT

**Killeen Police Department**

| CASE NUMBER |
|---|
| 00-11897 |

| | | | |
|---|---|---|---|
| ☒ OFFENSE | ☐ FAMILY VIOLENCE | COMPLAINANT ADVISED OF VICTIMS ASSISTANCE PROGRAM | ☐ |
| ☐ INCIDENT | ☒ JUVENILE | | |

| AREA | WATCH | DATE OF REPORT | P.C. CODE | COMPLAINANT (LAST NAME FIRST) | RACE | SEX | AGE |
|---|---|---|---|---|---|---|---|
| 306 | Am's | 8/1/00 | 29.03 | Johnson, Maria Bernice | H | F | 35 |

| REPORT CLASSIFICATION | S.S.A.N. | DOB | D.L. # | STATE |
|---|---|---|---|---|
| Aggravated Robbery | ; | | | TX |

| LOCATION | COMPLAINANT'S ADDRESS | CITY | PHONE |
|---|---|---|---|
| 4800 E. Rancier | | | |

| TYPE PREMISES | DAY(S) OF OCCURRENCE | | COMPLAINANT'S BUSINESS ADDRESS | CITY | PHONE |
|---|---|---|---|---|---|
| Juvenile Detention | Mon | Tues | 4800 E. Rancier | Killeen | 690-7336 |

| DATE(S) OF OCCURRENCE | HOUR(S) OF OCCURRENCE | | JOB TITLE / OCCUPATION | HOURS WORKED | |
|---|---|---|---|---|---|
| 7/31/00  / | 10:57 pm | 11:05pm | corrections officer | 10p-6a | ☐ RESIDENT  ☒ NON-RESIDENT |

| WEATHER CONDITIONS | VICTIM TAKEN TO | TRANSPORTED BY |
|---|---|---|
| warm humid | not transported | na |

| REPORTING OFFICER | I.D. | OTHER OFFICER | I.D. | DESCRIBE INJURIES |
|---|---|---|---|---|
| Unger | 126 | | | Pain to neck, loss of conciousness |

**CODES: S – STOLEN PROPERTY    F – FOUND PROPERTY    D – DAMAGED PROPERTY    R – RECOVERED PROPERTY**

| CODE S-F-D-R | QTY | DESCRIPTION (SIZE, COLOR, MODEL, STYLE, MATERIAL, CONDITION) | SERIAL NUMBER | VALUE | ENTERED NCIC |
|---|---|---|---|---|---|
| NA | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DISPOSITION OF PROPERTY | TOTAL VALUE RECOVERED PROPERTY | TOTAL VALUE STOLEN PROPERTY |
|---|---|---|
| na | na | na |

| | | YR | MAKE | MODEL | STYLE | LIC # | STATE | YR | VIN # |
|---|---|---|---|---|---|---|---|---|---|
| ☐ STOLEN  ☐ BMV  ☐ SUSPECT  ☐ AUTO ASSOC | | 0 | Na | | | | | | |

| COLOR | FURTHER VEHICLE DESCRIPTION |
|---|---|
| | |

**NARRATIVE (Brief Synopsis)**

On 07-31-00 at approximately 11:10 pm I was dispatched to 4800 E. Rancier, the Bell County Juvenile Detention Center in reference to an assault on one of the juvenile corrections officers by a juvenile inmate. Upon arrival, I met with the complainant and other corrections officers from the facility. The suspect allegedly choked the complainant until she lost conciousness. The inmate then took a key for use in the facility doors, off of her person.

| RELATED REPORTS | INV. DIVISION NOTIFIED | INV. NOTIFIED | INVESTIGATOR ASSIGNED | U.C.R. DISPOSITION | REVIEWED BY |
|---|---|---|---|---|---|
| none | YSU | FACS | | | Grey #A55 |

83-1

# OFFENSE / INCIDENT POLICE REPORT

| Killeen Police Department | CASE NUMBER |
|---|---|
| | 00-11897 |

CODE: W – WITNESS  RP – REPORTING PERSON  P – PARENT  G - GUARDIAN

| CODE | NAME | RACE | SEX | AGE | ADDRESS | | CITY | PHONE |
|---|---|---|---|---|---|---|---|---|
| RP | Same as complainant | | | | RES | | | |
| | | | | | BUS | | | |
| | | | | | RES | | | |
| | | | | | BUS | | | |
| | | | | | RES | | | |
| | | | | | BUS | | | |

**M.O.**

Suspect chocked complainant until she lost conciousness to facilitate the theft of a facility key from her person.

| ☒ SUSPECT ☐ ARRESTED ☐ MISSING | ☐ SUSPECT ☐ ARRESTED ☐ MISSING | ☐ SUSPECT ☐ ARRESTED ☐ MISSING |
|---|---|---|
| NAME #1 Kirvin, Christopher | NAME #2 | NAME #3 |
| ADDRESS 4800 E. Rancier | ADDRESS | ADDRESS |

| RACE/SEX | DOB | AGE | RACE/SEX | DOB | AGE | RACE/SEX | DOB | AGE |
|---|---|---|---|---|---|---|---|---|
| B M | | 16 | | | | | | |
| HAIR/EYES | HT | WT | HAIR/EYES | HT | WT | HAIR/EYES | HT | WT |
| BLK BRO | 5.09 | 165 | | | | | | |
| HAT | COAT | | HAT | COAT | | HAT | COAT | |
| | | | | | | | | |
| SHIRT | PANTS | | SHIRT | PANTS | | SHIRT | PANTS | |
| white | orange | | | | | | | |
| SHOES | OTHER | | SHOES | OTHER | | SHOES | OTHER | |
| none | | | | | | | | |
| WEAPON | ATL# | | WEAPON | ATL# | | WEAPON | ATL# | |
| SSAN | DL#/ID# | ST | SSAN | DL#/ID# | ST | SSAN | DL#/ID# | ST |
| ALIAS | | | ALIAS | | | ALIAS | | |

## NARRATIVE (Detailed)

On 07-31-00 at approximately 11:10 pm I was dispatched to 4800 E. Rancier, the Bell County Juvenile Detention Center in reference to the assault of one of the juvenile corrections officers by a juvenile inmate. Upon arrival, I met with the complainant and other corrections officers from the facility.

The complainant, Maria Johnson advised that she went to give the inmate, Kirven, a cup of water. Kirven had stated that the water in his sink was too hot too drink. She opened his cell. He came outside of his cell to get the cup of water. As he reentered his cell, he grabbed her around the neck with his hands. He pulled her into the cell and sat on his bed, still chocking her. She passed out after being deprived of air for a few moments. Upon gaining conciousness, she screamed. Other officers came to her aid. According to the other officers, They found Ms. Johnson in the cell, #24, crying and holding her neck.

According to the statement of Jeffery Jacobs, a corrections officer at the facility, he removed Ms Johnson from Kirven's cell. As he did this, Kirven was lying in bed, pretending to be asleep. Mr. Jacobs noticed that the key to C-pod was missing. He and other officers went to Kirvens cell and asked where the key was. Kirven did not answer. Jacobs stated that he located the key under Kirven's mattress. Jacobs also stated, upon moving Kirvin to isolation, he told Jacobs that "She shouldn't have opened my door."

I got statements from both Ms Johnson and Mr. Jacobs. Those statements are attached to and made a part of this report. I went to Kirven's isolation cell to interview Kirven. I felt the need to identify him. I was able to obtain his information from the inmate and Temple police reports. I went to the cell. Corrections officers accompanied me. I told Kirven to turn around, as he was lying face down on his bed. He refused. I had identified myself as a police officer. I explained that I was not leaving until I saw his face and could make a positive identification.

| SUPPLEMENTAL REPORT ATTACHED ☒ | N.F.I. THIS OFFICER ☐ | REPORTING OFFICER Unger | ID 126 |
|---|---|---|---|

83-2



# KILLEEN POLICE DEPARTMENT SUPPLEMENTAL REPORT - A

| | CASE NUMBER 00-11897 |
|---|---|

| COMPLAINANT | REPORT CLASSIFICTION | DATE OF REPORT | |
|---|---|---|---|
| Johnson, Maria | Aggraveted robbery | 8/1/00 | PAGE 1 OF 1 |

**NARRATIVE (CONTINUED FROM REVERSE SIDE OF OFFENSE/INCIDENT REPORT)**

I explained that I was not here to play with him and I did not have all night to wait. I increased the volume of my voice, to a more authoritative tone. Kirven then stated, " Nigga, who you think you fucking yelling at nigga." I stated my purpose again. Kirven stated again, " Fuck you nigga." The corrections officers, at my direction, rolled Kirven over so I could identify him. He resisted and struggled to get free. When I was able to see his face, I told them I had seen him and that's all I needed. They then let Kirven go. Kirven stood up and got in the face of one of the officers and cursed him. At that time, we all exited the cell. After Kirvens display and potential for violence, I felt that any further contact with him would be counter productive.

The assault caused injury to Ms. Johnson that was still obvious long after it had taken place. There was still redness to her neck. She stated she was still having some problems swallowing. Whether Kirven intended the assault to facilitate the theft of the key, or it was an afterthought, he took the property after chocking Johnson to the point of unconsciousness. This key opens cell doors from the outside only. It is unknown if Kirven was aware of this, or if he felt he could use the key to escape.

Ms. Johnson is employed at the Bell County Juvenile Detention Center in the official capacity of a Juvenile corrections officer.

| EVIDENCE DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|
| none | | | | | | |

| REPORTING OFFICER | I.D. | REVIEWED BY | INVESTIGATION CASE STATUS | | | U.C.R. DISPOSITION |
|---|---|---|---|---|---|---|
| Unger | 126 | P. Casey #A35 | ☐ OPEN   ☐ SUSPENDED   ☐ CLOSED | | | |

83-3

Killeen Police Department

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *Faes, Noreen E    34788*

Contact:

Date / Time: *08/01/2000 00:00:00*                      *Tuesday*

Reference: *FOLLOW UP*

On 08-01-00 at approx. 6:40am I received a phone call from Sgt. Carey concerning an offense that took place at the detention center on 07-31-00 around 11:00pm. Sgt. Carey told me that a juvenile detained in the center had assaulted a guard. He told me that the juvenile choked the guard. Sgt. Carey stated that the guard reported that she was unconscious at one point. He stated that they were not able to determine how long the guard was unconscious. Sgt. Carey also told me that the juvenile took the guard's keys during this offense. He told me that the keys were recovered by other staff members. Sgt. Carey requested that I contact the juvenile prosecutors and make them aware of the offense. He told me that he would FAX a copy of the report to my office.

I contacted Juvenile Prosecutor Jeanne Parker about this case. She requested a copy of the report and related statements. I then sent the paperwork to her by FAX. After reviewing the report, Mrs. Parker requested that I interview the victim, Maria Johnson, to obtain a more detailed statement for the case. Mrs. Parker also requested the incident reports from the detention center. I told Mrs. Parker that I would go to the center and obtain the related paperwork for this case. I also told her that I would contact the victim for another statement.

I called the detention center in an attempt to locate the victim. I was told that Ms. Johnson had left work and could be reached at her residence. I located Ms. Johson at her residence. I spoke with her about making another statement. Ms. Johnson told me that she would come to my office and make another statement. She told me that her neck still hurt from the resident choking her. Ms. Johnson told me that she planned to go to the doctor this afternoon concerning her injury. She told me that she would do the statement when she came to Killeen to see the doctor.

Maria Johnson came to YSU. She told me that she was working at the detention center last night when a resident grabbed her around the neck and pulled her into his room. Ms. Johnson told me that the resident, Christopher Kirven, continued to choke her until she passed out. She told me that she does not know how long she was out. Ms. Johnson told me that another guard came to assist her after hearing her screams. She told me that she had been locked into the resident's room when the door closed behind them. Ms. Johnson told me that she believed that the resident had planned the attack on her. She told me that a staff member from the second shift had been talking about the boys on C Pod as shift change was taking place. Ms. Johnson told me that Mr. Castillo may have some more information for this case. I told Ms. Johnson that I would be speaking with Mr. Castillo about this case. I then took a written statement from Ms. Johnson. The statement has been placed with the case report.

I called the detention center and spoke with Mr. Castillo. He confirmed that a resident, Tony Sparks, was asking him questions during his tour of duty yesterday. Castillo told me that this was not normal and was concerned that it was related to this case. He told me that Chief Sutton was doing an internal investigation. Mr. Castillo told me that she had received new information for this case. He told me that I may want to speak with her about this matter. I asked Mr. Castillo if he would provide a written statement for this case. He said that he would do the statement. I told Mr. Castillo that I would be coming to the detention center to see him and Chief Sutton.

I went to the detention center and met with Jerry Castillo. He provided a written statement for this case. I then met with Patricia Sutton. Chief Sutton told me that she had located a witness in this case. She told me that a juvenile resident came forward and told her that he had seen Chris drag the guard into his room. Chief Sutton said that the juvenile also told her that the attack on the guard had been planned. She told me that the resident was reporting that

R_Supp3

83-4

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Tony Sparks and Chris Kirven had planned the attack. I asked Chief Sutton if I could speak with the juvenile. Chief Sutton told me that she would bring the resident, Devan Davis, to the office.

I met with Devan Davis. I told Davis that I was investigating the assault on the guard. Devan told me that he saw Chris drag the guard into his room. He told me that he was afraid of Chris and Tony Sparks. Devan told me that he heard them planning to escape yesterday. He told me that he was very upset over the situation and came forward to Chief Sutton. I asked Devan if he would make a statement for this case. Devan told me that he was afraid of both boys, but told me that he wanted to do the right thing. He told me that he would do the statement. I then took a written statement from Devan Davis. The statement was placed with the case report.

I noted that Davis was claiming that he could see everything from his room. He also told me that he could see into Chris' room because of the security mirror. I met with Chief Sutton about this information. She confirmed that Devan's room was across from room #24, the room for Chris Kirven. Chief Sutton told me that Devan would be able to see what happened. I then asked her about the security mirror. Chief Sutton told me that she would go into Devan's room to confirm her information. She then left the area.

In a few minutes, Chief Sutton returned to the lobby. She told me that she could see into Kirven's room from Devan's room by using the
security mirror. I asked Chief Sutton if she was sure. She said yes. Chief Sutton told me that she used a staff member during the demonstration. She told me that she was able to see into the room by using the security mirror. I told Chief Sutton that this information would be added to the report. Chief Sutton then handed me her report on her interview with Devan Davis. I placed the paperwork with the case report.

On 08-02-00 I spoke with Juvenile Prosecutor Jeanne Parker about the developments in this case. She noted that Tony Sparks would be under federal jurisdiction. Mrs. Parker told me that she would still proceed with charges on Christopher Kirven. I told her about the additional statements and paperwork. She requested that I FAX the information to her office.

On 08-02-00 FBI Agent Dan Chadwick came to my office in reference to this case. He requested a copy of this case. Mr.Chadwick stated that he had received information that Tony Sparks may be involved in this offense. I provided Mr. Chadwick with a copy of this case report.

The victim, Maria Johnson, received medical treatment at Dr. Edward Spencer's office in Killeen in reference to her injuries sustained during this case. A medical release form was completed for this case. I sent the release form to the doctor's office and requested a copy of Ms. Johnson's medical records. The records were received and have been placed with the case report.

In this case, a staff member was injured by a juvenile resident. During the assault, the room key was stolen from the victim, Maria Johnson. The key was recovered under the mattress of the juvenile resident, Christopher Kirven. Ms. Johnson provided a detailed statement for this case. She reported that Christopher Kirven attacked her while she was working at the detention center. Ms. Johnson also noted that Christopher Kirven was the only resident in the room that night. A juvenile resident, Devan Davis, reported that he witnessed the pod officer being assaulted by Chris Kirven. Davis has also provided a written statement for this case.

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

This case will be closed as cleared by exception (identification of the suspect). The case will be referred to the County Attorney's Office (Juvenile Division) for further disposition. The suspect information is as follows:

KIRVEN, CHRISTOPHER
B/M/16   DOB:
RESIDENCE:
PHONE: NONE
PARENT:

CLEARED BY EXCEPTION    (IDENTIFICATION OF THE SUSPECT)
REFERRED TO COUNTY ATTORNEY'S OFFICE   (JUVENILE DIVISION)
COPIES TO CA & JPO

83-6

KILLEEN POLICE DEPARTMENT

STATE OF TEXAS

VOLUNTARY STATEMENT - (NOT UNDER ARREST)

THE STATE OF TEXAS   *   CASE: **00-** *11897*     TIME: *1:00pm*

COUNTY OF BELL   *   OFFICER: **FAES**

Before me, the undersigned authority in and for the said County and State, on the 1st day of August, 2000, personally appeared:

NAME : MARIA JOHNSON
DOB:
SSN:
HOME ADDRESS:
HOME PHONE
WORK ADDRESS: 4800 E. RANCIER, KILLEEN
WORK PHONE: 690-7336
PARENT'S NAME:

who voluntarily makes the following statement: My name is Maria Johnson. I am a Youth Worker 1 at the YSI detention center in Killeen. I have been employed there for one year. I usually work the third shift from 10:00pm until 6:00am. Around 10:50pm last night, a resident called central control. The resident, Christopher Kirven, stated that he needed a cup of water and toilet paper. I was outside of the pod. The control officer called me and told me to get him the water and toilet paper. I entered the pod. Kirven was in his room standing by the door. All of the doors to the rooms are locked during the day and at night when the residents are in the room. Kirven is the only one in his room. I approached the door. I asked him what he needed. I asked him about the water in his room. He told me that the water was hot. Kirven told me that he wanted to go use the public sink. It's the one that they all use when they are taking showers. I had the door key placed in between my belt and my pants. I removed the key. There are windows in the doors in the rooms. Kirven saw me take the key out and unlock the door. I put the key back into my belt after I unlocked the door. I opened the door and Kirven came out. I stood beside the door. The door was partially open. It was open enough for him to get in and get out. Kirven walked to the sink and got a drink. He had a cup. He flushed the toilet then walked back. As he passed by me, he took his right arm and grabbed me around the neck. He pulled me into the cell. Kirven was choking me. He pulled me over to the bed. He kept choking me. I could not breathe. I ended up sitting on the floor while he sat on the bed. He was still choking me. I could not yell. His hold was too tight around my neck. As I was about to pass out, I felt his hand around my waist area. I thought that he was going to take off my clothes, but then I realized that he was taking the door key. I passed out after that. I don't know how long I was out. When I came to, I found myself locked in the cell. The room doors *MJ*

*Maria Johnson*

83-7

*MJ* automatically lock when they are closed. Kirven was face down on his bed. He was just laying there. I stood up. I thought that I was going to fall down. I was dizzy and disoriented. I screamed two or three times. One of my co-workers came in and let me out of the room. As we were coming out of the pod, Ms. Harrison asked me about the door key. I noticed that the key was gone. Mr. Jacobs went into Kirven's room and asked him for the key. I went up to the control area with Ms. Harrison. My supervisor came and talked to me and looked at my neck. They called the police. I did a statement for the officer. The resident hurt my neck. It is still sore this morning. I do not know anything about the resident. This was my first time seeing him. When I came on shift last night, I heard the control officer, Mr. Castillo, telling our control officer, Ms. Harrison, about the boys in C Pod being up to something. That was all I heard him say. I asked Ms. Harrison about their conversation. She said that the boys might want to flood their bathroom or something like that. I think that this might have been planned. Another resident of C Pod, Tony Sparks, was asking questions about the personnel for the night. He kept asking about the lieutenant and about Mr. Jacobs. I don't know for certain if he is connected to what happened to me. *MJ*

THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I AM 39 YEARS OLD AND I DO READ AND WRITE THE ENGLISH LANGUAGE. I COMPLETED THE 12th GRADE IN PUBLIC SCHOOLS. I HAVE NOT BEEN PROMISED ANYTHING OR THREATENED IN ANY MANNER TO CAUSE ME TO GIVE THIS STATEMENT. THIS OFFENSE DID OCCUR IN THE CITY OF KILLEEN, BELL COUNTY, TEXAS.

_____
Signature

SWORN TO AND SUBSCRIBED TO BEFORE ME ON THIS THE __1__ DAY OF
_August_____, 2000 A.D.

_____
Notary Public in and
for the State of Texas

Noreen E. Faes
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
09-29-2000

83-8

# Killeen Police Department
## Voluntary Statement - (Not under Arrest)

**THE STATE OF TEXAS**                                **TIME:** 3:50 Pm

**COUNTY OF BELL**      KPD Case # 00-11897      **OFFICER:** FAES

Before me, the undersigned authority in and for said County and State, on the ___1___ day of
___August___ 2000 , personally appeared

Devan D. Davis      SDL: _____ TX ; D.O.B. _____ ; S.S.N. _____ ;

Home Address; _____ ; Phone No; _____ ;

Work Address; _____ Killeen TX ; Phone No: (   ) _____ ;

**WHO VOLUNTARILY MAKES THE FOLLOWING STATEMENT:** Last night, during the 3rd
shift, I was in my room. I was laying in my bed. I heard Mr. Castillo come
into the pod. Chris Kirven and Tony Sparks were talking to him. They were
asking Mr. Castillo if he was working third shift. He asked them why they
wanted to know. Sparks said, "Just because". Castillo then told him that he
was not going to work the third shift. We layed back down. I had gotten up
when Castillo came into the pod. While I was reading a book, I heard Chris
and Tony talking. They were waiting for Mr. Castillo to leave the parking lot.
They asked me if he had left yet. I saw a car leaving, so I told them that he
had left. Sparks waited for about five minutes then he beat on Kirven's wall.
He said, "Let's get crump". That means that he wanted to get rowdy. I heard
Chris push the call button. A pod officer asked him what he needed. He told
her that he needed toilet paper and a cup of water. He said that his water
was hot. I heard someone open Chris' door. I saw Chris go get some water.
I sat back down after that. I could still see out the window of my door.
I saw Chris going back to his room. I saw him drop the cup of water. The pod
officer was holding the door open. I saw Chris grab her around the neck
and put her in a choke hold, like a sleeper hold. They went into the cell. S
was screaming. The door closed shut. I heard a toilet getting flushed two
or three times when the officer was screaming. The noise was drowning out the
oficer's screams. A female pod officer came in real quick. I heard her askin
for Ms. Johnson. The pod officer went to room #24. By that time, Chris had
let go of the guard and got into his bed. Ms. Johnson was now banging on the
door telling the other officer that she was inside the room. I was standing a
my door looking out the window. I could see inside of Chris' room because of
the security mirror. They brought Ms. Johnson out after that. The staff
started to curse out Chris. I did not see anyone else watching out their doors
when this happened. Chris Kirven and Tony Sparks are always talking. They do
not let me hear what they were saying. Yesterday, Chris and Tony were talking
out getting cars and BB guns. They were talking like they were leaving. I
heard them talking about getting the guard in a sleeper hold. Chris was

signature

83-9

suppose to take the officer's key after she went to sleep. Chris is telling Sparks this.while Sparks is listening. Chris is saying that he will open up the door for Sparks. He said that they were going to run out there and beat up the pod officers. They both said that they were going to get Lynch and this other guy. Sparks was going to get Lynch while Chris went and got the other guy. They said that they were going to go into control and take the keys for the guard's cars. They also said that they were going to shackle the guards. They said that they were going to go to Mexico. I was not a par of their plan. I was shocked when I saw Chris drag the officer into his room I was very upset over what I saw. I told Chief Sutton about what I saw. I also told her about them planning to escape.

The above statement is true and correct to the best of my knowledge. I am 15 years old and do read and write the English language. I completed the 10 grade in public schools. I have not been promised anything or threatened in any manner to cause me to give this statement. This offense did occur in the city of Killeen, Bell County, Texas.

_____ **END OF STATEMENT** _____

**THIS STATEMENT WAS COMPLETED AT** 4:30P, on the 1 day of August A.D. 20 00.

_____
**signature**

**SWORN AND SUBSCRIBED TO BEFORE ME** on this the 1 day of August , A.D., 20 00 .

_____
**Witness**

_____
**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

**K.P.D.-65-00**

Noreen E. Faes
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
09-29-2000

83-10

# Killeen Police Department
## Voluntary Statement - (Not under Arrest)

**THE STATE OF TEXAS**　　　　　　　　　　　**TIME:** 3:30pm

**COUNTY OF BELL**　　KPD Case # 00-11897　　**OFFICER:** FAES

Before me, the undersigned authority in and for said County and State, on the ___1___ day of
___Aug___ 20__00__, personally appeared
___Jerry Castillo___ SDL _____; D.O.B. _____; S.S.N _____;

**Home Address;** _____ ; **Phone No:** _____ ;

**Work Address;** 4800 E. Rancier , Killeen , TX ; **Phone No:** (JS1) 690-7536;

**WHO VOLUNTARILY MAKES THE FOLLOWING STATEMENT:**

On 7-31-00 Approx. 9:15 P.M. I PwII Castillo was signing
off of Cpa1 log book when Res. Sparks asked me if I was
working third shift & I told him why are you so
worried about me working 3rd shift & left the
Pod, then approx. 10:50am I PwII Castillo exit the
detention facility, & noticed Res. Sparks & Kincer at
their windows watching me leave the facility.

_____ signature

83-11



The above statement is true and correct to the best of my knowledge. I am 25 years old and do read and write the English language. I completed the 12th grade in public schools. I have not been promised anything or threatened in any manner to cause me to give this statement. This offense did occur in the city of Killeen, Bell County, Texas.

_____ **END OF STATEMENT** _____

THIS STATEMENT WAS COMPLETED AT 4:00pm on the 1 day of Aug, A.D. 2022.

_____
**signature**

SWORN AND SUBSCRIBED TO BEFORE ME on this the 1 day of August, A.D., 2020.

_____
**Witness**

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

Noreen E. Faas
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
06-28-2020

**K.P.D.-65-00**

83-12

# KILLEEN POLICE DEPARTMENT
## STATE OF TEXAS
## VOLUNTARY STATEMENT ( NOT UNDER ARREST )

THE STATE OF TEXAS }
}
COUNTY OF BELL }

Before me, the undersigned authority in and for said County and State, on this the 31

of _July_ A.D. 2000 personally appeared:

NAME: MARIA JOHNSON

HOME ADDRESS: ⊬

WORK ADDRESS: 4800 EAST RANCIER

HOME PHONE: (

WORK PHONE: (254) 690-7386

DOB: RACE: H , SEX: F , SSN: #

I.D.# AND TYPE OF I.D. :

who after being by me duly sworn, deposes and says: ins On July 31, around 10:50 PM Called central control saying that he Wanted some water, when I Asked him what was wrong with the water in his sinks, he said that it was too hot. I Opened his cell and came outside his cell and got a cup of water. Then as he was going to enter his cell, He Grab me and put a choke hold around my neck. He start sat on his bed stil choking me. I Was Trying to breathe I passed out. When I Gained.

Maria Johnson
(SIGNATURE)

KPD-65 93

83-13

Conciousness I screamed. By then my
Co Workers, Harrism and Jacobs were
Coming to my aid - MJ

*not used*

The above statement is true and correct to the best of my knowledge. I am _39_ years old and do read and wri
the English language. I completed the _12_ grade in public schools. I have not been promised anything or threatene
in any manner to cause me to give this statement. This offense did occur in the city of Killeen, Bell County, Texas.

------------------------------------------------------------**END OF STATEMENT**------------------------------------------------------------

_Maria Ahm_
**signature**

SWORN AND SUBSCRIBED TO BEFORE ME on this the _31_ day of _July_, _00_ A.D. _____

_____
**WITNESS**

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

84-14

**KILLEEN POLICE DEPARTMENT**
**STATE OF TEXAS**
**VOLUNTARY STATEMENT ( NOT UNDER ARREST )**

THE STATE OF TEXAS }
}
COUNTY OF BELL }

Before me, the undersigned authority in and for said County and State, on this the _31_ of ___July___ A.D. _2000_ personally appeared:

NAME: _JACOBS, JEFFERY C_

HOME ADDRESS:

WORK ADDRESS: _4800 E Pancien Killeen_

HOME PHONE:

WORK PHONE: _(254) 690-7336_

DOB: _/ /_ RACE: _BLK_, SEX: _M_, SSN: #

I.D.# AND TYPE OF I.D. :

who after being by me duly sworn, deposes and says:

About 10⁵⁷pm y/o Harrison screameded my name. I ran from A+B pod to C-Pod after Hearing Mrs. Harrison. I entered C-Pod to see y/o Mrs. Johnson Standing Crying and holding her neck. When I approached Cell #24 Res. Christopher Kirven. Cell door opened and I took y/o Mrs. Johnson out of Cell #24 and He was lying in his ~~bred~~ EXPORT bed acting like he was sleep. I Closed the door and escort Mrs. Johnson to main control. —

(SIGNATURE)

KPD 45-93

83-15

Report for the key and did not have it. (JW Jacobs) and Lt. Gray entered cell #24 and questioned Res. Kirven about the key he did not responde to us. I began to move the mattress on the bed and saw the key under the bottom of the mattress. I pick up the key and placed it in my pocket. At this time Res. Kirven was sitting on his bed near the top. At this time, I and Lt Gray exited cell #24. Res. Kirven then turned over and layed back down on his stomach. Lt. Gray then contacted Chief Sutton. Chief request use to us to move Res. Kirven to intake cell. At about 11:09 pm. JW's Jacobs Houser, McRae and Lt. Gray entered Res. Kirven's cell. Lt. Gray informed Resident Kirven that he was being moved to an intake cell and that he could walk on his own. or we would assist him. Res. Kirven stood up put his hands behind

Date of Report: 7/31/00   Time of Report: _____ AM 11:15 PM

Staff Printed Name: Jeffery Jacobs

Staff Signature: Jeffery Jacobs

Resident Signature: _____

83-16

Report *his back to be cuffed and walked to intake cell #38 with no incident. Handcuffs were removed. Res Kerven then layed down on his stomach. Prior to exit cell #24 on C-Pod I heard Res. Kerven state "She shouldn't have opened my door." — End of Statement*

Date of Report: 7/31/00    Time of Report: _____ AM 11:25 (PM)

Staff Printed Name: Jeffery Jacobs

Staff Signature: _____

Resident Signature: _____

83-17

Report On 7/30/00 at 10pm I assumed
duty on C-Pod. Residents Davis, Sparks
and Kirven were still awake and
standing at door way of there rooms.
They all were directed to get
in bed several times. Sparks and
Kirven did comply. Res. Davis kept
getting up asking me questions.
He asked, who's working? How many
people are here? Where is Lt. Gray?
What time is he coming back? They (Res.)
also asked me if I was going to be
working their pod all week? Several
times during Res. Davis questions
Residents Sparks and Kirven would
come to their doors to see if I
would answer his questions.
End of Statement.

Date of Report: 7/31/00          Time of Report: ___ AM 11:30 PM

Staff Printed Name: Jeffery E Jacobs

Staff Signature: Jeffery E Jacob

Resident Signature: _____

83-18

## YSI — BELL COUNTY
### Incident Report

Policy 5-1, Attachment no. 2

(Please Print)

Resident Name: **Kirven Christopher**
      Last     First    MI    Resident Number: _____

Location: **Intake Rm #38** Incident Date: **7/31/00** Time: **11:55** a.m. or (p.m.)
**Bell County Detention**

**INCIDENT**

Incident Date: **7/31/00** Incident Time: **11:42** a.m. or p.m.

Incident Location: (circle one)

| Institution | | | | Community Program | |
|---|---|---|---|---|---|
| RA | Recreation Area | CE | Cafeteria | SC | School |
| OP | Other on Campus | (DE) | Security | (DT) | Detention |
| OC | Off Campus | DO | Dorm | FC | Facility |
| FG | Facility Grounds | CL | Classroom | OL | Other Location |
| IF | Infirmary | FR | Furlough | | |

Incident Category (circle all appropriate items):

AR  Arrest
    Most Serious Offense
Arrested for (write in code) _____
(DS)  Disruption of Program
DP  Destruction of Property
VA  Vandalism (over $100)
AD  Abscond
ER  Identified Escape
AR  Attempted Escape
ES  Escape
No. of Paid Days _____

AS  Assault on Staff
ST  Assault of Youth / Other
DA  Danger to Others
IS  Danger of Injury to Staff
PS  Possession/Use of Substance
PW  Possession of Weapon
SR  Self-referral to Security
SI  Self Injury
PI  Placement in isolation
(RR)  2 or More Failures to Comply
    With Reasonable Request

DH  Death
AB  Alleged Abuse or Neglect
RT  Use of Mechanical Restraints
    during Non-Routine Transport
CL  Injury Requiring Hospital Admission
(PF)  Use of Physical Force
CN  Use of Mechanical restraints for control
CA  Chemical Agent
YI  Youth Injury Without Hospitalization
RS  Use of Mechanical Restraints in Security

Was Resident injured or claimed to be injured in the incident? **X** (No) _____ Yes If yes, describe location and type of injury sustained or claimed to have sustained (attach page if necessary): _____

Was Resident referred for medical treatment? **X** (No) _____ Yes Time: _____ a.m. or p.m.
Return from Escape/Abscond: Date **N/A** _____ Time: _____ a.m. or p.m.
End PI in Security Date: **7 / 31 / 00** Time: a.m. **11:08** p.m.
Ended RS Date: ___/___/___ Time: a.m. _____ p.m.
Referred to: Security? ✓ Yes ___ No Detention? ___ Yes **X** No Jail? ___ Yes ✓ No
Admitted to: Security? ✓ Yes ___ No Detention? ___ Yes **X** No Jail? ___ Yes **X** No

**Staff Witness**
LT. Gray
VW I McRae
VW II House

**Youth Witness**
KPD Officer Unger

Resident Signature: *Refused to sign*

Disposition of Physical Evidence (contraband): **N/A**

Reporting Agent/Title _____ Date **7/31/00**

83-19

**(Please Print)**

**III.**  **USE OF FORCE REPORT**
A. Was physical restraint used?          No          ✓ Yes
   Was mechanical restraint used    ✓ (No)          Yes

Use of mechanical restraints authorized by: ___N/A___
_____
                                         Name                              Title

Time restraint was applied ( physical/mechanical) __11:44__ a.m. or (p.m.)  Release Time: __11:46__ a.m. or (p.m.)

___ Applied for more than 15 minutes. Provide justification: __N/A__
_____

___ Applied for 30 minutes or more.  Authorized by: ___N/A___
_____
                                         Name                              Title

B. Was full body restraint used?   X (No)   Yes          ___N/A___
   Full body restraint authorized by :   **Superintendent or Designee**

   AND                                    ___N/A___
                                   **Child Care Staff trained in Full Body Restraint**

Time full body restraint was applied: Time: __N/A__ a.m. p.m.   Release Time: __N/A__ a.m. or p.m.
Action taken at the end of one hour:  __N/A__ _____

_____
Person file                                                        Title

**IV.**  **HOSTAGE/USE OF CHEMICAL AGENT REPORT**
A. Did the incident include the taking of hostage?   X No   Yes  If yes, see Part II for full description.
B. Did the incident include the use of chemical agent?   X No   Yes

**V.**  This incident Report involving use of physical force, use of mechanical restraint, use of chemical agent, and/or taking of hostages has been reviewed by:

___N/A___
_____
Signature/Program Administrator or Designee    Date

**SECURITY DETENTION**

Admission Date: _7_/_31_/_00_   Admission Time: __11:08__ a.m. or (p.m.)  Admission Number: _____
No. of Paid Days: _____         County of Detention: _Bell_

Reason for Admission:  (circle one)
(DS)  Disruption              (DO)  Danger or Injury to Others   PC   Protective Custody   (Security)
DP    Destruction of Property  IS    Danger or Injury to Self     FO   Arrest for Felony Offense
AD    Abscond                  SR    Self – referral              AR   Arrest for Other than
EA    Escape or Attempt        AH    Awaiting Hearing/ Transportation      Felony Offense

Release Date: ___/___/___            Release Time: _____ a.m. or p.m.
Admission Decision made by: _____     Title: _____
JUSTIFICATION: (Summarized in the space provided) _All ready in_
_isolation Security_

Release Decision Made By: _____         Title: _____

Reviewed By: _____                        Title: _____

83-20

(Please Print)

## Description of Incident

Report On 7/31/00 at 11:42pm Officer Unger of Killeen Police department stated he need to see Resident Kirven. We (LT Gray, YW Jacobs and Officer Unger) entered Cell #38 and directed Resident Kirven to turn over so the officer could see his face. Resident Kirven refused to move. He was told several more time by St. Gray and then by Officer Unger. Resident Still refused to comply. YWIT House and YW McRae enter Cell #38. I explain to Res. Kirven that if he did not comply within the next 5 second that staff would assist him in turning over so the officer could see his face. After the 5 seconds there was no response from Res. Kirven. At that time Res. Kirven was placed in a PRT hold by YW Jacobs, YW McRae and YWIT House. Res. Kirven began to struggle

Date of Report: 7/31/00   Time of Report: AM / 11:55 PM

Staff Printed Name: JEFFERY JACOBS

Staff Signature: _Jeffery Jacobs_

Resident Signature:

83-21

Report with staff and was directed to stop. He continued to straggle but was turn on side by staff so officer linger could see his face. Once the officer saw his face staff explain that we were going to let him go and he need to sit down on bld on the bed. Staff released Res. Kirven who began to make verbal threats to staff members YW House and YW Jacobs. Res. Kirven also was calling staff names that were inappropriate. Staff exited Cell #38 with no further incident. Res. Kirven then layed on his stomach on the isolation room bed. End of Statement

Date of Report: 7/31/00    Time of Report _____ AM 11⁵⁵ (PM)

Staff Printed Name: Jeffery C Jacobs

Staff Signature: _____

Resident Signature: _____

83-22



## CITY OF KILLEEN
### POLICE SERVICES

402 N. 2nd   Killeen, TX 76541-5298
Telephone: 254.501.8800
Fax: 254.634.8178

TO WHOM IT MAY CONCERN:

I hereby give my written consent to the above facility to release to the Killeen Police Department through one or more of its authorized Investigators, any and all medical findings and reports, which are the result of, or incident to, an examination conducted on or about the 31 day of July, 2000. This aforesaid medical records are required by the Killeen Police Department to adequately and efficiently investigate case number 00-11897.

_Maria Johnson_
Signature

Victim's Name: _MARIA JOHNSON_
Victim's Date of Birth:
Victim's SSN:
Sponsor's SSN:
Address:

Sworn to and Subscribed to before me on this the _02_ day of _August_ 2000.

SANDRA HUNT ELLIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/08/2002

Notary Public in and for the
State of Texas

83-23



502 WEST JASPER
KILLEEN TX 76542
(254) 526-6300

Page

Act#    338-338                        Acc't Type: Ted Care Prime
                                       Pt Phone  :

                                                      DOB:

                                       Employer    :
                                       Work Phone: (    )    -
JOHNSON, MARIA B                       Guarantor Phone  : (    )
                                       Responsible Prov.: SPENCER  ;D:.
                                       Date of Accident    :    -  -
                                       Date of 1st Consult:    -  -
                                       Date of Last Bill  : 05-03-99
--------------------------- Diagnosis Information --------------------
340    NECK STRAIN
--------------------- Insurance Information -----------------------
2    5   Company Name                        Policy          Group
                                                               0
----------------- Provider Identification ------ --------------
        SPENCER, EDWARD E, MCR #.

                                                      COMM:
        Description            ICD9     Claim# Date       Doc Loc    A..
-------------------------------------------------------------------
99213   EST. OFFICE VISIT;  847.0      12698 08/01/00 2    :
0V      CASH PAYMENT         0         12698 08/01/00 2    1
72040   SPINE: CERVICAL ANT  847.0     12698 08/01/00 2    1
------------------------------------------------------------------

Expiration Date:                Balance Prior to Itemization:
01-Aug-2000 To 01-Aug-2000
                                Itemized Charges:              130 00
                                Itemized Payments:             -22.00
                                Itemized Adjustments:            0.00
                                Itemized Bad Debt Adjs:          0.00
                                                          ------------
                                Total Itemization:

                                Balance As Of 01-Aug-2000:     $    69
                                                          **********

83-24

**PROGRESS NOTES**

Family Practice Clinic
502 West Jasper
Killeen, Tx 76542
(254) 526-6300 Fax (254) 526-6340

NAME Johnson, Maria
DATE ______ SS# ______
ADDRESS ______
OCCUPATION ______ PHONE (HOME) ______
(WORK) ______ DATE OF BIRTH ______ AGE ______
DRUG ALLERGIES ______

| DATE | NOTES |
|---|---|
| AUG 0[illegible] 2000 | LMP 07-17-00 [illegible] |
| | Wt 116 # T. 98.3 P-76 R-20 BP 112/7[illegible] |
| | 46 y/o ♀ c/o being physically assaulted [illegible] work |
| | x 1 day [illegible] in neck [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | Exa: [illegible] |
| | Neck: Good ROM |
| | [illegible] |
| | [illegible]: Good [illegible] |
| Rx [illegible] | [illegible] |
| | [illegible] neck muscle strain |
| | [illegible] 800 mg [illegible] # 30 |
| | [illegible signature] |

83-25

Report

Family Name

**X-RAY REPORT**

DT Attained

Johnson, Maria

Middle Name

First Name

OF Attending
Attending Physician

C-Spine

Appointment part to report

Date 8-1-00

Time 0

X-Ray No. 241 45

Normal C-Spine X-ray

EDWARD E SPENCER, M.D.
502 WEST JASPER
KILLEEN, TX 76542

Signature of Radiographologist

**X-RAY REPORT**

83-26

Noticed the Key to C-Pod was missi
I (Jeff Jacobs) and LT. Gray entered
Cell #24 asked Res. Kirven where
the key was he refused to answer.
I then pick up Residents mattre
and found the Key on his bed.
Key was removed and Cell Closed.
① Upon re-entering the Cell of
Res. Kirven to move him to Isolat
room he stated "She shouldn't hav
opened my door." — ✗

The above statement is true and correct to the best of my knowledge.  I am 31 years old and do read and wr
the English language.  I completed the 12th grade in public schools.  I have not been promised anything or threaten
in any manner to cause me to give this statement.  This offense did occur in the city of Killeen, Bell County, Texas

------------------------------END OF STATEMENT------------------------------

_Jeffery B Jacob_
signature

SWORN AND SUBSCRIBED TO BEFORE ME on this the _____ day of _____, A.D. ____

_____
WITNESS

83-27

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# INTERNAL INVESTIGATION

Subject: **Assault on Staff**

Date: July 31, 2000

Name: Maria Johnson (victim)
Christopher Kriven (perpetrator)

Witness:

After completing a room search on C-Pod, interviews were conducted with the Residents housed on that unit.

Everyone on the unit stated that they did not see anything except for Resident

gave the following statement:

Resident Sparks and Resident Kriven had planned this incident approximately two days ago. At first they would not tell me what they were planning because they said I would not do it. Then they decided to tell me the plan. Sparks made the plan. The plan was for Kirven to ask for water and upon returning to the room, he was to pull staff into the room and place her into a sleeper hold until she pass out and take her keys. After taking her keys Kriven was to let Sparks out first, then Lynch in B Pod, and some Mexican dude in A Pod.

On the night of July 31, 2000, Kriven asked the staff for some water. The staff let him out of his room to get water from the sink in the dayroom area. Upon returning to his room he grabbed the staff and placed her into a sleeper hold, the staff started screaming and Sparks started flushing the toilet so no one could hear her scream. Then I saw

83-28

the staff go down pass the window and I could not see anything else. Everyone came into the Pod and took Kriven out.

The Detention Section of the Facility has been placed on Lock – down due to several incidents taking place in that building.

The Chief of Security, Facility Administrator, Chief of Probation was notified and the Killeen Police Department was called the night of the incident and took statements from the staff. Charges were filed by the staff against Resident Kriven.

**Findings:** After questioning resident Kriven about the incident, he admitted that he tried to choke the staff because he was upset with Y. W. Mullen. All allegations concerning the resident assaulting staff are found to be true.

Patricia Sutton, C.O.S.
Investigating Officer

83-29

YSI — BELL COUNTY
Incident Report

Policy 5-1, Attachment no. 2

(Please Print)

Resident Name: **Kriven, Christopher**
           Last    First    MI

Resident Number: _____

Location: **Cell 34**    Incident Date: **7-31-2000**    Time: **10.55** ~~a.m.~~ or (p.m)    **11:15**

**INCIDENT**

Incident Date: **7 / 31 / 2000**    Incident Time: **10:55** a.m. or (p.m.)

Incident Location: (circle one)

| Institution | | | | Community Program | |
|---|---|---|---|---|---|
| RA | Recreation Area | CF | Cafeteria | (SC) School |
| OP | Other on Campus | DE | Security | (DT) Detention |
| OC | Off Campus | (DO) Dorm | FC | Facility |
| FG | Facility Grounds | CL | Classroom | OL | Other Location |
| IF | Infirmary | FR | Furlough | | |

Incident Category (circle all appropriate items)

AR  Arrest
_____ Most Serious Offense
Arrested for (write in code) _____
(DS) Disruption of Program
DP  Destruction of Property
VA  Vandalism (over $100)
AD  Abscond
ER  Identified Escape
(AR) Attempted Escape
ES  Escape
No. of Paid Days _____

(AS) Assault on Staff
ST  Assault of Youth / Other
DA  Danger to Others
(IS) Danger of Injury to Staff
PS  Possession/ Use of Substance
PW  Possession of Weapon
SR  Self-referral to Security
SI  Self Injury
(PI) Placement in isolation
(RR) 2 or More Failures to Comply
    With Reasonable Request

DH  Death
AB  Alleged Abuse or Neglect
RT  Use of Mechanical Restraints
    during Non-Routine Transport
CI  Injury Requiring Hospital Admission
PF  Use of Physical Force
CN  Use of Mechanical restraints for control
CA  Chemical Agent
YI  Youth Injury Without Hospitalization
RS  Use of Mechanical Restraints in Security

Was Resident injured or claimed to be injured in the incident? _✓_ No _____ Yes If yes, describe location and type of injury sustained or claimed to have sustained (attach page if necessary) : _____

Was Resident referred for medical treatment?: _✓_ No _____ Yes  Time: _____ a.m. or p.m.
Return from Escape/ Abscond: Date **7 / 31 / 00**  Time: **10:50** a.m. or (p.m.)
End PI in Security Date: **7 / 31 / 00**  Time: **11:08** a.m. (p.m.)
Ended RS Date: _/_/_  Time: _____ a.m. p.m.
Referred to:  Security? _✓_ Yes _____ No  Detention? _____ Yes _✓_ No  Jail? _____ Yes _✓_ No
Admitted to:  Security? _✓_ Yes _____ No  Detention? _____ Yes _✓_ No  Jail? _____ Yes _X_ No

Staff Witness
**YW Johnson**

Youth Witness
_____

Resident Signature: _____

Disposition of Physical Evidence (contraband): **Key for C-Pod removed from Under Matress of Res. Kriven's Cell.**

**Maria Johnson YW1**    **7-31-00**
Reporting Agent/ Title    Date

83-30

YSI-Bell County                    Policy 5-1, Attachment No. 2

(Please Print)

III. USE OF FORCE REPORT
A. Was physical restraint used?        ✓ No ____ Yes
   Was mechanical restraint used        ___ No ✓ Yes

Use of mechanical restraints authorized by: _LARRY GRAY_                    _LT_
                                              Name                          Title

Time restraint was applied ( physical/mechanical) _11:08_ a.m. or p.m. Release Time: _11:08_ a.m. or p.m.

____ Applied for more than 15 minutes. Provide justification: _____
     _N/A_ _____

____ Applied for 30 minutes or more. Authorized by: _N/A_ _____
                                                     Name                    Title

B. Was full body restraint used? ____ No ____ Yes
   Full body restraint authorized by : _____
                                       Superintendent or Designee

   AND

   _____
   Child Care Staff trained in Full Body Restraint

____ Time full body restraint was applied: Time: _____ a.m. p.m.  Release Time: _____ a.m. or p.m.
     Action taken at the end of one hour: _____

   _____
   Person file                                              Title

IV. HOSTAGE/USE OF CHEMICAL AGENT REPORT  _N/A_ ____ Yes  If yes, see Part II for full description.
A. Did the incident include the taking of hostage?  _No_ ____ Yes
B. Did the incident include the use of chemical agent?  _No_ ____ Yes

V. This incident Report involving use of physical force, use of mechanical restraint, use of chemical agent,
   and/or taking of hostages has been reviewed by:

   _____
   Signature/Program Administrator or Designee    Date

SECURITY DETENTION

Admission Date: _7/31/2000_  Admission Time: _11:08_ a.m. or p.m.  Admission Number: _____
No. of Paid Days: _____         County of Detention: _____

Reason for Admission:  (circle one)    Segregation              Isolation        (Security)
(DS)  Disruption              (DO)  Danger or Injury to Others   PC   Protective Custody
 DP   Destruction of Property  IS   Danger or Injury to Self     FO   Arrest for Felony Offense
 AD   Abscond                  SR   Self – referral              AR   Arrest for Other than
(EA)  Escape or (Attempt)      AH   Awaiting Hearing/ Transportation   Felony Offense

Release Date: __/__/__                    Release Time: _____ a.m. or p.m.
Admission Decision made by: _LARRY GRAY_               Title: _LT_
JUSTIFICATION: (Summarized in the space provided) _3.5 Resident shall not assault
inflict or attempt to inflict bodily harm upon any staff
member 3.7 Resident shall not engage in any violent conduct
or conduct involving the threats of violence. 3.14_

Release Decision Made By: _____        Title: _____
Reviewed By: _____             Title: _____

83-31

Report At aproximately 10:50 on July 31, 00
Resident Kirnew called central control and
asked for some water.
When I asked what was wrong with the
water of his faucet, he said that it
was too hot and that he wanted some
water from the outside sink.
I opened the door and he got a cup
of water. When he was returning to
his cell, I was standing (waiting) by his
door waiting for him to get in his cell,
he grabbed me by my neck, and put
a chocke hold on me, then he
dragged me with him into his cell.
He then sat on the bed still
choking me.
I passed out. When I gained
consciousness, I screamed, by then
"YW Harrison and Brooks were
coming to my aid.

Date of Report: __7-31-00__ Time of Report: _____ AM __11:55__ PM

Staff Printed Name: __MARIA JOHNSON__

Staff Signature: __Maria Johnson__

Resident Signature: _____

83-32

Report  At approximately 10:15 P.M.
I WW Johnson took over the duties
of C. pod. After checking the residents
I sat down because I had residents
Green, Sparks and Davis awake.

Resident Sparks asked me if I
was their pod officer for the night I
say yes I was, he then asked when
was Lt Gray coming, I said that
he was coming in about 15 minutes.
He then asked if Lt Gray came to
do his checks every 15 minutes, I
asked him why he wanted to know that,
He said he wanted to talk with him.
He also asked where was WW
Jacobs, I told him that WW Jacobs
was working north control, he said
well, is that, I said that is A and B
pods.

Date of Report: 7-31-00       Time of Report: _____  AM 11:57 PM

Staff Printed Name: M. JOHNSON

Staff Signature: M. Johnson

Resident Signature: _____

83-33

(Please Print)

Report  At approximately 10:50 - 10:55pm, on July 31, 2000, I Y.W. II Harrison was working control when I heard a scream. I Ran toward C-Pod hollering for Y.W. Johnson but I did not see her. I called for Y.W. Jacobs for assistance. As Y.W. Jacobs entered C-Pod we saw Y.W. Johnson in the window of cell #24. I ran to control and opened the cell door as Y.W. Jacobs assisted Y.W. Johnson out of the Cell. Y.W. Johnson was physically upset and shaken. She stated that Resident Kirvin was choking her.

Y.W. Jacobs asked about C-Pod Key and Y.W. Johnson did not have it. Lt. Gray was contacted at this time. Lt. Gray and Y.W. Jacobs entered Resident Kirvins Room and asked him if he had the key. He did not respond. Y.W. Jacobs Lifted his mattress and found the key. At approximately 11:10pm, with the assistance of Y.W. House and McRae, Resident Kirven was moved to Isolation without incident. End of Statement

Date of Report: July 31, 2000            Time of Report: ___ AM **11:55** (PM)
Staff Printed Name: Sherri Harrison
Staff Signature: Sheri Harrison
Resident Signature: _____

83-34

Report At approximately 10⁵⁶pm
i heard a scream and
then YWII Harrison call my
name in a panic. i ran
to see what was going on.
YWII Harrison was standing
outside of C-Pod. As i entered
the doorway of C-Pod i saw
YWI Johnson in Cell #24 Resident
Christopher Kirven's cell she was
crying and holding her neck.
As i approached the cell
Res. Kirven was lying in his bed
acting like he was asleep. YWII Harrison
opened the cell from control.
i took YWI Johnson out of the
cell and secured the door back.
Res. Kirven did not move from the
posetion of lying on his stomach with
his face towards the wall. Upon
reaching main control this with
YW Johnson i asked if she had
C-Pod key. She checked her pockets

Date of Report: 7/31/00     Time of Report: _____ AM 11²⁷PM
Staff Printed Name: JEFFERY Jacobs
Staff Signature: Jeffery Jacobs
Resident Signature: _____

83-35