# EXH "85"

Control Unit Reviews and Education Records

Defendant's
Exhibit

85

## ADMINISTRATIVE MAXIMUM FACILITY
### Florence, Colorado
# CONTROL UNIT REVIEWS

<u>Committed Name: SPARKS, Tony</u>     Reg. No.: 91929-080     Date: 9/9/09

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW: <u>XX</u> Initial Review ___ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __N/A__ ).

___ Good <u>XX</u> Satisfactory ___ Poor___ Not Rated

<u>RELEASE READINESS FACTORS:</u>
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: None.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his initial review. He was informed he has been assigned a Control Unit status of 64 months.

ADVISOR:

COMMITTEE RECOMMENDATION:     Date of Next Review: __10/14/09__

_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
     projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | J. Arroyo | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Member | Member |

================================================================
NOTED: _____
    Associate Warden                STATUS: __68__

Additional months assigned:___     Number months to projected release: __64__

REVIEWER: _____
         Warden

cc: Inmate
    Central File through Case Manager

85-1

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                    Date: 10/14/09

Date Classified for Control Unit:   08/24/09

REASON FOR REVIEW:__ Initial Review XX 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   9/9/09   ).

___ Good XX  Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: None.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review period.  He will receive credit for the month.

ADVISOR: *A. Clemmer, PhD*

COMMITTEE RECOMMENDATION:                                        Date of Next Review:   11/10/09

 XX  Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
      projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul        K. Fluck       J. Arroyo        Lieutenant        D. Grayson
            Chairman         Member         Member           Member            Member
=================================================================================
NOTED: _____
         Associate Warden

                                                                          STATUS: 68

Additional months assigned:___           Number months to projected release: 63

                        REVIEWER: _____
                                    Warden

cc:  Inmate
     Central File through Case Manager

85-2

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 11/10/09

Date Class fied for Control Unit:   08/24/09

REASON FOR REVIEW:__ Initial Review XX 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   10/14/09   ).

___ Good XX  Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: None.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review
period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                              Date of Next Review:   12/9/09

 XX  Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
        projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Member | Member |

=================================================================
NOTED: _____
        Associate Warden

                                                    STATUS: 68

Additional months assigned:___          Number months to projected release: 62

                        REVIEWER:
                                   Warden

cc:  Inmate
     Central File through Case Manager

85-3

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 12/9/09

Date Classified for Control Unit: __08/24/09_

REASON FOR REVIEW:__ Initial Review_XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __11/10/09__).

___ Good_XX_ Satisfactory ___ Poor__ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: None.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                    Date of Next Review: __1/13/09_

_XX_ Credit with one month of satisfactory conduct
____ Do not credit with one month due to misconduct
____ Do not credit with one month of satisfactory conduct and extend
      projected release date ___ months
____ Do not credit due to disciplinary seg. status
____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Member | Member |

==================================================================
NOTED: _____
        Associate Warden

                                              STATUS: 68

Additional months assigned:___        Number months to projected release: 61

REVIEWER: _____
           Warden

cc: Inmate
    Central File through Case Manager

85-4

**ADMINISTRATIVE MAXIMUM FACILITY**
**Florence, Colorado**
**C O N T R O L   U N I T   R E V I E W S**

Committed Name: SPARKS, Tony                    Reg. No.: 91929-080                    Date: 1/13/10

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:__ Initial Review XX 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held  12/9/09  ).

___ Good XX Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: None.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                              Date of Next Review:  2/10/10

 XX  Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
         projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: D. Sproul          K. Fluck          S. Hansen          Lieutenant          D. Grayson
              Chairman            Member            Member            Member              Member
===========================================================================
NOTED:
         Associate Warden                                                              STATUS: 68

Additional months assigned:__                    Number months to projected release: 60

                              REVIEWER:
                                             Warden

cc:  Inmate
     Central File through Case Manager

85-5

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 2/10/10

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:__ Initial Review_XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held _1/13/10_ ).

___ Good_XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of January.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks is currently enrolled in the GED Program.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

ADVISOR: _A Clemmer, PsyD_

COMMITTEE RECOMMENDATION:                     Date of Next Review: _3/10/10_

_XX_ Credit with one month of satisfactory conduct
____ Do not credit with one month due to misconduct
____ Do not credit with one month of satisfactory conduct and extend
       projected release date ___ months
____ Do not credit due to disciplinary seg. status
____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Member | Member |

=================================================================================

NOTED: _____
          Associate Warden                                          STATUS: _68_

Additional months assigned:___            Number months to projected release: _59_

                          REVIEWER: _____
                                        Warden

cc: Inmate
     Central File through Case Manager

85-6

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 3/10/10

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:__ Initial Review XX 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held _2/10/10_).

___ Good XX Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks is currently enrolled in the GED Program. He has completed Peloponnesian War (Part I).
Adherence to Bureau & Institution Policy: Poor

Additional Comments: Sparks appeared for his 30-day review. He received an incident report during this review period. He will not receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                    Date of Next Review: _4/14/10_

_____ Credit with one month of satisfactory conduct
_XX_ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
      projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|
| Chairman | Member | Member | Member | Member |

==========================================================================
NOTED:
Associate Warden                                      STATUS: 68

Additional months assigned:___        Number months to projected release: 59

REVIEWER: _____
              Warden

cc: Inmate
    Central File through Case Manager

85-7

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 4/14/10

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:__ Initial Review XX  30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  3/10/10   ).

___ Good XX  Satisfactory ___ Poor __ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks is currently enrolled in the GED Program.  He has completed
Peloponnesian War (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review
period, but was on Disciplinary Segregation status.  He will not receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                          Date of Next Review:   5/12/10

_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
      projected release date ___ months
 XX  Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul      K. Fluck      S. Hansen      Lieutenant      D. Grayson
            Chairman       Member        Member         Member          Member
====================================================================================
NOTED:
      Associate Warden                                              STATUS: 68

Additional months assigned:___                Number months to projected release: 59

                          REVIEWER:
                                      Warden

cc:  Inmate
     Central File through Case Manager

85-8

Committed Name: SPARKS, Tony     Reg. No.: 91929-080     Date: 5/12/10

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:__ Initial Review _XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __4/14/10__).

___ Good _XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks is currently enrolled in the GED Program. He has completed Peloponnesian War (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period but he was on Disciplinary Segregation status. He will not receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:      Date of Next Review: __6/9/10__

_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
      projected release date ___ months
_XX_ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: D. Sproul    K. Fluck    S. Hansen    Lieutenant    D. Grayson
           Chairman     Member     Member     Member     Member
==================================================================
NOTED: _____           STATUS: __68__
      Associate Warden

Additional months assigned:___       Number months to projected release: __59__

REVIEWER: _____
          Warden

cc: Inmate
    Central File through Case Manager

85-9

## ADMINISTRATIVE MAXIMUM FACILITY
### Florence, Colorado
### C O N T R O L   U N I T   R E V I E W S

Committed Name: SPARKS, Tony               Reg. No.: 91929-080               Date: 6/16/10

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:__ Initial Review_XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held  5/12/10 ).

___ Good_XX_ Satisfactory ___ Poor__ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks is currently enrolled in the GED Program.  He has completed
Peloponnesian War (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review
period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                               Date of Next Review:  7/14/10

 XX  Credit with one month of satisfactory conduct
____ Do not credit with one month due to misconduct
____ Do not credit with one month of satisfactory conduct and extend
     projected release date ___ months
____ Do not credit due to disciplinary seg. status
____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul        K. Fluck       S. Hansen        Lieutenant        D. Grayson
            Chairman         Member         Member           Member            Member
==============================================================================
NOTED:
        Associate Warden
                                                                     STATUS: 68

Additional months assigned:___                Number months to projected release: 58

                              REVIEWER:
                                         Warden
cc:  Inmate
     Central File through Case Manager

                                                              85-10

Committed Name: SPARKS, Tony              Reg. No.: 91929-080                Date: 7/14/10

Date Classified for Control Unit:  __08/24/09__

REASON FOR REVIEW: __ Initial Review _XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __6/16/10__).

___ Good _XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed
Peloponnesian War (Part I & II).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review
period. He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                              Date of Next Review:  __8/11/10__

_XX_ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
         projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Member | Member |

=================================================================================
NOTED:
         Associate Warden                                                    STATUS: 68

Additional months assigned:___                    Number months to projected release: 57

REVIEWER:
                    Warden

cc: Inmate
      Central File through Case Manager

85-11

Committed Name: SPARKS, Tony                    Reg. No.: 91929-080                    Date: 10/13/10

Date Classified for Control Unit:  _08/24/09_

REASON FOR REVIEW:__ Initial Review_XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held _9/8/10_ ).

___ Good_XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of September.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II) Books That Made History (Part I & II), America at War (Part I), and Stress
Management.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review
period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                        Date of Next Review:  _11/10/10_

_XX_ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
        projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul           K. Fluck         S. Hansen        Lieutenant       D. Grayson
                 Chairman           Member           Member           Member           Member
========================================================================
NOTED:
              Associate Warden                                              STATUS: _68_

Additional months assigned:___                          Number months to projected release: _54_

REVIEWER:
                  Warden

cc:  Inmate
     Central File through Case Manager

85-12

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 8/11/10

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:__ Initial Review _XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held _7/14/10_ ).

___ Good _XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed
Peloponnesian War (Part I & II) and Books That Made History (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review
period. He will receive credit for the month.

ADVISOR: _(signature)_

COMMITTEE RECOMMENDATION:                                    Date of Next Review: __9/8/10__

_XX_ Credit with one month of satisfactory conduct
____ Do not credit with one month due to misconduct
____ Do not credit with one month of satisfactory conduct and extend
____ projected release date ___ months
____ Do not credit due to disciplinary seg. status
____ Do not credit due to his failure to appear for this review.

COMMITTEE: _D. Sproul_        _K. Fluck_      _S. Hansen_      _Lieutenant_      _D. Grayson_
              Chairman          Member          Member           Member           Member
========================================================================================
NOTED: _____
        Associate Warden                                                 STATUS: _68_

Additional months assigned:___                    Number months to projected release: _56_

                              REVIEWER: _____
                                       Warden

cc: Inmate
    Central File through Case Manager

85-13

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 9/8/10

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:__ Initial Review _XX_ 30-Day Review __ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  8/11/10  ).

___ Good _XX_ Satisfactory ___ Poor___ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II) Books That Made History (Part I), and America at War (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review
period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                          Date of Next Review:  10/13/10

_XX_ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
       projected release date ___ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul       K. Fluck       S. Hansen       Lieutenant       D. Grayson
            Chairman        Member         Member          Member           Member
========================================================================
NOTED:
       Associate Warden                                              STATUS: 68

Additional months assigned:___              Number months to projected release: 55

REVIEWER:
                                 Warden

cc: Inmate
    Central File through Case Manager

85-14

Committed Name: SPARKS, Tony_____   Reg. No.: 91929-080_____                Date: 11/10/10

Date Classified for Control Unit:   __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  __10/13/10____).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II) Books That Made History (Part I & II), America at War (Part I), Stress
Management, and 500 Nations.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                Date of Next Review:   __12/8/10__

_XX____   Credit with one month of satisfactory conduct
_____   Do not credit with one month due to misconduct
_____   Do not credit with one month of satisfactory conduct and extend
          projected release date _____ months
_____   Do not credit due to disciplinary seg. status
_____   Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sproul | K. Fluck | S. Hansen | Lieutenant | D. Grayson |
|---|---|---|---|---|---|
|  | Chairman | Member | Member | Member | Member |

================================================================================

NOTED: _____
          Associate Warden                                        STATUS: _68_

Additional months assigned:_____                  Number months to projected release: _53_

                                        REVIEWER: _____
                                                    Warden

cc:  Inmate
     Central File through Case Manager

85-15

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 12/8/10

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __11/10/10__).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I), Stress Management, and 500 Nations.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION: _____ Date of Next Review: __1/12/11__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
_____ projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: D. Sproul     K. Fluck     S. Hansen     Lieutenant     D. Grayson
            Chairman     Member       Member        Member         Member
=================================================================================
NOTED:
        Associate Warden                                           STATUS: 68

Additional months assigned:____          Number months to projected release: 52

REVIEWER:
         Warden

cc: Inmate
    Central File through Case Manager

85-16

**ADMINISTRATIVE MAXIMUM FACILITY**
**Florence, Colorado**
**C O N T R O L   U N I T   R E V I E W S**

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 1/12/11

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review_XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held __12/8/10___).

_____ Good_XX__ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of December.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress
Management, 500 Nations, and Math From the Visual World.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:   __2/9/11__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
             projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: __D. Sproul__  __K. Fluck__  __S. Hansen__   __Lieutenant__   __D. Grayson__
                    Chairman      Member       Member          Member              Member
======================================================================
NOTED:
               Associate Warden                                                       STATUS: 68

Additional months assigned:____                        Number months to projected release: 51

                                                      REVIEWER:
                                                                      Warden

cc:  Inmate
      Central File through Case Manager

85-17

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                    Date: 2/9/11

Date Classified for Control Unit:   __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:   (Which was held  __1/12/11__  ).

_____ Good _XX_  Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress
Management, 500 Nations, and Math From the Visual World.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:   __3/9/11__

_XX___  Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul        K. Fluck     S. Hansen         Lieutenant          D. Grayson
            Chairman         Member       Member            Member              Member
=========================================================================================
NOTED:
        Associate Warden                                               STATUS: **68**

Additional months assigned:____              Number months to projected release: **50**

                                    REVIEWER:
                                             Warden

cc:  Inmate
     Central File through Case Manager

85-18

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                    Date: 3/9/11

Date Classified for Control Unit:   08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   2/9/11   ).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress Management, 500 Nations, Math From the Visual World, and Great Presidents (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                              Date of Next Review:   4/13/11

  XX      Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
           projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:   D. Sproul      K. Fluck     S. Hansen        Lieutenant       D. Grayson
               Chairman       Member      Member            Member          Member
=================================================================================
NOTED:
           Associate Warden                                              STATUS: 68

Additional months assigned:____                    Number months to projected release: 49

                                   REVIEWER:
                                              Warden

cc:  Inmate
     Central File through Case Manager                          85-19

## ADMINISTRATIVE MAXIMUM FACILITY
### Florence, Colorado
# CONTROL UNIT REVIEWS

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 4/13/11

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __3/9/11__).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress
Management, 500 Nations, Math from the Visual World, Great Presidents (Part I), and The Universe (Part II).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                          Date of Next Review: __5/11/11__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
           projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: D. Sproul     K. Fluck     S. Hansen          Lieutenant          D. Grayson
           Chairman     Member       Member             Member              Member
=================================================================================
NOTED:
        Associate Warden                                         STATUS: 68

Additional months assigned:____          Number months to projected release: 48

                                REVIEWER:
                                          Warden

cc:  Inmate
     Central File through Case Manager

85-20

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 5/11/11

Date Classified for Control Unit:     08/24/09

REASON FOR REVIEW:____ Initial Review _XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held    4/13/11    ).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I), and The Universe (Part II). Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                          Date of Next Review:    6/8/11

_XX_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
           projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:    D. Sproul      K. Fluck      S. Hansen      Lieutenant      D. Grayson
              Chairman       Member        Member         Member          Member
=====================================================================================
NOTED:
              Associate Warden                                          STATUS: 68

Additional months assigned:____                    Number months to projected release: 47

                                   REVIEWER:
                                              Warden

cc:  Inmate
     Central File through Case Manager

85-21

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                      Date: 6/8/11

Date Classified for Control Unit:   08/24/09

REASON FOR REVIEW:____ Initial Review XX  30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   5/11/11   ).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), and The Universe (Part
II).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                        Date of Next Review:    7/13/11

  XX     Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:   D. Sproul    K. Fluck    W. Haygood         Lieutenant      D. Grayson
             Chairman     Member      Member             Member          Member
=================================================================================
NOTED:
       Associate Warden
                                                         STATUS: 68

Additional months assigned:____                Number months to projected release: 46

                                    REVIEWER:
                                                  Warden

cc:  Inmate
     Central File through Case Manager

85-22

Committed Name: SPARKS, Tony         Reg. No.: 91929-080                      Date: 7/13/11

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held __6/8/11____).

_____ Good XX__ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, and Legends of the Silver Screen.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.  He will receive credit for the month.

ADVISOR:

COMMITTEE RECOMMENDATION:                                Date of Next Review:    8/10/11

_XX___  Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
              projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:   D. Sproul      K. Fluck      W. Haygood       Lieutenant           D. Grayson
                      Chairman      Member       Member            Member              Member
==============================================================================
NOTED:
                      Associate Warden

                                                                                    STATUS: 68

Additional months assigned:____                    Number months to projected release: 45

                                            REVIEWER:
                                                          Warden

cc:  Inmate
      Central File through Case Manager

85-23

## ADMINISTRATIVE MAXIMUM FACILITY
### Florence, Colorado
## CONTROL UNIT REVIEWS

Committed Name: SPARKS, Tony    Reg. No.: 91929-080    Date: 8/10/11

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:____ Initial Review _XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  7/13/11  ).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of July.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I & II), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, and Legends of the Silver Screen.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review period.  He will receive credit for the month.

ADVISOR: _(signature)_

COMMITTEE RECOMMENDATION:                    Date of Next Review:   9/14/11

 XX   Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: _D. Sproul_  _K. Fluck_  _W. Haygood_  _Lieutenant_  _D. Grayson_
              Chairman    Member    Member      Member       Member
==============================================================================
NOTED: _(signature)_
        Associate Warden                                    STATUS: 68

Additional months assigned:____          Number months to projected release: 44

                              REVIEWER: _(signature)_
                                      Warden

cc:  Inmate
     Central File through Case Manager                    85-24

**ADMINISTRATIVE MAXIMUM FACILITY**
**Florence, Colorado**
**C O N T R O L   U N I T   R E V I E W S**

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 9/14/11

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __8/10/11__).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, and The Human Body.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

PSYCHOLOGY: _(signature)_

COMMITTEE RECOMMENDATION: _____ Date of Next Review: __10/12/11__

_XX_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
          projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: _D. Sproul_   _K. Fluck_   _W. Haygood_   _Lieutenant_   _D. Grayson_
            Chairman      Member        Member         Member         Member
=================================================================================
NOTED: _____
        Associate Warden
                                                              STATUS: _68_

Additional months assigned:_____                    Number months to projected release: _43_

                                        REVIEWER: _(signature)_
                                                    Warden

cc:  Inmate
     Central File through Case Manager

85-25

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 10/12/11

Date Classified for Control Unit:  08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  9/14/11  ).

_____ Good XX  Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, and The Human Body.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                              Date of Next Review:   11/9/11

 XX    Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
          projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul     K. Fluck     W. Haygood       Lieutenant     D. Grayson
            Chairman      Member       Member           Member         Member
=========================================================================
NOTED:
            Associate Warden

                                                        STATUS: 68

Additional months assigned:____          Number months to projected release: 42

                              REVIEWER:
                                        Warden

cc:  Inmate
     Central File through Case Manager

85-26

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 11/9/11

Date Classified for Control Unit: ___08/24/09___

REASON FOR REVIEW:____ Initial Review_XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held ___10/12/11___).

_____ Good_XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of October.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, and The Human Body.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review period.  He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                              Date of Next Review: ___12/14/11___

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
            projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:   D. Sproul      K. Fluck      W. Haygood      Lieutenant      D. Grayson
             Chairman       Member        Member          Member          Member
=================================================================================
NOTED: _____
            Associate Warden                                              STATUS: 68

Additional months assigned:____                    Number months to projected release: 41

                                        REVIEWER: _____
                                                       Warden

cc:  Inmate
     Central File through Case Manager

85-27

## ADMINISTRATIVE MAXIMUM FACILITY
### Florence, Colorado
# C O N T R O L   U N I T   R E V I E W S

Committed Name: SPARKS, Tony        Reg. No.: 91929-080                    Date: 12/14/11

Date Classified for Control Unit:  __08/24/09__

REASON FOR REVIEW:___ Initial Review_XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held __11/9/11__ ).

_____ Good_XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, and The American Experience (Part V).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.  He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:   __1/11/12__

 _XX___ Credit with one month of satisfactory conduct
 _____ Do not credit with one month due to misconduct
 _____ Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
 _____ Do not credit due to disciplinary seg. status
 _____ Do not credit due to his failure to appear for this review.

COMMITTEE: __D. Sproul__  __K. Fluck__  __W. Haygood__    __Lieutenant__      __D. Grayson__
              Chairman      Member        Member          Member             Member
=========================================================================================
NOTED: _____
         Associate Warden                                                       STATUS: 68

Additional months assigned:____                            Number months to projected release: 40

                                           REVIEWER:
                                                Warden

cc:  Inmate
     Central File through Case Manager                                    85-28

# ADMINISTRATIVE MAXIMUM FACILITY
## Florence, Colorado
## C O N T R O L   U N I T   R E V I E W S

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 1/11/12

Date Classified for Control Unit: ___08/24/09___

REASON FOR REVIEW:____ Initial Review _XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __12/14/11__ ).

_____ Good _XX__ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), and Steven Hawking's Universe.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                           Date of Next Review: __2/8/12__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
            projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: ___D. Sprouf___  ___K. Fluck___  ___W. Haygood___  ___Lieutenant___  ___D. Grayson___
                  Chairman        Member          Member          Member          Member
========================================================================
NOTED: _____
              Associate Warden                                    STATUS: 68

Additional months assigned:____                Number months to projected release: 39

                                    REVIEWER: _____
                                                        Warden

cc:  Inmate
     Central File through Case Manager                    **85-29**

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 2/8/12

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __1/11/12__ ).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I), and Faces of Freedom.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY: _(signature)_

COMMITTEE RECOMMENDATION:                                 Date of Next Review:   __3/14/12__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul        K. Fluck     W. Haygood      Lieutenant        D. Grayson
            Chairman          Member       Member          Member            Member
=================================================================================
NOTED: _(signature)_
           Associate Warden                                                    STATUS: 68

Additional months assigned:____            Number months to projected release: 38

                                    REVIEWER: _(signature)_
                                              Warden

cc:  Inmate
     Central File through Case Manager                            85-30

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 3/14/12

Date Classified for Control Unit: ___08/24/09___

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held __2/8/12___).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven
Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, and Health &
Biology.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                          Date of Next Review: ___4/11/12___

_XX___  Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
              projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul      K. Fluck      W. Haygood      Lieutenant      D. Grayson
                    Chairman     Member       Member           Member          Member
=================================================================================
NOTED:
            Associate Warden                                              STATUS: 68

Additional months assigned:_____                Number months to projected release: 37

                                          REVIEWER:
                                                         Warden

cc:  Inmate
      Central File through Case Manager                                          85-31

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                    Date: 4/11/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:____ Initial Review XX  30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held    3/14/12    ).

_____ Good XX   Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven
Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health &
Biology, Lost Cities, and Paranormal Psychology.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:    5/9/12

  XX     Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:      D. Sproul       K. Fluck        W. Haygood        Lieutenant        D. Grayson
                Chairman        Member          Member            Member            Member
===================================================================================
NOTED:
        Associate Warden                                                            STATUS: 68

Additional months assigned:____                    Number months to projected release: 36

                                        REVIEWER:
                                            Warden

cc:  Inmate
     Central File through Case Manager          85-32

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                              Date: 5/9/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held    4/11/12    ).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of April.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven
Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health &
Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, and The Mind.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.  He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                        Date of Next Review:    6/13/12

 XX    Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
          projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:   D. Sproul      K. Fluck      W. Haygood         Lieutenant        D. Grayson
             Chairman       Member        Member             Member            Member
========================================================================================
NOTED:
            Associate Warden                                                    STATUS: 68

Additional months assigned:____                       Number months to projected release: 35

                                           REVIEWER:
                                                  Warden

cc:  Inmate
     Central File through Case Manager                                          85-33

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 6/13/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   5/9/12    ).

_____ Good XX   Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of April.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven
Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health &
Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, and The Mind.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.  He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                        Date of Next Review:    7/11/12

  XX      Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:     D. Sproul      K. Fluck      W. Haygood      Lieutenant      D. Grayson
               Chairman        Member        Member          Member          Member
==================================================================================
NOTED:
         Associate Warden
                                                                           STATUS: 68

Additional months assigned:____                    Number months to projected release: 34

                                          REVIEWER:
                                                    Warden

cc:  Inmate
     Central File through Case Manager          85-34

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 7/11/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:____ Initial Review _XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   6/13/12   ).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, and Engineering Disasters.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                        Date of Next Review:    8/8/12

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
             projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | D. Sprouf | K. Fluck | W. Haygood | Lieutenant | D. Grayson |
| --- | --- | --- | --- | --- | --- |
| | Chairman | Member | Member | Member | Member |

===========================================================================
NOTED: _____
             Associate Warden                                        STATUS: 68

Additional months assigned:____              Number months to projected release: 33

REVIEWER: _____
                    Warden

**85-35**

cc:  Inmate
      Central File through Case Manager

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 8/8/12

Date Classified for Control Unit: ___08/24/09___

REASON FOR REVIEW:____ Initial Review _XX_ 30-Day Review ____ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __7/11/12____).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, and Roots of Human Behavior.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:    9/12/12

_XX____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
          projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  D. Sproul    K. Fluck      W. Haygood     Lieutenant      D. Grayson
             Chairman     Member         Member          Member         Member
===========================================================================
NOTED: _____
        Associate Warden                                              STATUS: 68

Additional months assigned:____                    Number months to projected release: 32

                                        REVIEWER: _____
                                                   Warden
cc:  Inmate
     Central File through Case Manager        85-36

**ADMINISTRATIVE MAXIMUM FACILITY**
**Florence, Colorado**
**C O N T R O L   U N I T   R E V I E W S**

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 9/12/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___  Special Review

ADJUSTMENT SINCE LAST REVIEW:   (Which was held   8/8/12   ).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V),
Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health
& Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of
Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement,
Founding Fathers & Brothers, and How the Earth Works (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                              Date of Next Review:    10/10/12

  XX____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
             projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| | | | | |
|---|---|---|---|---|
| COMMITTEE: D. Sproul | K. Fluck | W. Haygood | D. Caryll | D. Grayson |
| Chairman | Member | Member | Lieutenant | Member |
| | | | Member | |

======================================================================
NOTED:     _____Autry_____
            Associate Warden                                          STATUS: 68

Additional months assigned:_____          Number months to projected release: 31

                              REVIEWER: _____
                                        Warden

cc:  Inmate
     Central File through Case Manager                    85-37

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 10/10/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:   (Which was held    9/12/12    ).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.   He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement, Founding Fathers & Brothers, and How the Earth Works (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                    Date of Next Review:    11/14/12

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
           projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

| COMMITTEE: | K. Pearson | K. Fluck | W. Haygood | D. Angell | D. Grayson |
|---|---|---|---|---|---|
| | Chairman | Member | Member | Lieutenant | Member |

=======================================================================

NOTED: _____
           Associate Warden                                    STATUS: 68

Additional months assigned:____          Number months to projected release: 30

                                    REVIEWER: _____
                                                  Warden

cc:   Inmate
       Central File through Case Manager                           **85-38**

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 11/14/12

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review_XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __10/10/12__).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement, Founding Fathers & Brothers, How the Earth Works (Part I), and The National Parks.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

PSYCHOLOGY: J. ₵⅃6

COMMITTEE RECOMMENDATION:                    Date of Next Review: __12/12/12__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
            projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: K. Pearson    K. Fluck    W. Haygood    Lieutenant    D. Grayson
                Chairman      Member      Member        Member        Member
========================================================================
NOTED: _____
            Associate Warden                                    STATUS: 68

Additional months assigned:____                    Number months to projected release: 29

                                REVIEWER: _____
                                              Warden

85-39

Committed Name: SPARKS, Tony        Reg. No.: 91929-080                               Date: 12/11/12

Date Classified for Control Unit:    08/24/09

REASON FOR REVIEW:____ Initial Review XX  30-Day Review ____  Special Review

ADJUSTMENT SINCE LAST REVIEW:   (Which was held __11/14/12___).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Received a Sanitation Award for the Month of November.
Personal Grooming & Cleanliness: Good
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V),
Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health
& Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of
Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement,
Founding Fathers & Brothers, How the Earth Works (Part I), and The National Parks.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.  He will receive credit for the month.

PSYCHOLOGY:  J. R

COMMITTEE RECOMMENDATION:                                        Date of Next Review:    1/15/13

__XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
            projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE:  K. Pearson    K. Fluck    W. Haygood       Lieutenant       D. Grayson
                     Chairman       Member      Member           Member             Member
=================================================================================
NOTED: _____
               Associate Warden
                                                                              STATUS: 68

Additional months assigned:____                    Number months to projected release: 28

                                          REVIEWER: _____
                                                             Warden

cc:  Inmate
      Central File through Case Manager                                      85-40

**ADMINISTRATIVE MAXIMUM FACILITY**
**Florence, Colorado**
**C O N T R O L  U N I T  R E V I E W S**

Committed Name: SPARKS, Tony          Reg. No.: 91929-080          Date: 1/15/13

Date Classified for Control Unit:   08/24/09

REASON FOR REVIEW:___ Initial Review XX  30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held   12/11/12   ).

_____ Good XX  Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed
Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress
Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II),
Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V),
Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health
& Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of
Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement,
Founding Fathers & Brothers, How the Earth Works (Part I & II), and The National Parks.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.   He maintained clear conduct during this review
period.   He will receive credit for the month.

PSYCHOLOGY:

COMMITTEE RECOMMENDATION:                                Date of Next Review:   2/12/13

 XX     Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
         projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:  R. Keyes  K. Fluck  W. Haygood  Lieutenant  D. Grayson
            Chairman   Member    Member      Member      Member
=================================================================================
NOTED: _____
         Associate Warden                                STATUS: 68

Additional months assigned:____          Number months to projected release: 27

                              REVIEWER: _____
                                           Warden

cc:  Inmate
     Central File through Case Manager                   85-41

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 2/12/13

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held ___1/15/13___).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement, Founding Fathers & Brothers, How the Earth Works (Part I & II), The National Parks, We Shall Remain, and Events That Changed History (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

PSYCHOLOGY: _J. R_

COMMITTEE RECOMMENDATION: _____ Date of Next Review: __3/12/13__

_XX___ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: R. Keyes _ K. Fluck _ W. Haygood _ Lieutenant _ D. Grayson
Chairman _ Member _ Member _ Member _ Member
=====================================================================
NOTED: _____
Associate Warden _____ STATUS: 68

Additional months assigned:____ _____ Number months to projected release: 26

REVIEWER: _____
Warden

cc: Inmate
Central File through Case Manager _____ 85-42

Committed Name: SPARKS, Tony _____ Reg. No.: 91929-080 _____ Date: 3/12/13

Date Classified for Control Unit: __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW: (Which was held __2/12/13__ ).

_____ Good _XX_ Satisfactory _____ Poor____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010. He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement, Founding Fathers & Brothers, How the Earth Works (Part I & II), The National Parks, We Shall Remain, and Events That Changed History (Part I).
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review. He maintained clear conduct during this review period. He will receive credit for the month.

PSYCHOLOGY: ⟨signature⟩

COMMITTEE RECOMMENDATION:                              Date of Next Review: __4/10/13__

_XX_____ Credit with one month of satisfactory conduct
_____ Do not credit with one month due to misconduct
_____ Do not credit with one month of satisfactory conduct and extend
              projected release date _____ months
_____ Do not credit due to disciplinary seg. status
_____ Do not credit due to his failure to appear for this review.

COMMITTEE: R. Keyes    K. Fluck    W. Haygood    Lieutenant    D. Grayson
           Chairman    Member      Member        Member        Member
=================================================================================
NOTED: ⟨signature⟩
       Associate Warden                                        STATUS: 68

Additional months assigned:____              Number months to projected release: 25

85-43                    REVIEWER: ⟨signature⟩
                                   Warden
cc: Inmate
    Central File through Case Manager

Committed Name: SPARKS, Tony          Reg. No.: 91929-080                    Date: 4/9/13

Date Classified for Control Unit:  __08/24/09__

REASON FOR REVIEW:___ Initial Review _XX_ 30-Day Review ___ Special Review

ADJUSTMENT SINCE LAST REVIEW:  (Which was held  __3/12/13__ ).

_____ Good _XX_ Satisfactory _____ Poor_____ Not Rated

RELEASE READINESS FACTORS:
Quarters Sanitation: Satisfactory
Personal Grooming & Cleanliness: Satisfactory
Personal Relationship with Other Inmates & Staff: Satisfactory
Work Involvement: None
Self-Improvement Activities: Sparks received his GED certificate in July 2010.  He has completed Peloponnesian War (Part I & II), Books That Made History (Part I & II), America at War (Part I, II, & III), Stress Management, 500 Nations, Math From the Visual World, Great Presidents (Part I & II), The Universe (Part II), Grief, Legends of the Silver Screen, The Human Body, Solar System, The American Experience (Part V), Steven Hawking's Universe, Brief World History (Part I & II), Faces of Freedom, Discovering Psychology, Health & Biology, Lost Cities, Paranormal Psychology, Breaking Barriers, Health Education, The Mind, Houses of Healing, The World's Greatest Paintings, Engineering Disasters, Roots of Human Behavior, Self-Improvement, Founding Fathers & Brothers, How the Earth Works (Part I & II), The National Parks, We Shall Remain, Events That Changed History (Part I & II), and Ancients Behaving Badly.
Adherence to Bureau & Institution Policy: Satisfactory

Additional Comments: Sparks appeared for his 30-day review.  He maintained clear conduct during this review period.  He will receive credit for the month.

PSYCHOLOGY:  J. RG

COMMITTEE RECOMMENDATION:                                          Date of Next Review:    __5/14/13__

_XX___  Credit with one month of satisfactory conduct
_____  Do not credit with one month due to misconduct
_____  Do not credit with one month of satisfactory conduct and extend
              projected release date _____ months
_____  Do not credit due to disciplinary seg. status
_____  Do not credit due to his failure to appear for this review.

COMMITTEE:  R. Keyes     K. Fluck     W. Haygood     Lieutenant     D. Grayson
              Chairman      Member       Member         Member       Member
=====================================================================================
NOTED: _____
              Associate Warden                                                      STATUS: _68_

Additional months assigned:____                          Number months to projected release: _24_

REVIEWER: _____
                        Warden

cc:  Inmate                          **85-44**
      Central File through Case Manager