

Defendant's Exhibit

92



Defendant's Exhibit 100

22.10.1992

Grundschule Riedenberg

8781 Riedenberg

Tony Gerber

Beobachtungen nach einem sechswöchigen Probeunterricht (Schüler der sonderpädagogischen Diagnose- und Förderklasse in Riedenberg)

Soziales Verhalten:

Tony ist ein aufgeschlossener und vielseitig interessierter Schüler, der sich problemlos und rasch in die Klassengemeinschaft eingefügt hat. Freundlich und mitteilsam geht er auf Mitschüler und Lehrer zu und unterhält bereits zahlreiche Sozialkontakte.

Arbeitsverhalten:

Ruhig und selbständig geht Tony an alle gestellten Anforderungen heran, kann sie aber nicht immer konzentriert und folgerichtig zu Ende führen. Leicht läßt der Schüler sich ablenken und folgt dann dem Unterrichtsgeschehen nur phasenweise und mit schwankender Aufmerksamkeit. Tony ist noch häufig auf zusätzliche individuelle Hilfestellungen angewiesen.

Defendant's Exhibit

99A

TS000001454

...kann sie aber nicht immer... heran, kann sie aber nicht immer... Ende führen. Leicht läßt der Schüler sich ablenken und folgt dem Unterrichtsgeschehen nur phasenweise und mit schwankender Aufmerksamkeit. Tony ist noch häufig auf zusätzliche individuelle Hilfestellungen angewiesen.

Leistungen:

Tony liest bekannte und unbekannte Texte langsam, dafür meist buchstabengenau und klanggestaltend. Seine gestalterische Ausdrucksfähigkeit zeigt sich besonders beim Lesen mit verteilten Rollen, bei szenischen Darstellungen oder im Rollenspiel. Die Nachschriften fertigt der Schüler zügig und fehlerlos an. Sein Schriftbild ist einheitlich und sauber. Unsicherheiten zeigt er in Probediktaten besonders bei der Groß- und Kleinschreibung der Wörter. Im mündlichen Sprachgebrauch erfreut er mit einem umfangreichen und treffendem Wortschatz. Seine Aufsätze schreibt er wortgewandt, ideenreich und phantasievoll. Sachverhalte aus der Heimat- und Sachkunde oder in Bildergeschichten kann er detailliert beobachten und logisch in Zusammenhänge setzen. In Mathematik rechnet Tony zufriedenstellend, solange die Aufgaben nicht vom geübten Schema abweichen. Es fällt ihm nicht immer leicht, bei Sachaufgaben die Rechenoperation herauszufinden oder Platzhalteraufgaben selbständig zu lösen.

Aufgrund dieser Beobachtungen und Leistungen kann davon ausgegangen werden, daß Tony die Grundschule mit Erfolg besuchen kann.

Ch. Nicola-Heger
Klassenlehrerin

Defendant's Exhibit 99

TS000001453



Defendant's Exhibit 98



Defendant's Exhibit 97



Defendant's Exhibit 96



Defendant's Exhibit 95



Defendant's Exhibit 94



Defendant's Exhibit

93

TS000001469