

GOVERNMENT
EXHIBIT
3   32   Isat
W99 CR 700) + (2)   5-24-00

Government
Exhibit
W-99-CR-070(03)
001



Government
Exhibit
W-99-CR-070 (03)
015



Government
Exhibit
W-99-CR-070 (03)
014



Government
Exhibit
W-99-CR-070 (03)
013



Government
Exhibit
W-99-CR-070 (03)
012



Government
Exhibit
W-99-CR-070 (03)
011



Government
Exhibit
W-99-CR-070 (03)
010



Government
Exhibit
W-99-CR-070 (03)
009



Government
Exhibit
W-99-CR-070 (03)
008



Government
Exhibit
W-99-CR-070 (03)
007



Government
Exhibit
W-99-CR-070 (03)
006





Government
Exhibit
W-99-CR-070(03)
005





Government
Exhibit
W-99-CR-070(03)
004





Government
Exhibit
W-99-CR-070(03)
003



GOVERNMENT
EXHIBIT
3
33
W99CR070(3)+(2)

Government
Exhibit
W-99-CR-070(03)
002