

Government
Exhibit
W-99-CR-070 (03)
016



Government
Exhibit
W-99-CR-070 (03)
030



Government
Exhibit
W-99-CR-070 (03)
029



Government
Exhibit
W-99-CR-070 (03)
028



Government
Exhibit
W-99-CR-070 (03)
027



Government
Exhibit
W-99-CR-070 (03)
026



Government
Exhibit
W-99-CR-070 (03)
025



Government
Exhibit
W-99-CR-070 (03)
024



Government
Exhibit
W-99-CR-070 (03)
023



Government
Exhibit
W-99-CR-070 (03)
022



Government
Exhibit
W-99-CR-070 (03)
021



Government
Exhibit
W-99-CR-070 (03)
020



Government
Exhibit
W-99-CR-070 (03)
019



Government
Exhibit
W-99-CR-070 (03)
018



Government
Exhibit
W-99-CR-070 (03)
017