



Government Exhibit W-99-CR-070(03) 045













Government Exhibit
W-99-CR-070 (03)
039















Government Exhibit W-99-CR-070 (03) 032