

Government Exhibit W-99-CR-070(03) 046





Government
Exhibit
W-99-CR-070 (03)
048



Government Exhibit
W-99-CR-070(030)
047