0684-99-CID034-34927

GOVERNMENT
EXHIBIT
3   154
W99CR700()+G)   5-26-00

Government
Exhibit
W-99-CR-070(03)
051



Government
Exhibit
W-99-CR-070 (03)
058

057



Government
Exhibit
W-99-CR-070 (03)
057



Government
Exhibit
W-99-CR-070(03)
056





Government
Exhibit
W-99-CR-070(03)
055

0684-99-CID034-34927



Government
Exhibit
W-99-CR-070(03)
054



0684-99-CID034-34927

Government
Exhibit
W-99-CR-070(03)
053

U684-99-CID034-34927



Government
Exhibit
W-99-CR-070(03)
052