


# United States Army Training Center

### 1st Basic Combat Training Brigade

### Fort Jackson, South Carolina

This Certificate is presented to

PRIVATE FIRST CLASS TODD ALAN BAGLEY., 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

for successful completion of Basic Combat Training

Given this  3rd  day of  March  19 94



KEVIN A. BROWN
CPT, TC
Commanding

GARTH T. BLOXHAM
LTC, IN
Commanding

FJ Form 8-1
1 Jul 88

### First Team

Government Exhibit
W-99-CR-070 (03)
059

# Certificate of Achievement
## - In Safety -

**U.S. ARMY SIGNAL CENTER and FORT GORDON**

*is awarded to*

PFC Bagley, Todd A.

**For** Your outstanding devotion and dedication to mission safety expressed by your professional commitment to the Fort Gordon Stand-Up Safety Day 1994.

This 13th Day of May 19 94

William V. Anderson
Director,
Signal Branch Safety Office




# United States Army Signal Corps

### - Fort Gordon, Georgia -

## CERTIFICATE OF SIGNAL CORPS (REGIMENTAL) AFFILIATION

By virtue of the authority vested in me as the Chief Signal Officer, US Army,

Be it known that

___TODD A BAGLEY    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___

has achieved the requisite academic and professional standards for recognition as an affiliated member of the United States Army Signal Corps (Regiment).

Your affiliation shall continue so long as you remain a member of the United States Army Signal Corps in any military or government service status.

Issued at
The Home of the Signal Corps
this __15th__ day of __Aug__ 19 __94__

*Douglas D. Buchholz*
**DOUGLAS D. BUCHHOLZ**
Major General, U.S. Army
Chief of Signal

FG FORM 6723    (USASC&FG REG 350-5)

# United States Army Signal Center and Fort Gordon

## Fort Gordon, Ga.



**Be it known that**
TODD A BAGLEY   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
*having successfully completed the*

TRANSPORTABLE AUTOMATIC SWITCHING SYS OPR/MAINT   622-36L10
COURSE LENGTH - 950 HOURS
(14-Mar-94 - 15-Aug-94)

*is hereby awarded this*



* * * Diploma * * *

In testimony whereof and by virtue of authority vested in us by the Department of the Army we hereby affix our signatures and the seal of this institution, Fort Gordon, Ga. this 15TH day of AUG 19 94.

STANLEY L. EVANS
Colonel, SC
Director of Training and Doctrine

ROBERT E. GRAY
Major General, U.S. Army
Commanding General

FG FORM 6812, 1 FEB 91      (PROPONENT: ACADEMIC RECORDS SECTION)



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO    PRIVATE FIRST CLASS TODD BAGLEY
BRAVO COMPANY, 304TH SIGNAL BATTALION, 1ST SIGNAL BRIGADE

FOR    EXCEPTIONALLY MERITORIOUS SERVICE AS AN OPERATOR/MAINTAINER OF THE AN/TTC-39D. HIS PERFORMANCE AND TECHNICAL EXPERTISE WERE INSTRUMENTAL TO THE SUCCESS OF THE UNIT. HIS MOTIVATION AND DEDICATION TO DUTY REFLECT GREAT CREDIT UPON HIMSELF, HIS UNIT, AND THE UNITED STATES ARMY.

FROM:    2 SEPTEMBER 1994 TO 1 SEPTEMBER 1995
PERMANENT ORDERS: 55-5

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 1ST DAY OF AUGUST 19 95

KENNETH C. WHITE
LTC, SC
Commanding

SECRETARY OF THE ARMY



# DEPARTMENT OF THE ARMY
# CERTIFICATE OF TRAINING

### This is to certify that

PFC TODD A. BAGLEY
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

### has successfully completed

A 40 HOUR CLASS IN BASIC MILITARY MOUNTAINEERING AND RAPPELLING

AT THE CHEJU-DO TRAINING CENTER, 19TH TAACOM, REPUBLIC OF KOREA

27 FEBRUARY 1995 - 06 MARCH 1995

Given at USA TRAINING CENTER, CHEJU-DO

WALLACE B. CELTRICK
CPT, TC
Commanding

DA FORM 87, 1 OCT 78   EDITION OF 1 JUL 74 WILL BE USED.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

SPECIALIST TODD A. BAGLEY
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

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY

IN ACTIVE FEDERAL MILITARY SERVICE

FROM  28 DECEMBER 1993  TO  27 DECEMBER 1996



MELITA E. McCULLY
LTC, SC
Commanding

DA FORM 4950, JAN 81



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

**TO**  SPECIALIST TODD BAGLEY
ALPHA COMPANY, THE 13TH SIGNAL BATTALION, 1ST CAVALRY DIVISION

**FOR**  FROM 15 OCT 1996 THROUGH 13 DEC 1996, SPC BAGLEY'S HARD WORK AND DEDICATION TO MISSION ACCOMPLISHMENT MADE THE ATCCS VI MISSION A GREAT SUCCESS. THIS REFLECTS GREAT CREDIT UPON HIMSELF, THE 13TH SIGNAL BATTALION, THE 1ST CAVALRY DIVISION, AND THE UNITED STATES ARMY.

FROM: 15 OCTOBER 1996 TO 13 DECEMBER 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   28TH   DAY OF   JANUARY   19   97

PERMANENT ORDERS NUMBER 028-09

HQS, 13TH SIGNAL BN, 1ST CD
FORT HOOD, TEXAS 76545



*Melita E. McCully*
SECRETARY OF THE ARMY
MELITA E. McCULLY
LTC, SC
Commanding



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

**TO**  SPECIALIST TODD A. BAGLEY
ALPHA COMPANY, 13TH SIGNAL BATTALION, 1ST CAVALRY DIVISION

**FOR**  MERITORIOUS ACHIEVEMENT DURING 1ST CAVALRY DIVISION'S WARFIGHTER RAMP-UP AND WARFIGHTER CPX '97. SPC BAGLEY'S DEDICATION AND SKILL FACILITATED THE DIVISION'S OVERWHELMING SUCCESS. HIS ACTIONS REFLECT GREAT CREDIT UPON THE 13TH SIGNAL BATTALION, 1ST CAVALRY DIVISION AND THE UNITED STATES ARMY.

FROM: 12 FEB 1997   TO   20 MAR 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 25TH DAY OF MARCH 19 97

PERMANENT ORDERS NUMBER 084-29

HQS, 13TH SIGNAL BN, 1ST CD
FORT HOOD, TEXAS 76545

MELITA E. McCULLY
LTC, SC
COMMANDING

SECRETARY OF THE ARMY



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO  **SPECIALIST TODD A. BAGLEY**
**A CO, 13TH SIG BATTALION, 1ST CAVALRY DIVISION**

FOR  EXCEPTIONALLY MERITORIOUS SERVICE AS A NODE CENTER OPERATOR IN NODE CENTER 41. SPC BAGLEY'S LOYALTY, DEDICATION, AND INNATE ABILITY TO ACHIEVE SUCCESS IN ALL ENDEAVORS BRINGS GREAT CREDIT UPON HIMSELF, THE 13TH SIGNAL BATTALION AND THE UNITED STATES ARMY.

5 OCTOBER 1995 THROUGH 27 DECEMBER 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 27th DAY OF NOVEMBER 19 97

SECRETARY OF THE ARMY

STEPHEN M. SPEAKES
COL, AR
Commanding

2ND BRIGADE
1ST CAVALRY DIVISION
PERMANENT ORDER #7265-15

DA FORM 4980-14, APR 81

 

# III CORPS AND FORT HOOD
## DIRECTORATE OF COMMUNITY ACTIVITIES
### *PHYSICAL ACTIVITIES DIVISION*

# Certificate of Appreciation

### IS AWARDED TO

## Specialist Todd Bagley
## A Company, 13th Signal Battalion

**For** your commendable service as a shift leader at Martin Pool during the 1997 season. Your hard work and exceptional leadership ensured a safe and enjoyable summer for all. Your professional courtesy and daily commitment to excellence reflect highly upon yourself and the Aquatics Division and truly enhance Fort Hood as "The Great Place" to live and work.

_____
Ronald C. Foster
**Chief, Physical Activities Division**

_____
MICHAEL T. HAYES
COL, FA
**Director, Community Activities**

