Terry Terrell Brown - Direct (Mr. Frazier) 1902

1  did you do?  What's the first thing you did?
2  A    I went into the house, and I tried to call Brandon.  And
3  after that, I just waited.  And then I got a call from Brandon,
4  and he told me, you know, where he was, and I told him to come
5  get us -- I told him to come get me.  And once he came and
6  picked me up, me, Brandon Bernard, and Joey Presley rode down to
7  the Long Branch Park to look for -- to look for the car that
8  they were driving.
9  Q    All right.  Okay.  Did you find it?
10 A    No, sir.
11 Q    Did you drive around the park for awhile?
12 A    We drove around several times, and after a couple of times,
13 we were about to leave, and that's when we seen them coming.
14 Q    Okay.  Now, do you know about what time of day it is at
15 this point?
16 A    No, sir.
17 Q    How much time has passed, do you think, from the --
18 A    I believe it -- well, I believe it was some -- at that
19 point in time, it may have been somewhere around 7:30.
20 Q    And this was in the evening, correct?
21 A    Yes.
22 Q    Okay.  What happened when you met up with them at the Long
23 Branch Park?
24 A    We met up at the pool, and I told -- I got out of Brandon
25 Bernard's car, and I walked up to the car that Christopher

Government Exhibit W-99-CR-070 (03) 060

1   Vialva was driving, and I told them to come on.  And at that
2   point, they said okay.  And as I was walking back to the car, I
3   heard them pull out of the -- I heard them pull out of the
4   driveway, and I asked them what they were doing, and they said
5   that they couldn't -- Christopher Vialva said he couldn't -- he
6   couldn't leave the car, because they had fingerprints on it.
7   Q   All right.  Let me stop you there just a second.  Did you
8   pull up to the side of the car and talk to Christopher Vialva?
9   A   No, sir.
10  Q   Where did this happen?
11  A   It's hard --
12  Q   The conversation, where did it happen?
13  A   Oh, I got out of the car.  I approached the vehicle.
14  Q   Okay.  Now, when you're talking with Christopher Vialva,
15  only on this occasion and the other occasions when you were
16  riding in the vehicle, are you talking in a normal tone of
17  voice, or are you whispering, or how are you talking?
18  A   I'm speaking in a normal tone.
19  Q   All right.  Is Christopher Vialva speaking in a normal tone
20  of voice?
21  A   Yes.
22  Q   All right.  You went up to Mr. -- to the window where Mr.
23  Vialva was driving the car, correct?
24  A   Yes, sir.  No, see, I approached up to the -- I approached
25  the window where Christopher Lewis was on the passenger's side.

Terry Terrell Brown - Direct (Mr. Frazier)                1904

1   Q    Okay.  That would be on this side of the car (Indicating),
2   correct?
3   A    Yes, sir.
4   Q    You spoke to Mr. Vialva over here (Indicating)?
5   A    Yes, sir.
6   Q    Please tell the jury what Mr. Vialva said.
7   A    He said that he could not leave the car, because they had
8   fingerprints on it.
9   Q    What happened then?
10  A    At that time, he said that he needed to burn the car, and
11  he would have to do something with the people -- most likely,
12  he'd, basically, kill the people.
13  Q    What did he say?
14  A    He said he had to burn the car and kill the people.
15  Q    What did you say to him?
16  A    At that point, I didn't know what to think.  I just -- I
17  kind of doubted it.  And after that, I just stepped back into
18  Brandon Bernard's car, and we proceeded to take Joey Presley
19  back to his house.
20  Q    All right.  Where were you going, at that point, when you
21  left the Long Branch Park?  If you were just taking Joey
22  Presley, you weren't going to just drop him off and go home,
23  were you?
24  A    No, sir.
25  Q    Where were you going?

1  A    We were supposed to take some back road to Temple, or
2  something -- something of that nature.
3  Q    Who said that?
4  A    Christopher Vialva.
5  Q    Okay. Now, when was that discussed?
6  A    That was at the park.
7  Q    Okay. Then, let's back up to the park and tell the jury
8  what all was discussed. What else did Christopher Vialva say?
9  A    He said that we needed to get some gasoline, and that we
10 would take the back road to Temple, I believe, and burn the car
11 there, or something like that.
12 Q    Did he ever mention again of his intent or what he wanted
13 to do with Todd and Stacie Bagley?
14 A    He did not mention it again.
15 Q    Now, you said earlier that you wasn't sure whether you
16 believed him or not.
17 A    Yes.
18 Q    What did you not believe him about?
19 A    I didn't believe -- I figured that he might burn the car,
20 because it did have fingerprints in it, but I didn't believe
21 that he would harm the people.
22 Q    So, was it discussed that you would take or that Brandon
23 Bernard would take Joey Presley home and drop him off?
24 A    Yes.
25 Q    And did you do that?

1  A   Yes. We proceeded in taking Joey Presley to a friend's
2  house where he was supposed to meet up with his brother. And
3  his brother wasn't there, so we dropped him off. And at the
4  same time, Christopher Vialva had dropped off Tony Sparks.
5  Q   Why was Tony Sparks dropped off, if you know?
6  A   He was on probation and he had a curfew.
7  Q   What time was his curfew?
8  A   I believe eight, maybe.
9  Q   So, he had to be in by then?
10 A   Yes.
11 Q   Where did you meet back up?
12 A   We had followed each other, at that time.
13 Q   All right.
14 A   They lived very close.
15 Q   Did Joey Presley want to go home?
16 A   No, he didn't. He wanted to come with us, but I told him
17 that he needed to go home.
18 Q   Is Joey Presley a member of the Two-One-Two PIRU?
19 A   Yes, he is.
20 Q   Where did you go from there after the folks were dropped
21 off?
22 A   We started riding down Westcliff, and once we were riding
23 down Westcliff, we had passed the Mickey's, and Christopher
24 Vialva approached us in the vehicle and said that we had forgot
25 to get the gas. So, at that time, we turned on to Polk Road,

1  and Brandon Bernard parked, and I got out of the vehicle, and I
2  approached Christopher Vialva's car, and he gave me the money,
3  and I told him that I would go get the gas, and just wait across
4  the street. And at that time, I got back into Brandon's car,
5  and we rode to the Mickey's and purchased the gasoline.
6  Q    Okay. How much money did Christopher Vialva give you?
7  A    Ten dollars.
8  Q    Did you go inside the Mickey's in Westcliff?
9  A    Yes, sir.
10 Q    Who went with you?
11 A    Brandon Bernard.
12 Q    And when you got inside the store, what did you do?
13 A    We discussed that we would -- we didn't have a canteen or
14 anything to put the gasoline in, so we needed to find something
15 else. And at that time, we decided to get some lighter fluid.
16 Q    You're talking about charcoal lighter fluid?
17 A    Yes, sir.
18 Q    Can you see Government's Exhibits Number 11 and Number 12
19 from where you sit?
20 A    Yes, sir.
21 Q    Do those look like the cans you bought?
22 A    I believe so.
23 Q    I'm not saying they're them, I'm asking if they just look
24 like them?
25 A    Yes, sir.

Terry Terrell Brown - Direct (Mr. Frazier)                1908

1  Q    Who actually made the purchase when you went inside the
2  store?
3  A    Brandon Bernard.
4  Q    Okay. At some point, did you give him the money?
5  A    Yes, sir.
6  Q    And when was that?
7  A    I believe sometime right after we'd looked at what we were
8  going to get, I gave him the money, and I proceeded to go to the
9  restroom.
10 Q    All right. I'm going to stop you there for just a minute,
11 and I'm going to back up to Long Branch Park on something that I
12 need to ask you about.
13 A    Okay.
14 Q    When you were having the conversation with Christopher
15 Vialva relative to what he wanted to do with the car and Mr. and
16 Mrs. Bagley in the car, who all was present during that
17 conversation?
18 A    Me, Christopher Vialva, Christopher Lewis, and Tony Sparks.
19 Q    Okay. Where was Brandon Bernard?
20 A    Him and Joey Presley were in his car.
21 Q    Okay. Did Brandon Bernard later become aware of what the
22 plan was?
23 A    Yes, sir.
24 Q    And how did that happen?
25 A    I told him.

Terry Terrell Brown - Direct (Mr. Frazier)                1909

1  Q    Okay.  And he continued to drive on to the Mickey's in
2  Westcliff for you and Mr. Vialva, who's driving -- were he and
3  Mr. Vialva driving the other car, following in tandem, is that
4  correct?
5  A    Yes, sir.
6            MR. FRAZIER:  May I approach the witness, Your Honor?
7            THE COURT:  Yes, sir.
8        (Government Exhibit No. 37 identified.)
9  BY MR. FRAZIER:
10 Q    I will show you these two photographs, sir, marked
11 Government's Exhibit Number 37.  Do you recognize the person
12 pictured in both of those photographs?
13 A    Yes, sir.
14 Q    Who is that person?
15 A    That's me.
16           MR. FRAZIER:  Okay.  In fact, we'll offer Government's
17 37 into evidence at this time, Your Honor.
18           MR. HUNT, JR.:  No objection, Your Honor.
19           THE COURT:  It's admitted.
20       (Government Exhibit No. 37 admitted.)
21 BY MR. FRAZIER:
22 Q    This top photograph, sir, do you know where that picture
23 was made?
24 A    Yes, sir.
25 Q    Where was it made?

Rorie - Direct Examination (By Mr. Frazier)                    2253

1  Q    All right.  The car that you saw three of the people you
2  just described in?
3  A    Yeah.
4  Q    Okay.  Do you remember it having out-of-state license
5  plates on it?
6  A    Naw.  I didn't really pay no attention to the license
7  plates.
8  Q    All right.  Tell us, sir, what happened after you saw them.
9  Did they -- did they pull up and stop?
10 A    Yeah.  They stopped for a minute.
11 Q    All right.  Did you go over to the car?
12 A    Yeah, I went out to the car.
13 Q    Okay.  Tell us what happened.
14 A    I walked to the car, we all talked, and all of a sudden I
15 heard a voice in the back of the trunk.  So, I just -- you know
16 what I'm saying, decided to go back in the house, because I
17 already knew something was going -- it was -- something was up.
18 So, I went back in the house and washed dishes.
19 Q    All right.  Now, let me stop you there or back you up.  You
20 heard a voice coming from the trunk.  Was it a man's voice or a
21 woman's voice?
22 A    It was a lady voice.
23 Q    Could you hear what the lady was saying?
24 A    Yeah.
25 Q    Tell the jury what you heard her say?

Government Exhibit
W-99-CR-070 (03)
063

1  A   The lady asked, you know, do we believe in Christianity?
2  That's all she said.
3  Q   Was she talking to you or to someone else?
4  A   I guess she was talking to somebody in the car or
5  something.
6  Q   Okay. Were you talking to her, did you ever have a
7  conversation with her?
8  A   No, sir.
9  Q   Okay. Was that the only thing you heard her say?
10 A   Yes, sir.
11 Q   Can you describe how her voice sounded to you?
12 A   She sounded kind of frightened, like she was scared.
13 Q   Did you hear anybody in the car respond to her question?
14 A   Yeah, I heard somebody respond to her question.
15 Q   Who did you hear respond, sir?
16 A   Tony -- Tony Sparks.
17 Q   I want you to tell the jury what you heard Tony Sparks
18 say, --
19 A   He told --
20 Q   -- and I want you to say it exactly the way you heard Tony
21 Sparks say it.
22 A   He said -- he told the lady, "I don't give a fuck, because
23 we thugs." That's what he said. And after he said that, I
24 walked back in the house.
25 Q   Okay. Did you tell anything to that group of people out

Rorie - Direct Examination (By Mr. Frazier)                          2255

1  there, did you talk to them or say anything to them?
2  A    I just told them, "I had no part of this, I'm going back in
3  the house."
4  Q    Okay.  What did you do when you got back in the house?
5  A    Talked to my girlfriend, then talked to Terry for a little
6  bit.  And then, after we talked, I went back -- well, I finished
7  washing dishes.  And then, about five minutes later, Terry came
8  back in the house and said Brandon is supposed to come and get
9  us and take us grocery shopping, --
10 Q    Brandon who?  Now, who is --
11 A    Bernard.
12 Q    All right.
13 A    And after that, I -- that was the last time I seen them.
14 Q    All right.  So, let's -- let's -- let's back up just a
15 second.  How much time -- you and Terry had a conversation,
16 correct?
17 A    Uh-huh.
18 Q    Was that a yes?
19 A    Yes.
20 Q    Okay.  And without going into everything that was said,
21 generally what was the subject of the conversation?
22 A    Talked about what was going on.
23 Q    What do you mean, "what was going on"?
24 A    I asked him was he going.  He said -- first he said, naw.
25 So, I thought -- you know -- so I took his word and went back in

Rorie - Direct Examination (By Mr. Frazier)                2256

1  and just started washing dishes.  So, about five minutes later,
2  he come back in the house and say Brandon on his way to come get
3  us, grocery shopping.  So, it took me about 15 more minutes to
4  wash dishes.  I walked back outside, I didn't see nobody out
5  there, so I figured Brandon came by, picked him up and then went
6  riding for a minute.  And I ain't -- that's the last time I ever
7  seen them.
8  Q    All right.  Now, when you say you and Terry talked, my
9  point of my question was this:  Did you and Terry talk generally
10 about the car and "Chris" Vialva?
11 A    Well, naw, we didn't really talk about them, we just -- we
12 just talked about -- you know what I'm saying -- on what he was
13 going to do on his behalf.
14 Q    I'm sorry?
15 A    We was just talking on his behalf.
16 Q    On whose behalf?
17 A    Terry's.
18 Q    What do you mean "talking on his behalf"?
19 A    Well, I asked him, when we got in the house, was he going
20 to go with them.  And really, he didn't sound too sure, so I
21 asked him again, and he said, "Naw, I'm not going to go."  And
22 then we talked -- I told him that was stupid and all -- you know
23 what I'm saying -- what they were doing.  And I kind of -- you
24 know what I'm saying -- tried to put in his mind that he
25 shouldn't be going with them -- you know what I'm saying --

1   messing with you.  And he -- you know what I'm saying -- the way
2   he was talking to me seemed like he was paying attention.  So,
3   we talked, but not even for five minutes, and then we just
4   carried on about our business.
5   Q    All right.  Now, when you were at the roadway, did "Chris"
6   Vialva say anything to you about the people that he had, or at
7   least the person that you know that he had -- that they -- that
8   he had in the trunk of that vehicle?
9   A    He didn't tell me anything about them.
10  Q    Did he make some -- not about them.  Did he make some
11  statement about how he got them or where they came from or how
12  they came to be in the trunk, anything like that?
13  A    Naw.  He just told me that they had forty dollars from
14  them, that's it.
15  Q    I'm sorry?  Back up.
16  A    He just told me they had forty dollars and that was it.
17  They didn't tell me how they -- they put him in the trunk and
18  stuff.
19  Q    Did he say where -- where they came from, where they got
20  the people?
21  A    I believe Mickey's.
22  Q    And who told you that?
23  A    Little Tony told me that.
24  Q    Okay.  Did "Chris" Vialva ever make any statement to you
25  about that?

1   A   Naw.
2   Q   Okay. "Chris" Vialva, what did he tell you about that?
3   A   Well, basically, he ain't really -- he really didn't tell
4   me too much about those people, he didn't really speak that
5   much, because I had -- we -- nobody really spoke but Little
6   Tony. That was the only person speaking in the car.
7   Q   Well, you indicated "Chris" Vialva mentioned something
8   about them having only forty dollars?
9   A   Yeah.
10  Q   Okay. And was he referring to the people that were in the
11  trunk of the car?
12  A   I believe so.
13  Q   Now, did Vialva tell you -- or make any statement to you
14  about now saying anything to anybody?
15  A   No, he didn't make no comment like that, you know. He just
16  -- naw, he didn't do nothing like that.
17  Q   Did he indicate anything about speaking real low?
18  A   Naw. But when I heard them people, I decided to go. I
19  told you I was speaking low.
20  Q   Okay. Was "Chris" Vialva speaking low?
21  A   I can't -- I can't really recall.
22  Q   Did "Chris" Vialva ever tell you what they were going to do
23  with the people, what their plan was to do with the people?
24  A   Just leave the car in the park and go on about their
25  business.

Magee - Direct Examination (By Mr. Frazier)                2231

1  testimony.  He was charged as a -- a Co-Defendant in the
2  carjacking and I believe it's relevant for that purpose.
3           THE COURT:  He is going to say, somebody said, "Do you
4  have a gun?"
5           MR. FRAZIER:  Yes.
6           THE COURT:  That's not a statement that's offered for
7  the truth, it's not hearsay.  That kind of objection you will
8  not approach the Bench for, make that from right over there.
9           (End of Bench conference.)
10 BY MR. FRAZIER:
11 Q     Did you hear Tony Sparks make a request of Greg Lynch?
12 A     Yes, sir.
13 Q     Tell the jury what you heard Tony Sparks ask Greg Lynch.
14          MR. SCHWIEGER:  Your Honor, again I'm going to object
15 to hearsay and I'd ask for a running objection to this
16 testimony.
17          THE COURT:  Overruled.
18          MR. SCHWIEGER: Is the running objection granted?
19          THE COURT: No.
20          MR. SCHWIEGER:  Okay.  Thank you, Your Honor.
21 BY MR. FRAZIER:
22 A     Tony Sparks asked Greg Lynch if he had guns for sale.
23 Q     All right.  Did Greg Lynch respond to that request?
24 A     Yes, sir, he did.
25 Q     What did he say?

Government Exhibit
W-99-CR-070 (03)
062

Magee - Direct Examination (By Mr. Frazier)                          2232

1  A    He said that he -- he couldn't sell him the guns because he
2  didn't' have them any more.
3  Q    All right.  Now, I want to ask you if you heard Greg Lynch
4  make a comment regarding some guns that he had had in his
5  possession the day before, if he had given them to anyone?
6  A    Yes.  Greg Lynch asked --
7            MR. SCHWIEGER:  Again, Your Honor, I'm going to object
8  to hearsay.
9            THE COURT:  Overruled.
10           MR. SCHWIEGER:  Thank you.
11 BY MR. FRAZIER:
12 Q    Go ahead.  That means you can answer the question.
13 A    And Greg Lynch had -- had said that he had gave -- had gave
14 "Chris" the guns, so he -- and he didn't have them any more.
15 Q    Did he say "Chris" specifically or the other persons
16 involved?
17 A    No, he said, "Chris".
18 Q    All right.  And did you know who he was talking about?
19 A    Yes, sir.
20 Q    Who was that?
21 A    The guy standing in the courtroom right now.
22 Q    Which "Chris", just so the record's clear.
23 A    "Chris" Vialva.
24 Q    During this time period, did Tony Sparks ever acknowledge
25 to you or anyone else that he had been in the car that -- or

Lynch - Direct Examination (By Mr. Frazier)                    2184

```
1   Q    And what do they look like?
2   A    The ones that was in that gun.
3   Q    All right.  Do you see them?
4   A    Yes -- yes, sir.
5   Q    What did you do with that gun, the Glock, that you
6   received?
7   A    I went back to my house.
8   Q    Did you keep it there?
9   A    Yes, sir.
10  Q    Now, did something happen the following day, on June 21st
11  of 1999, concerning this Glock?
12  A    Yes, sir.
13  Q    Tell the jury what happened.
14  A    I got phone calls from Vialva, from Sparks, talking about
15  they wanted the gun.
16  Q    Okay.  When you say "Vialva," you're talking about the
17  Defendant you identified earlier?
18  A    Yes, sir.
19  Q    And when you say "Sparks," what is that person's full name?
20  A    Tony Sparks.
21  Q    Okay.  I'll show you a photograph marked Government's
22  Exhibit No. 34.  Can you tell the jury who that is?
23  A    Tony Sparks.
24  Q    Okay.  Tell us what happened during your phone
25  conversations with Mr. Sparks and Mr. Vialva.
```

Government Exhibit
W-99-CR-070 (03)
061

Lynch - Direct Examination (By Mr. Frazier)                     2185

1  A    They kept asking for it and I kept telling them to go to
2  Bernard for it.
3  Q    They kept asking for what?
4  A    For the Glock.
5  Q    And you told them what?
6  A    To ask Bernard.
7  Q    How many times did you think that you talked to them that
8  day about the gun?
9  A    Like three, four in the morning.
10 Q    How many times?
11 A    Three, four times in the morning.
12 Q    Okay.  Did you get into any type of argument with either
13 one -- or either Mr. Vialva or Mr. Sparks concerning the Glock?
14 A    Yes, sir.
15 Q    Who did you get into an argument with?
16 A    Vialva.
17 Q    And what was the -- tell the jury what that argument was
18 about.
19 A    He said he wanted, he told me to get it, that he was going
20 to come pick it up or whatever.  And I kept telling him to go
21 to Bernard to get it, and he said -- I'm like -- I kept asking
22 him why he wanted it and stuff like that.  He just said, "I'm
23 my on mission to make money."
24 Q    What -- what -- what did Mr. Vialva say?
25 A    A "mission to make money."

1  Q   Okay. What else happened? What happened after that?
2  A   I hung up on him.
3  Q   All right. Now, later in that day, did -- did somebody
4  come by your house?
5  A   Yes, sir.
6  Q   Who came by your house?
7  A   It was Bernard, Vialva, "Chris" Lewis and Tony Sparks.
8  Q   Okay. And what about Terry Brown?
9  A   Terry Brown.
10 Q   All right. And whose car did they come in?
11 A   Bernard's.
12 Q   Okay. Tell us what happened when they came over to your
13 house.
14 A   Tony Sparks entered my door and told -- told me -- he was
15 like, "'Dip' say, 'let me get the gun.'" I gave him the gun and
16 he left.
17 Q   Okay. Why did you give him the gun after earlier you were
18 saying, "You were going to have to ask Brandon for it"?
19 A   Because Bernard was there.
20 Q   Okay. Where was Mr. Bernard seated?
21 A   In the car.
22 Q   Who did you actually give the Glock to?
23 A   Tony Sparks.
24 Q   Okay. What did you see Tony Sparks do with the gun?
25 A   Put it in his waistband and go back to the car.

Lynch - Direct Examination (By Mr. Frazier)                2187

1  Q    All right.  Did the group leave, at that point?
2  A    No, sir.
3  Q    How long did they stay?
4  A    Maybe another two minutes.
5  Q    Okay.  What was going on during that two minutes?
6  A    I was -- I was speaking to Terry Brown.
7  Q    Okay.  Now, was Terry Brown -- where was Terry Brown at
8  during this time?
9  A    Right in front of my door.
10 Q    Okay.  And was -- what was he doing there?
11 A    Smoking.
12 Q    Okay.  Smoking what?
13 A    A "blunt."
14 Q    Okay.  And what is a "blunt"?
15 A    A cigar with "weed" in it.
16 Q    Okay.  Be marijuana, correct?
17 A    Yes, sir.
18 Q    Now, did that take place after Mr. Sparks got the gun?
19 A    Yes, sir.
20 Q    And did Mr. Brown stay there, how long, smoking the "weed"
21 with you?
22 A    Not that long.  He stayed maybe like a minute -- a minute
23 or two.
24 Q    Okay.  And did -- is it -- did Mr. Sparks come to the door
25 first, get the gun and then leave, then Mr. Brown came to the