Lewis - Direct Examination (By Mr. Frazier)          2310

1    A    I was out of my house.

2    Q    When you say you were "out," did you voluntarily leave?

3    A    No, sir.

4    Q    What happened?

5    A    I got kicked out.

6    Q    How long had you been living with Tony Sparks?

7    A    A few days.

8    Q    Tell us what happened that day, on the 20th.  Who did you

9    come into contact with, who -- who was over there at Tony

10   Sparks' house?

11   A    Christopher Vialva.

12   Q    And who else?

13   A    Tony Sparks and myself.

14   Q    Okay.  Did the subject of -- of committing a crime come up,

15   at some point?

16   A    Yes, sir.

17   Q    Tell the jury what came up, what you talked about.

18   A    We talked about robbing somebody for some money to help

19   ourselves.  That included -- that was basically it.

20   Q    Okay.  Who all talked -- who are the people that

21   participated in that conversation?

22   A    Tony Sparks, myself and Christopher Vialva.

23   Q    All right.  And who brought up the idea, do you recall?

24   A    No, sir, I don't.

25   Q    Okay.  Did Mr. Vialva ever indicate to you his need for

LASER BOND FORM A  ●  PENGAD • 1-800-631-6989

Government
Exhibit
W-99-CR-070 (03)
064

Lewis - Direct Examination (By Mr. Frazier)                    2311

1    some money?

2    A    Yes, sir.

3    Q    What did he say, what did he tell you?

4    A    He had got kicked out of his house, he some money to get

5    back on his feet.

6    Q    So, what did you and "Chris" and Tony -- Christopher Vialva

7    and Tony Sparks plan to do?  How were you going to commit this

8    robbery?

9    A    Can you explain yourself?

10   Q    Yeah.  What did ya'll -- what was the plan?

11   A    To ask somebody for a ride, to get in and then put a gun to

12   them and ask them for their -- their ATM card and their money

13   and get their PIN number from them, put them in the trunk, and

14   to get the money out of the ATM machines and to drive somewhere

15   and leave them there.

16   Q    Okay.  So, you were looking -- would it be safe to say you

17   were looking for a particular kind of victim, that is, somebody

18   who you thought had a lot of money or an ATM card?

19   A    No, sir.

20   Q    Okay.  I forgot to ask you this earlier.  How old are you

21   now?

22   A    Sixteen.

23   Q    And you were how old at the time this offense was

24   committed?

25   A    Fifteen.

Lewis - Direct Examination (By Mr. Frazier)          2312

1   Q    Now, as part of your Plea Agreement when you pled guilty

2   for those crimes, you voluntarily consented to be treated as an

3   adult, is that correct?

4   A    Yes, sir.

5   Q    Has your lawyer explained to you and you've talked to your

6   attorney concerning whether or not you're subject to the death

7   penalty?

8   A    Can you explain yourself?

9   Q    Yeah.  Do -- could you get the death penalty?

10  A    No, sir.

11  Q    And can you explain to the jury why not?

12  A    It's the law that I was under age to seek the death

13  penalty.

14  Q    That is, under the age of 18?

15  A    Yes, sir.

16  Q    And you and your attorney had discussions about that,

17  correct?

18  A    Yes, sir.

19  Q    Okay.  Was it your understanding that it didn't matter,

20  even if you consented to be treated as an adult, you still could

21  not, under the law, receive the death penalty?

22  A    Yes, sir.

23  Q    Is that your understanding?

24  A    Yes, sir.

25  Q    Okay.  Now, let me go back into the story.  Tell us, sir,

Lewis - Direct Examination (By Mr. Frazier)                    2313

1   after you formed this plan that you just told us about, what did
2   ya'll do, what did the three of ya'll do, at that point?

3   A    Can you explain yourself?

4   Q    Yeah.  What did ya'll do after you -- you told us what the

5   plan was.  What happened next?

6   A    I can't remember, sir.

7   Q    Okay.  What time of day was it?

8   A    Nighttime.

9   Q    All right.  And were you still at Tony Sparks' house?

10  A    Yes, sir.

11  Q    Okay.  Where did you go -- did you go somewhere to try to

12  commit the plan or to try to put the plan into action, to commit

13  the robbery?

14  A    Later that night.

15  Q    That's what I'm asking.

16  A    Yes, sir.

17  Q    Okay.  Is that the first thing you did, or did you have to

18  wait awhile before you did that?

19  A    Wait awhile.

20  Q    Tell us why.

21  A    Tony Sparks' mom -- mother was asleep.  He had to wait

22  until she went to sleep.  So, we wait until she went to sleep.

23  Q    Okay.  And who is the "we" that waited?

24  A    Myself, Christopher Vialva and Tony Sparks.

25  Q    Okay.  Now, were you and Christopher Vialva waiting in the

Lewis - Direct Examination (By Mr. Frazier)                    2314

1    house for her to go to sleep or were you waiting outside the

2    house?

3    A    We walked to his house to get something to eat.

4    Q    To who's house?

5    A    To Christopher Vialva's house.

6    Q    Did you come back?

7    A    Yes, sir.

8    Q    When you came back, was Tony Sparks' mother asleep?

9    A    Not yet, sir.

10   Q    So, what did ya'll do then?

11   A    Went to abandoned house next door.

12   Q    Okay.  And -- next door to Tony Sparks' house?

13   A    Yes, sir.

14   Q    Who went in -- did you go inside the house?

15   A    Yes, sir.

16   Q    Who all went in?

17   A    Myself and Christopher Vialva.

18   Q    Do you know how long you had to wait there?

19   A    No, sir.

20   Q    Was it hours or just minutes or. . .?

21   A    Minutes.

22   Q    At some point, did you come out of the abandoned house?

23   A    Yes, sir.

24   Q    And where did you go?

25   A    To the back of Tony Sparks' house.

LASER BOND FORM A    ®    PENGAD · 1-800-631-6989

Lewis - Direct Examination (By Mr. Frazier)                 2315

1   Q     What did you do at the back of his house?

2   A     Tapped on his window.

3   Q     Then what happened?

4   A     He had came out and we had left and walked around the

5   neighborhood.  We was walking past the park and past the

6   cemetery and we seen some police, so we had started to run.  And

7   we ran down the street.  We ran into Billy Rorie's house.  We

8   had went over to ask for a hat.

9   Q     All right.  Who asked for a hat?

10  A     Christopher Vialva.

11  Q     All right.  Let me stop you there just a second.  I'm going

12  to back up.  In order to commit this robbery, did anybody have a

13  gun?

14  A     Yes, sir.

15  Q     What kind of gun?

16  A     The .22.

17  Q     I'll show you this gun that's marked Government's Exhibit

18  No. 3.  Can you see it from where you sit?

19  A     No, sir.

20        MR. FRAZIER:  May I approach, Your Honor?

21        THE COURT:  Yes, sir.

22  BY MR. FRAZIER:

23  Q     Can you see that?

24  A     Yes, sir.

25  Q     Does that look similar to the gun that you saw?

Lewis - Direct Examination (By Mr. Frazier)                    2316

1    A   Yes, sir.

2    Q   Who had the .22 caliber?

3    A   I can't remember, sir.

4    Q   Whose gun was it?

5    A   Tony Sparks'.

6    Q   Now, you were saying that you were at Billy Rorie's house.

7    Did you leave Billy Rorie's house?

8    A   Yes, sir.

9    Q   Okay.  Now, why did Mr. Vialva want a hat?

10   A   To cover his face.

11   Q   Why was he concerned about his face?

12   A   He didn't want no one to see him.

13   Q   You mean during the robbery?

14   A   Yes, sir.

15   Q   Did ya'll have an idea of where you were going to go, at

16   that point, to commit the robbery?

17   A   No, sir.

18   Q   Did -- was "Chris" Vialva able to get a hat?

19   A   As I recall, sir.

20   Q   All right.  Then what happened?

21   A   We had left.  When we were leaving, I got the .22 from -- I

22   can't remember who I got it from, but I had it in my possession,

23   I had put it in my shoe, you know.  And we had went down the

24   street and we seen some police, so I had threw it in the bush.

25   The police had approached us and asked us why we were out so

Lewis - Direct Examination (By Mr. Frazier)                2317

1   late and didn't we know that it was past curfew.

2   Q    All right.  What did you tell the police officers?

3   A    That we had came from a Teen Club and that we were going to

4   a uncle's house.

5   Q    Whose uncle?

6   A    All of us.  All of ours.

7   Q    All right.  Now, when you say you got the gun from someone,

8   was that someone either Tony Sparks or "Chris" Vialva?

9   A    Yes, sir.

10  Q    All right.  And do you know where you threw it in the bush?

11  A    No, sir.

12  Q    So, tell us what happened.  Was this a female police

13  officer that stopped you?

14  A    At the time it was a male.

15  Q    Okay.  Did a -- did a -- did a guy come up as part of that?

16  A    Yes, sir.

17  Q    All right.  And how long were ya'll on the ground there?

18  A    I can't recall.

19  Q    What happened to Mr. Vialva, did he get arrested?

20  A    No, sir.

21  Q    What happened to him?

22  A    They let him go because they said he was considered an

23  adult.

24  Q    And what happened to you and Tony Sparks?

25  A    His mom had to pick us up.

Lewis - Direct Examination (By Mr. Frazier)                    2318

1   Q     Then where did you go?

2   A     Back to his house.

3   Q     And did that end, at least for that night or that -- those

4   early mornings hours, any plan you had to rob someone?

5   A     Can you explain yourself?

6   Q     Was that the end of the robbery plan for that -- at that

7   time?

8   A     Yes, sir.

9   Q     Okay.  I mean, did you go back out -- I guess my question

10  is, did you go back out any more after you got taken home by

11  Tony Sparks' mother, to try to rob anybody again?

12  A     No, sir.

13  Q     All right.  Now, you got back to Tony Sparks' house,

14  correct?

15  A     Yes, sir.

16  Q     Tell us what happened then.

17  A     His mom and him had got in an argument about him sneaking

18  out and she told him he couldn't sleep there because of what he

19  had did.  They had got -- they was arguing and then he had went

20  and got a tape recorder and his mom said that she didn't want

21  him to stay and he was allowed to and he recorded it, then went

22  outside.  She had came outside and he said he was going to tell

23  the police that.  And after awhile, they had cooled down and she

24  said he could stay, he could come in.  She said I couldn't come

25  in.

Lewis - Direct Examination (By Mr. Frazier)                    2319

1   Q    Okay.  Meaning Tony Sparks could come in but you couldn't?

2   A    Yes, sir.

3   Q    All right.  So, what happened?

4   A    So he went in the house.  He told me to come around to the

5   window when he went in, to loan me a cover and a pillow.  So, he

6   had went in.  I went around the back of his house and I tapped

7   on the window and he had gave it to me.  And his mom said, she

8   told him, "Don't sneak nobody in."  Then he gave it to me, told

9   me to come back in the morning when his mom was gone.  So, I

10  went to the abandoned house and I had slept there.

11  Q    This would be the house right next door?

12  A    Yes, sir.

13  Q    Okay.  Did you wake -- woke up the next morning?

14  A    Yes, sir.

15  Q    What did you do?

16  A    I woke up and went to Tony Sparks' house.

17  Q    Okay.  Was his mother already gone?

18  A    Yes, sir.

19  Q    What happened then?

20  A    I went and knocked on the door and he answered it.  I went

21  in.  I ate some cereal and I sat down and we were just talking

22  and the phone had rang, and it was "Chris" -- Christopher

23  Vialva.  He had told Tony that he was going to come over here,

24  and he had got the .22 out of the bushes.

25  Q    Did he come over there?

Lewis - Direct Examination (By Mr. Frazier)                    2320

1    A    Yes, sir.

2    Q    Okay.  Did he, in fact, have the .22 that you had tossed

3    the early -- earlier that morning?

4    A    Yes, sir.

5    Q    Who did he come with?

6    A    Brandon Bernard.

7    Q    How did they get there to -- to Tony Sparks' house?

8    A    Brandon Bernard's car.

9    Q    Can you see on the TV screen in front of you there this

10   picture marked Government's Exhibit No. 100?  Do you see that

11   car?

12   A    Yes, sir.

13   Q    Whose car is that?

14   A    Brandon Bernard's.

15   Q    Is that the car he came in to your house -- to Tony Sparks'

16   house that morning?

17   A    Yes, sir.

18   Q    Tell us what happened when Mr. Vialva and Mr. Bernard came

19   over to Tony Sparks' house.

20   A    They came over and came inside.  Everyone started talking.

21   Something had came up about the .22, about some -- it wasn't

22   working.  Tony Sparks had -- he was cleaning it with WD-40.

23   Q    What was not working about the .22?

24   A    I can't recall.

25   Q    Okay.  What was the subject of the conversation that was

Lewis - Direct Examination (By Mr. Frazier)                    2321

1   taking place at that time amongst all -- all the people there?

2   What was being talked about?

3   A    The .22.  Christopher Vialva had asked Brandon could he

4   come give him a ride to go do something when he came, because he

5   -- then Brandon told him he had something to do with his mom.

6   Q    Okay.

7   A    So then he had left.

8   Q    Let me back up.  What did Christopher Vialva ask Brandon

9   Bernard to ride to do, a ride for what?

10  A    He didn't tell him at the time, sir.

11  Q    Okay.  That happened later on?

12  A    Yes, sir.

13  Q    All right.  Was anything, at that time -- and this is

14  before Brandon Bernard left, at that time -- was there anything,

15  at that time, being discussed about doing a robbery?

16  A    Not that I can recall, sir.

17  Q    Okay.  Just talked about the .22?

18  A    Yes, sir.

19  Q    All right.  Now, then what happened?

20  A    Brandon Bernard had left.  Tony Sparks, myself, Christopher

21  Vialva had stayed.

22  Q    All right.  Was there somebody that had come over about

23  that time?

24  A    Yes, sir.

25  Q    Just before Brandon Bernard left?

1   A    Yes, sir.

2   Q    And who were -- who was that?

3   A    Mona, Tiffany, Roshan and three little kids.

4   Q    Okay.  Be Mona Berry?

5   A    I don't know her last name.

6   Q    Tiffany Walker?

7   A    Yes, sir.

8   Q    And Roshan Rousseau?

9   A    Yes, sir.

10  Q    Okay.  And what was generally being talked about when they

11  came up there on the scene, what were you guys talking about?

12  A    Talking about Roshan, about Roshan coming over with them.

13  Q    Okay.  Yeah.  I'm talking about before they actually came

14  in the house.  What were you -- when I say "you guys," I'm

15  talking about "Chris" Vialva, you and Tony Sparks and maybe

16  Brandon Bernard or Brandon Bernard, at that point.  What was

17  being discussed?

18  A    I can't recall, sir.

19  Q    Okay.  Were you talking about doing any robberies, at that

20  time?

21        MR. GOAINS:  Your Honor, we're going to object to

22  leading.

23        THE COURT:  Sustained.

24  BY MR. FRAZIER:

25  Q    All right.  Let's go forward, then.  Brandon Bernard

Lewis - Direct Examination (By Mr. Frazier)                    2323

1    leaves.  Did he promise he would come back?

2    A    Yes, sir.

3    Q    Okay.  Who did he tell that to?

4    A    His -- I guess to Christopher Vialva.

5    Q    Okay.  Was that who was talking to him about it?

6    A    Yes, sir.

7    Q    All right.  Now, at some point, did the conversation that

8    day turn to a robbery?  We're talking about another robbery?

9    A    Yes, sir.

10            MR. GOAINS:  Again, we're going to object to -- object

11   to leading, Your Honor.

12            THE COURT:  Sustained.

13   BY MR. FRAZIER:

14   Q    All right.  After the -- after Mona Berry and Roshan

15   Rousseau and the others left, what did ya'll talk about?

16   A    A robbery.

17   Q    Okay.  Tell us about that.  How did it all come about?

18   Tell us what was discussed.

19   A    About how -- about how it would take place?

20   Q    Yes.

21   A    We had talked about robbing somebody, ask for a ride,

22   getting in the car with them, pulling a gun out on them and

23   taking their ATM card and their money and getting their PIN

24   number and put them in the trunk.

25   Q    All right.  Now, who was present when that was being

Lewis - Direct Examination (By Mr. Frazier)                    2324

1   discussed?

2   A    Myself, Christopher Vialva, Tony Sparks, Brandon Bernard

3   and Terry Brown.

4   Q    Okay.  Did Brandon Bernard -- at this time, had he

5   returned?

6   A    Yes, sir.

7   Q    Did he bring Terry with him?

8   A    Yes, sir.

9   Q    Now, what was discussed about the .22 caliber gun?  Was

10  there anything talked about this .22 caliber gun?

11  A    Yes, sir.

12  Q    What was discussed?  Tell the jury.

13  A    That it was too little to pull out on somebody, they'd

14  laugh at you.  And Terry Brown and Brandon Bernard had like did

15  a little -- little play, making fun of it and --

16  Q    Describe it if you would.  What were they doing?

17  A    Like -- I can't recall the deal, but someone said, "Pow, I

18  shot you."  Someone had a little hold in their shirt.  He was

19  talking about someone would -- if you pulled that on anybody,

20  they'll laugh at you, that they had needed a different gun.

21  Q    Because this gun was too small?

22  A    Yes, sir.

23  Q    So, what happened then, when they decided that one was too

24  small?

25  A    They called Gregory Lynch.

Lewis - Direct Examination (By Mr. Frazier)                2325

1   Q    Okay.  Who made the phone call?

2   A    Tony Sparks.

3   Q    What happened?

4   A    He had got ahold of him, they had got in an argument about

5   that it wasn't Greg's gun and it wasn't Tony's gun.  And after

6   the argument, they had decided that -- that we would come get it

7   from him.

8   Q    All right.  And whose gun was it?  If it wasn't Tony's gun

9   or it wasn't Greg's gun, whose was it?

10  A    Brandon Bernard's.

11  Q    So, did ya'll go over there to Greg's house and get it?

12  A    Yes, sir.

13  Q    Tell us who all went.

14  A    Myself, Christopher Vialva, Tony Sparks, Brandon Bernard

15  and Terry Brown.

16  Q    Who actually went up and got the gun?

17  A    Tony Sparks.

18  Q    Did he come back to the car with it?

19  A    Yes, sir.

20  Q    And did you and the others wait inside the car?

21  A    Yes, sir.

22  Q    Okay.  Did Terry Brown ever leave the car?

23  A    Yes, sir.

24  Q    Where did he go?

25  A    Up to Gregory Lynch.

Lewis - Direct Examination (By Mr. Frazier)                    2326

1   Q    Was he there just for a short time?

2   A    Yes, sir.

3   Q    All right.  After you got the gun, what did ya'll do then?

4   A    We had been to the H-E -- I mean, the Winn-Dixie.

5   Q    And who was driving at this time?

6   A    Brandon Bernard.

7   Q    Who was the front seat passenger?

8   A    Terry Brown.

9   Q    Who was in the back seat?

10  A    Myself, Christopher Vialva and Tony Sparks.

11  Q    What were you doing at the Winn-Dixie?

12  A    Looking for someone to rob.

13  Q    Did you find anyone at the Winn-Dixie to rob?

14  A    No, sir.  Now, at Winn-Dixie, did anyone get out of the

15  car?

16  A    No, sir.

17  Q    Why couldn't you find anyone to rob at the Winn-Dixie?

18  A    Nobody was there, sir.

19  Q    Okay.  What did you do then?  Where did ya'll go then?

20  A    To the IGA.

21  Q    Okay.  Is that the Food Liner?

22  A    Yes, sir.

23  Q    I'm showing you what's been marked for identification as

24  Government's Exhibit No. 79.  This is an aerial photograph. Do

25  you recognize that store there?

Lewis - Direct Examination (By Mr. Frazier)                    2327

1  A    I can't recognize there.

2  Q    Let me zoom in on it.  Do you see that?

3  A    Yes, sir.

4  Q    Do you recognize it?

5  A    Yes, sir.

6  Q    What store is that?

7  A    The IGA.

8  Q    Okay.  At the IGA store, did everyone stay inside the car?

9  A    No, sir.

10 Q    Who got out of the car?

11 A    Myself, Tony Sparks and Christopher Vialva.

12 Q    And what did ya'll do, the three of ya'll that got out of

13 the car?

14 A    Just started asking people for a ride.

15 Q    Who actually did the asking?

16 A    Myself, Tony Sparks.

17 Q    How many different people did you approach about a ride?

18 A    Three.

19 Q    Did anyone offer you a ride?

20 A    No, sir.

21 Q    What did you do then?

22 A    Can you explain yourself?

23 Q    Yeah.  Where did ya'll go?  After you've asked three people

24 and you don't get a ride, tell us what happens next.

25 A    We left and went to the Mickey's across the street.

Lewis - Direct Examination (By Mr. Frazier)                    2328

1   Q   And where did you go across the street?

2   A   To the Mickey's.

3   Q   That's the Mickey's right off Rancier?

4   A   Yes, sir.

5   Q   Tell us what happened when you got over to the Mickey's.

6   A   Myself, Christopher Vialva and Tony Sparks had got out,

7   walked up to the -- the Mickey's, had -- had approached Mr.

8   Bagley and he -- he offered to give us a ride.

9   Q   Okay.  Who asked Mr. Bagley for a ride?

10  A   Tony Sparks.

11  Q   Now, what was Mr. Bagley doing when ya'll approached him?

12  A   On the phone.

13  Q   Okay.  Did he have some type of newspaper in his hand?

14  A   Yes, sir.

15  Q   What kind of newspaper did he have in his hand?

16  A   Thrifty --

17         MR. GOAINS:  Your Honor, we're going to object to

18  leading.

19         THE COURT:  What kind of newspaper is not a leading

20  question.  Overruled.

21  BY MR. FRAZIER:

22  Q   What type of newspaper?

23  A   Thrifty Nickel.

24  Q   Now, did Tony actually ask him for the ride while he's on

25  the phone talking to someone or what -- or had he already hung

Lewis - Direct Examination (By Mr. Frazier)                    2329

1   up or what happened?

2   A    He was just hanging up.

3   Q    Okay.  Tell us what happened.  Were you standing next to

4   Tony Sparks when this -- when he asked him for the ride?

5   A    Yes, sir.

6   Q    What did Mr. Bagley do?

7   A    He just glanced at his watch and at his car.  He said,

8   "Yes."

9   Q    Where was Mr. Vialva standing?

10  A    At the end of the store.

11  Q    Now, is this the end of the store where the laundromat is

12  or the end of the store -- where the store itself ends on the

13  opposite end?

14  A    Where the store ends at the opposite end.

15  Q    After Mr. Bagley agreed to give you a ride, what did

16  "Chris" Vialva do, where did he go?

17  A    Out to the car.

18  Q    Was it explained that Mr. Vialva was going to be going,

19  too, for a ride?

20  A    No --

21  Q    How -- how did Mr. Bagley find out that he was going to be

22  giving a ride to Mr. Vialva, too?

23  A    When he came over and got in.

24  Q    Then what happened inside the car?

25  A    We had got in, they had left.  We started driving down

1   Rancier toward the Diamond Shamrock, and then "Chris" Vialva

2   told him to turn left at -- I don't know the exact street.  He

3   started driving down it, and they started asking us questions

4   about like where were we from and telling us about theirself.

5   And they was asking where we was going.  "Chris" Vialva said

6   that we were going to our uncle's house.  Then we got like in

7   the middle of the street, but we're still moving, and "Chris"

8   Vialva pulled out a -- a gun and told them, "There has been a

9   change of plans."

10  Q    All right.  Let me stop you there.  Where did Christopher

11  Vialva get that gun at?  What gun was that he had?

12  A    The black gun.

13  Q    Yes.  Where -- where did that black gun come from, where

14  did ya'll get it?

15  A    At Gregory Lynch's house.

16  Q    Now, you said he pulled a gun and said there had been a

17  change of plans?

18  A    Yes, sir.

19  Q    Where did he point the gun?

20  A    To the back of -- of Mr. Bagley's seat.

21  Q    To the back of his seat?

22  A    Like by his head.

23  Q    Okay.  How did Mr. Bagley know there was a gun pointed at

24  him?

25  A    Through the rearview mirror.

Lewis - Direct Examination (By Mr. Frazier)                    2331

1    Q    What did Tony Sparks do, at this time?

2    A    Pulled the -- the other gun out.

3    Q    Which other gun?

4    A    The silver one.

5    Q    The one you looked at previously, Government's Exhibit No.

6    3, does that look like the gun?

7    A    Yes, sir.

8    Q    The one that Tony Sparks pulled out?

9    A    Yes, sir.

10            MR. FRAZIER:  May I approach, Your Honor?

11            THE COURT:  Yes, sir.

12   BY MR. FRAZIER:

13   Q    I'll show you Government's Exhibit No. 2.  Do you recognize

14   that gun?

15   A    Yes, sir.

16   Q    Which -- what gun does this look like to you?

17   A    The one that Christopher Vialva pulled out.

18   Q    All right.  Does it look like the one you got from Greg

19   Lynch?

20   A    Yes, sir.

21   Q    What was the reaction of Mr. and Mrs. Bagley?

22   A    Shocked and scared.

23   Q    What happened then?

24   A    Christopher Vialva told them to put the mirror down, and

25   asked for the wallet from Mr. Bagley.  Tony Sparks had asked the

Lewis - Direct Examination (By Mr. Frazier)                    2332

1   lady to -- for her purse and they had gave it -- they had put it

2   back.  I grabbed the wallet.  Tony Sparks, he grabbed the purse

3   from the lady's reaching.  I started to look through the wallet,

4   took the ID card, the ATM card and the money out.

5   Q    Which ID cards did you get, sir?

6   A    Mr. Bagley's.

7   Q    Do you see Government's Exhibit No. 17 from where you sit?

8   A    Yes, sir.

9   Q    Does that look like the ID card you got?

10  A    Yes, sir.

11  Q    Now, did you also get Mrs. Bagley's ID card?

12  A    Yes, sir.

13  Q    Now, who -- how did you get that?

14  A    I can't recall, sir.

15  Q    I mean, did you dig through her purse yourself or did

16  someone give it to you?

17  A    Somebody gave it to me.

18  Q    Okay.  And do you know who that person was?

19  A    Yes, sir.

20  Q    Who was that?

21  A    Tony Sparks.

22  Q    I'll show you Government's Exhibit No. 18.

23  A    Yes, sir.

24  Q    Do you recognize it?

25  A    Yes, sir.

Lewis - Direct Examination (By Mr. Frazier)                 2333

1   Q    Is that the ID card?

2   A    Yes, sir.

3   Q    Now, the -- what did you do with the ID cards and the ATM

4   card?

5   A    Put them in my pocket.

6   Q    Okay.  What happened to the purse and the wallet?

7   A    Tony Sparks had began to look through it and he gave me the

8   .22.  I pulled it back and it -- like the bullet had like popped

9   up a little bit.

10  Q    I'm sorry?

11  A    The bullet had like popped up a little bit.

12  Q    Now, did you put your hand over this part of the gun and

13  pulled it back?

14  A    I can't see.

15  Q    This part of the gun (Indicating) and pulled it back?

16  A    Yes, sir.

17  Q    And then the bullet in this chamber popped up a little bit?

18  A    Yes, sir.

19  Q    What happened then?

20  A    Then I had gave the gun back to Tony Sparks, and he had

21  fixed it.

22  Q    Why did you do that to the gun, put your hand on it and

23  pull it back?

24  A    I don't know, sir.

25  Q    Now, did you remove anything else from Mr. Bagley's wallet?

Lewis - Direct Examination (By Mr. Frazier)                2334

1   A    Yes, sir.

2   Q    What was that?

3   A    An ATM card and some money.

4   Q    How much money was it?

5   A    Sixty dollars, sir.

6   Q    Did Tony Sparks take anything else out of Mrs. Bagley's

7   purse, other than her driver's license?

8   A    Not that I recall, sir.

9   Q    What ended -- what happened to the wallets and the purse?

10  After ya'll were through going through them, what did you do

11  with them?

12  A    Put them on the ground.

13  Q    The floorboard?

14  A    Yes, sir.

15  Q    Okay.  They stayed in the car?

16  A    Yes, sir.

17  Q    Now, at this point, what's happening with the Bagley's and

18  the vehicle?  Where are ya'll going as ya'll are looking through

19  the purse and the wallet?

20  A    To a dirt road behind some houses.

21  Q    Okay.  Is that there in Killeen?

22  A    Yes, sir.

23  Q    And when you got to the dirt road behind some houses there

24  in Killeen, tell us what happened.

25  A    "Chris" Vialva, we told him to stop and to get out, to open

Lewis - Direct Examination (By Mr. Frazier)                2335

1    the trunk.  They had got out.  Tony Sparks, Christopher Vialva,

2    Mrs. Bagley and Mr. Bagley started moving towards the back of

3    the trunk and --

4    Q    Were the guns pointed at Mr. and Mrs. Bagley?

5    A    Yes, sir.

6    Q    Who was the driver of the car -- who was driving the car

7    when -- when ya'll carjacked them?

8    A    Mr. Bagley.

9    Q    Okay.  And what happened after they got out of the car?

10   A    They had went to the back and I can't recall who told them

11   to get in, but they got in.  Tony Sparks asked for the jewelry

12   that they had on.  They gave it to him.  Then they shut the

13   trunk and came back around.  Christopher Vialva got in the

14   driver's seat, Tony Sparks got in the passenger seat, and we had

15   drove down the street.  And the car would -- something was wrong

16   with the reserve and Christopher Vialva told them -- asked them

17   what was wrong with it.  They was like "Nothing."  So, me and

18   Tony Sparks had got out, began to push it, and we got back in

19   and we drove to -- drove back down the road the same way we

20   came.  And we was driving past Mickey's to see if Brandon

21   Bernard and Terry Brown were still there, but they weren't

22   there.  So, we went to an ATM machine on W. S. Young and --

23   Q    I'm going to stop you there just a second, okay?  And we'll

24   come back to this point just a moment.  Let me back up.  Did --

25   did you notice a checkbook that belonged to Mr. or Mrs. Bagley

Lewis - Direct Examination (By Mr. Frazier)                    2336

1  amongst their possessions?  Do you remember seeing a checkbook?

2  A    Yes, sir.

3  Q    Okay.  Was that checkbook -- where was it, in Mrs. Bagley's

4  purse or in the wallet?

5  A    Inside of her purse.

6  Q    Okay.  Describe for the jury how Mr. Vialva acted after he

7  put Mr. and Mrs. Bagley in the trunk and then got behind the

8  driver's seat of their car.  What was his demeanor, how was he

9  acting?

10 A    Excited and anxious.

11 Q    Do you know why he was acting excited?

12 A    No, sir.

13 Q    Okay.  Earlier, had he been upset or frustrated when you

14 left the IGA store?

15 A    Yes, sir.

16 Q    Okay.  Describe his demeanor then.  Why was he was upset?

17 If you can, describe for us why he was upset.

18 A    Because we haven't -- we had found -- found nobody and he

19 was getting impatient.

20 Q    In fact, did he make any comment, after leaving the IGA

21 store on your way over to Mickey's about doing the robbery?

22 A    Yes, sir.

23 Q    What did he say?

24 A    That we're going to get somebody here at the Mickey's.

25 Q    Did he sound determined?

Lewis - Direct Examination (By Mr. Frazier)                    2337

1   A    What do you mean by that?

2   Q    Did he sound like he was determined to get someone at the

3   Mickey's?

4   A    Yes, sir.

5   Q    Where did you go -- where did the -- where did ya'll go, at

6   that point, after the Bagley's were put in the trunk of the

7   vehicle?

8   A    Back past the Mickey's, to see if Brandon Bernard and Terry

9   Brown were there.

10  Q    Okay.  Then, after that, where did you go?

11  A    To a ATM machine.

12  Q    All right.  Now, this particular ATM machine, do you know

13  where it was located at?

14  A    Yes, sir.

15  Q    Where is that?

16  A    W. S. Young and Airfield Plaza.

17  Q    All right.  And tell us what happened at the ATM machine.

18  A    "Chris" Vialva had got out and approached the ATM machine

19  and tried to start getting money.

20  Q    How had ya'll gotten the PIN number for the ATM card?

21  A    They had told us before.

22  Q    Did somebody ask them?

23  A    Yes, sir.

24  Q    And who was that?

25  A    Christopher Vialva.

Lewis - Direct Examination (By Mr. Frazier)    2338

1  Q    Now, what did Mr. Vialva do?  Did he put on any type of
2  special clothing or wear anything when he walked up to the ATM
3  machine?
4  A    Yes, sir.
5  Q    What was that?
6  A    I can't recall what it was.
7  Q    Okay.  What did he -- what -- whatever it was, what was she
8  doing with him?
9  A    Covering his face.
10  Q    Do you know why Mr. Vialva was covering his face?
11  A    Yes, sir.
12  Q    Why?
13  A    There's a camera on the ATM machine.
14  Q    All right.  Did you know whether the camera worked or not?
15  A    No, sir.
16  Q    While Mr. Vialva was out of the car at the ATM machine, did
17  you have conversation with Mr. and Mrs. Bagley in the trunk of
18  their own car?
19  A    Yes, sir.
20  Q    Tell us what those conversations were about, sir.
21  A    They -- they said that they had gave the wrong PIN number
22  to the ATM card.  I got out, told Chris that they had gave the
23  wrong one.  He had got back in, he was mad.  He threatened to
24  kill them if it wasn't the right number.  So, he had got back
25  out, tried it again, but he still didn't get no money out of it.

Lewis - Direct Examination (By Mr. Frazier)                2339

1   Q    Do you know how many times Mr. Vialva attempted to remove

2   money from the ATM machine?

3   A    No, sir.

4   Q    All right.  Where did you go then?

5   A    We started to ride to a -- the Wendy's.  On the way there

6   Mr. Bagley had said that the ring that they had, it was worth

7   some money, that they could pawn it somewhere.

8   Q    Did he even give a figure as to how much money he thought

9   the ring was worth?

10  A    Yes, sir.

11  Q    What was that?

12  A    I'm not for sure, sir.

13  Q    Okay.  Was it over $2,000?

14  A    Yes, sir.

15  Q    Okay.  Was it over $3,000?

16  A    I'm not for sure, sir.

17  Q    All right.  So, which ring was Mr. Bagley referring to that

18  he said you could pawn and get some money for?

19  A    His wife's.

20  Q    Okay.  Do you remember what that ring looked like?

21  A    Yes, sir.

22  Q    Okay.  I'm going to show you what's been marked for

23  identification, sir, as Government's Exhibit No. 161.  Do you

24  see that ring right there?

25  A    Yes, sir.

Lewis - Direct Examination (By Mr. Frazier)                    2340

1   Q    Does it look like the ring?  I'm not asking you if it's the

2   exact ring.  Does it look like the ring you saw?

3   A    Yes, sir.

4   Q    Who had that ring inside the car?

5   A    Tony Sparks.

6   Q    Was that the ring he removed from Mrs. Bagley's finger?

7   The ring that he had, was that the ring that he had taken from

8   Mrs. Bagley?

9   A    Yes, sir.

10  Q    Now, did that conversation take place before you went to

11  the Wendy's?

12  A    Yes, sir.

13  Q    Did ya'll go on and go to the Wendy's then, at that point?

14  A    Yes, sir.

15  Q    Where did you go?  Did you go through the drive-through,

16  did you park and go in, or what happened?

17  A    Parked and went inside.

18  Q    Who all went inside?

19  A    Myself and Tony Sparks.

20  Q    And what did you get?

21  A    I can't recall, sir.

22  Q    I mean, was it just food or drinks or both or. . .?

23  A    Both.

24  Q    Was the food for Mr. Vialva as well?

25  A    Yes, sir.

Lewis - Direct Examination (By Mr. Frazier)                    2341

1    Q    Did something happen between you and Mr. Sparks inside the
2    Wendy's?
3    A    Yes, sir.
4    Q    Tell the jury what happened.
5    A    We had got in an argument about who was going to hold the
6    money and who wasn't.  I made a comment to Tony Sparks and asked
7    him if he was going to kill me, too.  He had got mad and told me
8    he was going to tell Christopher Vialva when we got back in the
9    car.
10   Q    Tell him what?
11   A    That I had said that to him.
12   Q    Okay.  Said it to -- and what is -- the -- what did you say
13   to him.  So I'm clear, what is it you said?
14   A    I asked him if he was going to shoot me, too.
15   Q    Okay.  What money were you arguing about holding?
16   A    The money that we had got from Mr. Bagley.
17   Q    What did you end up doing with the money?
18   A    Bought something to eat with it, sir.
19   Q    Okay.  But not all of it?
20   A    No, sir.
21   Q    At some point, did Tony get the money?
22   A    Yes, sir.
23   Q    When did that happen?
24   A    Inside of the store.
25   Q    Now, during this robbery that ya'll were going to commit,

Lewis - Direct Examination (By Mr. Frazier)                    2342

1   that the group was going to do, did you have an expectation you

2   were going to get some money out of it?

3   A    Yes, sir.

4   Q    Was there anything discussed formally about what you would

5   get out of the robbery?

6   A    Can you explain?

7   Q    Yeah.  How much -- was it going to be divided equally or

8   were you told you were just going to receive so much money or --

9   or was it ever discussed as to how much you would get?

10  A    Divide it equally.

11  Q    Sir, the people that committed -- you and the other guys

12  that committed this robbery of the Bagley's, on this gun,

13  Government Exhibit No. 2, did ya'll know how many bullets were

14  in that gun?

15  A    Yes, sir.

16  Q    How many?

17  A    Two.

18  Q    How did you know there were two bullets?

19  A    There was a conversation about it earlier.

20  Q    Where earlier?

21  A    At Tony Sparks' house.

22  Q    Okay.  Who all -- and who all made the statement that

23  there's only two bullets in the gun?

24  A    I can't recall, sir.

25  Q    Did everybody know there were only two bullets in the gun?

Lewis - Direct Examination (By Mr. Frazier)                2343

1   A    Yes, sir.

2   Q    Did Chris Vialva know there were two bullets in the gun?

3   A    Yes, sir.

4   Q    Did Brandon Bernard know there were two bullets in the gun?

5   A    Yes, sir.

6   Q    Now, after you went inside the Wendy's, you brought the

7   food back out to the car, right?

8   A    Yes, sir.

9   Q    Did ya'll eat there in the car?

10  A    No, sir.

11  Q    Where did ya'll eat?

12  A    Driving towards Copperas Cove.

13  Q    Okay.  Were they still riding in the car?

14  A    Yes, sir.

15  Q    Okay.  The Bagley's were still in the -- Mr. and Mrs.

16  Bagley were still in the trunk of their vehicle, right?

17  A    Yes, sir.

18  Q    Now, what were you headed to Copperas Cove for, do you

19  know?

20  A    To go and try to pawn the ring.

21  Q    Why were you going to a pawn shop in Copperas Cove?

22  A    I can't recall, sir.

23  Q    Who -- whose idea was it to go to Copperas Cove to pawn the

24  ring?

25  A    Christopher Vialva.

Lewis - Direct Examination (By Mr. Frazier)                    2344

1    Q    In fact, was Christopher Vialva the -- the only one who

2    could've pawned the ring?

3    A    Yes, sir.

4    Q    And why was that?

5    A    He was old -- he was the age to pawn.

6    Q    And did something happen on the way to Copperas Cove that

7    caused ya'll to have to turn around?

8    A    Yes, sir.

9    Q    What's that?

10   A    Christopher Vialva realized he didn't have his I.D. card or

11   license with him.

12   Q    Okay.  And what was he going to need that for?

13   A    We had went to a 7-11 to try to buy some cigarettes and

14   Black & Milds and he realized he didn't have his I.D. card.

15   Q    He was going to have to have those to buy them?

16   A    Yes, sir.

17   Q    Likewise, would he need it -- do you know if he'd need his

18   I.D. card to pawn the items?

19   A    Yes, sir.

20   Q    I'll show you what's been marked for identification as

21   Government's Exhibit No. 10.  Do you recognize that?

22   A    Yes, sir.

23   Q    What is it?

24   A    Christopher Vialva's I.D. card.

25   Q    Is this the I.D. card he got on that day to go try to pawn

Lewis - Direct Examination (By Mr. Frazier)                    2345

1    the jewelry with?

2    A    Yes, sir.

3    Q    And did ya'll come back to Killeen?

4    A    Yes, sir.

5    Q    Where did ya'll go?

6    A    Christopher Vialva's house.

7    Q    And did you stay in the car while Mr. Vialva went inside?

8    A    Yes, sir.

9    Q    While Mr. Vialva was inside, did you have conversations

10   with the Bagley's, Mr. and Mrs. Bagley, in the trunk of the

11   vehicle, at that time?

12   A    No, sir.

13   Q    Okay.  Now, at any time during this time, have you been

14   talking with the Bagley's at all through the trunk of the

15   vehicle?

16   A    Yes, sir.

17   Q    And tell us what type of conversations you're having with

18   Mr. and Mrs. Bagley at this time?

19   A    About the PIN number and that was it at this -- at that

20   time.

21   Q    Okay.  Later on you had more conversations?

22   A    Yes, sir.

23   Q    Okay.  And if I didn't ask you this earlier, I need to

24   clarify something.  When Mr. and Mrs. Bagley were ordered out of

25   the car and into the trunk, were both Mr. Vialva and Mr. Sparks