Lewis - Direct Examination (By Mr. Frazier)          2346

1    pointing a gun at them?

2    A    Yes, sir.

3    Q    When Mr. and Mrs. Bagley went into the trunk, can you

4    describe for the jury their demeanor, that is, how they were

5    acting?

6    A    Mad and scared.

7    Q    Who got in the trunk first?

8    A    Mrs. Bagley.

9    Q    And then who got in the trunk?

10   A    Mr. Bagley.

11   Q    What side were -- were their heads on?

12   A    At --

13   Q    If you're -- if you were facing the back of the vehicle at

14   the trunk, were their heads on the driver's side or the

15   passenger side?

16   A    The driver's side.

17   Q    Okay.  Both of them laying the same way?

18   A    Yes, sir.

19   Q    And, at that time, who were the only people in the vehicle?

20   A    Myself.

21   Q    Yes.  And then who was standing outside the vehicle?

22   A    Tony Sparks, Christopher Vialva.

23   Q    And then Mr. and Mrs. Bagley, correct?  They were standing

24   outside, too, right, at the time they were put in the trunk?  Is

25   that not -- I'm asking who was standing outside the vehicle.

Lewis - Direct Examination (By Mr. Frazier)                    2347

1    A    At what time?

2    Q    At the time that they're ordered out of the vehicle and go

3    in the trunk?

4    A    Are you saying were they outside at the time?

5    Q    Yes.  What I'm trying to find out is, was anybody else

6    around at that time?

7    A    No, sir.

8    Q    All right.  Now, after -- Mr. Vialva, he got his I.D. card,

9    I assume, at that time, correct?  When he was parked -- when you

10   were parked -- you were back at Mr. Vialva's house, he got the

11   I.D. card, right?

12   A    Yes, sir.

13   Q    Where did ya'll go then?

14   A    Back to Copperas Cove.

15   Q    Okay.  En route, did you stop anywhere?

16   A    Yes, sir.

17   Q    Where did you stop?

18   A    At a pawn shop.

19   Q    Was that pawn shop in Killeen?

20   A    Yes, sir.

21   Q    Who went inside the pawn shop?

22   A    Christopher Vialva.

23   Q    And was he successful in pawning the ring?

24   A    No, sir.

25   Q    What happened?

Lewis - Direct Examination (By Mr. Frazier)                2348

1   A    He told us that they only wanted 500 for it, that that

2   wasn't enough.

3   Q    What happened then?

4   A    We had went to the Action Pawn -- I mean the Race Track

5   next door to go buy some Black -- Black & Milds and Newports and

6   to try to -- another ATM machine.

7   Q    All right.  And Black & Milds are cigars, right?

8   A    Yes, sir.

9   Q    And Newports are cigarettes?

10  A    Yes, sir.

11  Q    And tell us what happened at that ATM machine at the Race

12  Track?

13  A    It was unsuccessful.

14  Q    Who -- who used the card at that ATM machine?

15  A    Christopher Vialva.

16  Q    Okay.  Do you know how many times he tried to get money

17  from that machine?

18  A    No, sir.

19  Q    All right.  Then where did you go?

20  A    Back towards Copperas Cove.

21  Q    What was going to happen in Copperas Cove?

22  A    Go to the pawn shop --

23  Q    What --

24  A    to pawn -- pawn the ring.

25  Q    All right.  Now, tell us what happened in route to the pawn

Lewis - Direct Examination (By Mr. Frazier)            2349

1   shop?

2   A    Tony Sparks and Christopher Vialva had -- were talking

3   about before, when we were in the car with them at the pawn

4   shop, we had conversation with them.

5   Q    With who?

6   A    Mr. Bagley and Mrs. Bagley.

7   Q    Tell us what those conversations were about.

8   A    They were asking about, do we go to church, telling us

9   about God and about why they were down here, and Tony Sparks had

10  told me that he didn't want to have nothing to do with this any

11  more.

12  Q    Okay.  Now, let me stop you there, we're going to come back

13  to that.  When you said "why they were down here," explain what

14  you mean.  What does that mean?

15  A    They were at some church get together and they were telling

16  us about how God had got them some -- got them different items

17  and about how he gave different people stuff, too.

18  Q    What did -- what did -- what did you take that to mean?

19  Did -- did you take that to mean the Bagley's were not very

20  wealthy people?

21  A    No, sir.

22  Q    Okay.  What did you take it to mean when they said God had

23  gotten them stuff?

24  A    That they were blessed, sir.

25  Q    That they were blessed?

Lewis - Direct Examination (By Mr. Frazier)                    2350

1   A    Yes, sir.

2   Q    Okay.  Did they ask you or Tony Sparks if you had ever

3   attended a particular church?

4   A    Yes, sir.

5   Q    What church did they ask you if you had ever attended?

6   A    Grace Christian.

7   Q    Okay.  What did you tell them?

8   A    Yes.

9   Q    And when had you gone to Grace Christian Church?

10  A    I don't remember the exact day.

11  Q    I mean, was it weeks -- you know -- close in time to the

12  time of the -- that the Bagley's were carjacked or some other

13  time?

14  A    Some other time.

15  Q    What else did ya'll talk about with the Bagley's?

16  A    About that -- it was basically about God and about what he

17  had given them, that he can give us the same thing.

18  Q    All right.  And who said that, do you remember?

19  A    They both were in the conversation.

20  Q    Now, you indicated that Tony Sparks said something to the

21  effect of he didn't want to go through with this?

22  A    Yes, sir.

23  Q    What did he mean by that?

24  A    That he didn't want to have anything to do with it.

25  Q    All right.  What happened then?

Lewis - Direct Examination (By Mr. Frazier)            2351

1    A    You mean --

2    Q    Yeah.  After he made that statement, what happened then?

3    A    Christopher Vialva had came out.

4    Q    All right.  Now, I'm going to jump forward in time.  Ya'll

5    are on your way now to Copperas Cove, you've left the pawn shop.

6    Was there a conversation in the car on the way to Copperas Cove

7    about ya'll's situation and about Mr. and Mrs. Bagley in the

8    trunk of the vehicle?

9    A    Yes, sir.

10   Q    What happened?

11   A    The conversation had came up about Tony being scared about

12   going through with it, and Christopher Vialva told us that, if

13   it came about, if we got stopped by the police, that we were

14   going to have to have a shootout with them and that -- he asked

15   Tony Sparks and myself.  Tony Sparks said, "Yes," I said, "Yes."

16   And he began to talk about killing them.

17   Q    What did he say?

18   A    About burning the car and different ways how to kill them

19   and get rid of evidence.

20   Q    Who's saying this?

21   A    Christopher Vialva.

22   Q    And who was he talking about when you say "killing them"?

23   A    Mr. Bagley and Mrs. Bagley.

24   Q    Why did Mr. Vialva believe it was necessary to kill Mr. and

25   Mrs. Bagley?

Lewis - Direct Examination (By Mr. Frazier)                  2352

1   A    They had seen his face.

2   Q    Why did he believe it necessary to burn their car?

3   A    Because of fingerprints.

4   Q    What else happened?  After he said that, what happened

5   then?

6   A    He had made different comments about how to kill them and

7   after he talked about the shootout, that seemed to get Tony

8   Sparks back in -- in the mood then.  We had drove to Copperas

9   Cove to the Race Track, you know.  Tony Sparks had got out and

10  went to the ATM machine and he tried it a few times and he got

11  some money out of it.

12  Q    Okay.  This was at the Race Track in Copperas Cove?

13  A    Yes, sir.

14  Q    How much money did he get out of it, do you know?

15  A    No, sir.

16  Q    Was it very much?

17  A    No, sir.

18  Q    I want to back up to the conversation where Mr. Vialva's

19  talking about the different ways in which he can kill the

20  Bagley's and burn their car.  Did he ask you what your opinion

21  was about this or did he ask you what you thought about it?

22  A    Not that I can remember, sir.

23  Q    Okay.  Did he ask Tony Sparks what he thought about it?

24  A    Not that I remember, sir.

25  Q    Okay.  Now, after you left the ATM machine in Copperas

Lewis - Direct Examination (By Mr. Frazier)                2353

1    Cover, tell us the next thing that happened.

2    A    Can you repeat that?

3    Q    What happened after ya'll left the ATM machine at Copperas

4    Cove?

5    A    I used the phone to call Terry Brown.  Christopher Vialva

6    had told me to tell him to meet him at the place where they

7    smoked and he shot at.

8    Q    And where was that place at?

9    A    Behind Rancier.

10   Q    Okay.  Back in Killeen?

11   A    Yes, sir.

12   Q    Now, you made the phone call at the direction of whom?  Who

13   told you to make the phone call?

14   A    Christopher Vialva.

15   Q    Do you know why Christopher Vialva wanted you to call Terry

16   Brown?

17   A    Yes, sir.

18   Q    Why?

19   A    To hook back up with Brandon Bernard and Terry Brown.

20   Q    And did you talk to Terry Brown?

21   A    Yes, sir.

22   Q    Did you pass the word on to him?

23   A    Yes, sir.

24   Q    Where did you go then?

25   A    We had drove back to Killeen.  And on our way to the spot,

Lewis - Direct Examination (By Mr. Frazier)                    2354

1    we had seen Terry Brown on the corner and he had got in the car.

2    Q    All right.

3    A    We just started driving around the neighborhood and

4    Christopher Vialva was telling him about how it had all happened

5    with Mr. Bagley and Mrs. Bagley.

6    Q    You mean how the carjacking went down?

7    A    Yes, sir.

8    Q    All right.  And what else?

9    A    Then I gave the -- the .22 to Terry Brown and he had put it

10   to the seat and was asking Mr. Bagley and Mrs. Bagley questions

11   about, do they know where they're at, do they know how many

12   people are in the car.  That was the questions and they had

13   replied with, they don't know, they'd been in turns and circles

14   and stuff, and they -- that they didn't know how many people

15   were in the car.

16   Q    Okay.  What did Terry Brown say after that?

17   A    He made the comment that he was going to, you know, kill

18   them.

19   Q    And who did he make that comment to?  Was that made to the

20   Bagley's or the people inside the car riding around?

21   A    The people inside the car.

22   Q    Okay.  Did Mr. Vialva say anything to that, at that time?

23   A    Yes, sir.

24   Q    What did he say?

25   A    He said, "No, don't do it."

Lewis - Direct Examination (By Mr. Frazier)                    2355

1   Q    So, what did Mr. Brown do, then?

2   A    He -- he didn't do it.  And then --

3   Q    Okay.  Go ahead.

4   A    He had handed the gun back to me, --

5   Q    Okay.

6   A    -- and Christopher Vialva and Terry Brown had a

7   conversation.  They were talking about that he was going to drop

8   Terry Brown off at his -- at the place where he was staying at,

9   that he would call -- call over there in 30 minutes.  And we

10  dropped him off in front of a -- in front of his house, in front

11  of a brown truck.  Billy Rorie was coming out the house and we

12  were about to leave and we had approached him in the car.  He

13  had told me -- he had told all of us in the car, he told -- it

14  was -- I guess it was, basically, he said to "Chris" Vialva that

15  he had these young -- "You got these young 'niggers' with you,"

16  and that they were -- "Ya'll some throwed off ass 'niggers'."

17  Q    Now, who said that?

18  A    Billy Rorie.

19  Q    Okay.  Now, what does that mean, "throwed off"?

20  A    I guess like crazy.

21  Q    All right.  Now, I want to back up just a second.  Did you

22  drop Terry Brown right in front of Billy Rorie's house or just

23  around the corner?

24  A    In front of this truck in front of his house.

25  Q    Okay.  But ya'll pulled on up around the side to the front,

LASER BOND FORMA ⊛ PENGAD · 1-800-631-6989

Lewis - Direct Examination (By Mr. Frazier)                 2356

1   didn't you?

2   A    Yes, sir.

3   Q    Okay.  Was Terry Brown already out of the car at that time?

4   A    Yes, sir.

5   Q    Okay.  And who was -- who was in the car at that time, that

6   you pulled up to Billy Rorie's house?

7   A    Myself, Christopher Vialva and Tony Sparks.

8   Q    All right.  Now, during the ride with Terry Brown, after he

9   gave you back the .22 caliber pistol, --

10  A    Yes, sir.

11  Q    -- did Derek -- Terry Brown made a suggestion to Mr. Vialva

12  about what he should do with the Bagley's and the vehicle?

13  A    Yes, sir.

14  Q    Tell the jury what Mr. Brown suggested to Mr. Vialva he do

15  with the vehicle.

16  A    That he just wipe it down and leave it in Long Branch and

17  just call the police.

18  Q    Did he ask him not to kill the people?

19  A    Yes, sir.

20  Q    What did Mr. Vialva say to that, at that time?

21  A    He said no, they had seen his face, he had to kill them.

22  Q    Now, after you -- after Billy Rorie made that comment, did

23  he leave, after making the comment about ya'll being -- ya'll

24  were "throwed off"?

25  A    He had got a cigarette, sir.

Lewis - Direct Examination (By Mr. Frazier)                    2357

1   Q     Then where did he go?

2   A     I guess back in the house.

3   Q     Where did ya'll go then?

4   A     Back to Christopher Vialva's house.

5   Q     Now, at this time you're still driving the Bagley's

6   vehicle, right?

7   A     Yes, sir.

8   Q     So, the record's clear, you see that Exhibit 81?  Do you

9   recognize the back end of that vehicle?

10  A     I can't see it, sir.

11  Q     Okay.

12        MR. FRAZIER:  May I approach the witness, Your Honor?

13        THE COURT:  Yes, sir.

14  BY MR. FRAZIER:

15  Q     I'll show you Government's Exhibit 81.  Do you recognize

16  the back end of that vehicle?

17  A     Yes, sir.

18  Q     And which vehicle is that?

19  A     Mr. Bagley and Mrs. Bagley.

20  Q     Is this the vehicle ya'll were -- that you've been

21  testifying to that you drove around in Killeen and Copperas Cove

22  on?

23  A     Yes, sir.

24  Q     All right.  When you left Billy Rorie's house, where did --

25  where did you go?

Lewis - Direct Examination (By Mr. Frazier)                2358

1    A    To Christopher Vialva's house.

2    Q    And what did you do there at Christopher Vialva's house?

3    A    Waited in the car for him to come back.

4    Q    Okay.  Did you have more conversations with the Bagley's?

5    A    Yes, sir.

6    Q    And tell us what conversations you had with Mr. and Mrs.

7    Bagley at that time?

8    A    About that -- it was about God again.  I remember it being

9    about God, and they was talking about how -- I don't remember

10   exactly what it was, sir.

11   Q    Okay.  Did you -- at this point, had you had any

12   conversation with them where Mr. or Mrs. Bagley asked you to

13   spare their life, that they just wanted their lives?

14   A    Yes, sir.

15   Q    Was that at this time or at another time?

16   A    At this time.

17   Q    Okay.  Tell us what they said.

18   A    They said they just wanted their lives and that they wanted

19   to leave, about they -- that we could have the car and

20   everything, they just wanted their lives.

21   Q    Okay.  Was "Chris" Vialva in the car at that time?

22   A    No, sir.

23   Q    And was this while he was still in the house?

24   A    Yes, sir.

25   Q    Now, did "Chris" Vialva come out of his house with

1    anything?

2    A    Yes, sir.

3    Q    What did he have?

4    A    A black and red mask and shirt.

5    Q    I'm sorry?

6    A    I think it was a shirt.

7    Q    Okay.  And a shirt?

8    A    Yes, sir.

9    Q    Now, I'm opening up this exhibit marked Government's

10   Exhibit No. 13.  Do you recognize this?

11   A    Yes, sir.

12   Q    What is it?

13   A    The mask that he came back out with.

14   Q    When he got back to the car, tell the jury what happened.

15   A    He told us to be quiet because he could hear the people

16   outside and they could hear Mr. Bagley and Mrs. Bagley in the

17   car, he can hear outside when he was coming back.  Then he got

18   back in the car, and he drove off.

19   Q    Now, at this point, has Mr. Vialva done all the driving

20   himself or has anyone else drove the car?

21   A    Other people had drove the car.

22   Q    Okay.  Who else had driven the car?

23   A    Tony Sparks.

24   Q    Okay.  Well, at what point did Tony Sparks drive the car?

25   A    When we had went back to Christopher Vialva's house.

Lewis - Direct Examination (By Mr. Frazier)                    2360

1  Q    Is this the second time or the first time you were at

2  "Chris" Vialva's house?  In other words, when you went to get

3  the I.D. card, did he drive the car at some point then, or when

4  you came the second time to get the mask?

5  A    Yes, sir, when he went to get the I.D. card.

6  Q    Okay.  Now, how did Tony Sparks drive the car?

7  A    He was reckless.

8  Q    And when you say "reckless," what was he doing?

9  A    Like turning the handle -- the steering wheel from side to

10  side.

11  Q    What would that cause -- what would that do to the Bagley's

12  in the trunk of the car?

13  A    Move them around.

14  Q    All right.  And what's that called, when you drive a car in

15  that manner, side to side, to throw people around or things

16  around in the car?

17  A    Swinging and banging.

18  Q    "Swinging and banging"?

19  A    Yes, sir.

20  Q    Okay.  By the way, when ya'll stopped at the Wendy's, did

21  you get the Bagley's anything to eat?

22  A    No, sir.

23  Q    Okay.  When Mr. Vialva came out of his house and had this

24  mask and the shirt, where did -- what happened then?

25  A    We had began to drive back to Billy Rorie's house.

Lewis - Direct Examination (By Mr. Frazier)                          2361

1   Q      Okay.  And what happened there?

2   A      Before we got there, we had drove back past Jason Lacy and

3   Gregory Lynch.

4   Q      And where were they at, were they at. . .?

5   A      Jason Lacy's house.

6   Q      Did ya'll stop and talk to them?

7   A      We turned back around.

8   Q      And how long were you -- did you talk to them?

9   A      A couple of minutes.

10  Q      Did they ever get inside the car?

11  A      No, sir.

12  Q      Was it ever discussed with them where the car came from?

13  A      No, sir.

14  Q      Where did you go then?

15  A      We had began to drive out to Billy's house, and we had

16  stopped in front of Rancier Middle School a couple of streets

17  down, because Christopher Vialva had thought that -- I guess

18  they was trying to get out, but they said that they were moving

19  around.

20  Q      "They were trying to get out."  You mean Mr. and Mrs.

21  Bagley?

22  A      Yes, sir.

23  Q      What kind of noises were being made that led him to believe

24  they were trying to get out?

25  A      It sounded like someone was kicking on the trunk.

Lewis - Direct Examination (By Mr. Frazier)                    2362

1    Q    When he stopped the car, tell us what happened.

2    A    He was mad.  He told them, he said, "I was about to let you

3    out, but now you fucked up."  Then he got out and looked at the

4    trunk and got back in and we began to drive on to Billy Rorie's

5    house.

6    Q    Okay.  Did you actually go to Billy Rorie's house?

7    A    We drove past, sir.

8    Q    All right.  Did you even stop?

9    A    No.  No, sir.

10   Q    Where did you go then?

11   A    We started driving through Long Branch Park?

12   Q    Now, why were you at Long Branch Park?

13   A    We were just driving through it.

14   Q    Where was Terry Brown?  You indicated earlier that "Chris"

15   Vialva had said something to Terry Brown about hooking up with

16   ya'll later?

17   A    Yes, sir.

18   Q    Where was that supposed to take place at, did ya'll have a

19   set place?

20   A    No, sir.

21   Q    Now, did you just drive around Long Branch Park or did you

22   park the car anywhere?

23   A    At first we had just started driving until we seen Brandon

24   Bernard, Joey Presley and Terry Brown.

25   Q    Okay.  Were they all in Brandon Bernard's car?

Lewis - Direct Examination (By Mr. Frazier)                    2363

1   A    Yes, sir.

2   Q    Did they stop alongside you, at some point?

3   A    Not on the side of us, sir.

4   Q    Okay.  They stopped near your area somewhere?

5   A    Yes, sir.

6   Q    Where were ya'll parked?

7   A    In front of the Long Branch pool.

8   Q    Pool?

9   A    Yes, sir.

10  Q    Did they get out of the car?

11  A    Brandon Bernard and -- I don't recall Terry Brown getting

12  out of the car.

13  Q    Okay.  What happened?  What's the first thing that you

14  remember happening?

15  A    Brandon Bernard came up and asked for a cigarette.

16  Q    Who did he ask the cigarette from?  Who did he ask?

17  A    Christopher Vialva.

18  Q    Who gave him the cigarette?

19  A    I did.

20  Q    Were ya'll all still sitting inside the Bagley's vehicle?

21  A    Yes, sir.

22  Q    And what was Terry Brown doing at this time?

23  A    He started screaming out the door to Christopher Vialva

24  that, "Just leave them in the park," and that he'll go call the

25  police, just wash the car down and not to kill them.

Lewis - Direct Examination (By Mr. Frazier)                          2364

1    Q    What did Christopher Vialva say to this?

2    A    He said no, he had to kill them, they had seen his face.

3    Q    Was Terry Brown in the other vehicle, was he in the brown

4    car or -- or was -- where was he standing when he was yelling at

5    "Chris" Vialva?

6    A    I recall him being by the brown car.

7    Q    All right.  How far away was that?  If you're -- if you're

8    where "Chris" Vialva was and I'm Terry Brown, how far away, this

9    far or closer (Indicating)?  Further back or closer?

10   A    A little bit farther back.  You went too far.

11   Q    You tell me when to stop.

12   A    Right there.

13   Q    Right here, about this far away (Indicating)?

14   A    Yes, sir.

15   Q    Okay.  And he says -- Terry Brown says to "Chris" Vialva,

16   what?

17   A    Not to kill them and just wash the car down and just leave

18   it in the park and he'll call the police.

19   Q    And what does "Chris" Vialva say to Terry Brown?

20   A    "No, they seen my face," that he had to kill them.

21   Q    Could everybody hear that statement that was standing in

22   the area right there between those two cars?  Were they in a

23   position to hear?

24   A    Yes, sir.

25   Q    Okay.  And who would those people be?

Lewis - Direct Examination (By Mr. Frazier)                    2365

1    A    Myself, Tony Sparks, Brandon Bernard, Terry Brown, Joey

2    Presley.

3    Q    And, of course, Mr. Vialva --

4    A    Yes, sir.

5    Q    -- and Terry Brown?

6    A    Yes, sir.

7    Q    What about Todd and Stacie Bagley, were they in position to

8    hear that -- to have heard that?

9    A    Yes, sir.

10   Q    What happened then?

11   A    Brandon Bernard got back in his car.  He said they was

12   going to go drop Joey off.  And "Chris" Vialva had made a

13   comment about going and get some gasoline.

14   Q    Okay.  What type of comment did he make about getting

15   gasoline?

16   A    That he would get the gasoline to burn the car.

17   Q    Who did he tell that to?

18   A    To Brandon Bernard.

19   Q    Okay.  What happened?

20   A    He -- we all were in the car and we drove off and we passed

21   the Mickey's.  "Chris" Vialva like waved his hands and he asked

22   why they didn't stop at the Mickey's across the street.  We had

23   went to Sherise's neighborhood and he had passed her house and

24   her mother was outside and he just -- we just drove by.  Then we

25   turned the corner and drove back down another street and we had

Lewis - Direct Examination (By Mr. Frazier)                    2366

1   seen Toya, Sherise and Monica and we drove -- he just kept

2   driving.  They put their hands in the air and we just kept

3   going.  And we started driving towards Tony Sparks' house

4   because they had a -- you know -- before curfew.

5   Q    All right.  Now, let me ask you, backing up just a second.

6   You talked about Brandon -- Christopher Vialva saying he needed

7   to get some gas.

8   A    Yes, sir.

9   Q    Did he give any money to anybody to get gas with?

10  A    Not at this time, sir.

11  Q    Okay.  When did that happen?

12  A    Later on, sir.

13  Q    Okay.  So, anyway, you left the neighborhood there where

14  you saw these other folks.  Then what happened?

15  A    We stopped like on this street kind of by Tony Sparks'

16  house and he had got out, took the jewelry and the Black &

17  Milds.

18  Q    I'm sorry?

19  A    He took the jewelry and the Black & Milds.

20  Q    Black & Milds are cigars?

21  A    Yes, sir.

22  Q    All right.  Then what happened?

23  A    He had -- "Chris" Vialva asked could he keep the .22?  He

24  was like -- first he said no, then he was like, "Okay, bring it

25  back tonight."

Lewis - Direct Examination (By Mr. Frazier)                    2367

1    Q    Okay.

2    A    And he said --

3    Q    Who -- who said no?

4    A    Tony Sparks.

5    Q    Okay.  Now, what did Mr. Vialva tell Mr. Sparks in regards

6    to the jewelry that he had?

7    A    That he'll go pawn it with him tomorrow.

8    Q    Okay.  And just for the record, what jewelry did Tony

9    Sparks have of the Bagley's that you remember seeing?

10   A    A woman's watch, two -- two rings, a necklace.

11   Q    I want to back up to one item.  Earlier, when Terry Brown

12   was in the car and had been given the .22 -- he got the .22

13   caliber pistol from you?

14   A    Yes, sir.

15   Q    When he pointed it at the back seat to the trunk, what part

16   of the body was he pointing at of Todd and Stacie Bagley?

17   A    By the legs.

18   Q    Now I'm going to go forward again.  After Tony Sparks was

19   dropped off, tell the jury what happened.

20   A    We had went by Joey's street, stopped at the end of it, and

21   Joey Presley had got out and started running toward his house

22   and waved kind of, then.  Myself and Christopher Vialva, Brandon

23   Bernard and Terry Brown started driving towards Westcliff.  We

24   started driving on Westcliff toward the Mickey's.  We had

25   stopped on his street and Terry Brown came out.  Christopher

1    Vialva had gave him some money to go get the gas.

2    Q    Do you know how much he gave him?

3    A    Ten dollars.

4    Q    All right.  Then what happened?

5    A    He gave it to him and he got back -- got back in the car.

6    Terry Brown got back in the car and they had left and went to

7    the store, and me and Christopher Vialva had -- he parked like

8    by this house in front of this -- another car.  We had stayed

9    there for a little while, and he said that he didn't like being

10   in one place at -- for a long time.  So, then we drove up

11   another street, drove back down the same street.  And we were

12   coming back down and we like had seen Brandon Bernard and Terry

13   Brown.

14   Q    Brandon Bernard and Terry Brown were in Brandon Bernard's

15   car, right?

16   A    Yes, sir.

17   Q    And then you and Christopher Vialva -- and Christopher

18   Vialva was driving the Bagley's car, is that correct?

19   A    Yes, sir.

20   Q    All right.  When you saw them, what happened?  When you saw

21   Brandon and Terry in Brandon's car, what happened then?

22   A    We had drove like to catch up to them.  Then we had began

23   to go towards the -- I don't know what the street's called over

24   here (Indicating), but began to go towards it to drive out to

25   the -- to the place where it happened.

Lewis - Direct Examination (By Mr. Frazier)                    2369

1   Q    Okay.  Now, how did you get out there, how did you know

2   what road to take to get out there to the place where it

3   happened?

4   A    "Chris" Vialva was driving.

5   Q    Okay.  And did he give some sort of signal to turn or

6   anything like that, to know what road to go on?

7   A    Not that I remember, sir.

8   Q    Okay.  Now, what time of day is it, at this time?

9   A    Are you talking about the approximate time or. . .?

10  Q    No, I'm not -- yeah.  Is it daylight still, can you still

11  see?

12  A    Yes, sir.

13  Q    Pretty late in the evening?

14  A    Not really.

15  Q    Okay.  Still see pretty well?

16  A    Yes, sir.

17  Q    All right.  Now, you're going down this road.  Do you know

18  what road it was you were going down?

19  A    No, sir.

20  Q    All right.  Tell us what happened as you're going down the

21  road.

22  A    We started driving towards -- on the road.  We had turned

23  on the road like off of where it happened at, and we started

24  driving down the dirt road, and we had came by like a little

25  hill.  We had drove up the hill and we parked the car on top and

Lewis - Direct Examination (By Mr. Frazier)                2370

1   myself and Christopher Vialva had got out the car.  And I had

2   took the .22 and the tape out.

3   Q    The tape, what kind of tape?

4   A    DJ's Crew.

5   Q    It was just a tape in the tape deck of the car?

6   A    Yes, sir.

7   Q    Whose tape was that?

8   A    Christopher Vialva's.

9   Q    When did he bring that tape in the Bagley's car?

10  A    When he went to get his I.D. card.

11  Q    All right.  You took the .22 and the tape out of the car.

12  What did you do?

13  A    Stood there for a minute and then I seen Terry Brown and

14  Brandon Bernard running up the hill.

15  Q    Okay.  I'm going to show you this picture.  Can you see it

16  from where you sit?

17  A    I can see it, but I can't see it clearly.

18  Q    All right.

19       MR. FRAZIER:  May I approach the witness, Your Honor?

20       THE COURT:  Yes, sir.

21  BY MR. FRAZIER:

22  Q    I'll show you what's been previously introduced as

23  Government's Exhibit 77.  If this is the hill you went up right

24  here and the vehicle was parked there (Indicating), show us on

25  this diagram where Brandon Bernard's car would've been parked

Lewis - Direct Examination (By Mr. Frazier)                    2371

1   down here, if you could point it out to me.

2   A    Right there (Indicating).

3   Q    Okay.  About where this white truck is?

4   A    That car-like body.

5   Q    All right.  I'm going to put it back up on the diagram

6   again -- on the blowup.  And I believe you've indicated

7   somewhere in this area right here (Indicating), correct?

8   A    Yes, sir.

9   Q    Okay.  Now, when they ran up the hill, did they run up the

10  road?

11  A    Yes, sir.

12  Q    Okay.  What did they have in their hand?

13  A    The lighter fluid.

14  Q    Was that the first time you had seen the lighter fluid?

15  A    Yes, sir.

16  Q    As they're running up the hill, what's happening around Mr.

17  and Mrs. Bagley's car?

18  A    Can you explain yourself?

19  Q    What's going on?  You -- you and Mr. Vialva are standing

20  around Mr. and Mrs. Bagley's car, correct?

21  A    Yes, sir.

22  Q    What's happening up there?  What's Mr. Vialva doing, what

23  are you doing?

24  A    I can't recall, sir.

25  Q    Okay.  As Terry Brown and Brandon Bernard run up the hill,

Lewis - Direct Examination (By Mr. Frazier)                2372

1   tell us what happens.

2   A    They began pouring lighter fluid on the car.

3   Q    Okay.  Now, sir, are Mr. and Mrs. Bagley still speaking

4   with ya'll through the trunk of the vehicle?

5   A    Yes, sir.

6   Q    Tell the jury what they're saying.

7   A    They asked when they were going to get out.  They started

8   praying and singing.

9   Q    What was the roadway like as you're driving up this hill?

10  Was it a smooth road or is it very, very rough?

11  A    Very rough.

12  Q    Did it throw them and the car all around on the way up?

13  A    Yes, sir.

14  Q    Who sprayed lighter fluid on the car?

15  A    Brandon Bernard, Terry Brown, Christopher Vialva.

16  Q    Where on the car did they spray the lighter fluid?

17  A    All over it.

18  Q    Inside, --

19  A    Yes, sir.

20  Q    -- as well as outside?

21  A    Yes, sir.

22  Q    Okay.  What is Mr. Vialva doing while Terry Bernard --

23  Terry Brown and Brandon Bernard are spraying the lighter fluid?

24  A    He started yelling at Mrs. Bagley and Mr. Bagley.

25  Q    What was he yelling at them?

Lewis - Direct Examination (By Mr. Frazier)                          2373

1   A    That he was about to let them out.  He told them to shut up
2   and that's all I recall, sir.
3   Q    All right.  Were Mr. and Mrs. Bagley still singing and
4   praying?
5   A    After they got done talking, sir.
6   Q    What happened then?
7   A    I recall Brandon Bernard asked me to open the trunk and I
8   didn't do it.  I told him that I would not do it.  I kept saying
9   his name and --
10  Q    Kept saying whose name?
11  A    Brandon Bernard's.
12  Q    Were you saying Brandon or were you using his nickname?
13  A    His nickname.
14  Q    Which is what?
15  A    "Dip."
16  Q    When you said that and used his nickname, tell us what
17  happened then?
18  A    Terry Brown had got onto me about it, told them -- told me
19  not to say his name out loud like that.
20  Q    What did "Chris" Vialva say then?
21  A    He said something about it didn't matter, he was about to
22  kill them.
23  Q    What happened then, sir.
24  A    I began to walk back down the -- like walk away from it.
25  And as I got a little bit down the hill, I had turned around and

Lewis - Direct Examination (By Mr. Frazier)                      2374

1    I just seen the trunk open and he shot them.

2    Q    Was Mr. Vialva wearing this (Indicating)?

3    A    Yes, sir.

4    Q    Wearing it across his face?

5    A    Yes, sir.

6    Q    When did he put this on?

7    A    I don't recall the exact time he put it on.

8    Q    Was it before the trunk was opened?

9    A    Yes, sir.

10   Q    Do you know who opened the trunk of the vehicle?

11   A    No, sir.

12   Q    How far down this hill were you?  If this (Indicating) is

13   the area where Mr. and Mrs. Bagley's car was parked, how far

14   down this hill were you when you stopped and turned around?

15   A    Right there (Indicating).

16   Q    Right there?

17   A    Around that area, sir.

18   Q    All right.  Could you see clearly to the back of the

19   vehicle?

20   A    Yes, sir.

21   Q    When you turned around, tell the jury what you saw.

22   A    I seen the trunk open.  "Chris" Vialva shot the man and the

23   lady.  I seen the body pop up, the man -- Mr. Bagley's body pop

24   up, and then he shut the trunk.

25   Q    Did you see him when he shot Mr. Bagley, his body pop up

Lewis - Direct Examination (By Mr. Frazier)                    2375

1    first and then shoot Mrs. Bagley?

2    A    Yes, sir.

3    Q    Could you see Mrs. Bagley in the back of the trunk?

4    A    No, sir.

5    Q    How was Mr. Vialva holding the gun that he used?

6    A    Like with his arm at an angle.

7    Q    With his arm at an angle?

8    A    Like kind of turned.

9    Q    All right.

10         MR. FRAZIER:  Your Honor, may I approach the witness

11   and have him stand up and demonstrate?

12         THE COURT:  Yes.

13   BY MR. FRAZIER:

14   Q    If this is the back of the trunk of the vehicle right here,

15   this bar (Indicating), I want you to stand up and show the jury

16   how Mr. Vialva held his -- the gun in his hand when he shot.

17   Stand up.  If this is the trunk (Indicating).

18   A    (Witness indicating.)

19   Q    You're holding it at sort of a down angle with your wrist

20   slightly bent, is that right?

21   A    Yes, sir.

22   Q    Was the gun inside the trunk of the vehicle and his -- his

23   hand and his gun inside the trunk of the vehicle?

24   A    It was like a little a little bit out and a little bit in.

25   Q    All right.  Were the shots, did one follow the other

Lewis - Direct Examination (By Mr. Frazier)                2376

1   instantly?

2   A    Yes, sir.

3   Q    (Mr. Frazier tapping twice.)

4   A    Yes, sir.

5   Q    Or more time than that or less time than that between the

6   shots?

7   A    It seemed like it went fast.

8   Q    Did Mr. Vialva hesitate at all when that trunk opened to

9   pull the trigger and kill Mr. and Mrs. Bagley?

10  A    No, sir.

11  Q    Do you know, at that time, where Mr. Brown or Mr. Bernard

12  were standing?

13  A    No, sir.

14  Q    After the trunk closed, tell us what you did then.

15  A    I started to run down the hill.

16  Q    Did you turn back around and look, at any time?

17  A    When I got halfway down.

18  Q    I believe you indicated while ago you about right here

19  (Indicating), is what you said, is that right, when you first

20  turned and looked at the trunk?

21  A    Yes, sir.

22  Q    Further down this way (Indicating)?  Tell me when to stop

23  when you turned and looked again.

24  A    It's a little bit -- up a little bit.  Right -- go down.

25  Like right around there.

Lewis - Direct Examination (By Mr. Frazier)                    2377

1  Q    All right.  Could you still see the car clearly?

2  A    Yes, sir.

3  Q    Tell us what you saw when you turned around the looked.

4  A    The car on fire.

5  Q    Where were the flames coming from on the car, sir?

6  A    Inside the car.

7  Q    The car doors closed?

8  A    I think so, sir.

9  Q    Okay.  Could you see other people coming down the hill?

10 A    Yes, sir.

11 Q    Okay.  Did you know where everybody was -- where they were

12 at down the hill?

13 A    Can you explain yourself?

14 Q    Where was Mr. Vialva when you turned around and saw the car

15 on fire, do you know where he was standing?

16 A    Not really, sir.

17 Q    What about Mr. Bernard and Mr. Brown?

18 A    I don't remember seeing -- ever seeing them running.

19 Q    Were you the first one down the hill, though?

20 A    Yes, sir.

21 Q    Sir, when Mr. Vialva was driving the Bagley's vehicle up

22 this hill and it was very bumpy and very rough, can you describe

23 how Mr. Vialva was acting?

24 A    He had started to laugh and he said, "That was a bumpy

25 ride."

1   Q   You said he started to do what?

2   A   Started to laugh.  He said that it "was a bumpy ride."

3   Q   When you got down the hill, did you go directly to Brandon

4   Bernard's car?

5   A   I hesitated at first, sir.

6   Q   What do you mean you "hesitated"?  Tell us what you meant.

7   A   I looked to the left and looked to the right for a minute,

8   then I started to run towards the car.

9   Q   Why did you look to the left and right?

10  A   I was about to run, sir.

11  Q   About to run?

12  A   Yes, sir.

13  Q   What was going through your mind at this time?

14  A   That I didn't want to be a part of it, sir.

15  Q   But you already were a part of it, weren't you?

16  A   Yes, sir.

17  Q   In fact, were all the people out there a part of it?  Was

18  everybody that was out there a part of what was going on, of Mr.

19  Vialva's plan?

20  A   Yes, sir.

21  Q   Tell us what happened when you got over to Mr. Bernard's

22  car.

23  A   We had to get -- we had got inside of his car.

24  Q   And where were you sitting, do you recall?

25  A   Behind the passenger seat.

Lewis - Direct Examination (By Mr. Frazier)                     2379

1  Q    All right.  Where was Mr. Vialva sitting?

2  A    The passenger seat in front of me.

3  Q    And where was Mr. Terry Brown sitting?

4  A    Next to me.

5  Q    Okay.  And then where was Mr. Bernard?

6  A    In the driver's seat.

7  Q    Okay.  Did everybody get down the hill about the same time,

8  or were you the first one down and they followed?

9  A    I was there first and they followed.

10 Q    Did they bring anything with them that you remember down

11 from the hill?

12 A    The lighter fluid, sir.

13 Q    Now, did ya'll get in the car, everybody get in the car

14 first thing?  As soon as you got down the hill, the first thing

15 everybody did was get in Mr. Bernard's car?

16 A    Yes, sir.

17 Q    Tell the jury what happened then.

18 A    We had tried to leave and we had turned around and then

19 right when we turned around, it felt like the car was in neutral

20 and someone had just started to push it, and then we got stuck

21 in the ditch.

22 Q    Well, how did the car get stuck in the ditch?

23 A    Are you -- can you explain yourself?

24 Q    How did the car get stuck in the ditch?  I'm -- I'm trying

25 to understand.  You said you turned around and then the car --

1   you said it felt like it was in neutral?

2   A    Yes, sir.

3   Q    How did the car end up in the ditch?

4   A    God put it there, sir.

5   Q    You pulled up, turned around, and then the car felt like it

6   was in neutral and then it just slid off?

7   A    It felt like someone pushing it, sir.

8   Q    Was there anybody out there pushing it?

9   A    No, sir.

10  Q    And it slid off and ended up in the ditch over here

11  (Indicating), correct, on this side?

12  A    I can't see.

13  Q    Well, up in this area (Indicating), the car ended up slid

14  off and turned into the ditch, correct?

15  A    Yes, sir.

16  Q    Perpendicular to the roadway, that is, the front of the car

17  sticking out?

18  A    Yes, sir.

19          MR. FRAZIER:  This might be a good trans -- transition

20  point, Your Honor.

21          THE COURT:  Let's take our afternoon recess at this

22  time.

23      (Recess from 3:20 p.m. until 3:40 p.m.)

24          THE COURT:  Be seated, everyone.

25  BY MR. FRAZIER: