

## UNITED STATES PENITENTIARY POLLOCK LOUISIANA
### PHOTO SHEET

FORMED PREPARED BY: UNITED STATES PENITENTIARY POLLOCK LOUISIANA, LIEUTENANT'S OFFICE

PHOTOGRAPHS TAKEN BY: M. Carter, S.O.
USP POLLOCK

DATE: September 3, 2007   TIME: 7:00 PM   LOCATION: B-2 Unit





FOI EXEMPT

Government Exhibit
W-99-CR-070 (03)
070

## UNITED STATES PENITENTIARY POLLOCK LOUISIANA
## PHOTO SHEET

FORMED PREPARED BY: UNITED STATES PENITENTIARY POLLOCK LOUISIANA, LIEUTENANT'S OFFICE

PHOTOGRAPHS TAKEN BY: M. Carter, S.O.

USP POLLOCK

DATE: September 3, 2007   TIME: 7:00 PM   LOCATION: B-2 Unit



Inmate Demetrius Snead Reg. No. 07988-003 was found by staff with seven puncture wounds. Two puncture wounds to the left side of neck, two puncture wounds to the chest area, one to upper left shoulder, one to left side of rib area, one to left upper arm.



FOI EXEMPT

## UNITED STATES PENITENTIARY POLLOCK LOUISIANA
### DISRUPTIVE GROUP/ SECURITY THREAT GROUP PHOTO SHEET
FORM PREPARED BY: UNITED STATES PENITENTIARY POLLOCK LOUISIANA, SIS OFFICE



7 ½ inch Steel Weapon found on C-Yard on August 1, 2007. Dropped by inmate Tony Sparks, Reg. No. 91929-080

Government Exhibit W-99-CR-070 (03) 069

Government
Exhibit
W-99-CR-070 (03)
068

Contraband found on 3-13-04 by Officer Reyes



Bags of Intoxicants found in light of multi-purpose room in PB Housing.



Lighting fixture in PB Unit cell 337 multi-person cell.

Government Exhibit
W-99-CR-070 (03)
067



5*Time

Phat
Jay · Tweety
Joey · Eric
Derrick · P.J. · Greg
Clifton · Tony · Jason
Billy · Maurice · Terry
Ricki · Chris · Phil · Richard
Pat · Camiron · Teddy Mac · Ty
Jimmy · Marcus · Dirty · Paul · Rel
Shamari · Lavar · Gumeka · Renaee
Jordan · Mona · April · Mike · Tyron · Hector
Dallas · Sullus · Tim · Irvin · Andrea · James
Connie · N.P. · Terry · Ashley · Karl · Ghotti

212 PIRU Blood

-Texas Boys-

5*Deuce
Villain          &K

3·0·(·l          N·1·5          5·50

Government Exhibit W-99-CR-070 (03) 066