





FILE COPY
3/31/08

Government
Exhibit
W-99-CR-070 (03)
071







FILE COPY
3/31/08







FILE COPY

3/31/08







FILE COPY

3/31/08











Government
Exhibit
W-99-CR-070 (03)
075








Government
Exhibit
W-99-CR-070 (03)
074



411



FILE COPY

3/31/08

Government
Exhibit
W-99-CR-070 (03)
073



FILE COPY







FILE COPY







FILE COPY
3/31/08





FILE COPY
3/31/08

Government
Exhibit
W-99-CR-070 (03)
072





FILE COPY
3/31/08







FILE COPY
3/31/08

  

FILE COPY





FILE COPY

3/31/08
AV




FILE COPY
3/31/08



FILE COPY

3/31/08







FILE COPY

3/31/08





FILE COPY
3/31/08
92







FILE COPY

3/31/08







FILE COPY

3/31/08







FILE COPY
3/31/08







FILE COPY

3/31/08



FILE COPY

3/31/08