

# STATE OF TEXAS

# Common Application for Placement of Children in Residential Care

**TONY THOMAS SPARKS**

Form CCF-002

Government
Exhibit
W-99-CR-070 (03)
080

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994
Checklist

## ATTACHMENT CHECKLIST

Page 1 of 19

| Child's Name | Date Completed |
|---|---|
| Sparks, Tony Thomas | 11-3-98 |

| DOCUMENT | ATTACHED | FORTH-COMING | NOT RELEVANT | NOT AVAILABLE BECAUSE |
|---|---|---|---|---|
| **Birth Verification** | ☐ | ☐ | ☐ | |
|    Birth Certificate...................... | ☐ | ☒ | ☐ | |
| | ☐ | ☐ | ☐ | |
| **Legal Records** | ☐ | ☐ | ☐ | |
|    Commitment Order................ | ☐ | ☐ | ☐ | |
|    Other Court Orders................ | ☐ | ☐ | ☐ | |
|    Police Records ...................... | ☐ | ☐ | ☐ | |
|    Divorce Decree...................... | ☐ | ☐ | ☐ | |
|    Custody Order ....................... | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |
| **Education** | ☐ | ☐ | ☐ | |
|    Individual Education Plan (IEP) | ☐ | ☐ | ☐ | |
|    Admission, Review, Dismissal (ARD) Report...................... | ☐ | ☐ | ☐ | |
|    Transcript .............................. | ☐ | ☒ | ☐ | |
|    Adaptive Behavior Level........ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |
| **Physical Health/Disabilities** | ☐ | ☐ | ☐ | |
|    Physical Examination ............ | ☐ | ☐ | ☐ | |
|    Immunization Record............. | ☒ | ☐ | ☐ | |
|    Dental Record....................... | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |
| **Mental Health** | ☐ | ☐ | ☐ | |
|    Psychological Report(s) ......... | ☒ | ☐ | ☐ | |
|    Psychiatric Report(s) ............. | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |
| **Other** | ☐ | ☐ | ☐ | |
|    Medicaid Approval/Application | ☐ | ☐ | ☐ | |
|    Medicaid Card ...................... | ☐ | ☐ | ☐ | |
|    Social Security Card.............. | ☐ | ☒ | ☐ | |
| | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | |

Texas Department of
Protective and Regulatory Services

Form 2087
June, 1994

**Common Application for Placement of Children in Residential Care**

**LEVEL OF CARE ASSESSMENT**
**A. Screening Profile**

Page 2 of 19

| Child's Name | | Date of Birth | Age | Social Security Number |
|---|---|---|---|---|
| Sparks, Tony Thomas | | 5/25/1983 | 15 | 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 |

| Sex | Ethnicity | Primary Language | Place of Birth (city, state, country) | Child's Agency ID No. |
|---|---|---|---|---|
| ☒ M ☐ F | African American | English | Germany | 171,604-C |

| Height | Weight | Religious Preference | Child's Current Location or Placement | Country of Citizenship |
|---|---|---|---|---|
| 5' 6" | 115 lbs | None | Bell County (with mother) | United States |

1. **Briefly describe your impressions of the child including present problems:**

   Mr. Sparks was reletively quiet and spoke when he was asked a question.  He showed some remorse for the offenses he is alleged to have committed.  Mr. Sparks was very respectful to his mother and this officer.

   **Briefly describe the child's strengths:**

   Mrs. Brown says that Tony likes sports very much.  Tony says that his interests are mainly in basketball and football.  He says that he plays both of them well.  Tony expressed his interest in computer games which he plays as often as possible.

2. **Special Needs, Problems and Behaviors**

| Is child considered a danger to self? ☐ Yes ☒ No | Is child considered a danger to others? ☐ Yes ☒ No | Number runaways from home: ➜ 0 | Number runaways from placement: ➜ 0 |
|---|---|---|---|

| Any history of setting fires? ☐ Yes ☒ No | Special Program Needs? ☐ Maternity ☒ Preparation for Adult Living ☐ Other: ➜ | Specify: |
|---|---|---|

Other Significant Problems or Behaviors

None Noted

3. **Juvenile Justice History**

   Does the child have a history of involvement with the juvenile justice system? .................... ☒ Yes ☐ No ☐ Unknown

| If Yes: | Number of referrals to juvenile authorities: ➜ 3 | Number of adjudications for delinquent acts: ➜ 0 | Number of adjudications for CINS offenses: ➜ 0 | Current Offense Burglary of a Habitation (3 counts), Evading Arrest, Failure to Identify |
|---|---|---|---|---|

4. **Placement History**

   Has the child been placed away from home before?  Do not include stopover placements such as emergency shelters, detention, TYC Reception Center,

   informal placements with relatives, or return(s) to home .................... ☐ Yes ☒ No ☐ Unknown

| If yes: Number of previous out-of-home placements: ➜ | Number of failed adoption placements: ➜ | LOC of current/most recent out-of-home placement: ➜ |
|---|---|---|
| Date of discharge from most recent out-of-home placement: ➜ | | |

   Reason for Discharge:

5. **Substance Abuse History**

   Does the child have a history of substance abuse? .................... ☐ Yes ☒ No ☐ Unknown

   If yes, indicate degree of substance abuse:

| Alcohol | Inhalants |
|---|---|

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994

| Marijuana | | | | | Cocaine/Crack | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe | ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe |

| Other Drugs (Specify) |
|---|
| ➔ ☐ Mild   ☐ Moderate   ☐ Severe |

| Is specialized program required? | If yes, specify: |
|---|---|
| ☐ Yes  ☒ No  ☐ Unknown | ➔ |

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in Residential Care**

Form 2087
June, 1994

Page 3 of 19

## 6. History of Abuse and Neglect

Does the child have a history of abuse or neglect?........................................................ ☐ Yes ☒ No ☐ Unknown

If yes, indicate degree:

| Physical | | | | | Sexual | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe | ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe |
| Emotional | | | | | Neglect | | | | |
| ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe | ☐ Unknown | ☐ None | ☐ Mild | ☐ Moderate | ☐ Severe |

Abandonment?.......................................................................................................... ☐ Yes ☒ No ☐ Unknown

## 7.-8. Family/Parental Involvement

| Managing Conservator | Mother's Parental Rights Terminated | Father's Parental Rights Terminated |
|---|---|---|
| ☒ Mother ☒ Father ☐ PRS ☐ Other | ☐ Yes ☒ No | ☐ Yes ☒ No |

| Will family/others participate in treatment or cooperate with others? ☒ Yes ☐ No | Can child return home? ☒ | ☐ Yes-Permanently Only | ☐ No-Not At All | ☐ For Visits |
|---|---|---|---|---|
| | | ☐ Unknown | | |

## 9. Education

| Highest Grade Completed 9 | Currently Enrolled in School? ☒ Yes ☐ No | Educational Needs ☒ Regular Classes ☐ Vocational ☐ Resource ☐ Special Education |
|---|---|---|

| History of Truancy? ☐ Yes ☒ No ☐ Unknown | | ☐ On Campus ☐ Other (specify): |
|---|---|---|

| IQ Scores: Full Scale | Verbal | Performance | ☐ Unknown | Date of Most Recent IQ Test | Name of Test ➔ |
|---|---|---|---|---|---|

## 10. Physical Health/Disabilities

Does the child have a diagnosed or suspected health condition or disability?........................... ☐ Yes ☒ No ☐ Unknown

If yes, describe the condition and treatment required, if any:

| Condition ☐ Acute ☐ Chronic ☐ Unknown | Severity ☐ Mild ☐ Moderate ☐ Severe ☐ Unknown | Requires Specialized Treatment ☐ Yes ☐ No ☐ Unknown |
|---|---|---|
| List Current Medications | | List Allergies |

## 11. Mental Health

Does the child have mental health needs requiring treatment? ....................................... ☐ Yes ☒ No ☐ Unknown

Date of most recent psychological or psychiatric evaluation: .................................... 10-27-98

DSM III Diagnosis:
**Conduct Disorder, Adolescent-onset type**

| Condition ☐ Acute ☐ Chronic ☐ Unknown | Severity ☐ Mild ☐ Moderate ☐ Severe ☐ Unknown | Requires Specialized Treatment ☐ Yes ☒ No ☐ Unknown |
|---|---|---|

| Psychotropic medications prescribed? ☐ Yes ☐ No ☐ Unknown ➔ | If yes, specify: |
|---|---|

| Referring Agency/Organization Bell County Juvenile Probation Office | Agency Contact Person Stacy Bradley | Telephone No. (Inc. A/C) (254) 690-7022 |
|---|---|---|
| Agency Address 4800 East Rancier Avenue, Killeen, Texas | | |

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994

| Name of Person Completing Form<br>Earl Anderson | Title<br>Court Officer | Date Completed<br>11-5-98 |
|---|---|---|
| Where Placed—Facility Name and Location | | |

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994

Page 4 of 19

A. **Recommended level of care**.................................................................................................................................. _____

List the key elements, in order of importance, that led you to the recommended Level of Care:

1. **Most important:**

2. **Next most important:**

3. **Third most important:**

**Other considerations or comments, if any:**


DHS


B. **Billing Level of Care**................................................................................................................................ _____

**If the billing level of care is different from the recommended level of care, explain:**

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994

Page 5  of 19

## C.  Referral/Admissions Packet

| CONTENTS | | |
|---|---|---|
| SECTION 1—Social and Developmental Assessment | SECTION 5—Substance Abuse History | SECTION 9—Education |
| SECTION 2—Special Needs, Problems, and Behaviors | SECTION 6—History of Abuse/Neglect | SECTION 10—Physical Health/Disabilities |
| SECTION 3—Juvenile Justice History | SECTION 7—Family History | SECTION 11—Mental Health |
| SECTION 4—Placement History | SECTION 8—Financial Information | SECTION 12—Other Attachments |

### SECTION 1—Social and Developmental Assessment

Describe the child's general social and developmental history.  Feel free to expand the description of your impressions of the child.  Be sure to include all of the following:

**A.  A description of the circumstances that led to the child's referral.**

Tony's first referral was on August 30, 1998.  Tony is alleged to have entered the residence of Willie Singleton and stole a Murray 18 speed Clift Hanger bicycle, (Killeen Police Department Report #98040575).  He is also alleged to have taken a ring from David Chambers and stolen a pair of white Reebok sneakers from Lionel Collins' garage, (Killeen Police Department Report #98040609 and 98040577).  The next time Tony Sparks was referred to this department was on October 22, 1998 for Evading Arrest and Failure to Identify himself.  Tony is alleged to have participated with codefendants in a fight in which Tony and the group of suspects targeted Renaldo Gooding.  The group of youths followed Mr. Gooding off the school bus and proceeded to engage in a fist fight.  Once the fight was over, Mr. Gooding went home.  Once Mr. Gooding reached his parents' house, the group of youths which he had fought earlier drove into the front yard of his parents' house and started beating him with their fists.  Renaldo Gooding's father entered the driveway and the fighting stopped. Renaldo Gooding's father called the Killeen Police Department.  The police arrived and spoke with Mr. Gooding.  During the conversation, the car of youths drove pass Mr. Gooding's house.  They were identified as the group which started the fighting with Renaldo Gooding.  The police gave chase and eventually stopped the vehicle.  Tony Sparks was apprehended and questioned.  Mr. Sparks gave the police officer a false name.  After further questioning, Mr. Sparks gave his correct identification, (Killeen Police Department Report #98-49139).

**B.  The immediate and long-range goals of placement.**
N/A

**C.  A description of the child's relationship with other significant adults and children.**

Tony's mother says that Tony is very polite to family members.  She reports that Tony loves his grandmother Augusta Seger.  Tony says that he misses his grandmother and grandfather on his father's side of the family very much.  Tony's mother also reports that Tony is close to his aunt Candy.  She further states that Tony is very patient with little children and he is close to his father.

**D.  A description of the child's behavior, including both appropriate and inappropriate behavior:**

Tony's mother seemed surprised at his recent behavior.  Though she says that he acts like a the average teen.  She reports thatTony talks back when told to do something, and he does not like to clean his room.  Tony's mother does report Tony's willingness to buy her presents for various occasions.  She says that he earns his money from the job at Pizza Now.

**E.  The child's developmental history and current level of functioning.**

Tony's mother says that Tony was born at seven months and weighed four pounds at birth.  She further states that Tony was a very good baby.  She says that he did not wake up a lot in the early developmental stages.  She adds that Tony walked and talked at periods which were normal.

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children in
Residential Care**

Form 2087
June, 1994

Page 6 of 19

## SECTION 2—Special Needs, Problems and Behaviors
Describe in detail the special needs, problems, or behaviors identified in Section 2 of the Screening Profile.

A. **Suicide history.  Describe in detail suicide attempts and suicidal gestures.  Include the number of suicide attempts, and the date of the last known suicide attempt.**

   None Noted

B. **History of assualtive behavior.**

   None noted by parent.

C. **Runaway history.**

   According to Tony's mother, he has never run away from home. However, the Caseworker program has Tony listed as having ran away from home on one occasion.

D. **Other significant needs, problems and behaviors (including setting fires, maternity, etc.).**

   None noted by parent.

Form 2087
Protective and Regulatory Services

**Common Application for Placement of Children in Residential Care**

June 1994

## SECTION 3 – Juvenile Justice History

Child's Name: **Sparks, Tony  Thomas**

| REFERRALS (list only one referral per date) | | | | DISPOSITIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Offense | Level* | Penal Code | Type** | Date | Offense | Level* (list only if different from referral) | Penal Code (list only if different from referral |
| 8-30-98 | Burglary Of A Habitation | FL | 30.02 | | | | | |
| 8-30-98 | Burglary Of A Habitation | FL | 30.02 | | | | | |
| 8-30-98 | Theft From A Person | MI | 31.03 | | | | | |
| 8-30-98 | Theft O/50, U/500 | MI | 31.03 | | | | | |
| 10-14-98 | Burglary Of A Habitation | FL | 30.02 | | | *enor "11/12/98* | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*LEVEL OF OFFENSE CODES**          **\*\*TYPE OF DISPOSITION CODES**

Total Number of Referrals:
Count only one per date)    **2**

Total Numbers of Adjudications/
Certifications (AP,AT,PT, or CA):    **0**
(Count only one per date)

FC = Family Code
MI = Misdemeanor
FL = Felony

CS = Cautionary Sanction
DP = Deferred Prosecution
AP = Adjudicated to Probation
CR = Cautionary Sanction

RD = Refused/Dismissed
AT =Adjudicated to TYC
CA = Certified as Adult
IA = Informal Adjustment

IO=Information Only

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

Page 8 of 19

Briefly describe the child's history of delinquency. Include a description of contributing factors, and any patterns delinquency you detect. Indicate whether the child is a follower or a leader.

Tony is pending court for three counts of Burglary of a Habitation, Theft under Five Hundred and Theft from a Person. He says that he committed the first burglary on October 14, 1998. He admits that it was without guidance or interference from anyone. I believe that Tony planned to commit the alleged offenses and will continue provided something is done at this point to halt his activities.

Describe the child's most recent criminal episode, contributing factors, the child's actions or role in the episode, and how this episode fits into the child's history of delinquency.

On October 22, 98 Tony is alleged to have participated in a fist fight with several codefendants when they targeted and fought against Renaldo Gooding. When Tony and the codefendants fled in their vehicle the police gave chase. The vehicle was stopped and Tony was apprehended and questioned by the police. Tony gave a false name when first questioned by the police. After further questioning, Tony gave his birth name to the police.

| | | |
|---|---|---|
| Does the child have gang affiliation? | ☒ Yes ☐ No | If yes, gang name: **Bloods** |
| Do any family members or relatives have gang affiliation? name: | ☐ Yes ☒ No ☐ Unknown | If yes, gang |

TYC COMMITMENT    ☐ Yes ☐ No

| County | Commitment Date | Judge's Last Name | Court Name |
|---|---|---|---|
| | | | |

| Cause No. 0 | Prosecuting Attorney's Name | Probation I.D. No. 0 |
|---|---|---|

TYPE OF COMMITMENT:    ☐ Direct Commitment    ☐ Revocation of Probation

| Probation Failure | If yes, describe most serious offense for which on probation: | Offense Code → |
|---|---|---|
| ☐ Yes ☐ No → | | |

**Reason for Failure**

| Description of Current Offense | Offense Code → |
|---|---|

| Weapon Used | | | | Determinate Sentence | Time (yrs./mos.) |
|---|---|---|---|---|---|
| ☐ Firearm | ☐ Cutting Instrument | ☐ Blunt Object | ☐ Hands, Feet, etc. | ☐ Yes ☐ No | |
| ☐ Other | ☐ None | ☐ Unknown | | | |

| OFFENSE LEVEL → | Felony ☐ Capital | Misdemeanor ☐ 1 ☐ 2 ☐ 3 ☐ A ☐ B ☐ C | Other ☐ Specify: |
|---|---|---|---|

| Gang Related ☐ Yes ☐ No ☐ Unknown | Date of Prior TYC Commitment | Description of Offense → | Offense Code → |
|---|---|---|---|

ATTACH ALL COURT ORDERS INVOLVING THE JUVENILE JUSTICE SYSTEM

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

## Section 4—Placement History

Page 9 of 19

Start with the child's first out-of-home placement:

| Date Placed | Name of Facility or Living Arrangement<br>N/A | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

| Date Placed | Name of Facility or Living Arrangement | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

| Date Placed | Name of Facility or Living Arrangement | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

| Date Placed | Name of Facility or Living Arrangement | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

| Date Placed | Name of Facility or Living Arrangement | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

| Date Placed | Name of Facility or Living Arrangement | | License Type |
|---|---|---|---|
| Address | | Contact Person | Telephone No. |
| Date Placement Ended | Reason Placement Ended | | |
| LOC and Dates Assigned | | Continued Contact of Child with Placement Recommended<br>☐ Yes ☐ No ☐ Unknown | |

☐

Form 2087
June, 1994

Texas Department of
Protective and Regulatory Services

## Common Application for Placement of Children
## in Residential Care

## SECTION 5—Substance Abuse History

A. Describe the child's history of substance use, abuse, manufacture, possession, and/or delivery.

    None Noted by parent.

B. Describe the child's family history of substance use, abuse, manufacture, possession, and/or delivery.  Include not  only parents and siblings, but also extended-family members (such as grandparents, aunts, uncles) even if they do not live in the same household as the child.

    None noted by parent.

C. Describe any treatment the child has received for substance abuse and the success or failure of this treatment.  Include the lengths and dates of treatment, whether the program was residential or outpatient, whether the child completed the program, whether the family was included in the treatment and so on

    None noted by parent.

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

## SECTION 6—History of Abuse and Neglect

Page 11 of 19

A.  Type of Abuse and Neglect (check all that apply):

| Abandonment | | Neglectful Supervision | |
|---|---|---|---|
| ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | | ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | |
| Medical Neglect | | Physical Neglect | |
| ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | | ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | |
| Emotional Abuse | | Physical Abuse | |
| ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | | ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | |
| Sexual Abuse | | | |
| ☐ Reason to Believe    ☐ Legally Confirmed/Adjudicated | | | |

B.  What did the parent/perpetrator do?  Summarize the role of each parent/perpetrator.


N/A


C.  What happened to the child?  Summarize the extent of harm (or the substantial risk of harm) to the child.


N/A

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

## SECTION 7—Family History

Page 12 of 19

| Home Address (Street, City, State, Country, ZIP) | Telephone No. (inc. A/C) |
|---|---|
| 2111 Creekwood Drive, Killeen Texas 76543 | (254) 554-7665 |

Marital Status of Birth Parents
☐ Never Married  ☒ Married  ☐ Divorced  ☐ Separated  ☐ Widowed

Marital Status of Adoptive Parents
☐ Never Married  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Widowed

Deaths in immediate family (list names, relationships, and the referred child's age at the time of each death):
None noted by parent

If adopted, what does the child know about his or her birth parents?

### Persons in Home

| Father | Date of Birth* | Type of Parent | Social Security No. |
|---|---|---|---|
| Alfonzo Brown | 2-28-70 | ☐ Birth  ☐ Adoptive  ☒ Step | 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 |

| Mother | Date of Birth* | Type of Parent | Social Security No. |
|---|---|---|---|
| Daniele Brown | 2-21-63 | ☒ Birth  ☐ Adoptive  ☐ Step | 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 |

| BLOOD SIBLINGS | DATE OF BIRTH* | BLOOD SIBLINGS | DATE OF BIRTH* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| OTHER CHILDREN | DATE OF BIRTH* | RELATIONSHIP/ROLE |
|---|---|---|
| Patrick Commean | unk | Stepbrother |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| OTHERS | DATE OF BIRTH* | RELATIONSHIP/ROLE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Give approximate age if date of birth is unknown.

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

Significant Persons Out of Home

Page 13 of 19

| Father Thomas Lee Sparks | Date of Birth* 2-26-61 | Type of Parent ☒ Birth ☐ Adoptive ☐ Step | Social Security No. 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 | |
|---|---|---|---|---|
| Address (Street, City, State, Country, ZIP) unk | | | Telephone No. (Inc. A/C) unk | Currently Involved with Child ☒ Yes ☐ No |
| Mother | Date of Birth* | Type of Parent ☐ Birth ☐ Adoptive ☐ Step | Social Security No. | |
| Address (Street, City, State, Country, ZIP) | | | Telephone No. (Inc. A/C) | Currently Involved with Child ☐ Yes ☐ No |

| OTHERS | DATE OF BIRTH* | RELATIONSHIP/ROLE |
|---|---|---|
| Inge Gerber | 9-28-38 | Grandmother |
| | | |
| | | |
| | | |
| | | |

*Give approximate age if date of birth is unknown.

| Characteristics of Individual Family Members with Whom Child has Lived: | NO | YES | FAMILY MEMBER(S) |
|---|---|---|---|
| 1. Violent Toward Family Members | ☒ | ☐ | |
| 2. Suicide | ☒ | ☐ | |
| 3. Substance Abuse Problems | ☒ | ☐ | |
| 4. Criminal Behavior | ☒ | ☐ | |
| 5. Involving a Child in Criminal Behavior | ☒ | ☐ | |
| 6. Mental Retardation or Limited Intellectual Ability | ☒ | ☐ | |
| 7. Mental Illness or Disability | ☒ | ☐ | |
| 8. Physical Illness or Disability | ☒ | ☐ | |
| 9. Sexual Deviance | ☒ | ☐ | |

| Characteristics of the Family as a Whole with Whom Child has Lived: | Not At All Like Family | Somewhat/ Sometimes Like Family | Very Much or Often Like Family | | Not At All Like Family | Somewhat/ Sometimes Like Family | Very Much or Often Like Family |
|---|---|---|---|---|---|---|---|
| 1. Chronic Poverty | ☒ | ☐ | ☐ | 7. Difficult or Unacceptable to Express Emotions | ☒ | ☐ | ☐ |
| 2. Chaotic Home Environment | ☒ | ☐ | ☐ | 8. Frequent Family Moves or School Moves | ☒ | ☐ | ☐ |
| 3. Rigid, Inflexible | ☒ | ☐ | ☐ | 9. Child Moved from One Parent or Family Member to Another | ☒ | ☐ | ☐ |
| 4. Smothering; Individualization of Members is Discouraged | ☒ | ☐ | ☐ | 10. Concern with Psychosomatic Complaints | ☒ | ☐ | ☐ |
| 5. Enmeshed; Few Outside Involvements | ☒ | ☐ | ☐ | 11. Social Isolation | ☒ | ☐ | ☐ |
| 6. Discipline Skills Lacking | ☒ | ☐ | ☐ | 12. Illiteracy | ☒ | ☐ | ☐ |

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

Page 14 of 19

Briefly describe the child's relationships with family members and significant others, both in and out of the home.  Address both strengths and weaknesses.

Tony's mother reports that Tony gets along very well with all the family members and significant others.  Mrs. Brown says that Tony is a good child and he is a lovable child.

Briefly describe the overall family situation, highlighting the positive and negative aspects of the child's family environment including all the "Family Characteristics" checked on page 12.

Mrs. Brown says that they have a tight-knit family.  She says that they all stay in contact with each other.  Mrs. Brown also stated that frequent are made to her mother in Germany.  Mrs. Brown emphasized the closeness to Mr. Brown's family in Dothan, Alabama, whom they visit twice a year.

Other significant information:

None noted by parent

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

## SECTION 8—Financial Information

Page 15 of 19

Attach:    A copy of client's Medicaid card, if any.

| Name of Responsible Male
Alfonzo Brown | Disabled?  ☐ Yes  ☒ No | Occupation
Tanker |
| Employer
U.S. Army | | Salary
$1,700.00    per mo |
| Employer's Address
Ledward Barracks, Germany | | |
| Other Income Source
(1) | Amount  ➔ $0.00 | Other Income Source
(2)    Amount  ➔ $0.00 |

| Name of Responsible Female
Daniele Brown | Disabled?  ☐ Yes  ☒ No | Occupation
carpet sale |
| Employer
Centex Cleaning and Sale | | Salary
$600.00    per mo |
| Employer's Address
Farm Road 2410 Suite A, Harker Hieghts, Texas 76548 | | |
| Other Income Source
(1) | Amount  ➔ $0.00 | Other Income Source
(2)    Amount  ➔ $0.00 |

Is the family eligible for Medicaid? .......................................................... ☐ Yes  ☒ No  ☐ Unknown

Is the family currently receiving Medicaid?.............................................. ☐ Yes  ☐ No  ☒ Unknown

Funds Applicable to Child:

| VA — Amount | VA No. | Received By | | |
|---|---|---|---|---|
| Social Security — Amount | Social Security No. | Received By | | |
| CHAMPUS — Amount | CHAMPUS I.D. No. | Received By | | |
| AFDC/SPFC — Amount | County Paid FC — Amount | Child Support — Amount | Paid By | County |

Insurance Applicable to Child:

| Insurance Company Name
(1) | Policy Holder | Policy No. |
|---|---|---|
| Insurance Company Name
(2) | Policy Holder | Policy No. |
| Insurance Company Name
(3) | Policy Holder | Policy No. |

Type of Insurance
☐ Basic Medical    ☐ Hospitalization    Basic Dental    Orthodontic    Mental Health

Other Resources Applicable to Child:
None noted by parent

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

**SECTION 9—Education**                                        Page 16 of 19

Attach:    A.  Current IEP (Individualized Education Plan)
           B.  Most Recent ARD Committee report (if any)
           C.  Transcript
           D.  Adaptive Behavior Level Information (if any)

| Name of Most Recent School Attended | School District |
|---|---|
| Nolan Middle School | Killeen ISD |

| Address (fill in city and state at least, and street address if known) |
|---|
| 101 North Fifth, Nolanville, Texas 76559 |

**Describe any educational problems, needs, or behaviors not otherwise documented.  Add any additional
information you feel is important.**

See Attached Records

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

**SECTION 10—Physical Health/Disabilities**                                    Page 17 of 19

Attach:     A.  Medical Records
                  (1)  Physical Examination
                  (2)  Immunization Records
            B.  Dental Records

**Describe any physical health problems or disability not otherwise documented.  Add any additional
information you feel is important.**


An immunization record is attached.

Texas Department of
Protective and Regulatory Services

**Common Application for Placement of Children
in Residential Care**

Form 2087
June, 1994

**SECTION 11—Mental Health**

Page 18 of 19

Attach (as appropriate):
  A. Psychological Report(s)
  B. Psychiatric Report(s)

**Describe any mental health problems not otherwise documented.  Add any additional information you feel is important.**

A Psychological evaluation is attached.

**SECTION 12—Other Attachments**

Attach:    A. Birth Certificate or Other Birth Verification
           B. Legal Records (if any)
           C. Authorization Forms

# SUMMARY

The juvenile is in need of rehabilitation and the protection of the public and the juvenile require that a disposition be made for the following reasons:

Tony is pending court for Evading Arrest, Failure to Identify, Burglary of a Habitation (3 counts), Theft Over $50.00, Under $500.00, and Theft from a Person.

It is in the juvenile's best interest to be placed outside his/her home for the following reason:

Placement outside the home is not being considered at this time.

The following reasonable efforts were made to prevent or eliminate the need for the juvenile's removal from the home and to make it possible to return to his home:

N/A

The juvenile has the following educational needs:

Tony needs to continue his education until receiving a high school diploma.

The recommended disposition addresses educational needs in the following manner:

Tony's educational needs can be addressed through the public school setting.