UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
UNITED STATES PENITENTIARY
POLLOCK, LOUISIANA

PSYCHOLOGICAL EVALUATION

NAME:                            **SPARKS, TONY**

BOP REGISTRATION NUMBER:         91929-080

DATE OF BIRTH:                   May 25, 1983

DATE OF REPORT:                  February 3, 2009

REFERRAL ISSUES:
A psychological evaluation was requested by the inmate's unit
team, in accordance with Program Statement 5212.06--Control Unit
Programs, to permanently designate inmate Sparks to the ADX.

PROCEDURES CONDUCTED:
Clinical Interview
Mental Status Examination
Review of Relevant Records
      Sentry Records
      Psychological Data System Records
      Presentence Investigation Report dated February 13, 2001
      SIS Report dated April 17, 2008

RELEVANT HISTORY:
Inmate Sparks is a 24 year-old African American male. He is
currently serving a life sentence for carjacking. The offense was
premeditated and lasted approximately four hours. The victims
were shot then set on fire. After he was arrested, he attempted
to escape from custody. He was placed in the custody of the
Federal Bureau of Prisons on April 3, 2001, and arrived at USP
Pollock on June 18, 2007.

When asked about his legal history, inmate Sparks reported he was
15 years-old when he was first arrested. He stated he was
arrested for stealing a bicycle. He reported he was 16 years-old
when he was arrested for the current offense. The PSI documents
his being adjudicated for burglary of a habitation and theft from
a person when he was 15 years-old. He stole a mountain bike from
one victim and a gold ring from another victim. He was placed on
one year probation for the offense. He was arrested on four other
occasions, however the charges were eventually dismissed. The
charges included burglary of a habitation and theft over $50
Under $500; evading arrest, failure to identify; failure to
identify; and aggravated assault with a deadly weapon. He was not

FOI EXEMPT

Government
Exhibit
W-99-CR-070 (03)
081

tried for the aggravated assault due to the current offense.

Inmate Sparks has exhibited a pattern of violating the rules and regulations while incarcerated. According to the PSI, he violated the rules at a juvenile detention center on many occasions. Additionally, he and another inmate attempted to escape from the juvenile facility by choking an officer until she was unconscious, then stealing her keys. Inmate Sparks flushed his toilet to mask the officer's screams as the other inmate choked her. Since his incarceration with the Bureau of Prisons he has been sanctioned for 23 incidents. These include four for refusing to obey an order; two for being absent from assignment; two for possession of intoxicants; two for assaulting with serious injury; four for possessing a dangerous weapon; two for assaulting without serious injury; and one each for being insolent to a staff member; refusing to take an alcohol test; possession of an unauthorized item; rioting; being in an unauthorized area; stealing; and fighting with another person. He currently has an incident report pending for attempted killing as a result of the current incident. It should be noted, his disciplinary history exhibits a pattern of increasing violence. For the most part, the most recent incidents are the most violent incidents.

Inmate Sparks has a history of engaging in violent acts while incarcerated with the Bureau of Prisons. In July of 2006, he stabbed his cellmate in SHU approximately 12 times in the back, neck, head, and right arm. In September of 2007, he stabbed an inmate in the neck resulting in the inmate having a laminectomy on the C3-C4 vertebra due to an open spinal cord injury. The victim remains unable to walk or urinate by himself.

Inmate Sparks and another inmate attempted to kill the inmate victim on March 31, 2008. Inmate Sparks entered the victim's cell at 6:37 pm and remained in the cell until 7:55 pm. His accomplice left the cell approximately 30 minutes prior to inmate Sparks departing the cell. It is presumed inmate Sparks remained with the victim until he lost consciousness so the victim would not be able to summons assistance. The victim received multiple stab wounds to the head. One stab wound was to his right eye and into the brain. The inmate lost his eye as a result of the injury. Emergency surgery at an outside hospital had to be conducted to save the victim's life.

Inmate Sparks was born in Schweinfurt, Germany, on May 25, 1983. He denied any knowledge of his mother experiencing any problems during her pregnancy or the delivery. According to inmate Sparks, his parents were never married, however the PSI states they were married and later divorced. His mother was a German citizen and his father was an American with the military. Inmate Sparks

FOI EXEMPT

stated he lived in Germany until the age of 12. At that time, his mother married his step-father and they all moved to Killeen, Texas. He was living in Killeen, Texas with his mother at the time of the current offense. He reported a good relationship with his mother and father and an "alright" relationship with his step-father. His mother and step-father have divorced since his incarceration. He stated he has no contact with his step-father, however he sees and talks with his parents "as much as possible." During the clinical interview, inmate Sparks denied having any siblings, however the PSI documents one half brother. He denied any prior marriages or fathering any children.

Inmate Sparks reported he completed the ninth grade. He was placed in an alternative school in the ninth grade, however he did not complete school due to his incarceration. He stated he made average grades consisting of B's and C's while in school. He reported he got in trouble for fighting on several occasions, however he denied ever being suspended or expelled. He reported an "alright" relationship with his teachers and his peers. He stated he has not obtained his General Equivalency Degree. The PSI states he was in the tenth grade at the time the PSI was written. Inmate Sparks denied any form of employment, however the PSI documents his working at two different pizza places as a cook in 1998. He denied ever serving in the military.

Inmate Sparks denied a history of substance use or abuse. The PSI documents the use of alcohol and marijuana beginning at age 15. He told the writer of the PSI he did not believe he had a problem with either substance. There is no known documentation of his participating in any substance abuse treatment program.

Inmate Sparks denied any medical problems. The available records did not document any medical problems.

MENTAL HEALTH HISTORY:
Inmate Sparks denied any history of mental illness, mental health treatment, or suicide attempts. There is no known documentation to indicate a history of mental health problems or suicide attempts. The PSI documents his participation in a psychological evaluation in August 1999. He was diagnosed with Conduct Disorder, Adolescent Onset Type. The evaluator described his decision-making style as calculating and unemotional. Further he stated when relating to his environment, inmate Sparks will likely be predatory and aggressive. His contacts with Psychology Services, since his incarceration with the Federal Bureau of Prisons, have been routine contacts consisting of intake screenings and 30-day Special Housing Unit reviews.

BEHAVIORAL OBSERVATIONS AND/OR MENTAL STATUS EXAMINATION:
During all contacts with inmate Sparks, since his incarceration



at USP Pollock, his mental status has been within normal limits.
He has always been alert and oriented to person, place, time, and
situation. He has denied all forms of hallucinations and has
never appeared to be responding to stimuli not present. His
thoughts have always been rational, organized, and goal-directed.
There has never been evidence of a thought disorder. His mood has
never been either significantly elevated nor depressed. He has
shown an appropriate range of affect. He has never expressed any
genuine thoughts of harming himself or others. There have been no
signs of a mood disorder. His memory for recent and remote events
has always appeared to be intact. The inmate's speech has always
been within normal limits in terms of quality and quantity. His
use of vocabulary and general fund of information has suggested
average intelligence. His gait and motor movements have been
normal. There have never been any obvious signs of head trauma or
brain injury.

CLINICAL FORMULATION:
There is no evidence inmate Sparks has ever, nor is now,
suffering from any major mental illness. His disregard for the
safety of others, aggressiveness, failure to conform to societal
norms, and his lack of remorse all indicate antisocial traits and
behavior. In 1999, inmate Sparks was diagnosed with Conduct
Disorder, Adolescent Onset Type. He was 15 at the time he was
first adjudicated and was on probation for that adjudication when
he was arrested, at age 16, for the current offense. The current
offense involved the armed carjacking of two individuals which
resulted in their deaths. It is also documented his substance use
began when he was 15 years-old. Incarceration has not deterred
his criminal activity. Since 2006, he has been involved in three
serious assaults on other inmates. The most recent incident
involved inmate Sparks observing his victim suffer until
unconsciousness to ensure the victim was unable to summons
assistance. His disciplinary record demonstrates a pattern of
increasing violence. As such, inmate Sparks easily meets the
diagnostic criteria for Antisocial Personality Disorder.

DIAGNOSES:
Axis I     V71.09     No Diagnosis on Axis I
Axis II    301.7      Antisocial Personality Disorder
Axis III   None known
Axis IV    Incarceration, pending prosecution
Axis V     GAF (current)= 88

RECOMMENDATIONS/PROGNOSIS:
Inmate Sparks is a 24 year-old African-American male. He is
currently being considered for placement in a Control Unit due to
the homicide of another inmate. There is no evidence of current
or past mental illness. Personality factors and behavior indicate
the presence of Antisocial Personality Disorder. The prognosis

for an individual such as inmate Sparks, is considered guarded, at best. He exhibits personality factors that are deeply ingrained and tend to run an unremitting course. To change these factors requires intense work, persistence, and a strong desire to make that change. Most individuals with Antisocial Personality Disorder see no problem with their behavior or perspective, thus they see no need to make any changes. At this time, a Control Unit appears to be an appropriate placement, as he is not likely to change his behavior in the near future. He does not suffer from a major mental illness, therefore, there is no need for psychological treatment beyond the norm. He should adjust appropriately to the environment of a Control Unit.

Melissa Hughes Albert, Psy.D.
Chief Psychologist
USP Pollock, Louisiana

FOI EXEMPT

```
CAAGH  535*08 *        FEDERAL BUREAU OF PRISONS        *    03-26-2015
PAGE 001        *          INTAKE SCREENING FORM        *    08:14:08
```

```
NAME.......: SPARKS, TONY                UNIT.....: F-1
REGISTER NO: 91929-080                   DOB (AGE): 05-25-1983 (31)
RACE / SEX.: BLACK / MALE                ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543           RSP OF...: 5-T A-ADMIT
```

```
******************   I N M A T E   I N T E R V I E W   ***************

DATE && TIME ARRIVED:03-26-2015   08:00      TIME INTERVIEWED: 12ᴶ0
```

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                      YES ___ NO ✓

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___ NO ✓

3)  ARE YOU A CIM CASE ?                                YES ✓ NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?        YES ___ NO ✓

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?            YES ✓ NO ___

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?             YES ___ NO ✓

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?         YES ___ NO ✓

INTERVIEWER COMMENTS: no issues _____

_____

CIRCLE ONE:
    HAVE / HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &&
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS && RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: T. Sparks                DATE: 3-26-15

INTERVIEWER: B. Roberts /B. 02   TITLE: Counslor   DATE: 03-26-2015

******************   S T A F F   C H E C K L I S T   ***************

PSI REVIEWED..............: YES ✓ NO ___
CENTRAL FILE REVIEWED....: YES ✓ NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR? YES ___ NO ✓
COMMENTS:_____ "NO PREA CONCERNS" _____

_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: no issues _____

_____
PSYCH ALERT (YES/NO).....: NO
                                            ~~NOT RELEASE TO GENERAL~~

OK FOR GENERAL POPULATION: YES ___ NO ✓    "Do you wish to self-identify your sexual orientation, gender
        Pending SIS + Psych review          identity, any disabilities, and/or self-perception of
                                             vulnerability?"
                                                    NO

Government
Exhibit
W-99-CR-070 (03)
082

```
ALPI7  535*08 *              FEDERAL BUREAU OF PRISONS        *    11-03-2014
PAGE 001       *               INTAKE SCREENING FORM          *    16:24:18
```

NAME.......: SPARKS, TONY                  UNIT.....:
REGISTER NO: 91929-080                     DOB (AGE): 05-25-1983 (31)
RACE / SEX.: BLACK / MALE                  ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543             RSP OF...: ALP A-DES

UNIT: 1A _(handwritten)_

****************   I N M A T E   I N T E R V I E W   ***************

DATE && TIME ARRIVED:11-03-2014   16:00          TIME INTERVIEWED: 5:30

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                    YES ___  NO ✓

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO ✓

3)  ARE YOU A CIM CASE ?                               YES ✓  NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?       YES ___  NO ✓

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?           YES ✓  NO ___   Blood

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?            YES ___  NO ✓

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?        YES ___  NO ✓

INTERVIEWER COMMENTS: _____

_____

CIRCLE ONE:
    I (HAVE) / HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &&
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS && RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: X _(signature)_                DATE: 11·3·14

INTERVIEWER: HOTTENSTEIN          TITLE: COUNSELOR      DATE: 11-03-2014

****************   S T A F F   C H E C K L I S T   ***************

PSI REVIEWED.............: YES ✓  NO ___
CENTRAL FILE REVIEWED....: YES ✓  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?  YES ___  NO ✓
COMMENTS: NO PREA

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: Good

PSYCH ALERT (YES/NO).....: NO          (IF YES, DO NOT RELEASE TO GENERAL
                                        POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ___  NO ✓  (IF NO, EXPLAIN)

Pending SIS/CARS Review _(handwritten)_

Do you wish to self-identify your sexual orientation,
gender identity, any disabilities, and/or self-
perception of vulnerability?
Yes____ No ✓
Staff Initials KB  Inmate Initials ✓ TS
*If yes refer to Psychology

PDS Print All Documents                                                              Page 1 of 1

Create PDF    Send to Printer

**SENSITIVE BUT UNCLASSIFIED**



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-21-2009 - Intake Screening

**Reg Number-Name:** 91929-080 - SPARKS, TONY    **Unit/Qtrs:** B, B05-106L

**Author:** PAUL G. ZOHN, STAFF PSYCH

**Institution:** FLM - FLORENCE ADMAX USP

### TREATMENT/MENTAL HEALTH HISTORY:

Inmate **SPARKS** reported the following:

| Out-Patient: | 1999- psych eval- dx. Conduct Disorder, Adolescent Onset Type |
| --- | --- |
| **Violence:** | carjacking; 2 IRs for assaulting without serious injury; IR for assaulting with serious injury; IR for fighting; IR for rioting |

### ABUSE HISTORY:

Inmate SPARKS reported no abuse history

### MENTAL STATUS:

During the screening interview no mental status items were noteworthy.

His psychological stability for custody is judged to be **FAVORABLE** .

### DRUG ABUSE HISTORY:

Inmate SPARKS reports a history of substance abuse.   His primary drug of addiction/abuse is **ALCOHOL** . He is NOT interested in drug abuse treatment.

### PROGRAM TREATMENT RECOMMENDATIONS:

No programs/treatment are recommended at this time.

Inmate SPARKS reported NO interest in participating programs/treatment.

### COMMENTS:

Inmate Sparks was seen on this date for an intake interview. He is a 26 year old inmate serving a Life sentence for Carjacking.  He denied a history of treatment for mental health problems. He was sent to the Control unit at the ADX for attempted murder of another inmate. He was negative for a history of suicidal ideation, attempts, or deliberate self harm. This individual denied a history of sexual abuse, either as victim or perpetrator. There was no apparent mood or thought disorders evident. He denied the need for psychology services at present, but was informed of how to request them in the future. No MDS designations were present or necessary.

**SENSITIVE BUT UNCLASSIFIED**

```
FLME6  535*08 *           FEDERAL BUREAU OF PRISONS          *     08-21-2009
PAGE 001        *           INTAKE SCREENING FORM             *     12:26:34
```

```
NAME.......: SPARKS, TONY              UNIT.....: B
REGISTER NO: 91929-080                DOB (AGE): 05-25-1983 (26)
RACE / SEX.: BLACK / MALE             ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543        RSP OF...: FLM A-DES
```

****************** I N M A T E   I N T E R V I E W ***************

DATE & TIME ARRIVED: 8-21-09   1220          TIME INTERVIEWED: 1:30PM

1) DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
   PLACED IN GENERAL POPULATION ?                      YES ___  NO X

2) HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ? YES ___  NO X

3) ARE YOU A CIM CASE ?                                 YES X  NO ___

4) HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?         YES ___  NO X

5) ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?             YES X  NO X

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?             YES ___  NO X

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?         YES ___  NO X

INTERVIEWER COMMENTS: _____
_____
_____

CIRCLE ONE:
    ( I  HAVE )  HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &
       ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
       THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: X _____        DATE: 8-21-09

INTERVIEWER: T Duclow_____  TITLE: CSW_____  DATE: 8-21-09

****************** S T A F F   C H E C K L I S T ***************

PSI REVIEWED............: YES X  NO ___
CENTRAL FILE REVIEWED....: YES X  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR? YES ___ NO V
COMMENTS:_____
_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: ___Good____

PSYCH ALERT (YES/NO)....: NO          (IF YES, DO NOT RELEASE TO GENERAL
                                       POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ___  NO X  (IF NO, EXPLAIN)

         B unit inmate

```
POLAU  535*08 *          FEDERAL BUREAU OF PRISONS      *     06-18-2007
PAGE 001      *          INTAKE SCREENING FORM          *     14:32:15
```

NAME.......: SPARKS, TONY                  UNIT.....: ___C___
REGISTER NO: 91929-080                     DOB (AGE): 05-25-1983 (24)
RACE / SEX.: BLACK / MALE                  ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543             RSP OF...: POL A-DES


****************** I N M A T E   I N T E R V I E W  ***************

DATE & TIME ARRIVED: 06-18-2007   13:24       TIME INTERVIEWED: 3⁴⁵pm

1) DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
   PLACED IN GENERAL POPULATION ?                     YES ___ NO ✓

2) HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___ NO ✓

3) ARE YOU A CIM CASE ?                                YES ___ NO ✓

4) HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?        YES ___ NO ✓

5) ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?            YES ___ NO ✓

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?            YES ___ NO ✓

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?        YES ___ NO ✓

INTERVIEWER COMMENTS: _____
                      _____


CIRCLE ONE:
   I  HAVE   HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &
   ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
   THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: _____     DATE: 6/18/07

INTERVIEWER: _____  TITLE: Case Manager DATE: 06-18-2007


****************** S T A F F   C H E C K L I S T  ***************

PSI REVIEWED.............: YES ✓  NO ___
CENTRAL FILE REVIEWED....: YES ✓  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?  YES ___  NO ✓
COMMENTS: _____
_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN:_____
_____

PSYCH ALERT (YES/NO).....:  NO          (IF YES, DO NOT RELEASE TO GENERAL
                                         POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION:  YES ✓  NO ___  (IF NO, EXPLAIN)

```
OKLDC  535*08 *          FEDERAL BUREAU OF PRISONS      *      06-07-2007
PAGE 001       *          INTAKE SCREENING FORM          *      18:45:20
```

```
NAME.......: SPARKS, TONY              UNIT.....: Shu
REGISTER NO: 91929-080                 DOB (AGE): 05-25-1983  (24)
RACE / SEX.: BLACK / MALE              ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543         RSP OF...: VIP A-DES
```

******************  I N M A T E   I N T E R V I E W   ****************

DATE & TIME ARRIVED: 06-08-2007   17:35        TIME INTERVIEWED: 7:05 pm

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                        YES ___  NO _✓_

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO _✓_

3)  ARE YOU A CIM CASE ?                                   YES _✓_  NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?           YES ___  NO _✓_

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?               YES _✓_  NO ___

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?                YES ___  NO _✓_

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?            YES ___  NO _✓_

INTERVIEWER COMMENTS: _____ Bloods

CIRCLE ONE:
     I  HAVE / HAVE NOT    RECEIVED A BUREAU OF PRISON "ADMISSIONS &
     ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
     THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".
                                                        JUN 0 8 2007
INMATE SIGNATURE: _____         DATE: _____

INTERVIEWER: _____ TITLE: ISO     DATE: 06-08-2007

****************  S T A F F   C H E C K L I S T   ****************

PSI REVIEWED.............: YES ___ NO _✓_
CENTRAL FILE REVIEWED....: YES ___ NO _✓_   REFER TO INTRANSIT DATA
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR? YES ___ NO _✓_
COMMENTS:_____
_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN:_____
_____

PSYCH ALERT (YES/NO).....: NO          (IF YES, DO NOT RELEASE TO GENERAL
                                        POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ___ NO _✓_ (IF NO, EXPLAIN)
```

309

```
VIPCR  535*08  *        FEDERAL BUREAU OF PRISONS      *     08-23-2006
PAGE 001       *          INTAKE SCREENING FORM        *     12:31:47
```

NAME.......: SPARKS, TONY                  UNIT.....: **2A**
REGISTER NO: 91929-080                     DOB (AGE): 05-25-1983 (23)
RACE / SEX.: BLACK / MALE                  ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543             RSP OF...: VIP A-DES


******************    I N M A T E   I N T E R V I E W    ***************

DATE & TIME ARRIVED: 08-23-2006    12:00        TIME INTERVIEWED: **3·11PM**

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                    YES ___  NO **X**

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO **X**

3)  ARE YOU A CIM CASE ?                              YES ___  NO **X**

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?      YES ___  NO **X**

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?          YES ___  NO **X**

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?           YES ___  NO **X**

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?       YES ___  NO **X**

INTERVIEWER COMMENTS: **REL: NO PREFERENCE**


CIRCLE ONE:
    I   HAVE / ~~HAVE NOT~~     RECEIVED A BUREAU OF PRISON "ADMISSIONS &
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: **X T. Spark**              DATE: **8-23-06**

INTERVIEWER: **D. Sorrels**     TITLE: **CSW**     DATE: 08-23-2006


******************    S T A F F   C H E C K L I S T    ***************

PSI REVIEWED.............: YES **✓**  NO ___
CENTRAL FILE REVIEWED....: YES **✓**  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?  YES ___  NO **X**
COMMENTS:_____


IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: **Appears OK**


PSYCH ALERT (YES/NO).....:  NO          (IF YES, DO NOT RELEASE TO GENERAL
                                         POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ___  NO **X** (IF NO, EXPLAIN)

                        **Pending Capt. Review**

```
OKLC1  535*08 *          FEDERAL BUREAU OF PRISONS      *     08-21-2006
PAGE 001        *          INTAKE SCREENING FORM         *     19:15:52
```

NAME.......: SPARKS, TONY                UNIT.....: _OHU_
REGISTER NO: 91929-080                   DOB (AGE): 05-25-1983 (23)
RACE / SEX.: BLACK / MALE                ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543           RSP OF...: BMP A-DES


******************** I N M A T E   I N T E R V I E W ****************

DATE & TIME ARRIVED: 08-22-2006   16:00          TIME INTERVIEWED: 5

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                      YES ___  NO ✓

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO ✓

3)  ARE YOU A CIM CASE ?                                YES ✓  NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?        YES ___  NO ✓

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?            YES ✓  NO ___

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?             YES ___  NO ✓

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?         YES ___  NO ✓

INTERVIEWER COMMENTS: _____ _Blood_____

Holdover inmate was advised that Information
Booklets are posted on Bulletin Boards in each Unit.

CIRCLE ONE:
    I (HAVE) / HAVE NOT    RECEIVED A BUREAU OF PRISON "ADMISSIONS &
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: X_____  DATE AUG 2 2 2006

INTERVIEWER: _____  TITLE: ISO       DATE: 08-22-2006


******************** S T A F F   C H E C K L I S T ****************

PSI REVIEWED.............: YES ___  NO ___
CENTRAL FILE REVIEWED....: YES ___  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?  YES ___  NO ✓
COMMENTS:_____ REFER TO INTRANSIT_____
_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN:_____

PSYCH ALERT (YES/NO).....: NO              (IF YES, DO NOT RELEASE TO GENERAL
                                            POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ___  NO ✓  (IF NO, EXPLAIN)



```
BMPD1  535*08 *          FEDERAL BUREAU OF PRISONS        *      09-22-2004
PAGE 001       *           INTAKE SCREENING FORM          *      11:12:04
```

```
NAME.......: SPARKS, TONY              UNIT.....: CA 103
REGISTER NO: 91929-080                 DOB (AGE): 05-25-1983 (21)
RACE / SEX.: BLACK / MALE              ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543         RSP OF...: BMP A-DES
```

```
****************** I N M A T E   I N T E R V I E W ***************
DATE & TIME ARRIVED: 9.22.04  11.12        TIME INTERVIEWED: 1:00p
```

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                       YES ___  NO _X_

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO _X_

3)  ARE YOU A CIM CASE ?                                 YES _X_  NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?         YES ___  NO _X_

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ? (Bloods)    YES _X_  NO ___

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?              YES ___  NO _X_

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?          YES ___  NO _V_

INTERVIEWER COMMENTS: _____

_____

CIRCLE ONE:
    HAVE / HAVE NOT    RECEIVED A BUREAU OF PRISON "ADMISSIONS &
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: X _____   DATE: 9/22/04

INTERVIEWER: J. Hanks    TITLE: CSW    DATE: 9.22.04

```
****************** S T A F F   C H E C K L I S T ***************
```

PSI REVIEWED.............: YES _/_  NO ___
CENTRAL FILE REVIEWED....: YES _/_  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?  YES ___  NO _V_
COMMENTS: _____

_____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: _ok_____

PSYCH ALERT (YES/NO).....: NO _/_      (IF YES, DO NOT RELEASE TO GENERAL
                                         POPULATION, NOTIFY PSYCHOLOGY)

OK FOR GENERAL POPULATION: YES _/_  NO ___  (IF NO, EXPLAIN)

```
BMMA9  535*08 *          FEDERAL BUREAU OF PRISONS      *    08-14-2001
PAGE 001     *            INTAKE SCREENING FORM         *    17:27:17


NAME.......: SPARKS, TONY              UNIT.....:
REGISTER NO: 91929-080                 DOB (AGE): 05-25-1983 (18)
RACE / SEX.: BLACK / MALE              ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543         RSP OF...: BMM A-DES


******************   I N M A T E   I N T E R V I E W   ***************

DATE & TIME ARRIVED: 08-14-2001   17:20      TIME INTERVIEWED: 6 pm .


1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                      YES ___  NO ___

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO ___

3)  ARE YOU A CIM CASE ?                                YES ___  NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?        YES ___  NO ___

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?            YES ___  NO ___

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?             YES ___  NO ___

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?         YES ___  NO ___

INTERVIEWER COMMENTS: ___ no comments _____


CIRCLE ONE:
    I   HAVE / HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: Tony Sparks        DATE: 8/14/0_

INTERVIEWER: E. Johns   TITLE: CS      DATE: 08-14-2001

*****************   S T A F F   C H E C K L I S T   ***************

PSI REVIEWED.............: YES ___  NO ___
CENTRAL FILE REVIEWED....: YES ___  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR? YES ___  NO ___
COMMENTS:_____

_____
IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: Good

_____
OK FOR GENERAL POPULATION: YES ___  NO ___   (IF NO, EXPLAIN)
```

```
OKLCJ  535*08 *          FEDERAL BUREAU OF PRISONS      *    07-17-2001
PAGE 001       *            INTAKE SCREENING FORM       *    00:50:02
```

```
NAME.......: SPARKS, TONY              UNIT.....:
REGISTER NO: 91929-080                DOB (AGE): 05-2?-1983 (18)
RACE / SEX.: BLACK / MALE             ETHNIC...: OTHER THAN HISP
RESIDENCE..: KILLEEN, TX 76543        RSP OF...: CSA A-DES
```

****************     I N M A T E   I N T E R V I E W     ***************

DATE & TIME ARRIVED: 07-17-2001   14:25      TIME INTERVIEWED: 6:00P

1)  DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
    PLACED IN GENERAL POPULATION ?                   YES ___  NO _____

2)  HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?  YES ___  NO _____

3)  ARE YOU A CIM CASE ?                             YES _____ NO ___

4)  HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?     YES ___  NO _____

5)  ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?         YES ___  NO _____

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?          YES ___  NO _____

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?      YES ___  NO _____

INTERVIEWER COMMENTS: ~~You have had the opportunity to receive/review the "Rights and Responsibilities" as~~
~~well as "Disciplinary Acts/Severity Scales." In addition, this information is posted~~
~~in the Unit Bulletin Boards as the Information Handbook.~~

CIRCLE ONE:
    I  HAVE / HAVE NOT    RECEIVED A BUREAU OF PRISON "ADMISSIONS &
    ORIENTATION BOOKLET" DEFINING MY "RIGHTS & RESPONSIBILITIES" AND
    THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE X _Tony Sparks_          DATE: JUL 17 2001

INTERVIEWER: W. FELICIANO      TITLE: I.S.S.      DATE: 07-17-2001
                                       ISO

****************     S T A F F   C H E C K L I S T     ***************

PSI REVIEWED.............: YES ___  NO ___  REFER TO INTRANSIT DATA
CENTRAL FILE REVIEWED....: YES ___  NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR? YES ___  NO _____
COMMENTS: _____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: ___Good___

OK FOR GENERAL POPULATION: YES ___  NO _____   (IF NO, EXPLAIN)

                              CCM Remarks