**Inmate Incident # 17-1015**
Booking Number: 17-00603

## Inmate Information

| | | | | |
|---|---|---|---|---|
| Name: | Sparks, Tony | | | |
| Date of Birth: | 05/25/1983 | SO Number: | 58226 | |
| Gender: | Male | Social Security: | 000165507 | |
| Race: | Black | | | |

## Incident Information

| | | | | |
|---|---|---|---|---|
| Date: | 11/29/2017 | Time: | 2:28 PM | |
| Badge #: | 1321 | | | |
| Officer Name: | Hanna, Mark J | | | |
| Violation Type: | JIR Reporting Purposes Only | | | |
| Incident Type: | Information Only | | | |

## Incident Report # 2261

| | | | | |
|---|---|---|---|---|
| Date: | 11/29/2017 | Time: | 3:46 PM | |
| Badge #: | 1321 | Officer Name: | Hanna, Mark J | |
| Report Type: | Incident Report | | | |

Narrative:

On the above date and approximate time Guard 6 Officer Schwartz called and advised that Inmate Sparks was refusing to pack his belongings to go ATW. At that time I Cpl Hanna along with Sgt Griffith Officer Sprankle, Leatherwood, McCullough and Olvera went to guard 6 to speak with Inmate Sparks. Inmate Sparks stated that he had spoke with his attorney and he was not supposed to be leaving. Staff attempted to explain to Inmate Sparks that it was not up to his attorney and that the Marshalls Service advised us he was leaving. Inmate Sparks again stated that he was not packing his belongings and was not leaving. At that time Inmate Sparks was agan asked to pack his belongings or officers would pack it for him. Inmate Sparks packed up his legal mail and then laid on the floor palced his hands behind his back and stated that we would have to drag him from the cell. At that time Officer McCullough placed hand restraints on Inmate Sparks. Once in hand restraints Officer McCullough and Leatherwood attempted to assist Inmate Sparks to his feet. Inmate Sparks went limp and refused to walk or stand. Officer Leatherwood and McCullough assisted Imnate Sparks ffout of the cell. Once out of the cell Inmate Sparks was placed into the ERC due to his refusal to walk where he was then taken to Detox 2. While in Detox 2 the ERC restraints were removed and Jack Harwell Detention Facility Officers spoke with Inmate Sparks. Inmate Sparks again stated that his attorney told him he was not being transported. The transporting Officer advised Inmate Sparks that he was going to be placed into hand restraints and shackles and that when ready was going to be taken from the facility. Inmate Spaks was removed from the ERC were he again would not stand Inmate Sparks was laid on the floor where hand restraints were secured. Once in hand restraints and belly chain Officers assisted Inmate Sparks to a standing positioin at which time leg restraints were applied. Once secured in restraints Inmate Sparks was sat back into the ERC until ready to exit the facility.
At approximately 1450 Jakck Harwell Detention Officers advised ythey were ready to exit the facility. Inmarte Sparks was assisted from the ERC and placed into a wheel chair due

Government Exhibit
W-99-CR-070(03)
092

## Inmate Incident # 17-0510
Booking Number: 17-00603

### Inmate Information

| | | | |
|---|---|---|---|
| Name: | Sparks, Tony | | |
| Date of Birth: | 05/25/1983 | SO Number: | 58226 |
| Gender: | Male | Social Security: | 000165507 |
| Race: | Black | | |

### Incident Information

| | | | |
|---|---|---|---|
| Date: | 06/18/2017 | Time: | 11:00 PM |
| Badge #: | 1161 | | |
| Officer Name: | Liebendorfer, Katrina | | |
| Violation Type: | JIR Reporting Purposes Only | Location: | Guard 6, MO-12B |
| Incident Type: | Information Only | | |
| Evidence: | Blue Mattress Cover | | |

### Incident Report # 1138

| | | | |
|---|---|---|---|
| Date: | 06/18/2017 | Time: | 11:00 PM |
| Badge #: | 1161 | Officer Name: | Liebendorfer, Katrina |
| Report Type: | Incident Report | | |

Narrative: On the above date and approximate time, I CO Liebendorfer 1161 along with CO Boyer conducted headcount at guard 6. While conducting count, I informed all the tanks that they needed to take down their privacy sheets, towels, and clothing, to which they all complied. When I got to MO12B, again, I asked for all privacy sheets and clothing be removed. At this time, inmate Sparks stated he was not going to take his down, and this was bullshit, and he needed his privacy. He claimed the same thing during visitation earlier in the evening when I had him take down the sheet from the visitation monitor. I again stated that he needed to take his sheet down, and again inmate refused. I then asked for the mattress cover to be handed to me, and he did give it to me. I took the mattress cover due to him using it to conceal himself in his bunk. Once I left MO12B, inmate Sparks hung up a shirt, but I still had clear visual of him. End of report.

## Inmate Incident # 17-0214
Booking Number: 17-00603

### Inmate Information

| | | | |
|---|---|---|---|
| Name: | Sparks, Tony | | |
| Date of Birth: | 05/25/1983 | SO Number: | 58226 |
| Gender: | Male | Social Security: | 000165507 |
| Race: | Black | | |

### Incident Information

| | | | |
|---|---|---|---|
| Date: | 03/10/2017 | Time: | 9:44 AM |
| Badge #: | 1329 | | |
| Officer Name: | Washington, Chris | | |
| Violation Type: | Major | Location: | Guard 6, MO-12B |
| Incident Type: | Destruction of Property | | |

### Hearing Information

| | | | |
|---|---|---|---|
| Date: | 03/14/2017 | Time: | 1:38 PM |
| Badge #: | 919 | Officer Name: | Sprankle, Brett |
| Location: | Sergeant's Corner | | |

### Minutes Information

| | | | |
|---|---|---|---|
| Date: | 03/14/2017 | | |
| Badge #: | 919 | Officer Name: | Sprankle, Brett |
| Result: | Complete | | |
| Minutes: | Concurrent w/ previous Destruction of Property. | | |

| Party | Connection |
|---|---|
| Sprankle, Brett | Hearing Officer |

### Incident Report # 0481

| | | | |
|---|---|---|---|
| Date: | 03/10/2017 | Time: | 9:45 AM |
| Badge #: | 1329 | Officer Name: | Washington, Chris |
| Report Type: | Incident Report | | |
| Narrative: | On 3/10/17 I Officer Washington issued out a razor that was complete and unaltered, marked with 15 assigned and given to Inmate Sparks, Tony SO# 58226. I picked up razors and noticed that razor 15 was broken upon my inspection. The clear plastic piece holding the razor in place had been broken and the blade removed. The blade and plastic piece were with the razor and held in place by the clear plastic cover. | | |

## Inmate Incident # 17-0198
Booking Number: 17-00603

### Inmate Information

| | | | |
|---|---|---|---|
| Name: | Sparks, Tony | | |
| Date of Birth: | 05/25/1983 | SO Number: | 58226 |
| Gender: | Male | Social Security: | 000165507 |
| Race: | Black | | |

### Incident Information

| | | | |
|---|---|---|---|
| Date: | 03/06/2017 | | |
| Badge #: | 1449 | | |
| Officer Name: | Tavera, Guillermo | | |
| Violation Type: | Major | Location: | Guard 6, MO-12B |
| Incident Type: | Destruction of Property | | |
| Evidence: | x1 Razor marked "16" assigned to Inmate Sparks, Tony | | |

### Hearing Information

| | | | |
|---|---|---|---|
| Date: | 03/14/2017 | Time: | 1:37 PM |
| Badge #: | 919 | Officer Name: | Sprankle, Brett |
| Location: | Sergeant's Corner | | |

### Minutes Information

| | | | |
|---|---|---|---|
| Date: | 03/14/2017 | | |
| Badge #: | 919 | Officer Name: | Sprankle, Brett |
| Result: | Complete | | |
| Minutes: | Verbal Warning | | |

| Party | Connection |
|---|---|
| Sprankle, Brett | Hearing Officer |

### Incident Report # 0448

| | | | |
|---|---|---|---|
| Date: | 03/06/2017 | Time: | 11:43 AM |
| Badge #: | 1449 | Officer Name: | Tavera, Guillermo |
| Report Type: | Incident Report | | |
| Narrative: | On March 6, 2017 I Officer Tavera 1449 issued out a razor that was complete and unaltered marked with "16" assigned and given to Inmate Sparks, Tony SO# 58226. I picked up razors and noticed that razor "16" was broken. The clear plastic piece holding the razor in place had been broken and the blade removed. The blade and plastic piece were placed loosely back on the razor and held in place by the clear plastic cover. | | |