IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA,  §
                           §    CAPITAL CASE
v.                         §    NO. W-99-CR-00070(1)
                           §    Execution Date: Sept. 24, 2020
CHRISTOPHER ANDRE VIALVA.   §

## ORDER

This matter is before the Court on the Motion of Defendant Christopher Andre Vialva requesting this Court enter an order enjoining the Federal Bureau of Prisons and United States Marshals Service from conducting his execution. Mr. Vialva maintains the Notice of Execution, filed in this Court July 31, 2020, was entered without legal authority and in violation of both Federal and Texas State law. The execution of Mr. Vialva was ordered by the Attorney General of the United States. Having considered said Motion and for good cause shown, the Court grants Defendant's Motion. The Attorney General of the United States, the Federal Bureau of Prisons, and the United States Marshals Service are enjoined from proceeding with the execution of Christopher Andre Vialva, Bureau of Prisons Register Number 91909-080, until further Order of this Court.

It is so ordered this _____ day of August, 2020.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE