JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:99-CR-00070-ADA-2 |
| *Plaintiff,* | **THIS IS A CAPITAL CASE** |
| v. | **EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020** |
| BRANDON BERNARD, | MOTION TO FILE OVERLENGTH MOTION TO ENJOIN THE |
| *Defendant.* | GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE |

Brandon Bernard respectfully moves this Court for permission to file a motion in excess of the 10-page limitation imposed by Rule CV-7(d)(3) of the Rules of the United States District Court for the Western District of Texas. Specifically, the defendant requests that the Court permit the filing of a Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete, that is approximately 15 pages in length. Undersigned counsel have done their best to comply with the 10-page limit, but have found it impossible to do so, given the amount of legal and factual material it was necessary to include. This Court did not preside over Mr. Bernard's trial, which was adjudicated by former U.S. District Judge Walter

MOTION TO FILE OVERLENGTH MOTION TO ENJOIN THE
GOVERNMENT FROM EXECUTING BRANDON BERNARD
UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Smith, so some background was essential on the trial, in addition to background on the litigation that forms the basis for the motion, in addition to the relevant law.

## CERTIFICATE OF CONFERENCE

Assistant United States Attorneys Joseph Gay, Jr., Mark Frazier, and Mike Hardy have been advised of the relief requested in this motion on today's date.  Counsel does not know the government's position.

DATED this 12th day of November, 2020.

Respectfully submitted,

Robert C. Owen
Law Office of Robert C. Owen
53 W. Jackson Blvd., Ste. 1056
Chicago, IL 60604
(512) 577-8329
robowenlaw@gmail.com

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593.6710
john_carpenter@fd.org

MOTION TO FILE OVERLENGTH MOTION TO ENJOIN THE
GOVERNMENT FROM EXECUTING BRANDON BERNARD
UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered parties.

I further certify that I mailed one copy of the foregoing document to Defendant Brandon Bernard via U.S. mail.

s/ Amy Strickling, Paralegal
Federal Public Defender Office

MOTION TO FILE OVERLENGTH MOTION TO ENJOIN THE
GOVERNMENT FROM EXECUTING BRANDON BERNARD
UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2     Page | 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**