JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 6:99-CR-00070-ADA-2 |
|---|---|---|
| | ) | **THIS IS A CAPITAL CASE** |
| v. | ) | **EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020** |
| BRANDON BERNARD, | ) | [PROPOSED] ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE |
| *Defendant.* | ) | |

Upon the motion of the Defense to file a motion in excess of the 10-page limitation imposed by Rule CV-7(d)(3) of the Rules of the United States District Court for the Western District of Texas,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion to Enjoin the Government from Executing Brandon Bernard Until Appeals are Complete not to exceed 15 pages.

IT IS SO ORDERED.

**SIGNED this \_\_\_\_ day of _____, 2020.**

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Presented by:

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL  60604
Phone: (512) 577-8329
robowenlaw@gmail.com
Texas Bar No. 15371950

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593.6710
john_carpenter@fd.org
Washington Bar No. 23301

[PROPOSED] ORDER GRANTING DEFENSE MOTION TO FILE
OVER-LENGTH MOTION TO ENJOIN THE GOVERNMENT
FROM EXECUTING BRANDON BERNARD UNTIL APPEALS
ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**