## John Carpenter

| | |
|---|---|
| **From:** | Rob Owen <robowenlaw@gmail.com> |
| **Sent:** | Friday, October 16, 2020 10:54 AM |
| **To:** | Austin Schnell |
| **Cc:** | John Carpenter; Frazier, Mark (USATXW) |
| **Subject:** | W-99-CR-070 (2)-ADA, United States v. Bernard |
| **Attachments:** | 07 RO 5th Cir - 10.25.20 Rehearing Brief Deadline (1).pdf |

Dear Mr. Schnell,

We wanted to advise Judge Albright that yesterday an order and judgment (dkt. 696-97) may have inadvertently been filed on a matter that is still within the jurisdiction of the Court of Appeals.

As the Court will recall, Mr. Bernard appealed the order transferring his motion (dkt. 661, 664, 668) to the Fifth Circuit. That appeal was docketed as No. 19-70021. Although a panel of the Fifth Circuit issued an opinion in No. 19-70021 on September 9, that decision is not yet final. The September 9 decision remains subject to rehearing by the panel and/or en banc review.

Mr. Bernard's petition for rehearing of this decision is not due until October 26 (an attached email from the Court of Appeals confirms this due date). We will be filing a motion for rehearing on Mr. Bernard's behalf with the Fifth Circuit on or before October 26, 2020.

We thought it appropriate to bring this matter to the Court's attention and would be happy to answer any questions or provide additional information.

Best regards,

Rob Owen
Attorney for Brandon Bernard
--

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL 60604
(512) 577-8329 voice

Admitted to practice in Illinois and Texas

**EXHIBIT 2**