JUDGE ALAN D. ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA,

v.

BRANDON BERNARD,

*Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 6:99-CR-00070-ADA-2

**THIS IS A CAPITAL CASE**

**EXECUTION CURRENTLY SET FOR DECEMBER 10, 2020**

[PROPOSED] ORDER GRANTING MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE

Defendant Brandon Bernard has moved the Court to enjoin his December 10 execution. The Court finds that the December 10, 2020 execution date was set in contravention of both 18 U.S.C. § 3596(a) and the Judgment in this case (dkt. 290). Accordingly, good cause appearing therefor, it is hereby ORDERED that:

The United States, including the Department of Justice and the Bureau of Prisons ("United States"), is hereby ENJOINED from executing Brandon Bernard or setting a new date for Mr. Bernard's execution until (a) the period for Mr. Bernard to petition the Supreme Court for certiorari from the Fifth Circuit's decision in *United States v. Bernard*, 820 F. App'x 309 (5th Cir. 2020) has expired without a petition for certiorari being filed; or (b) the

[PROPOSED] ORDER GRANTING MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Supreme Court disposes of a timely filed petition for certiorari from Mr. Bernard seeking review of the Fifth Circuit's judgment in that case.

**SIGNED this \_\_\_\_ day of _____, 2020.**

_____

**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Presented by:

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 West Jackson Blvd., Suite 1056
Chicago, IL  60604
Phone: (512) 577-8329
robowenlaw@gmail.com
Texas Bar No. 15371950

John R. Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593.6710
john_carpenter@fd.org
Washington Bar No. 23301

[PROPOSED] ORDER GRANTING MOTION TO ENJOIN THE GOVERNMENT FROM EXECUTING BRANDON BERNARD UNTIL APPEALS ARE COMPLETE
*United States v. Bernard*, 6:99-CR-00070-ADA-2    Page | 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**