IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TONY SPARKS** | § | |
| | § | |
| | § | **W-23-CV-212-ADA** |
| **V.** | § | **W-99-CR-070-ADA-3** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

### ORDER

Before the court is Movant Tony Sparks's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence By A Person in Federal Custody (#736). Sparks has previously filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, which was denied on February 14, 2023. *See Sparks v. United States*, No. W-99-CR-070(3) (W.D. Tex.) (#734).

Title 28 U.S.C. § 2255 provides that before a second or successive motion to vacate, set aside, or correct sentence is filed in the district court, a movant must move in the appropriate court of appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. §§ 2255, 2244(b)(3). Pursuant to the amendments to Sections 2255 and 2244(b), the Court finds Sparks's successive motion should be dismissed. *See United States v. Fulton*, 780 F.3d 683 (5th Cir. 2015) (holding the district court does not have jurisdiction to consider a successive Section 2255 motion and remanding to the district court with instructions to dismiss the successive motion for want of jurisdiction).

1

Sparks argues that the Court should not have dismissed his earlier Motion to Vacate as successive. However, Sparks's Motion to Vacate filed on January 10, 2023, was not dismissed as successive, but because it was barred by the statute of limitations. The current Motion to Vacate, however, is successive to the one filed in January. It also appears to suffer from the same issue with the statute of limitations.

It is therefore **ORDERED** that Movant Tony Sparks's Motion to Vacate, Set Aside, or Correct Sentence (#736) is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is further **ORDERED** that a certificate of appealability is denied.

**SIGNED** on March 23, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE